Fill in this information to identify the case:

Debtor name: Premier Exhibitions, Inc.
United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA
Case number (if known): 3:16-bk-02232-PMG

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 417 5th Ave Real Estate, LLC  c/o Sebastian Capital, Inc.  417 Fifth Avenue  New York, NY 10016 | | Lease | Contingent Unliquidated Disputed | | | $421,378.00 |
| BDO  1100 Peachtree Street NE  Suite 700  Atlanta, GA 30309 | | Professional services | Contingent Unliquidated Disputed | | | $5,632.00 |
| George F. Eyde LLC  300 S. Washington Square  Suite 400  Lansing, MI 48933 | rundell@eyde.com  (517) 351-2480 | Trade | Contingent Unliquidated Disputed | | | $200,000.00 |
| Harter, Secrest & Emery LLP  1600 Bausch & Lomb Place  16th Floor  Rochester, NY 14604 | | Professional services | Contingent Unliquidated Disputed | | | $2,565.00 |
| Hoffen Global Ltd.  305 Crosstree Lane  Atlanta, GA 30328 | ejones@penderlaw.com  (678) 576-8253 | Trade | Contingent Unliquidated Disputed | | | $360,489.00 |
| Microsoft Corporation  One Microsoft Way  Redmond, WA 98052 | | Trade | Contingent Unliquidated Disputed | | | $1,666.00 |
| Murray Hill Properties, LLC  277 Park Avenue  21st Floor  New York, NY 10172 | rgirand@mhpnyc.com  (212) 763-3510 | Trade | Contingent Unliquidated Disputed | | | $12,332.00 |

Debtor  **Premier Exhibitions, Inc.**  
Name

Case number (if known)  3:16-bk-02232-PMG

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NASDAQ Stock Market LLC 805 King Farm Blvd. Rockville, NC 28050 | Edwin Asprer Edwin.Asprer@nasdaq.com (301) 978-8391 | Trade | Contingent Unliquidated Disputed | | | $45,578.00 |
| Ned Collett 2811 Twisted Willow Court Katy, TX 77450 | | Trade | Contingent Unliquidated Disputed | | | $6,900.00 |
| NY Dept. of Taxation and Fin ATTN: Office of Counsel Building 9 W. A. Harriman Campus Albany, NY 12227 | 518-485-6027 | Taxes | Disputed | | | $400,000.00 |
| Ramparts, Inc. d/b/a Luxor Hotel and Casino 3900 Las Vegas Blvd. S. Las Vegas, NV 89119 | plavoie@excalibur.com (702) 262-4015 | Trade | Contingent Unliquidated Disputed | | | $674,069.00 |
| Samuel Weiser 565 Willow Road Winnetka, IL 60093 | ssw2660@comcast.net (312) 375-8796 | Trade | Contingent Unliquidated Disputed | | | $180,000.00 |
| Structure Tone, Inc. 770 Broadway, 9th Floor New York, NY 10003 | Joe Marsh kanoushian@structuretone.com (212) 481-6100 | Trade | Contingent Unliquidated Disputed | | | $1,346,000.00 |
| Syzygy 3 246 Fifth Avenue Suite 300 New York, NY 10001 | sorourke@syzgy3.com (646) 442-1493 | Trade | Contingent Unliquidated Disputed | | | $18,334.00 |
| Thompson Hine LLP 335 Madison Avenue 12th Floor New York, NY 10017 | Linda Thompson linda.thompson@thompsonhine.com (212) 344-6101 | Professional services | Contingent Unliquidated Disputed | | | $13,490.00 |
| TPL 3340 Peachtree Road Suite 2140 Atlanta, GA 30326 | sfinestone@fmattorneys.com | Trade | Contingent Unliquidated Disputed | | | $147,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy