**Fill in this information to identify the case:**

Debtor name: **Premier Exhibitions, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02232-PMG**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

   | 3.1. | Bank of America | Certificate of Deposit | 9742 | $800,957.55 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**   $800,957.55
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4: Investments**

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor  **Premier Exhibitions, Inc.**　　　　　　　　　　　　　　　　　Case number *(If known)* **3:16-bk-02232-PMG**
　　　　　Name

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Premier Exhibitions, Inc.** | Case number *(If known)* **3:16-bk-02232-PMG** |
|---|---|---|
| | Name | |

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $800,957.55 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $800,957.55  + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $800,957.55 |

**Fill in this information to identify the case:**

Debtor name   **Premier Exhibitions, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **3:16-bk-02232-PMG**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **Haiping Zou**<br>Creditor's Name<br>**Unit 110-115**<br>**Wanke Qingqing Homeland**<br>**Dougezhuang, Chaoyang Distr.**<br>**Beijing, China 100021**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 **Jihe Zhang**<br>Creditor's Name<br>**59 Dongsanhuan Middle Road**<br>**Fuli Shuangzi Towers, Bd. A**<br>**Suite 2606,Chaoyang District**<br>**Beijing, China 100022**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $0.00 |

Creditor's email address, if known

**Date debt was incurred**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

| Debtor | **Premier Exhibitions, Inc.** | Case number (if know) | **3:16-bk-02232-PMG** |
|---|---|---|---|
| | Name | | |

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Lange Feng** | **Describe debtor's property that is subject to a lien** | $1,000,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**15953 107th Avenue**
**Surrey, BC V4N 5N7**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$3,000,000.00** |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Premier Exhibitions, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 3:16-bk-02232-PMG |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**417 5th Ave Real Estate, LLC**<br>**c/o Sebastian Capital, Inc.**<br>**417 Fifth Avenue**<br>**New York, NY 10016**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Lease**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$664,188.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AEG Live**<br>**5750 Wilshire Blvd.**<br>**Suite 501**<br>**Los Angeles, CA 90036**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**American Stock Transfer**<br>**PO Box 12893**<br>**Philadelphia, PA 19176**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Stock filing fee**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,077.52** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 277019**<br>**Atlanta, GA 30384**<br>Date(s) debt was incurred __<br>Last 4 digits of account number  **3763** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$19.16** |

Debtor **Premier Exhibitions, Inc.**                                                                  Case number (if known)   **3:16-bk-02232-PMG**
         Name

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**BackTrack**<br>**8850 Tyler Blvd.**<br>**Mentor, OH 44060**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Professional services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $104.50 |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BDO**<br>**PO Box 642743**<br>**Pittsburgh, PA 15264**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Professional services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $5,632.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Broadway Video Entertainment**<br>**30 Rockefeller Plaza**<br>**54th Floor**<br>**New York, NY 10112**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $250,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**PO Box 930814**<br>**Atlanta, GA 31193**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Utilities**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,275.60 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Dentons Canada LLP**<br>**250 Howe Street**<br>**20th Floor**<br>**Vancouver, BC V6C 3R8**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Professional services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $155,232.82 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**George F. Eyde LLC**<br>**300 S. Washington Square**<br>**Suite 400**<br>**Lansing, MI 48933**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $200,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Gowling Lafleuer Henderson**<br>**550-2300 Burrard Street**<br>**Vancouver, BC V6C 2B5**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Professional services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $29,387.00 |

Debtor **Premier Exhibitions, Inc.**            Case number (if known)    **3:16-bk-02232-PMG**
       Name

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Harter, Secrest & Emery LLP**<br>**1600 Bausch & Lomb Place**<br>**16th Floor**<br>**Rochester, NY 14604**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Professional services**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,569.00 |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**HM Peachtree Corners I LLC**<br>**PO Box 32149**<br>**New York, NY 10087**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $372.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Hoffen Global Ltd.**<br>**305 Crosstree Lane**<br>**Atlanta, GA 30328**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $241,500.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Internal Revenue Service**<br>**401 West Peachtree Street NW**<br>**Atlanta, GA 30308**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Taxes**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $118,989.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**M5 Networks, Inc.**<br>**4436 Solutions Center**<br>**Chicago, IL 60677**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,126.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Microsoft Corporation**<br>**PO Box 842103**<br>**Dallas, TX 75284**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,666.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**MNP LLP**<br>**#316-5455 152 Street**<br>**Surrey, BC V3S 5A5**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | $41,049.91 |

Debtor  **Premier Exhibitions, Inc.**                                   Case number (if known)  **3:16-bk-02232-PMG**
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Murray Hill Properties, LLC**<br>**277 Park Avenue**<br>**21st Floor**<br>**New York, NY 10172**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Trade**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$12,332.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**NASDAQ Stock Market LLC**<br>**PO Box 8500**<br>**Lockbox 40200**<br>**Philadelphia, PA 19178**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Trade**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$46,173.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Ned Collett**<br>**2811 Twisted Willow Court**<br>**Katy, TX 77450**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Trade**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,900.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**NY Dept. of Taxation**<br>**and Finance**<br>**Attn: Office of Counsel**<br>**W. A. Harriman Campus, Bldg.**<br>**Albany, NY 12227**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Taxes**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$400,000.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**PacBridge Limited Partners**<br>**22/F Fung House**<br>**19-20 Connaught Road**<br>**Central Hong Kong**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,250,000.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Ramparts, Inc.**<br>**d/b/a Luxor Hotel and Casino**<br>**3900 Las Vegas Blvd. S.**<br>**Las Vegas, NV 89119**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **0291** | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Lease**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$674,069.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Samuel Weiser**<br>**565 Willow Road**<br>**Winnetka, IL 60093**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  Trade**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$180,000.00** |

| Debtor | **Premier Exhibitions, Inc.** | Case number (if known) | **3:16-bk-02232-PMG** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Screen Actors Guild**<br>**AFTRA**<br>**1900 Broadway**<br>**5th Floor**<br>**New York, NY 10023** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$163,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Structure Tone, Inc.**<br>**770 Broadway**<br>**9th Floor**<br>**New York, NY 10003** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$1,346,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Syzygy 3**<br>**246 Fifth Avenue**<br>**Suite 300**<br>**New York, NY 10001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$18,334.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Thompson Hine LLP**<br>**335 Madison Avenue**<br>**12th Floor**<br>**New York, NY 10017** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$13,489.67** |
| | Date(s) debt was incurred __ | Basis for the claim:  **Professional services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**TPL**<br>**3340 Peachtree Road**<br>**Suite 2140**<br>**Atlanta, GA 30326** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$147,000.00** |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,976,486.18 |

| Debtor | **Premier Exhibitions, Inc.** | Case number (if known) | **3:16-bk-02232-PMG** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $   **5,976,486.18**

**Fill in this information to identify the case:**

Debtor name: **Premier Exhibitions, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **3:16-bk-02232-PMG**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment Agreement**<br><br><br><br><br><br> | **Daoping Bao**<br>**Premier Exhibitions, Inc.**<br>**3045 Kingston Court**<br>**Suite I**<br>**Norcross, GA 30071** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment contract**<br><br><br><br><br><br> | **Michael J. Little**<br>**Premier Exhibitions, Inc.**<br>**3045 Kingston Court**<br>**Suite I**<br>**Norcross, GA 30071** |

**Fill in this information to identify the case:**

Debtor name: **Premier Exhibitions, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 3:16-bk-02232-PMG

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Premier Exhibition Managemen | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Haiping Zou | ■ D  **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.2 | Premier Exhibition Managemen | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Jihe Zhang | ■ D  **2.2**<br>☐ E/F ___<br>☐ G ___ |
| 2.3 | Premier Exhibition Managemen | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Lang Feng | ☐ D ___<br>■ E/F  **3.17**<br>☐ G ___ |
| 2.4 | Premier Merchandising, LLC | 3045 Kingston Court Suite I Peachtree Corners, GA 30071 | Haiping Zou | ■ D  **2.1**<br>☐ E/F ___<br>☐ G ___ |

Debtor **Premier Exhibitions, Inc.** Case number *(if known)* **3:16-bk-02232-PMG**

| | **Additional Page to List More Codebtors** | | | |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| 2.5 | **Premier Merchandising, LLC** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Jihe Zhang** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **Premier Merchandising, LLC** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Lang Feng** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.7 | **RMS Titanic, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Haiping Zou** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **RMS Titanic, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Jihe Zhang** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.9 | **RMS Titanic, Inc.** | **3045 Kingston Court Suite I Peachtree Corners, GA 30071** | **Lang Feng** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |