ORDERED.

Dated:  July 21, 2016



Paul M. Glenn
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:16-bk-02230-PMG |
| | Chapter 11 |
| RMS TITANIC, INC. | |
| | Jointly Administered with |
| PREMIER EXHIBITIONS, INC. | Case No. 3:16-bk-02232-PMG |
| PREMIER EXHIBITIONS MANAGEMENT, INC. | Case No. 3:16-bk-02233-PMG |
| PREMIER EXHIBITIONS INTERNATIONAL, LLC | Case No. 3:16-bk-02234-PMG |
| PREMIER EXHIBITIONS NYC, INC., | Case No. 3:16-bk-02235-PMG |
| PREMIER MERCHANDISING, LLC, | Case No. 3:16-bk-02236-PMG |

1

| | |
|---|---|
| DINOSAURS UNEARTHED CORP., | Case No. 3:16-bk-02237-PMG |
| ARTS AND EXHIBITIONS INTERNATIONAL, LLC | Case No. 3:16-bk-02232-PMG |
| Debtors. _____ / | |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION OF CHAPTER 11 CASES

This Case came before the Court on July 7, 2016 upon the Debtor's Motion for Joint Administration (Doc. No. 2) of the above-captioned cases filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(b).

The Debtors in the cases identified in the caption of this Order are RMS Titanic, Inc., Premier Exhibitions, Inc., Premier Exhibitions Management, Inc., Premier Exhibitions International, LLC, Premier Exhibitions NYC, Inc., Premier Merchandising, LLC, Dinosaurs Unearthed Corp., and Arts and Exhibitions International, LLC (the "Debtors"). For the reasons stated in open Court, it is

**ORDERED:**

1. The Motion is Granted.

2. Pursuant to Bankruptcy Rule 1015(b), the above-captioned Chapter 11 cases shall be jointly administered by the Court under Case No. 3:16-bk-02230-PMG, RMS Titanic, Inc., which is hereby designated as the "Lead Case."

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,

Debtors.[1]
_____/

Case No. 3:16-bk-02230-PMG
Chapter 11

Jointly Administered

5. All pleadings and papers filed in these cases, with the exception of proofs of claim, shall be captioned as in the preceding paragraph.

6. All docket entries in the cases shall be made in the Lead Case. The Clerk is directed to make a docket entry in the associated cases substantially as follows:

> Notice of Joint Administration of Cases. No further papers to be docketed in this case. All papers should be docketed in Case No. 3:16-bk-02230.

7. Original schedules, statements, lists, matrices and other required documents, as well as amendments to these documents, in Fed. R. Bankr. P. 1002 and 1007 shall be filed in the case of the debtor to which they apply.

8. The Clerk shall maintain a separate claims register for each case. Any creditor who asserts a claim against any Debtor must file a separate claim in the case of the Debtor against whom such claim is asserted.

---

[1] The Debtors in the chapter 11 cases include: RMS Titanic, Inc.; Premier Exhibitions, Inc.; Premier Exhibitions Management, LLC; Arts and Exhibitions International, LLC; Premier Exhibitions International, LLC; Premier Exhibitions NYC, Inc.; Premier Merchandising, LLC, and Dinosaurs Unearthed Corp. The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

9.  In instances where the relief requested in a pleading pertains to a specific debtor or debtors, the jointly-administered caption shall be modified to indicate the specific debtor or debtors to which the pleading or order applies, and the title, as well as the first paragraph, of the pleading or order shall indicate the specific debtor or debtors to which it applies, substantially in the form set forth below:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

RMS TITANIC, INC., *et al.*,

Debtors.[2]
_____ /

APPLICABLE DEBTOR:

(Name of Specific Debtor)

Debtor.
_____ /

Case No. 3:16-bk-02230-PMG
Chapter 11

Jointly Administered

Case No. 3:16-bk-_____-PMG

10.  The requirement that each of the Debtors' addresses and taxpayer identification number appear in the caption is hereby waived.

11.  The Debtors shall file separate monthly operating reports for each of the Debtors which will be filed and docketed in the Lead Case.

---

[2] The Debtors in the chapter 11 cases include: RMS Titanic, Inc.; Premier Exhibitions, Inc.; Premier Exhibitions Management, LLC; Arts and Exhibitions International, LLC; Premier Exhibitions International, LLC; Premier Exhibitions NYC, Inc.; Premier Merchandising, LLC, and Dinosaurs Unearthed Corp. The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

12. The attorneys for the Debtors shall provide a combined matrix which consolidates all of the matrices for all of the Debtors and eliminate duplicate entries for use in the Lead Case, and shall also provide a consolidated Local Rule 1007-2 Parties in Interest list within ten (10) days of the date of this Order. The consolidated Local Rule 1007-2 Parties in Interest list shall include each Debtor's twenty largest unsecured creditors.

13. Notwithstanding any Bankruptcy Rule or Local Bankruptcy Rule that might otherwise delay the effectiveness of this Order, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

14. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

###