B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____        _____
      Name of Transferee                            Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): _____
should be sent:                                         Amount of Claim: _____
                                                            Date Claim Filed: _____

Phone: _____        Phone: _____
Last Four Digits of Acct #: _____        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *Thomas Braziel*                 Date:_____
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTOR AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, **Samuel Weiser** ("Seller") hereby unconditionally and irrevocably sells, transfers, and assigns to B.E. Capital Management Fund LP ("Purchaser") all of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "Claim") scheduled by **Premier Exhibitions, Inc.** (the "Debtor") in the amount of **$180,000** in *In re Premier Exhibitions, Inc.* (Case No. 3:16-bk02232-PMG) pending in the United States Bankruptcy Court for the Middle District of Florida (the "Bankruptcy Court").

Seller hereby waives any objection to the transfer of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Purchaser and recognizing Purchaser as the sole owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on August 4, 2016.

**[Seller] Samuel Weiser**

By: _____
Name: Samuel Weiser
Title: _____

**Foxdale Management LLC**

By: _____
Name: Samuel Weiser
Title: Managing Member

Debtor **Premier Exhibitions, Inc.**      Case number (if known)    **3:16-bk-02232-PMG**
       Name

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Murray Hill Properties, LLC**<br>**277 Park Avenue**<br>**21st Floor**<br>**New York, NY 10172** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$12,332.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**NASDAQ Stock Market LLC**<br>**PO Box 8500**<br>**Lockbox 40200**<br>**Philadelphia, PA 19178** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$46,173.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Ned Collett**<br>**2811 Twisted Willow Court**<br>**Katy, TX 77450** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$6,900.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**NY Dept. of Taxation**<br>**and Finance**<br>**Attn: Office of Counsel**<br>**W. A. Harriman Campus, Bldg.**<br>**Albany, NY 12227** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$400,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**PacBridge Limited Partners**<br>**22/F Fung House**<br>**19-20 Connaught Road**<br>**Central Hong Kong** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$1,250,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Ramparts, Inc.**<br>**d/b/a Luxor Hotel and Casino**<br>**3900 Las Vegas Blvd. S.**<br>**Las Vegas, NV 89119** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$674,069.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0291** | **Basis for the claim:** **Lease**<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Samuel Weiser**<br>**565 Willow Road**<br>**Winnetka, IL 60093** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$180,000.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | |