**Fill in this information to identify the case:**

Debtor name: __Premier Exhibitions, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): __3:16-bk-02232-PMG__

■ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**417 5th Ave Real Estate, LLC**<br>**c/o Sebastian Capital, Inc.**<br>**417 Fifth Avenue**<br>**New York, NY 10016**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: __Lease__<br>Is the claim subject to offset?  ☐ No  ■ Yes | $5,000,000.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**AEG Live**<br>**5750 Wilshire Blvd.**<br>**Suite 501**<br>**Los Angeles, CA 90036**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Trade__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**American Stock Transfer**<br>**PO Box 12893**<br>**Philadelphia, PA 19176**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Stock filing fee__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,077.52 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 277019**<br>**Atlanta, GA 30348**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __3763__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Utilities__<br>Is the claim subject to offset?  ■ No  ☐ Yes | $19.16 |

Debtor **Premier Exhibitions, Inc.**                                   Case number (if known) **3:16-bk-02232-PMG**
       <sub>Name</sub>

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Back Track**<br>**8850 Tyler Blvd.**<br>**Mentor, Ohio 44060**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $104.50 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BDO**<br>**1100 Peachtree Street NE**<br>**Suite 700**<br>**Atlanta, GA 30309**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $5,632.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Broadway Video Entertainment**<br>**30 Rockefeller Plaza**<br>**54th Floor**<br>**New York, NY 10112**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $250,000.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**PO Box 930814**<br>**Atlanta, GA 31193**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utilities**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,275.60 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Dentons Canada LLP**<br>**250 Howe Street**<br>**20th Floor**<br>**Vancouver, BC V6C 3R8**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $155,232.82 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**George F. Eyde LLC**<br>**300 S. Washington Square**<br>**Suite 400**<br>**Lansing, MIC 48933**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $200,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Gowling Lafleuer Henderson**<br>**550-2300 Burrard Street**<br>**Vancouver, BC V6 2B5**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $29,837.00 |

| Debtor | **Premier Exhibitions, Inc.** | Case number (if known) | **3:16-bk-02232-PMG** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Harter, Secrest & Emery LLP<br>1600 Bausch & Lomb Place<br>16th Floor<br>Rochester, NY 14604<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $4,569.00 |
|---|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address**<br>HM Peachtree Corners I LLC<br>PO Box 32149<br>New York NY 10087<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $372.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>Hoffen Global Ltd.<br>305 Crosstree Lane<br>Atlanta, GA 30328<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $241,500.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>Internal Revenue Service<br>Centralized Insolvency Opera<br>600 Arch Street<br>Philadelphia, PA 19106<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Taxes**<br>Is the claim subject to offset? ■ No ☐ Yes | $16,916.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>M5 Networks, Inc.<br>4436 Solutions Center<br>Chicago, IL 60677<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,126.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>Microsoft Corp.<br>One Microsoft Way<br>Redmond, WA 98052<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,666.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>MNP LLP<br>15303 - 31st Avenue<br>Suite 301<br>Surrey, BC V3Z 6X2<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $41,049.91 |

| Debtor | Premier Exhibitions, Inc. | Case number (if known) | 3:16-bk-02232-PMG |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.19 | Murray Hill Properties, LLC<br>277 Park Avenue<br>21st Floor<br>New York, NY 10172<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,332.00 |
| 3.20 | NASDAQ Stock Market LLC<br>805 King Farm Blvd.<br>Rockville, MD 20850<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br>Is the claim subject to offset? ■ No  ☐ Yes | $46,173.00 |
| 3.21 | National Geographic Society<br>1145 - 17th Avenue NW<br>Washington, DC 20036<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Trade__<br>Is the claim subject to offset? ■ No  ☐ Yes | $25,000.00 |
| 3.22 | Ned Collett<br>2811 Twisted Willow Court<br>Katy, TX 77450<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br>Is the claim subject to offset? ■ No  ☐ Yes | $6,900.00 |
| 3.23 | NY Dept. of Taxation<br>and Finance<br>Attn:  Office of Counsel<br>W.A. Harriman Campus, Bldg.<br>Albany, NY 12227<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: __Taxes__<br>Is the claim subject to offset? ■ No  ☐ Yes | $400,000.00 |
| 3.24 | PacBridge Limited Partners<br>22/F Fung House<br>19-20 Connaught Road<br>Central Hong Kong<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade__<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,250,000.00 |
| 3.25 | Ramparts, Inc.<br>d/b/a Luxor Hotel and Casino<br>3900 Las Vegas Blvd. South<br>Las Vegas, NV 89119<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Lease__<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,355,659.00 |

Debtor **Premier Exhibitions, Inc.**     Case number (if known) **3:16-bk-02232-PMG**
     Name

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Samuel Weiser**<br>**565 Willow Road**<br>**Winnetka, IL 60093**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $180,000.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Screen Actors Guild**<br>**1900 Broadway**<br>**5th Floor**<br>**New York, NY 10023**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $163,000.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Structure Tone, Inc.**<br>**770 Broadway 9th Floor**<br>**New York, NY 100003**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,346,000.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Syzygy 3**<br>**1350 6th Avenue**<br>**2d Floor**<br>**New York, NY 10019**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $18,334.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Thomspon Hine LLP**<br>**335 Madison Avenue**<br>**12th Floor**<br>**New York, NY 10017**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $13,489.67 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**TPL**<br>**3340 Peachtree Road**<br>**Suite 2140**<br>**Atlanta, GA 30326**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No ☐ Yes | $104,953.20 |

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

Debtor **Premier Exhibitions, Inc.**
Name

Case number (if known) **3:16-bk-02232-PMG**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 10,875,218.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 10,875,218.38 |