UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                }        CASE NUMBER
                                      }        3:16-bk-02232-PMG
PREMIER EXHIBITIONS, INC              }
                                      }        JUDGE          PAUL M. GLENN
                                      }
DEBTOR.                               }        CHAPTER 11


DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)


FOR THE PERIOD
FROM    August 1, 2016    TO    August 31, 2016


Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the
Guidelines established by the United States Trustee and FRBP 2015.


                                               /s/ Daniel F. Blanks
                                               _____
                                               Attorney for Debtor's Signature


Debtor's Address                               Attorney's Address
and Phone Number:                              and Phone Number:

PREMIER EXHIBITIONS, INC                       NELSON MULLINS (Attn: Daniel Blanks)
_____                _____

3045 Kingston Court, Suite I                   50 N. Laura Street, 41st Floor
_____                _____

Peachtree Corners GA 30071                     Jacksonville, FL 32202
_____                _____

+1 (404) 842-2600                              +1 (404) 665-3600
_____                _____


Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously
provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day
of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the
United States Trustee Program Website. http://www.usdoj.gov/ust/r21/reg_info.htm

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

**FOR THE PERIOD BEGINNING** 01-Aug-16 **AND ENDING** 31-Aug-16

Name of Debtor: PREMIER EXHIBITIONS, INC            Case Number 3:16-bk-02232-PMG
Date of Petition: 14-Jun-16

| | | Current month | Cumulative Petition to date |
|---|---|---|---|
| 1. Funds at beginning of period per bank | | $Nil (a) | $Nil (b) |
| 2. Receipts: | | | |
| | A. Cash sales | | |
| | Minus: Cash refunds | | |
| | Net cash sales | | |
| | B. Accounts receivable | $ - | |
| | C. Other receipts (see MOR-3) | $ - | |
| | Note: invoice & receipts at the same time | | |
| 3. Total receipts (lines 2A+2B+2C) | | $ - | $ - |
| 4. Total funds available for operations (line 1+line 3) | | $Nil | $Nil |
| 5. Disbursements | | | |
| | A. Advertising | | |
| | B. Bank charges | | |
| | C. Contract labour | | |
| | D. Fixed asset payments (not incl in "N") | | |
| | E. Insurance | | |
| | F. Inventory payments | | |
| | G. Leases | | |
| | H. Manufacturing supplies | | |
| | I. Office supplies | | |
| | J. Payroll - net (see attachment 4B) | | |
| | K. Professional fees (Accounting & legal) | | |
| | L. Rent | | |
| | M. Repairs & maintenance | | |
| | N. Secured creditor payments (see attach 2) | | |
| | O. Taxes paid - payroll (see attachment 4C) | | |
| | P. Taxes paid - sales & use (see attach 4C) | | |
| | Q. Taxes paid - Other (see attachment 4C) | | |
| | R. Telephone | | |
| | S. Travel & entertainment | | |
| | T. U.S. Trustee Quarterly Fees | | |
| | U. Utilities | | |
| | V. Vehicle expenses (car rental) | | |
| | W. Other operating expenses | $ - | |
| 6. Total Disbursements (sum of 5A thru W) | | $ - | $ - |
| 7. Ending balance (line 4 minus line 6) | | $Nil (c) | $Nil (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This _21_ day of _Sept_, 20_16_.            Signature

(a)This number is carried forward from last month's report. For the first report only, this number will be the
   balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
   the petition.
(c)These two amounts will always be the same if form is completed correctly.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
**Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.**

|  |  | Cumulative |
|---|---|---|
| Description | Current Month | Petition to Date |
| **None** |  |  |

| TOTAL OTHER RECEIPTS | $ - | $ - |
|---|---|---|

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan amount | Source of funds | Purpose | Repayment schedule |
|---|---|---|---|

**OTHER DISBURSEMENTS:**
Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

|  |  | Cumulative |
|---|---|---|
| Description | Current Month | Petition to Date |
| **None** |  |  |

| TOTAL OTHER DISBURSEMENTS | $ - | $ - |
|---|---|---|

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**
Please refer to Appendix

**Attachment 1**
**Monthly Accounts Receivable Reconciliation and Aging**

Name of Debtor: PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02232-PMG

Reporting period
beginning          01-Aug-16                    Period ending          31-Aug-16

ACCOUNTS RECEIVABLE AT PETITION DATE:          **$NIL**

**Accounts receivable reconciliation**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | | ( a ) |
|    Plus: current month new billings | | |
| Minus: collection during the month | | ( b ) |
|    Plus/ minus: adjustments or writeoffs | | * |
| End of month balance | $          - | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 days | 31-60 days | 61-90 days | over 90 days | Total | |
|---|---|---|---|---|---|
| | $          - | | $          - | $          - | ( c ) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility write-off, disputed account, etc.) |
|---|---|---|
| **None** | | |
| | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and
   Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**Attachment 2**
**Monthly Accounts Payable and secured payments report**

Name of Debtor: PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02232-PMG

Reporting period beginning    01-Aug-16          Period ending          31-Aug-16

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST PETITION ACCOUNTS PAYABLE**

| Date incurred | Days outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| **None** | | | | |

Total amount                                    $          -     ( b )

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**Accounts payable reconciliation (post petition unsecured debt only)**

| | | |
|---|---|---|
| Opening Balance | $Nil | ( a ) |
| PLUS: New indebtedness incurred this month | | |
| MINUS: Amount paid on post petition | | |
| Accounts payable this month | $          - | |
| PLUS/MINUS: adjustments | $          - | * |
| End of month balance | $Nil | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**Secured payments report**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor / Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| **None** | | | | |

TOTAL                          $Nil                    (d)

(a)This number is carried forward from last month's report.  For the first report only, this number will be
the balance as of the petition date.

(b, c) The total of line (b) must equal line (c).

(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**Attachment 3**
**Inventory and Fixed Assets Report**

Name of Debtor PREMIER EXHIBITIONS, INC                    Case Number: 3:16-bk-02232-PMG

Reporting period beginning  01-Aug-16                    Period ending 31-Aug-16

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:                    $Nil

INVENTORY RECONCILIATION:

| | |
|---|---|
| Inventory Balance at Beginning of Month | $Nil (a) |
| PLUS: Inventory Purchased During Month | |
| MINUS: Inventory Used or Sold | |
| PLUS/MINUS: Adjustments or Write-downs | * |
| Inventory on Hand at End of Month | $Nil |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| **None** | | | = 100% | |

* Aging Percentages must equal 100%.
☐  Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**
**None**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:        $Nil        (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):
**None**

FIXED ASSETS RECONCILIATION:

| | |
|---|---|
| Fixed Asset Book Value at Beginning of Month | $Nil (a)(b) |
| MINUS:  Depreciation Expense | |
| PLUS:  New Purchases | |
| PLUS/MINUS: Adjustments or Write-downs | * |
| Ending Monthly Balance | $Nil |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
**None**

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor:    PREMIER EXHIBITIONS, INC        Case Number: 3:16-bk-02232-PMG

**Reporting period**
**beginning**            01-Aug-16                    **Period ending**            31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

**Name of bank**        None            **Branch**            None

**Account name**        None            **Account number**    None

Purpose of account:    OPERATING

Ending balance per bank statement                    $Nil
Plus total amount of outstanding deposits            $            -
Minus: total amount of outstanding checks and other debits            *
Minus: service charges                               $            -
End of month balance                                 $Nil        ** ( a )

**\* Debit cards are used by**            None

**\*\* If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment**
**4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| None |        |       |         |                              |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$Nil            Transferred to Payroll Account

$Nil            Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5A**
**Check register - operating account**

Name of Debtor:    PREMIER EXHIBITIONS, INC                    Case Number: 3:16-bk-02232-PMG

Reporting period
beginning    01-Aug-16                    Period ending    31-Aug-16

| **Name of bank** | None | **Branch** | None |
|---|---|---|---|
| **Account name** | None | **Account number** | None |

Purpose of account:  OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| **Date** | **Check number** | **Payee** | **Purpose** | **Amount** |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | $Nil |

**Attachment 4B**
**Monthly summary of bank activity - payroll account**

Name of Debtor:    PREMIER EXHIBITIONS, INC                    Case Number:  3:16-bk-02232-PMG

Reporting period
beginning        01-Aug-16              Period ending      31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

| **Name of bank** | None | **Branch** | None |
|---|---|---|---|
| **Account name** | None | **Account number** | None |

Purpose of account:          PAYROLL

| | |
|---|---|
| Ending balance per bank statement | $Nil |
| Plus total amount of outstanding deposits | $                    - |
| Minus: total amount of outstanding checks and other debits | * |
| Minus: service charges | $                    - |
| End of month balance | $Nil ** ( a ) |

**\* Debit cards are used by**        None

**\*\* If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:          ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| None | | | | |

The following non-payroll disbursements were made from this account:

| **Date** | **Amount** | **Payee** | **Purpose** | **Reason for Cash Disbursement** |
|---|---|---|---|---|
| None | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5B**
**Check register - payroll account**

Name of Debtor:   PREMIER EXHIBITIONS, INC                    Case Number:  3:16-bk-02232-PMG

Reporting period
beginning              01-Aug-16                Period ending      31-Aug-16

**Name of bank**      <span style="color:red">None</span>           **Branch**          <span style="color:red">None</span>

**Account name**      <span style="color:red">None</span>           **Account number**  <span style="color:red">None</span>

Purpose of account:              PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| <span style="color:red">None</span> | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | <span style="color:red">$Nil</span> |

**Attachment 4C**
**Monthly Summary of Bank Activity - Tax Account**

Name of Debtor:    PREMIER EXHIBITIONS, INC      Case Number: 3:16-bk-02232-PMG

Reporting period
beginning    01-Aug-16      Period ending    31-Aug-16

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

**Name of bank**    None      **Branch**    None

**Account name**    None      **Account number**    None

Purpose of account:    TAX

| | |
|---|---|
| Ending balance per bank statement | $Nil |
|     Plus total amount of outstanding deposits | $     - |
|     Minus: total amount of outstanding checks and other debits |      * |
|     Minus: service charges | $     - |
| Ending balance per Check Register | $Nil     ** ( a ) |

**\* Debit cards are used by**    None

**\*\* If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:      ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5B**

**Check register - tax account**

Name of Debtor:   PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02232-PMG

Reporting period
beginning          01-Aug-16              Period ending          31-Aug-16

**Name of bank**        None               **Branch**          None

**Account name**        None               **Account number**  None

Purpose of account:   TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can beattached to this report, provided all the
information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $Nil |

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | $Nil | (a) |
| Sales & Use Taxes Paid | $Nil | (b) |
| Other Taxes Paid | $Nil | (c) |
| TOTAL | $Nil | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5O)
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5P)
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5Q)
(d) These two lines must be equal.

**Attachment 4D**
**Investment accounts and petty cash report**

**Investment accounts**
Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable    None

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $Nil    (a) |

**Petty Cash Report**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum amount of cash in Drawer/Acct | (Column 3) Amount of petty cash on hand at end of month | (Column 4) Difference between (Column 2) and(Column 3) |
|---|---|---|---|
| None | | | |
| | | | |
| Total | $Nil    ( b ) | | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**        $Nil    (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 6**
**Monthly tax report**

Name of Debtor:    PREMIER EXHIBITIONS, INC                    Case Number: 3:16-bk-02232-PMG

Reporting period
beginning          01-Aug-16              Period ending
                                                         31-Aug-16

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of taxing authority | Date payment due | Description | Amount | Date last tax return filed | Tax return period |
|---|---|---|---|---|---|
| None | | | | | |

Total                                          $Nil

**Attachment 7**

**Summary of Officer or Owner Compensation**

**Summary of personnel and insurance coverages**

Name of Debtor:    PREMIER EXHIBITIONS, INC    Case Number: 3:16-bk-02232-PMG

Reporting period beginning    01-Aug-16    Period ending    31-Aug-16

**TAXES OWED AND DUE**

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of officer or owner | Title | Payment description | Amount paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| Total | | | $Nil |

**PERSONNEL REPORT**

| | Full time | Part time |
|---|---|---|
| Number of employees at beginning of period | None | |
| Number hired during the period | None | |
| Number terminated or resigned during period | None | |
| Number of employees on payroll at end of period | None | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy

**No changes**

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**Attachment 8**
**Significant Developments During Reporting Period**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant developments

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before   **TO BE DETERMINED.**

# APPENDIX

**Premier Exhibitions, Inc.**

Per MOR-3
(Unaudited) Balance Sheet
(Unaudited) Profit and Loss Statement

Consolidated Balance Sheet
Consolidated Profit and Loss Statement

**Premier Exhibitions, Inc.**
**Balance Sheet**
**Ending August 31, 2016**

|                                    | 08/31/16        |
| ---------------------------------- | --------------- |
| **ASSETS**                         |                 |
| **Current Assets**                 |                 |
|                                    |                 |
| **Fixed Assets**                   |                 |
| Computers                          | $134,111.45     |
| Software                           | 31,356.00       |
| Furniture & Fixtures               | 14,119.10       |
| Office Equipment                   | 5,592.00        |
| Exhibitry Fixtures                 | 26,224.40       |
| Leasehold Improvements             | 365,799.14      |
| **Total Fixed Assets**             | **577,202.09**  |
|                                    |                 |
| **Accumulated Depreciation**       |                 |
| Acc Dep - Computers                | (135,803.48)    |
| Acc Dep - Software                 | (28,927.42)     |
| Acc Dep - Furniture & Fixtures     | (13,104.65)     |
| Acc Dep - Office Equipment         | (5,452.20)      |
| Acc Dep - Exhibitry                | (21,907.62)     |
| Acc Dep - Leasehold Imp            | (308,734.71)    |
| **Total Accumulated Depreciation** | **(513,930.08)**|
|                                    |                 |
| **Net Fixed Assets**               | **63,272.01**   |
|                                    |                 |
| **Other Assets**                   |                 |
| Current Deferred Tax Asset         | 60,314.00       |
| **Long-Term Assets**               |                 |
| **Total Other Assets**             | **60,314.00**   |
|                                    |                 |
| **TOTAL ASSETS**                   | **123,586.01**  |

| **LIABILITIES AND EQUITY**         |                  |
| ---------------------------------- | ---------------- |
| **Current Liabilities**            |                  |
|                                    |                  |
| **Other Payables**                 |                  |
| Unclaimed Property                 | 18,443.26        |
| **Total Other Payables**           | **18,443.26**    |
|                                    |                  |
| **Other Current Liabilities**      |                  |
|                                    |                  |
| **Intracompany**                   |                  |
| Due From/To Corp                   | (473,506.36)     |
| Due From/To Titanic                | 1,258,435.75     |
| Due From/To AEI                    | (9,020,139.63)   |
| Due From/To PEM                    | (45,556,161.56)  |
| Due From/To EM                     | (1,185,161.30)   |
| **Total Intracompany**             | **(54,976,533.10)** |
|                                    |                  |
| **Intercompany**                   |                  |
|                                    |                  |
| **Total Current Liabilities**      | **(54,958,089.84)** |
|                                    |                  |
| **Long Term Liabilities**          |                  |
| L/T Portion - AEI Note Pay         | (142,773.18)     |
| Deferred Tax Liability             | 60,314.00        |
| **Total Long Term Liabilities**    | **(82,459.18)**  |
|                                    |                  |
| **TOTAL LIABILITIES**              | **(55,040,549.02)** |
|                                    |                  |
| **EQUITY**                         |                  |
| Capital Stock                      | 301.34           |
| Treasury Stock                     | (1,386.01)       |
| Common Stock                       | 491.74           |
| APIC                               | 67,673,328.95    |
| Accum. Other Comp Income           | (430,888.91)     |
| Retained Earnings                  | (11,897,071.33)  |
| YTD Net Income                     | (180,640.75)     |
| **TOTAL EQUITY**                   | **55,164,135.03** |
|                                    |                  |
| **TOTAL LIABILITIES AND EQUITY**   | **123,586.01**   |

**Premier Exhibitions, Inc.**
**Profit and Loss Statement**
**Ending August 31, 2016**

|  | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| **Ordinary Income and Expense** | | | | | | |
| Royalties - 3% | | | | | | |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| **General and Administrative** | | | | | | |
| | | | | | | |
| **Insurance** | | | | | | |
| Insurance - D&O Insurance | $18,948 | $18,948 | $18,948 | $18,948 | $18,948 | $18,948 |
| **Total Insurance** | **18,948** | **18,948** | **18,948** | **18,948** | **18,948** | **18,948** |
| Employee Stock Option Comp Exp | 2,549 | 2,549 | 2,549 | 2,549 | 2,549 | 2,549 |
| **Total Stock Compensation** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** |
| **Other Non-Cash Expenses** | | | | | | |
| **Total Non-Cash Expenses** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** |
| **Total General and Administrative** | **21,497** | **21,497** | **21,497** | **21,497** | **21,497** | **21,497** |
| **EBITDA** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** |
| **Total Operating Expenses** | **21,497** | **21,497** | **21,497** | **21,497** | **21,497** | **21,497** |
| **Income from Operations** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** |
| **Net Income** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** |
| **Income incl Non-Controlling Interest** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** | **(21,497)** |

**Premier Exhibitions, Inc.**
**Consolidated Balance Sheet**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

|  | 08/31/16 |
|---|---|

## ASSETS
### Current Assets

#### Cash and Cash Equivalents

##### Cash Accounts
| | |
|---|---|
| Premier - BOA Operating - 7579 | |
| PEM - BOA - Sweep - 9697 | 1,964,324.64 |
| PEM - BOA - Operating - 9523 | (12,905.63) |
| Premier - BOA TUT - 3309 | |
| Premier - Petty Cash | 7,483.72 |
| Wells Fargo - Holding 1139 | 4,504.16 |
| Premier UK Bank of Scotland | |
| RMST UK Royal Bank | |
| Undeposited Funds | 19,282.40 |
| **Total Cash Accounts** | **1,982,689.29** |
| **Total Cash and Cash Equivalents** | **1,982,689.29** |

##### Marketable Securities
| | |
|---|---|
| Marketable Securities - Securities | 420.00 |
| Marketable Securities - New York | |
| **Total Marketable Securities** | **420.00** |

##### Accounts Receivable
| | |
|---|---|
| Accounts Receivable - Trade | 970,444.01 |
| Accounts Receivable - I/C Dinoking | 400,537.41 |
| Accounts Receivable - I/C DU Corp | 180,000.00 |
| Unbilled Receivables | 29,183.00 |
| Accrued Receivables | 41,223.30 |
| Allowance for Doubtful Account | (220,440.00) |
| Credit Card Receivable | 11,703.08 |
| **Accounts Receivable, Net** | **1,412,650.80** |

##### Other Receivables
| | |
|---|---|
| Travel Advances | |
| **Total Other Receivables** | |

##### Other Current Assets
###### Inventory and Deposits
| | |
|---|---|
| Inventory | 641,334.00 |
| Inventory Reserve | (90,000.00) |
| Security Deposits | 42,175.00 |

**Premier Exhibitions, Inc.**
**Consolidated Balance Sheet**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 08/31/16 |
|---|---|
| Titanic Trust Fund | 508,796.42 |
| | ------------------------- |
| **Total Inventory and Deposits** | **1,102,305.42** |
| | |
| **Prepaid Expenses** | |
| Prepaid Insurance | 49,185.77 |
| Prepaid Build Cost | 2,010.92 |
| Prepaid Expenses - G&A | 19,871.99 |
| Prepaid Expenses - Other | 166,457.87 |
| | ------------------------- |
| **Total Prepaid Expenses** | **237,526.55** |
| | ------------------------- |
| **Total Other Current Assets** | **1,339,831.97** |
| | ------------------------- |
| **Total Current Assets** | **4,735,592.06** |
| **Fixed Assets** | |
| Computers | 151,524.69 |
| Software | 217,571.27 |
| Furniture & Fixtures | 963,897.76 |
| Office Equipment | 1,291,386.20 |
| Exhibitry Fixtures | 16,672,239.26 |
| Heavy Equipment | 50,967.68 |
| Leasehold Improvements | 15,752,386.65 |
| Durable Goods/Tools | 518,123.11 |
| Vehicles | 14,000.00 |
| Furniture & Fixtures - Luxor | 115,277.36 |
| Exhibitry Fixtures - Luxor | 228,039.97 |
| Leasehold Improvements - Luxor | 6,889,971.67 |
| Durable Goods/Tools - Luxor | 4,044.37 |
| | ------------------------- |
| **Total Fixed Assets** | **42,869,429.99** |
| **Accumulated Depreciation** | |
| Acc Dep - Computers | (149,725.96) |
| Acc Dep - Software | (203,015.86) |
| Acc Dep - Furniture & Fixtures | (909,228.00) |
| Acc Dep - Office Equipment | (1,290,145.04) |
| Acc Dep - Exhibitry | (13,644,859.93) |
| Acc Dep - Heavy Equipment | (13,189.96) |
| Acc Dep - Leasehold Imp | (3,121,258.46) |
| Acc Dep - Durable Goods | (503,063.57) |
| Acc Dep - Vehicles | (13,999.99) |
| Acc Dep - Furn & Fix - Luxor | (114,499.62) |
| Acc Dep - Heavy Equip - Luxor | (226,398.32) |
| Acc Dep - Leasehold Imp - Luxor | (4,468,275.03) |

**Premier Exhibitions, Inc.**
**Consolidated Balance Sheet**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

|  | 08/31/16 |
|---|---|
| Acc Dep - Goods/Tools - Luxor | (4,043.97) |
| | ------------------------- |
| **Total Accumulated Depreciation** | **(24,661,703.71)** |
| **Net Fixed Assets** | **18,207,726.28** |
| **Other Assets** | |
| **Costs of Salvage** | |
| Salvor's Lien | 1,000.00 |
| Subrogation Rights | 250,000.00 |
| | ------------------------- |
| **Total Costs of Salvage** | **251,000.00** |
| **Costs of Artifacts** | |
| Artifacts Owned at Cost | 2,850,365.35 |
| | ------------------------- |
| **Total Costs of Artifacts** | **2,850,365.35** |
| Current Deferred Tax Asset | 60,314.00 |
| Construction in Progress | 5,300.00 |
| **Licenses and Other Intangibles** | |
| Acquisition of License | 6,786,339.17 |
| Films | 2,447,670.85 |
| Gaming | 885,689.75 |
| Future Right Fees | 4,380,000.00 |
| Acc Amort - Licenses | (5,338,201.95) |
| Acc Amort - Future Right Fees | (3,986,045.45) |
| Acc Amort - Films | (1,625,996.59) |
| Acc Amort - Gaming | (516,652.36) |
| | ------------------------- |
| **Total Licenses and Other Intangibles** | **3,032,803.42** |
| **Long-Term Assets** | |
| | ------------------------- |
| **Total Other Assets** | **6,199,782.77** |
| | ------------------------- |
| **TOTAL ASSETS** | **29,143,101.11** |
| | ============== |

**LIABILITIES AND EQUITY**

**Current Liabilities**

**Accounts Payable**                    **4,625,209.51**

**Other Payables**
BOA CC Payable - Trav/Purch

**Premier Exhibitions, Inc.**
**Consolidated Balance Sheet**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

|  | 08/31/16 |
|---|---|
| Payroll Witholdings - 401K | (367.57) |
| Sales Tax Payable | 55,330.13 |
| Federal Fica/Med | (2,224.25) |
| **Total Other Payables** | **52,738.31** |
| **Other Current Liabilities** | |
| **Accrued Liabilities** | |
| Accrued Expenses - COS | 734,840.89 |
| Accrued Expenses - Professional Fee | 322,062.47 |
| Accrued Expenses - G&A | 762,329.62 |
| Accrued Salary | 124,966.69 |
| Accrued Mktg Cost - CY | |
| Accrued Legal Expense | 77,790.63 |
| Legal Settlement Reserve | 225,000.00 |
| Accrued Rent Expense | 5,940,003.51 |
| Luxor Lease Restruture | 388,532.95 |
| Accrued Bonuses | |
| Accrued Expenses - Partners | (26,458.09) |
| **Total Accrued Liabilities** | **8,549,068.67** |
| **Intracompany** | |
| Due From/To Premier Exhibition | (180,682.19) |
| Due From/To Corp | 58,127,011.60 |
| Due From/To RMS Titanic | 186,377.22 |
| Due From/To Titanic | (4,626,478.19) |
| Due From/To AEI | (8,735,636.81) |
| Due From/To PEM | (52,868,241.59) |
| Due From/To EM | 1,317,623.56 |
| Due From/To NCAEI | (10,249.50) |
| Due From/To Merch | (4,169.97) |
| **Total Intracompany** | **(6,794,445.87)** |
| **Intercompany** | |
| **Other Short-Term Liabilities** | |
| Deferred Revenue | 16,666.66 |
| Unearned Guaranty Income | 1,239,857.74 |
| Deferred Admisssions Revenue | 12,901.29 |
| Short-Term Portion - Notes Payable | 200,000.00 |
| S/T Portion - AEI Note Pay | 110,000.00 |
| S/T Cap Lease - 5 yr | 7,956.26 |
| S/T Capital Lease 1,821.55 | 8,599.96 |
| S/T Capital Lease 3,073.04 | 14,427.31 |
| S/T Capital Lease   831.87 | 4,332.19 |

**Premier Exhibitions, Inc.**
**Consolidated Balance Sheet**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

|  | 08/31/16 |
|---|---|
| **Other Short-Term Liabilities** | **1,614,741.41** |
| **Total Current Liabilities** | **8,047,312.03** |
| **Long Term Liabilities** | |
| L/T Cap Lease - 5 yr | 16,625.22 |
| L/T Capital Lease 1,821.55 | 65,077.10 |
| L/T Capital Lease 3,073.04 | 112,230.24 |
| L/T Capital Lease   831.87 | 30,531.37 |
| L/T Portion - AEI Note Pay | 63,000.00 |
| L/T Discount - AEI Note Pay | (8,023.82) |
| Contra Note Payable - AEI | (711,174.73) |
| LT Luxor Lease Restructure | 1,107,351.83 |
| LT Loan - DK/DU Investors | 3,000,000.00 |
| Deferred Tax Liability | 60,314.00 |
| **Total Long Term Liabilities** | **3,735,931.21** |
| **TOTAL LIABILITIES** | **11,783,243.24** |
| **EQUITY** | |
| Capital Stock | 301.34 |
| Treasury Stock | (1,386.01) |
| Common Stock | 491.74 |
| APIC | 67,675,878.21 |
| Minority Interest - AEI | 148,078.56 |
| Accum. Other Comp Income | (10,201.64) |
| Retained Earnings | (53,767,243.75) |
| YTD Net Income | 3,313,939.42 |
| **TOTAL EQUITY** | **17,359,857.87** |
| **TOTAL LIABILITIES AND EQUITY** | **29,143,101.11** |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| **Ordinary Income and Expense** | | | | | | |
| **Revenue** | | | | | | |
| **Exhibition Revenue** | | | | | | |
| **Admissions** | | | | | | |
| Admission Ticket Revenue | $1,264,832 | $1,073,608 | $849,652 | $803,681 | $935,773 | $751,634 |
| Admissions - Group Sales | 185,988 | 166,124 | 66,063 | 17,266 | 9,674 | 9,103 |
| Admissions - Dinner Shows | 31,990 | 34,399 | 31,799 | 20,999 | 21,376 | 24,641 |
| Ticket Surcharge Revenue | 302 | 276 | 224 | | | |
| Audio Tour Revenue | 20,825 | 21,011 | 23,096 | 17,855 | 18,739 | 15,093 |
| Exhibition Partnership Distr | (41,494) | (20,514) | 5,897 | 275,316 | 36,375 | (30,641) |
| Exhibition Revenue - Other | 93,141 | 151,375 | 56,912 | 44,120 | 28,199 | 70,638 |
| Royalties | 21,969 | 14,070 | 12,771 | 10,101 | 30,431 | 42,888 |
| **Total Admissions** | **1,577,553** | **1,440,349** | **1,046,414** | **1,189,338** | **1,080,567** | **883,356** |
| **Sales Contra Revenue** | | | | | | |
| Credit Card Fees | (25,302) | (25,088) | (22,953) | (23,088) | (18,856) | (16,307) |
| Sales Charge Backs | (280) | (358) | (685) | (275) | (240) | (752) |
| Call Center Fees | (759) | (1,094) | (1,339) | (1,310) | (1,752) | (888) |
| **Sales Contra Revenue** | **(26,341)** | **(26,540)** | **(24,977)** | **(24,673)** | **(20,848)** | **(17,947)** |
| **Total Exhibition Revenue** | **1,551,212** | **1,413,809** | **1,021,437** | **1,164,665** | **1,059,719** | **865,409** |
| **Guaranty and Licensing Revenue** | | | | | | |
| Licensing Rights Revenue | 280,710 | 332,096 | 314,841 | 235,613 | 159,173 | 184,964 |
| **Total Guaranty and Licensing Revenue** | **280,710** | **332,096** | **314,841** | **235,613** | **159,173** | **184,964** |
| **Merchandise Revenue** | | | | | | |
| Retail Sales | 245,717 | 221,966 | 171,823 | 137,751 | 178,374 | 158,536 |
| Merchandise - Other | (858) | 410 | 449 | 216 | (62) | 1,450 |
| Merchandise Partnership Distr | (1,417) | (744) | (29,098) | (152) | (7,718) | (18,916) |
| Photography | 90,160 | 82,440 | 61,146 | 70,334 | 97,725 | 86,094 |
| Photo Partnership Distribution | | | (5,854) | (4,038) | (9,597) | (7,459) |
| Wholesale - Markups | 3,400 | | (7,605) | | | (1,338) |
| Merch-Licensing & Royalty Rev Royalties - 3% | 1,200 | | | 7,564 | 1,100 | 3,367 |
| **Total Merchandise Revenue** | **338,202** | **304,072** | **190,861** | **211,675** | **259,822** | **221,734** |
| **Other Revenue** | | | | | | |
| Shipping Income | 844 | 1,457 | 1,495 | 2,318 | (1,389) | 838 |
| Exhibition Mgmt Fee | 14,065 | 14,471 | 14,606 | 14,471 | 14,606 | 14,606 |
| **Total Other Revenue** | **14,909** | **15,928** | **16,101** | **16,789** | **13,217** | **15,444** |
| **Total Revenue** | **2,185,033** | **2,065,905** | **1,543,240** | **1,628,742** | **1,491,931** | **1,287,551** |
| **Cost of Sales** | | | | | | |
| **Exhibition Expenses** | | | | | | |
| **Production Expenses** | | | | | | |
| Artifact Supplies | 38 | | 66 | 611 | | |
| Design Costs | 2,160 | | | 3,600 | 1,200 | |
| Equipment Rental | 258 | 27,497 | 5,588 | 12,102 | 988 | 1,738 |
| Artifact Install/Conservation | 1,000 | | | | | |
| Build Cost | 46,241 | 44,815 | 23,412 | 2,009 | 2,009 | 2,009 |
| Electrical Supplies | 323 | | | | | |
| Fire Protections | 160 | | | | | |
| Postage & Delivery | 486 | 227 | 28 | 132 | | |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---:|---:|---:|---:|---:|---:|
| Printing/Graphics | 2,572 | 3,236 | 2,910 | 5,062 | 1,740 | 3,913 |
| Professional Consulting | 2,255 | | | 11,000 | 2,625 | |
| Shipping/Storage | 25,332 | 45,780 | 44,797 | 84,913 | 30,400 | 32,263 |
| Supplies (Paint, tools, etc) | 3,700 | 5,878 | 16,329 | 29,821 | 596 | 205 |
| Phone/Internet | | | | | | 1,041 |
| Temporary Labor | 5,697 | 97,218 | 37,556 | 139,236 | 31,163 | 250 |
| Per Diem | 1,585 | 12,557 | 2,351 | 14,414 | 2,641 | |
| Membership Fees | | | | | | 1,374 |
| Misc. Expense | (20,550) | (42,805) | (18,303) | (47,946) | | 15,783 |
| **Total Production Expenses** | **71,257** | **194,403** | **114,734** | **254,954** | **73,362** | **58,576** |
| **Travel - Production** | | | | | | |
| Travel - Airfare | 10,633 | 1,881 | 8,320 | 5,444 | 807 | 1,209 |
| Travel - Hotel/Lodging | 9,456 | 9,428 | (154) | 51,311 | | 301 |
| Travel - Meals | 1,507 | 653 | (224) | 1,655 | 211 | (26) |
| Travel - Auto Rental | 156 | | | | | |
| Travel - Phone/Internet | | | | | 85 | |
| Travel - Parking Fees | 385 | 449 | (224) | 90 | 78 | 6 |
| Travel - Cab Fare | 391 | 292 | | 1,093 | 1,038 | |
| Travel - Misc. Exp. | 6,979 | 24 | 7,279 | 10,639 | 2,734 | |
| Travel - Mileage | 32 | | | | | |
| **Total Travel - Production** | **29,539** | **12,727** | **14,997** | **70,232** | **4,953** | **1,490** |
| **Operational Expenses** | | | | | | |
| Office Expense | 4,388 | 4,167 | 4,037 | 3,502 | 2,488 | 3,518 |
| Telephone/Internet | 7,237 | 5,557 | 2,135 | 4,839 | 2,201 | 5,248 |
| Utilities | 47,583 | 40,546 | 26,642 | 24,540 | 9,035 | 16,791 |
| Salaries - Exhibitions | 158,221 | 182,190 | 111,293 | 95,645 | 91,809 | 89,655 |
| Insurance - Med/Dental Exhibit | 4,036 | 3,890 | 5,930 | 5,503 | 16,172 | 7,774 |
| Payroll Taxes - Exhibitions | 20,296 | 22,832 | 12,473 | 10,887 | 8,795 | 8,421 |
| Recruiting Expense | 115 | | | | | |
| Bank Charges | 35 | | | 30 | 36 | |
| Miscellaneous Operational Exp | 117 | (539) | 2,200 | (1,579) | 20,869 | |
| Dinner Shows - COS | 15,391 | 18,731 | 16,563 | 12,132 | 16,564 | 13,953 |
| Security Expense - Operations | 1,970 | 3,467 | 2,897 | 2,144 | (234) | 1,247 |
| Temporary Labor | 4,975 | 12,943 | 150 | | | |
| Cleaning Expenses | 1,736 | 3,533 | 1,929 | 1,036 | 1,036 | 2,009 |
| Licensing Fees | 5,000 | 2,500 | 2,500 | 2,500 | (99,572) | 2,500 |
| Rent Expense | 641,147 | 535,807 | 535,770 | 432,430 | 275,589 | 284,623 |
| Repairs and Maintenance | 9,460 | 3,442 | 2,852 | 2,310 | 765 | 932 |
| Uniforms/Costumes | 529 | 155 | 310 | 245 | 410 | |
| Exhibition Mgmt Expense | 4,743 | 5,270 | 5,446 | 5,270 | 5,446 | 5,446 |
| Freight/Trucking Exp: | 3,450 | | 460 | 11,440 | | |
| Taxes & Licenses | 7,716 | 15,680 | (8,581) | 25,616 | 1,750 | (6,929) |
| **Total Operational Expenses** | **938,145** | **860,171** | **725,006** | **638,490** | **353,159** | **435,188** |
| **Total Exhibition Expenses** | **1,038,941** | **1,067,301** | **854,737** | **963,676** | **431,474** | **495,254** |
| **Merchandise Expenses** | | | | | | |
| Retail Cost of Goods Sold | 61,453 | 54,815 | 44,857 | 35,752 | 39,296 | 38,843 |
| Cost of Photos | 10,404 | 8,145 | 5,362 | 9,595 | 10,903 | 11,277 |
| Software Support | 2,082 | 1,107 | 1,107 | 1,107 | 1,107 | 1,107 |
| Freight & Handling | 3,897 | 4,613 | 4,457 | 3,213 | 2,609 | 2,362 |
| Misc. Merchandise Expense | 828 | (4) | 656 | 1,083 | | 1,110 |
| Retail Labor | 33 | | | 6,068 | 14,612 | 14,545 |
| Retail CC Fees | 16 | 9 | 378 | 1,174 | 2,018 | 1,808 |
| Inventory Over/Short | 3,276 | | | | | |
| Setup Fees | | 60 | | | | |
| Merchandise Supplies | 1,222 | 919 | 2,176 | 403 | 423 | 22 |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| Inventory Adjustments | | | | 23,296 | (2,335) | 26,106 |
| **Total Merchandise Expenses** | **83,211** | **69,664** | **58,993** | **81,691** | **68,633** | **97,180** |
| **Exhibition Marketing Expenses** | | | | | | |
| **Marketing** | | | | | | |
| Printing/Graphics | | | | 720 | 2,970 | 3,573 |
| Postage & Delivery | | | | | | 154 |
| Booth Rental | | | | 680 | | |
| Misc. Marketing Expenses | 285 | | 54 | | | |
| **Total Marketing** | **285** | | **54** | **1,400** | **2,970** | **3,727** |
| **Travel - Marketing** | | | | | | |
| Travel - Airfare | 203 | | | | | |
| Travel - Meals | | | | | | 106 |
| Travel - Parking Fees | 8 | | | | | |
| Travel - Cab Fare | | | | | | 80 |
| Travel - Misc. Exp. | | | | 1,114 | 2,037 | |
| **Total Travel - Marketing** | **211** | | | **1,114** | **2,037** | **186** |
| **Advertising** | | | | | | |
| Advertising - Outdoor Production | 4,800 | | | | 2,498 | 16,182 |
| Advertising - Creative Production | | | | | | 1,078 |
| Advertising -Outdoor/Billboard | 23,985 | | 112,833 | 23,985 | 23,985 | 23,985 |
| Advertising - Print | 46,577 | 8,374 | 35,366 | 3,582 | 5,847 | 3,962 |
| Advertising - Promotions | 9,845 | 8,600 | 8,600 | 12,536 | 11,067 | 15,530 |
| Advertising - Flyers | 6,542 | 8,471 | 3,387 | 3,387 | 5,852 | |
| Advertising - Internet | 1,750 | 1,750 | 1,750 | | | 1,320 |
| Group Sales - Commissions | 1,352 | 7,219 | 1,372 | 2,889 | | |
| Group Sales - Other Expenses | | 1,000 | 500 | | | |
| **Total Advertising** | **94,851** | **35,414** | **163,808** | **46,379** | **49,249** | **62,057** |
| **Public Relations** | | | | | | |
| PR - Collateral | 438 | | | | | |
| PR - Consulting Exp. | 5,700 | 4,200 | 15,267 | 4,192 | 4,961 | 4,610 |
| PR - Events | 9,046 | 2,818 | 9,315 | 1,707 | | 500 |
| **Total Public Relations** | **15,184** | **7,018** | **24,582** | **5,899** | **4,961** | **5,110** |
| **Total Exhibition Marketing Expenses** | **110,531** | **42,432** | **188,444** | **54,792** | **59,217** | **71,080** |
| **Total Cost of Sales** | **1,232,683** | **1,179,397** | **1,102,174** | **1,100,159** | **559,324** | **663,514** |
| **Gross Profit** | **952,350** | **886,508** | **441,066** | **528,583** | **932,607** | **624,037** |
| **Operating Expenses** | | | | | | |
| **General and Administrative** | | | | | | |
| **Exhibition Expense** | | | | | | |
| Marketing Expense | 50 | | | 3,503 | 2,778 | 721 |
| Merchandise Expense | 1,140 | 37 | | | | |
| Catalog | | | | | | 180 |
| Exhibition Expense | 44 | | | | | 3,815 |
| Trade Shows | | | | 639 | | 7,137 |
| Graphic Design | | 365 | | 910 | | 3,616 |
| **Total Exhibition Expense** | **1,234** | **402** | | **5,052** | **2,778** | **15,469** |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| **Artifact Expense** | | | | | | |
| Conservation | 72 | 675 | | (5,820) | | |
| Artifact - Freight/ Shipping | 562 | | 15,318 | | 550 | 5,650 |
| Insurance - Artifacts | 9,230 | 9,230 | 9,230 | 9,230 | 10,612 | 9,230 |
| Laboratory Supplies | 583 | | 200 | | 69 | 830 |
| **Total Artifact Expense** | **10,447** | **9,905** | **24,748** | **3,410** | **11,231** | **15,710** |
| **Compensation** | | | | | | |
| Salaries | 255,517 | 202,101 | 252,963 | 213,977 | 204,151 | 206,103 |
| Severance | 1,298 | | | 3,827 | 5,346 | |
| I/C Overhead Costs | 3,568 | 3,784 | 3,719 | 3,900 | 4,030 | 4,188 |
| Payroll Taxes | 19,467 | 24,118 | 15,469 | 14,115 | 12,144 | 10,201 |
| Bonus Compensation | | | 2,041 | 5,280 | | 2,115 |
| Computer Labor | 6,111 | 6,111 | | | | |
| Temporary Labor | 200 | 1,800 | 2,615 | 1,260 | 3,314 | 2,520 |
| Director's Compensation | 3,669 | 3,235 | 3,235 | 3,200 | 3,200 | 10,038 |
| **Total Compensation** | **289,830** | **241,149** | **280,042** | **245,559** | **232,185** | **235,165** |
| **Employee Benefits** | | | | | | |
| Books & Subscriptions | 70 | | | | | |
| Dues & Fees | 990 | 9 | 34 | 2,600 | | 99 |
| Payroll Fees | 3,940 | 4,476 | 2,991 | 3,096 | 3,313 | 3,118 |
| Human Resources | 953 | 285 | 153 | 2,095 | 768 | 1,754 |
| Moving/Relocation | 3,880 | | | | | 1,500 |
| **Total Employee Benefits** | **9,833** | **4,770** | **3,178** | **7,791** | **4,081** | **6,471** |
| **Insurance** | | | | | | |
| Insurance - Worker's Comp | 2,709 | 2,709 | 2,709 | 351 | | (5) |
| Insurance - D&O Insurance | 9,950 | 18,948 | 18,948 | 18,948 | 18,948 | 18,948 |
| Insurance - Medical | 5,988 | 11,277 | 9,722 | 999 | 17,367 | 6,180 |
| Insurance - Office/Misc | 18,830 | 18,830 | 18,830 | 18,830 | 18,830 | 18,830 |
| **Total Insurance** | **37,477** | **51,764** | **50,209** | **39,128** | **55,145** | **43,953** |
| **Office Expenses** | | | | | | |
| Equipment Rental | 4,962 | 5,284 | 3,730 | 3,487 | 1,760 | 7,351 |
| Software as a Service | 3,603 | 1,456 | 1,666 | 3,836 | 1,432 | 3,518 |
| Office Equipment < 1000 | 160 | | | | | |
| Maintenance - Equipment/Comp | 6,424 | 7,227 | 7,270 | 6,637 | 9,210 | 8,488 |
| Maintenance - Software | 2,651 | 941 | 941 | 941 | 941 | 941 |
| Meeting Expense | | | | | 3,933 | 1,725 |
| Office Expense | 62,990 | 31,273 | 8,079 | 9,439 | 200 | 3,404 |
| Security | | | 1,158 | 129 | 129 | 1,545 |
| G&A Storage | 9,295 | 2,695 | 1,501 | 10,268 | 22,950 | 24,886 |
| Rent Expense | 100,705 | 90,963 | 97,772 | 97,968 | 96,680 | 102,144 |
| Accretion Expense | 2,440 | 2,440 | 2,440 | 2,395 | 2,395 | 2,395 |
| Office Parking Fees | 384 | | | 57 | | |
| Utilities | 5,355 | 7,969 | 9,849 | 5,655 | 1,854 | 9,875 |
| Telephone | 4,410 | 3,114 | 3,519 | 3,774 | 2,490 | 3,041 |
| Mobile/Cellular Telephone | 1,470 | 854 | 858 | 1,276 | 859 | 1,064 |
| Internet | 2,728 | 2,276 | 1,276 | 1,474 | 1,276 | 7,599 |
| Web Site | 124 | | | 680 | | 144 |
| Postage & Delivery | 1,257 | 292 | 37 | 1,163 | 235 | 23 |
| Office Supplies | 1,274 | 673 | 179 | | | 804 |
| **Total Office Expenses** | **210,232** | **157,457** | **140,275** | **149,179** | **146,344** | **178,947** |
| **Travel - G&A** | | | | | | |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

| | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| Travel - Airfare | 6,958 | 2,485 | 2,903 | 4,253 | 824 | 2,528 |
| Travel - Hotel/Lodging | 1,633 | 1,692 | 962 | 959 | | 640 |
| Travel - Meals | 1,184 | 643 | 892 | 519 | | 477 |
| Business Meals | | | | 68 | 67 | 148 |
| Travel - Auto Rental | 143 | 449 | 294 | 138 | | 623 |
| Travel - Phone/Internet | | | | 19 | | 212 |
| Travel - Parking Fees | 142 | 104 | 933 | 255 | | 105 |
| Travel - Cab Fare | | 99 | | 190 | 62 | 119 |
| Travel - Misc. Exp. | 2,456 | 36 | 192 | 46,473 | 9,873 | 26,878 |
| Travel - Mileage | | | | | 205 | |
| **Total Travel - G&A** | **12,516** | **5,508** | **6,176** | **52,874** | **11,031** | **31,730** |
| **Professional Fees** | | | | | | |
| Accounting Fees | 52,000 | 30,000 | 30,000 | 40,000 | 30,000 | 30,000 |
| Professional Fees | 7,008 | 10,790 | 27,500 | (19,190) | 10,000 | 3,981 |
| Consulting Expense | 8,285 | 8,401 | 2,963 | (313) | 1,500 | 1,988 |
| Legal Fees | 42,528 | 88,804 | 78,058 | 222,145 | 101,127 | 82,194 |
| **Total Professional Fees** | **109,821** | **137,995** | **138,521** | **242,642** | **142,627** | **118,163** |
| **Other Expenses** | | | | | | |
| Bank Charges | 18,703 | 8,370 | 6,214 | 6,653 | 5,848 | 6,459 |
| Safe Deposit Box | | | | 222 | | |
| Printing (Reports) | | | | | 660 | 1,253 |
| Stock Investor Marketplace | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Stock Reg Fees | | 805 | 809 | 2,078 | 1,654 | 1,174 |
| Filing Fees | 400 | 300 | | | 426 | 1,574 |
| Registration | 1,995 | 4,454 | 2,835 | 241 | 1,019 | |
| Misc. Expense | (2,767) | (758) | 1,612 | (750) | (194) | 535 |
| Penalties/Late Fees | 2,829 | 346 | | 201 | 129 | 6,418 |
| Loss on Leases | (65,322) | | | | | |
| Property Taxes | 2,173 | 2,035 | 2,310 | 2,173 | 2,035 | 4,844 |
| Business Licenses | 21,035 | | | | | (1,541) |
| **Total Other Expenses** | **(17,454)** | **19,052** | **17,280** | **14,318** | **15,077** | **24,216** |
| Employee Stock Option Comp Exp | 2,549 | 2,549 | 2,549 | 2,549 | 2,549 | 2,549 |
| **Total Stock Compensation** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** |
| **Other Non-Cash Expenses** | | | | | | |
| **Total Non-Cash Expenses** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** | **2,549** |
| **Total General and Administrative** | **666,485** | **630,551** | **662,978** | **762,502** | **623,048** | **672,373** |
| **EBITDA** | **285,865** | **255,957** | **(221,912)** | **(233,919)** | **309,559** | **(48,336)** |
| **Other Operating Expenses** | | | | | | |
| Loss/(Gain) on Disposal | | | | (47,700) | | |
| Impairment Expense | | | | (3,314,612) | | |
| **Total Other Operating Expenses** | | | | **(3,362,312)** | | |
| **Total Operating Expenses** | **666,485** | **630,551** | **662,978** | **(2,599,810)** | **623,048** | **672,373** |
| **Income from Operations** | **285,865** | **255,957** | **(221,912)** | **3,128,393** | **309,559** | **(48,336)** |

**Premier Exhibitions, Inc.**
**Consolidated Profit and Loss Statement**
**Summary of All Units - excluding Dinosaurs Unearthed Corp.**
**Ending August 31, 2016**

|  | 03/31/16 | 04/30/16 | 05/31/16 | 06/30/16 | 07/31/16 | 08/31/16 |
|---|---|---|---|---|---|---|
| **Other Income and Expense** | | | | | | |
| Other Income | (140,649) | | | | (22,691) | (22,691) |
| Interest Income | (58) | (56) | (59) | (59) | (61) | (84) |
| Gain on Vendor Settlements | | (45,845) | (284,697) | | | 5,590 |
| Foreign Conversion-Loss/(Gain) | | | | | | 6,984 |
| Interest Expense | 14,033 | 13,599 | 120,905 | 7,561 | 33,051 | 30,386 |
| **Total Other Income and Expense** | **(126,674)** | **(32,302)** | **(163,851)** | **7,502** | **10,299** | **20,185** |
| **Net Income** | **412,539** | **288,259** | **(58,061)** | **3,120,891** | **299,260** | **(68,521)** |
| **Income incl Non-Controlling Interest** | **412,539** | **288,259** | **(58,061)** | **3,120,891** | **299,260** | **(68,521)** |