The Honorable Paul M. Glen

**FILED VIA MAIL**
JACKSONVILLE, FLORIDA

OCT 31 2016

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

PREMIER EXHIBITIONS, INC.,

Debtor.

Case No. 3-16-bk-02232-PMG
Chapter 11

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Semmel Concerts GmbH ("Semmel") and files this Notice of Withdrawal of Claim No. 27, and in support thereof show the following:

1. Semmel erroneously filed its Proof of Claim under Case No. 3-16-bk-02232-PMG on October 19, 2016.

2. Semmel has since filed a Proof of Claim under the correct case number, which is Case No. 3:16-bk-02233-PMG.

3. Therefore, Semmel hereby withdraws Claim No. 27, erroneously filed under Case No. 3-16-bk-02232-PMG.

DATED this 25 day of October, 2016.

Davis Wright Tremaine LLP
Attorneys for Semmel Concerts GmbH

By _____
Joseph VanLeuven, OSB #824189

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM - 1
DWT 30617546v1 0096900-000002

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax