

**Department of Taxation and Finance**

BANKRUPTCY UNIT

FILED VIA MAIL
JACKSONVILLE, FLORIDA
APR 2 7 2018
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

04/23/2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
300 NORTH HOGAN STREET
SUITE 3-350
JACKSONVILLE, FL  32202-4204

Re:   Claim withdrawal for PREMIER EXHIBITIONS, INC.
      Docket #:  16-02232

Dear Sir/Madam:

New York State Department of Taxation and Finance is withdrawing the 3rd Amended Pre-Petition proof of claim in the amount of $438,396.55 with a statement date of 04/23/2018.  The surviving claim is the 2nd Amended Pre-Petition proof of claim and in the amount of $390,875.90 with a statement date of 11/27/2017.

If you have any questions, please contact me at (518) 457-3160.

Sincerely,

Holly Hitchcock
Tax Compliance Representative I