**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
<u>**JACKSONVILLE DIVISION**</u>

| | | |
|---|---|---|
| In re | ) | Case No. 3:16-bk-2232-PMG |
| PREMIER EXHIBITIONS, INC., et al.,[1] | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

<u>**SUPPLEMENTAL CERTIFICATE OF SERVICE**</u>

      I certify that, on March 28, 2019, copies of the Official Committee of Unsecured Creditors' Amended Motion to Alter/Amend Orders Approving Employment/Retention of Robert Charbonneau and Jason S. Mazer and their Respective Law Firms as Special Counsel to Responsible Person [Docket No. 55] were furnished by U.S. Mail, postage prepaid to (i) Robert P. Charbonneau, Esq., Agentis, PLLC, 55 Alhambra Plaza, Suite 800, Coral Gables, Florida 33134, and (ii) Jason S. Mazer, Esq., Cimo Mazer Mark, PLLC, 100 Southeast 2nd Street, Suite 3650, Miami, Florida 33131.

      Avery Samet, Esq.
      Jeffrey Chubak, Esq.
      **STORCH AMINI & MUNVES PC**
      140 East 45th Street, 25th Floor
      New York, New York  10017
      (212) 490-4100
      (212) 490-4208 (Facsimile)
      asamet@samlegal.com
      jchubak@samlegal.com

      -and-

---

[1] The Debtors in the Chapter 11 cases, along with the last four digits of each Debtor's Federal tax identification number, are: Premier Exhibitions, Inc. (4922); Premier Exhibition Management LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). Their service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308.

**THAMES MARKEY & HEEKIN, P.A.**

By _____*/s/ Robert A. Heekin, Jr.*_____
       Robert A. Heekin, Jr.

Florida Bar No. 652083
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rah@tmhlaw.net

Attorneys for the Official Committee of Unsecured Creditors