**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

*In re:*                                                        Case No.: 3:16-bk-2232-PMG

    PREMIER EXHIBITIONS, INC., et. al.,        Chapter 11

        Debtor. _____ /

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**RESPONSIBLE PERSON'S EXPEDITED MOTION FOR TURNOVER OF ELECTRONICALLY STORED DATA [ECF# 88]** (the "Motion").

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because the Parties to Adversary Proceeding No. 18-00064-PMG are currently set for mediation on July 24, 2019, and the information on the Debtors' servers likely has information that is necessary for the Responsible Person's preparation

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated:  May 23, 2019            **AGENTIS, PLLC**
                          *Counsel for Mark C. Healy as Responsible Person*
                          55 Alhambra Plaza, Suite 800
                          Coral Gables, Florida 33134
                          Tel.:   305.722.2002
                          www.agentislaw.com

                          By: ___/s/ Robert P. Charbonneau_____
                              Robert P. Charbonneau
                              Florida Bar No.: 968234
                              rpc@agentislaw.com

