## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIER EXHIBITIONS, INC., et al.,[1] | ) | Case No. 16-2232 PMG |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Ian Whitcomb and pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served this bankruptcy case, be served on Ian Whitcomb by and through service on the following:

COZEN O'CONNOR
Thomas J. Francella, Jr.
1201 North Market St. Suite 1001
Wilmington, DE  19801
Phone:  (302) 295-2000
Tfrancella@cozen.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing,

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Premier Exhibits, Inc. (4922); Premier Exhibition Management LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309).  The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA  30308.

motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail electronic mail, telephone, facsimile or otherwise filed.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtor and its counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the name and address of the undersigned on any mailing matrix to be prepared or existing in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Entry of Appearance and Request for Service of All Notices and Papers (the "Notice") or any later appearance, pleading, proof of claim, claim, or suit is not intended to be, and shall not constitute, a waiver of Ian Whitcomb's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) right to have the United States District Court for the Middle District of Florida, Jacksonville Division. withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) right to assert any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) right to any election of remedies; or (vi) any other rights, claims, actions, defenses, setoffs or recoupments to which Ian Whitcomb is or may be entitled under any agreement, in law or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments Ian Whitcomb expressly reserves.

Dated: June 5, 2019

COZEN O'CONNOR

*(signature)*

Thomas J. Francella, Jr. (FL37479)
1201 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2023
Email: tfrancella@cozen.com
*Counsel to Creditor, Ian Whitcomb*