B26 (Official Form 26) (12/08)

# United States Bankruptcy Court
## Middle District of Florida
## Jacksonville Division

In re <u>Premier Exhibitions, Inc., et al</u>　　　　　　　　　　Case No. <u>3:16-bk-02232-PMG</u>
Debtors　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11 (Jointly Administered)

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND
PROFITABILITY OF CERTAIN NON-PUBLIC, NON-DEBTOR ENTITIES IN WHICH THE DEBTORS HOLD A
SUBSTANTIAL OR CONTROLLING INTEREST**

This is the report as of <u>May 31, 2019,</u> on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of RMS Titanic, Inc., et al holds a substantial or controlling interest in the following non-public, non-Debtor entities:

| Name of Entity | Interest of the Estate | Canadian Corporation |
|---|---|---|
| 1032403 B.C. Ltd. | 100% | YES |
| Dinoking Tech Inc. | 100% (indirectly) | YES |
| Dinoking International, Inc. | 100% (indirectly) | YES |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

B26 (Official Form 26) (12/08) – Cont. 2

The undersigned, having reviewed the above listing of entities in which the estate of RMS Titanic, Inc., et al holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his knowledge.

Date: June 6, 2019

Jerome S. Henshall
Chief Financial Officer

**Exhibit A**
**Valuation Estimate for Entities**

| Name of Entity | Interest of the Estate | Net Book Value CDN$ |
|---|---|---|
| 1032403 B.C. Ltd. | 100% | 2,129,342 |
| Dinoking Tech Inc. | 100% (indirectly) | 2,097,940 |
| Dinoking International, Inc. | 100% (indirectly) | (0) |

The basis for the valuation of each entity is the net book value calculated as total liabilities of each entity subtracted from its total assets as at May 31, 2019. The book balances for the assets and liabilities for each entity are maintained based on historical cost. The Debtors have no current available valuation analyses.

The net book value is based on unaudited financial statements prepared for internal purposes only.

These unaudited statements will require either changes and/or more disclosures in order to be in accordance with Canadian or U.S. Generally Accepted Accounting Principles (GAAP). None of the entities above have been prepared on a consolidated or combined basis. The statements are stated in the local currency (Canadian dollars).

The intercompany accounts with the Debtor have been reconciled each month.

# Exhibit B

## Unaudited Financial Statements
## CDN $

<u>1032403 B.C. Ltd. – May 31, 2019</u>
Unaudited Balance Sheet
No Profit & Loss – holding company – no transactions

<u>Dinoking Tech Inc. – May 31, 2019</u>
Unaudited Balance Sheet
Unaudited Profit & Loss – Month of May 2019
Unaudited Profit & Loss – YTD (January 1, 2019 to May 31, 2019)

<u>Dinotech International, Inc. – May 31, 2019</u>
Unaudited Balance Sheet
Unaudited Profit & Loss – Month of May 2019
Unaudited Profit & Loss – YTD (January 1, 2019 to May 31, 2019)

---

**NOTICE TO READERS**

The accompanying unaudited statements have been compiled for internal purposes only. These statements are for the legal entity only and are not prepared on a consolidated or combined basis.
They have not been reviewed or audited by external accountants or auditors.
Readers are cautioned these statements may not be appropriate for their purpose.

9:04 AM
06/05/19
Accrual Basis

## 1032403 B.C. Ltd.
## Balance Sheet
### As of May 31, 2019

|  | May 31, 19 |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Chequing/Savings | |
|       10100 · Cash | 1.31 |
|     **Total Chequing/Savings** | 1.31 |
|     Other Current Assets | |
|       14100 · I/C Dinoking Tech Inc. | -9,326.70 |
|     **Total Other Current Assets** | -9,326.70 |
|   **Total Current Assets** | -9,325.39 |
|   Other Assets | |
|     17000 · Investment in Dinoking Tech Inc | |
|       17100 · Common shares | 1,941,601.64 |
|       17105 · Class A Preferred Shares | 198,228.73 |
|     **Total 17000 · Investment in Dinoking Tech Inc** | 2,139,830.37 |
|   **Total Other Assets** | 2,139,830.37 |
| **TOTAL ASSETS** | **2,130,504.98** |
| **LIABILITIES & EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Other Current Liabilities | |
|         21000 · Accrued liabilities | 1,163.40 |
|       **Total Other Current Liabilities** | 1,163.40 |
|     **Total Current Liabilities** | 1,163.40 |
|   **Total Liabilities** | 1,163.40 |
|   Equity | |
|     30000 · Share capital | |
|       30100 · Common shares | 1.31 |
|       30200 · Exchangeable Shares | 2,139,830.37 |
|     **Total 30000 · Share capital** | 2,139,831.68 |
|     32000 · Retained Earnings | -10,490.10 |
|   **Total Equity** | 2,129,341.58 |
| **TOTAL LIABILITIES & EQUITY** | **2,130,504.98** |

NOTICE TO READER
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors. Readers are cautioned this statement may not be appropriate for their purposes.

| | |
|---|---|
| 10:26 AM | **DINOKING TECH INC.** |
| 06/05/19 | **Balance Sheet** |
| Accrual Basis | As of May 31, 2019 |

|  | May 31, 19 |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Chequing/Savings** | |
|       **10000 · Cash in hand and at bank** | |
|         **10100 · CAD Cash** | |
|           10105 · TD Bank CAD ***9901 | 12,426.64 |
|           10160 · Euro Cash | 12.62 |
|           10180 · Petty Cash Can $ | 372.20 |
|         **Total 10100 · CAD Cash** | 12,811.46 |
|         **10200 · Cash USD** | |
|           **10211 · TD Bank USD ***5720** | |
|             10211.1 · Fx on 10211.1 | 565.55 |
|             10211 · TD Bank USD ***5720 - Other | 1,603.82 |
|           **Total 10211 · TD Bank USD ***5720** | 2,169.37 |
|           10215 · Petty Cash USD $ | 21.89 |
|         **Total 10200 · Cash USD** | 2,191.26 |
|       **Total 10000 · Cash in hand and at bank** | 15,002.72 |
|     **Total Chequing/Savings** | 15,002.72 |
|     **Accounts Receivable** | |
|       11000 · Accounts Receivable | 431,455.67 |
|       11001 · Accounts Receivable - USD | 1,426,152.98 |
|     **Total Accounts Receivable** | 1,857,608.65 |
|     **Other Current Assets** | |
|       11001.2 · Accounts receivable USD FX | 502,905.56 |
|       11020 · Other receivable - CAD | -300,309.75 |
|       14000 · I/C EMG Canada | 73,289.77 |
|       **14100 · I/C Dinosaurs Unearthed  US$** | |
|         14101 · I/C Dinosaurs Unearthed USD FX | 146,040.72 |
|         14100 · I/C Dinosaurs Unearthed  US$ - Other | 414,146.16 |
|       **Total 14100 · I/C Dinosaurs Unearthed  US$** | 560,186.88 |
|       14400 · I/C 1032403 B.C. Ltd | 9,326.70 |
|       **14601 · Interco Receivable- Premier USD** | |
|         14601.1 · Interco receivable - PRXI US FX | -320,487.74 |
|         14601 · Interco Receivable- Premier USD - Other | -908,847.66 |
|       **Total 14601 · Interco Receivable- Premier USD** | -1,229,335.40 |
|     **Total Other Current Assets** | -383,936.24 |
|   **Total Current Assets** | 1,488,675.13 |
|   **Other Assets** | |
|     **17000 · Investments** | |
|       17110 · Investment -Dinosaurs Unearthed | 1.00 |
|       17300 · Investment -DK International | 100.00 |
|     **Total 17000 · Investments** | 101.00 |
|   **Total Other Assets** | 101.00 |
| **TOTAL ASSETS** | **1,488,776.13** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         20000 · Accounts Payable | 38,507.06 |
|         20010 · Accounts Payable - USD | 27,522.41 |
|       **Total Accounts Payable** | 66,029.47 |

10:26 AM
06/05/19
Accrual Basis

# DINOKING TECH INC.
## Balance Sheet
### As of May 31, 2019

|  | May 31, 19 |
|---|---:|
| **Other Current Liabilities** | |
|    21000 · Accrued liabilities | 15,000.00 |
|    21050 · Contra - accounts payable | -56,029.47 |
|    23000 · Tax payable | |
|       23100 · Income tax payable | 42,824.26 |
|    Total 23000 · Tax payable | 42,824.26 |
|    23150 · Deferred income tax asset/ liab | -677,000.00 |
|    25000 · GST/HST | |
|       25520 · GST/HST on Purchases (ITC) | 11.45 |
|    Total 25000 · GST/HST | 11.45 |
| **Total Other Current Liabilities** | -675,193.76 |
| **Total Current Liabilities** | -609,164.29 |
| **Total Liabilities** | -609,164.29 |
| **Equity** | |
|    30000 · Capital Stock | |
|       30100 · Common Stock | 38.00 |
|       30200 · Preferred Stock | |
|          30210 · Preferred stock | 336.00 |
|       Total 30200 · Preferred Stock | 336.00 |
|    Total 30000 · Capital Stock | 374.00 |
|    32000 · Retained Earnings | 2,794,187.74 |
|    Net Income | -696,621.32 |
| **Total Equity** | 2,097,940.42 |
| **TOTAL LIABILITIES & EQUITY** | 1,488,776.13 |

NOTICE TO READER
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors. Readers are cautioned this statement may not be appropriate for their purposes.

10:29 AM  
06/05/19  
Accrual Basis

# DINOKING TECH INC.
## Profit & Loss
### January through May 2019

|  | Jan - May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|   40000 · Income | |
|     40010 · Administration fee revenue - DU | 57,560.87 |
|     40012 · Adminstration fee- PRXI | 8,225.19 |
|     40015 · Fixed fee revenue | 48,829.53 |
|     40030 · Rental revenue - DU | 24,239.14 |
|     40040 · Service revenue | 124,406.80 |
|     40050 · Management Revenue - DU | 30,363.13 |
|     40080 · Royalty Revenue - DU | 7,045.54 |
|     40090 · Misc. revenue | 8,905.00 |
|   **Total 40000 · Income** | **309,575.20** |
| **Total Income** | **309,575.20** |
| **Cost of Goods Sold** | |
|   51000 · Exhibit cost | |
|     51050 · Installation | |
|       51051 · Installation - Air fare | 6,809.66 |
|       51052 · Installation - Per diem | 3,375.73 |
|       51053 · Installation - Contract Labour | 4,265.25 |
|       51055 · Installation - Car rental etc | 2,111.39 |
|       51058 · Installation - supplies | 634.37 |
|     **Total 51050 · Installation** | **17,196.40** |
|     51060 · Professional fee | 1,700.00 |
|     51070 · Maintenance | |
|       51073 · Maintenance - Contract Labour | 435.00 |
|       51075 · Maintenance-Car rental & travel | 170.20 |
|     **Total 51070 · Maintenance** | **605.20** |
|     51130 · Storage | 450.00 |
|     51140 · Strike | |
|       51143 · Strike - Contract Labour | 2,750.00 |
|       51144 · Strike - Hotel & accomodation | 260.46 |
|     **Total 51140 · Strike** | **3,010.46** |
|     51150 · Transportation | 65,776.72 |
|   **Total 51000 · Exhibit cost** | **88,738.78** |
| **Total COGS** | **88,738.78** |
| **Gross Profit** | **220,836.42** |
| **Expense** | |
|   60000 · Corporate | |
|     60100 · Administration | |
|       60115 · Amortization | 63,022.66 |
|       60120 · Bank Charges | 1,219.44 |
|       60130 · Communications | 4,949.31 |
|       60135 · License,Membership&subscription | 1,290.06 |
|       60150 · Equipment lease | 428.00 |
|       60160 · Payroll processing | 309.47 |
|       60165 · Insurance | |
|         60167 · Corporate insurance | 2,182.28 |
|         60169 · Other insurance | 2,544.30 |
|       **Total 60165 · Insurance** | **4,726.58** |
|       60170 · Rent | |
|         60171 · Office rent | 28,239.07 |
|       **Total 60170 · Rent** | **28,239.07** |

| | |
|---|---:|
| 10:29 AM | |
| 06/05/19 | |
| Accrual Basis | |

# DINOKING TECH INC.
## Profit & Loss
### January through May 2019

| | Jan - May 19 |
|---|---:|
| 60174 · Repair & Maint. - Office | 853.40 |
| 60175 · Cleaning service | 1,028.57 |
| 60177 · Office Supplies and misc | 1,600.66 |
| 60178 · Parking | 38.75 |
| 60179 · Postage and Courier | 83.54 |
| 60180 · Consulting fees | |
|     60312 · IT Consulting | 3,038.61 |
| Total 60180 · Consulting fees | 3,038.61 |
| Total 60100 · Administration | 110,828.12 |
| 60200 · Salaries & Benefits | |
|     60210 · Corp. Management | 49,167.10 |
|     60215 · Finance and admin | 54,065.04 |
|     60225 · Sales & Marketing | 1,500.00 |
|     60230 · Production & Operation | 47,704.91 |
|     60231 · Service | 38,390.13 |
|     60232 · Asia Project | 14,437.93 |
|     60235 · Project Management | 10,278.52 |
|     60240 · Design & Interactive | 26,535.96 |
|     60255 · CPP expense | 12,024.48 |
|     60260 · EI expense | 5,531.02 |
|     60265 · Group Benefits | 9,122.68 |
|     60270 · MSP | 2,250.00 |
|     60275 · Vacation expense | 10,774.60 |
|     60280 · WCB premium | 1,425.41 |
|     60281 · Group Benefit-PDR | 5,576.09 |
|     60284 · Fitness | 220.66 |
|     60298 · Payroll billed to EMG Canada | -17,382.50 |
|     60299 · Payroll billed to PRXI | -82,251.95 |
| Total 60200 · Salaries & Benefits | 189,370.08 |
| 60300 · Professional fees | |
|     60320 · Legal fees | |
|         60322 · Legal Other | 3,365.15 |
|     Total 60320 · Legal fees | 3,365.15 |
| Total 60300 · Professional fees | 3,365.15 |
| 60500 · Travel & Entertainment | |
|     60520 · Gifts | 38.56 |
|     60530 · Meals | 716.00 |
|     60540 · Travel | |
|         60541 · Airfare | 179.33 |
|         60547 · Travel - Mileage | 4.36 |
|     Total 60540 · Travel | 183.69 |
|     60560 · Employee Event | |
|         60561 · Employee event - Meals | 932.72 |
|     Total 60560 · Employee Event | 932.72 |
| Total 60500 · Travel & Entertainment | 1,870.97 |
| 60600 · Warehouse & Service | |
|     60610 · Casual Labour | 1,890.00 |
|     60640 · Maintenance | 880.65 |
|     60660 · Storage | 13,115.33 |
|     60680 · Warehouse Ex- Other | 941.89 |
|     60682 · Safety Equipment | 220.64 |
| Total 60600 · Warehouse & Service | 17,048.51 |
| 60700 · Corporate sales & marketing | |
|     60760 · Promotions | 75.95 |
|     60790 · Website | 46.42 |
| Total 60700 · Corporate sales & marketing | 122.37 |

| | |
|---|---|
| 10:29 AM | **DINOKING TECH INC.** |
| 06/05/19 | **Profit & Loss** |
| Accrual Basis | **January through May 2019** |

|  | Jan - May 19 |
|---|---:|
| **60800 · Interest** | |
|     60870 · Interest- Apartment Mortgage-1 | 2,152.20 |
|     60890 · Interest - lease liability | 322.16 |
| **Total 60800 · Interest** | 2,474.36 |
| **60900 · Taxation expense** | |
|     60920 · Withholding tax | 3,128.47 |
|     60930 · Interest and penalties | 5,265.69 |
| **Total 60900 · Taxation expense** | 8,394.16 |
| **Total 60000 · Corporate** | 333,473.72 |
| **61000 · The Gardens Apartment** | |
|     61011 · The Gardens - Repair & Maint. | 784.44 |
|     61013 · The Gardens - Utilities | 225.92 |
| **Total 61000 · The Gardens Apartment** | 1,010.36 |
| **Total Expense** | 334,484.08 |
| **Net Ordinary Income** | -113,647.66 |
| **Other Income/Expense** | |
|   Other Income | |
|     70130 · Other Income | 220.00 |
|     77010 · Foreign Exchange I/C Dinosaurs | -36,157.28 |
|     77020 · Foreign Exch. gain/loss | -119,768.41 |
|     77030 · Gain/Loss on disposal of assets | -580,506.04 |
|   **Total Other Income** | -736,211.73 |
|   Other Expense | |
|     77000 · Foreign exchange Gain or Loss | -153,238.07 |
|   **Total Other Expense** | -153,238.07 |
| **Net Other Income** | -582,973.66 |
| **Net Income** | **-696,621.32** |

NOTICE TO READER
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors. Readers are cautioned this statement may not be appropriate for their purposes.

10:28 AM
06/05/19
Accrual Basis

# DINOKING TECH INC.
# Profit & Loss
## May 2019

|  | May 19 |
|---|---:|
| **Ordinary Income/Expense** | |
|     **Expense** | |
|         60000 · Corporate | |
|             60100 · Administration | |
|                 60120 · Bank Charges | 123.92 |
|                 60165 · Insurance | |
|                       60167 · Corporate insurance | 0.00 |
|                 Total 60165 · Insurance | 0.00 |
|                 60177 · Office Supplies and misc | -16.03 |
|             Total 60100 · Administration | 107.89 |
|             60900 · Taxation expense | |
|                 60930 · Interest and penalties | 5,265.69 |
|             Total 60900 · Taxation expense | 5,265.69 |
|         Total 60000 · Corporate | 5,373.58 |
|     **Total Expense** | 5,373.58 |
| **Net Ordinary Income** | -5,373.58 |
| **Other Income/Expense** | |
|     Other Income | |
|         77010 · Foreign Exchange I/C Dinosaurs | 4,285.99 |
|         77020 · Foreign Exch. gain/loss | 1,857.36 |
|     **Total Other Income** | 6,143.35 |
|     Other Expense | |
|         77000 · Foreign exchange Gain or Loss | -3,231.20 |
|     **Total Other Expense** | -3,231.20 |
| **Net Other Income** | 9,374.55 |
| **Net Income** | **4,000.97** |

NOTICE TO READER
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors. Readers are cautioned this statement may not be appropriate for their purposes.

9:03 AM
06/05/19
Accrual Basis

# Dinoking International Inc.
## Balance Sheet
### As of May 31, 2019

|  | May 31, 19 |
|---|---:|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
|   Equity | |
|     30100 · Common shares | 100.00 |
|     32000 · Retained Earnings | -100.00 |
|   **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | **0.00** |

NOTICE TO READER
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors. Readers are cautioned this statement may not be appropriate for their purposes.

# Exhibit C

## DESCRIPTION OF BUSINESS OPERATIONS

**1032403 B.C. Ltd. ("ExchangeCo")**
ExchangeCo is a holding company for common and preferred shares of Dinoking Tech Inc. Other than the merger transactions on December 1, 2015, there have been no activities. 1032403 B.C. Ltd. is 100% owned by Premier Exhibitions, Inc.

**Dinoking Tech Inc. ("DK")**
DK owns and exhibits animatronic dinosaurs, sea creatures and bugs. Exhibits may also include fossils, skeletons, interactive activities and educational information. The typical exhibit will be hosted by amusement parks, science centres and museums. These hosts pay rent (licensing fees) and usually there is a revenue share arrangement based on attendance and merchandise sales. This company is based in Richmond, British Columbia, Canada just outside of Vancouver.

Certain employees of DK also provide services to the Debtor.  DK charges the Debtor for these employees. DK is also reimbursed by the Debtor for amounts charged to its credit cards and business costs paid by DK on behalf of the Debtor.

DK owns 100% of Dinosaurs Unearthed Corp. ("DU") (a U.S. corporation). DU is a Debtor in this bankruptcy.  Exhibits in the United States are contracted by DU.  DU pays DK for use of its exhibits and intellectual property.

DK owns 100% of Dinoking International, Inc.

The assets of DK (except the shares of Dinoking International, Inc.) were sold to EMG Experiential Media Group (Canada) Corp., a newly formed subsidiary of Premier Acquisition Holdings LLC on February 13, 2019 12:01 a.m.  EMG Experiential Media Group (Canada) Corp. also assumed most of the liabilities of DK.

**Dinoking International, Inc.**
This company is inactive.