UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 11

PREMIER EXHIBITIONS, INC., *et al.*,           Case No.: 3:16-bk-002232-PMG

          Debtors.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the undersigned attorneys hereby give notice of appearance as counsel for Mark A. Sellers and Jack F. Jacobs, and requests that all notices, pleadings and correspondence which are required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the addresses and electronic mail addresses set forth below.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

**ADAMS AND REESE LLP**

**ADAMS AND REESE LLP**

By: _____
John T. Rogerson, III
Florida Bar No.: 832839
John.rogerson@arlaw.com
Jamie W. Olinto
Florida Bar No. 0085179
jamie.olinto@arlaw.com
Thomas P. White
Florida Bar No.: 112776
Tom.white@arlaw.com
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 355-1700
(904) 355-1797 (facsimile)

and

**ROBINSON CURLEY P.C.**
Alan F. Curley
Illinois Bar No.: 6190685
acurley@robinsoncurley.com
Alan R. Dolinko
Illinois Bar No.: 06193228
adolinko@robinsoncurley.com
300 South Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 663-3100
(312) 663-0303 (facsimile)

*Attorneys for Mark A. Sellers,*
*Jack H. Jacobs, and Sellers Capital, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing Notice of Appearance and Request for Service of Papers to be served using the Court's CM/ECF system to those parties registered to receive electronic notices of filing in this case this 12th day of June, 2019.

_____
Attorney

2