## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

PREMIER EXHIBITIONS, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02232-JAF
Chapter 11 (Jointly Administered)

## NOTICE OF SERVICE

I hereby certify that a copy of the Court's Order (i) Preliminarily Approving the Adequacy of the Disclosure Statement, (ii) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Chapter 11 Plan, (iii) Approving the Forms of Notices and Ballot in Connection Therewith, (iv) Scheduling Certain Dates with Respect Thereto, and (v) Granting Related Relief [D.E. 111] has been served by U.S. Mail to all non-CM/ECF interested parties on June 13, 2019.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Georgia 30308.

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By      */s/ Lee D. Wedekind, III*
      Daniel F. Blanks (FL Bar No. 88957)
      Lee D. Wedekind, III (FL Bar No. 670588)
      50 N. Laura Street, Suite 4100
      Jacksonville, FL 32202
      (904) 665-3656 (direct)
      (904) 665-3699 (fax)
      daniel.blanks@nelsonmullins.com
      lee.wedekind@nelsonmullins.com

and

TROUTMAN SANDERS LLP
Harris B. Winsberg (FL Bar No. 127190)
Matthew R. Brooks (GA Bar No. 378018)
600 Peachtree Street NE, Suite 5200
Atlanta, GA 30308
(404) 885-3000 (phone)
(404) 962-6990 (fax)
harris.winsberg@troutmansanders.com
matthew.brooks@troutmansanders.com

*Counsel for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on June 13, 2019. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde Orlando, LLC and Louis J. Eyde Orlando, LLC*

Jill E. Kelso, Esq.
Miriam G. Suarez, Esq.
Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 137
jill.kelso@usdoj.gov
Miriam.g.suarez@usdoj.gov
*Attorneys for Guy G. Gebhardt, Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, High Nature Holdings Limited and PacBridge Capital Partners (HK) Ltd.*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou, Jihe Zhang, and High Nature Holdings Limited*

Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.A.*

| | |
|---|---|
| Matthew J. Troy, Esq.<br>U.S. Dept. of Justice<br>1100 L Street NW, Suite 10030<br>Washington, DC 20005<br>(202) 514-9038<br>matthew.troy@usdoj.gov<br>*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration* | Kathy A. Jorrie, Esq.<br>Pillsbury Winthrop Shaw Pittman LLP<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, CA 90017<br>(213) 488-7251<br>Kathy.jorrie@pillsburylaw.com<br>*Attorneys for AEG Presents, LLC* |
| Brian D. Equi, Esq.<br>Goldberg Segalla, LLP<br>121 S. Orange Avenue, Suite 1500<br>Orlando, FL 32801<br>(407) 458-5608<br>bequi@goldbergsegalla.com<br>salamina@goldbergsegalla.com<br>sherndon@goldbergsegalla.com<br>*Attorneys for Structure Tone, Inc.* | J. Ellsworth Summers, Jr., Esq.<br>Burr Forman, LLP<br>50 N. Laura Street, Suite 3000<br>Jacksonville, FL 32202<br>(904) 232-7200<br>esummers@burr.com<br>*Attorneys for Michael J. Little* |
| Norman P. Fivel, Esq.<br>Assistant Attorney General<br>Office of the New York State<br>Attorney General<br>Civil Recoveries Bureau,<br>Bankruptcy Litigation Unit<br>The Capitol<br>Albany, NY 12224-0341<br>(518) 776-2264<br>norman.fivel@ag.ny.gov<br>*Attorneys for New York Dept. of Taxation and Finance* | D. Marcus Braswell, Jr., Esq.<br>Sugarman & Susskind, P.A.<br>100 Miracle Mile, Suite 300<br>Coral Gables, FL 33134<br>(305) 529-2801<br>mbraswell@sugarmansusskind.com<br>*Attorneys for Theatrical Protective Union, Local No. One, IATSE* |
| Chris Broussard, Esq.<br>Suzy Tate, P.A.<br>14502 N. Dale Mabry Highway, Suite 200<br>Tampa, FL 33618<br>(813) 264-1685<br>cbrouss@suzytate.com<br>*Attorneys for The Armada Group GP, Inc.* | Richard R. Thames, Esq.<br>Thames Markey & Heekin, P.A.<br>50 N. Laura Street, Suite 1600<br>Jacksonville, FL 32202<br>(904) 358-4000<br>rrt@tmhlaw.net<br>*Attorneys for Official Committee of Unsecured Creditors* |

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of Unsecured Creditors*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
*Attorneys for CRI Properties, Ltd.*

Susan R. Sherrill-Beard, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326
(404) 842-7626
sherrill-beards@sec.gov
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange Commission*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and Industry*

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP And Euclid Claims Recovery LLC*

Garrett A. Nail, Esq.
John F. Isbell, Esq.
Thompson Hine LLP
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
(404) 541-2900
garrett.nail@thompsonhine.com
john.isbell@thompsonhine.com
*Attorneys for Bay Point Capital Partners, LP*

| | |
|---|---|
| Steven R. Fox, Esq.<br>Fox Law Corporation<br>17835 Ventura Blvd., Suite 306<br>Encino, CA 91316<br>srfox@foxlaw.com<br>*Attorneys for Titanic Entertainment Holdings* | Stephen D. Busey, Esq.<br>Asghar A. Syed, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>(904) 359-7700<br>busey@smithhulsey.com<br>asyed@smithhulsey.com<br>*Attorneys for the Ad Hoc Group of Equityholders* |
| Jennifer Feldsher, Esq.<br>David L. Lawton, Esq.<br>Bracewell LLP<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 508-6100<br>Jennifer.feldsher@bracewell.com<br>David.laweton@bracewell.com<br>*Attorneys for the Ad Hoc Group of Equityholders* | Patricia Ann Redmond, Esq.<br>Stearns Weaver, et al.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>(305) 789-3200<br>predmond@stearnweaver.com<br>*Attorneys for the Trustees of the National Maritime Museum* |
| Timothy Graulich, Esq.<br>James I. McClammy, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>Timothy.graulich@davispolk.com<br>James.mcclammy@davispolk.com<br>*Attorneys for the Trustees of the National Maritime Museum* | Jason B. Burnett, Esq.<br>Ashlea A. Edwards, Esq.<br>GrayRobinson, P.A.<br>50 N. Laura Street, Suite 1100<br>Jacksonville, FL 32202<br>(904) 598-9929<br>jason.burnett@gray-robinson.com<br>ashlea.edwards@gray-robinson.com<br>*Attorneys for Ramparts, Inc. d/b/a Luxor Hotel and Casino* |
| Steven Z. Szanzer, Esq.<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>(212) 450-4000<br>Steven.szanzer@davispolk.com<br>*Attorneys for Royal Museum Greenwich* | Robert P. Charbonneau, Esq.<br>Agentis PLLC<br>55 Alhambra Plaza, Suite 800<br>Coral Gables, FL 33134<br>(305) 722-2002<br>rpc@agentislaw.com<br>*Attorneys for Responsible Person Mark C. Healy* |

Thomas J. Francella, Jr., Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
Tfrancella@cozen.com
*Attorneys for Ian Whitcomb*

John T. Rogerson, III, Esq.
Jamie W. Olinto, Esq.
Thomas P. White, Esq.
Adams and Reese LLP
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 355-1700
John.rogerson@arlaw.com
Jamie.olinto@arlaw.com
Tom.white@arlaw.com
*Attorneys for Mark A. Sellers, Jack H. Jacobs and Sellers Capital, LLC*

Alan F. Curley, Esq.
Alan R. Dolinko, Esq.
Robinson Curley P.C.
300 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 663-3100
acurley@robinsoncurley.com
adolinko@robinsoncurley.com
*Attorneys for Mark A. Sellers, Jack H. Jacobs and Sellers Capital, LLC*

**Via U.S. Mail**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
5290 Shawnee Road, Suite 300
Alexandria, VA 22312

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.  
10190 Covington Cross Drive  
Las Vegas, NV 89144  

Gowlings  
550 Burrard Street  
Suite 2300, Bental 5  
Vancouver, BC V6C 2B5  

Kirvin Doak Communications  
5230 W. Patrick Lane  
Las Vegas, NV 89118  

Morris Visitor Publications  
543 Broad Street  
Augusta, GA 30901  

National Geographic Society  
1145 - 17th Avenue NW  
Washington, DC 20036  

PacBridge Limited Partners  
22/F Fung House  
19-20 Connaught Road  
Central Hong Kong  

Screen Actors Guild  
1900 Broadway  
5th Floor  
New York, NY 10023  

Sophrintendenza Archeologica  
di Napoli e Pompei  
Piazza Museo 19  
Naples, Italy 80135  

Time Out New York  
405 Park Avenue  
New York, NY 10022  

George Young Company  
509 Heron Drive  
Swedesboro, NJ 08085  

Hoffen Global Ltd.  
305 Crosstree Lane  
Atlanta, GA 30328  

MNP LLP  
15303 - 31st Avenue  
Suite 301  
Surrey, BC V3Z 6X2  

NASDAQ Stock Market, LLC  
805 King Farm Blvd.  
Rockville, MD 20850  

NYC Dept. of Finance  
PO Box 3646  
New York, NY 10008  

Pallet Rack Surplus, Inc.  
1981 Old Covington Cross Road NE  
Conyers, GA 30013  

Seaventures, Ltd.  
5603 Oxford Moor Blvd.  
Windemere, FL 34786  

Syzygy3, Inc.  
231 West 29th Street  
Suite 606  
New York, NY 10001  

TPL  
3340 Peachtree Road  
Suite 2140  
Atlanta, GA 30326

| | |
|---|---|
| TSX Operating Co.<br>70 West 40th Street<br>9th Floor<br>New York, NY 10018 | Verifone, Inc.<br>300 S. Park Place Blvd.<br>Clearwater, FL 33759 |
| WNBC - NBC Universal Media<br>30 Rockefeller Center<br>New York, NY 10112 | Jonathan B. Ross, Esq.<br>Gowling WLG (Canada) LLP<br>550 Burrard Street, Suite 2300, Bentall 5<br>Vancouver, BC V6C 2B5 |
| United States Attorney's Office<br>Middle District of Florida<br>300 N. Hogan Street, Suite 700<br>Jacksonville, FL 32202 | Christine R. Etheridge, Esq.<br>Bankruptcy Administration<br>Wells Fargo Vendor Financial Services, LLC<br>PO Box 13708<br>Macon, GA 31208 |
| B.E. Capital Management Fund LP<br>Thomas Branziel<br>228 Park Avenue South, Suite 63787<br>New York, NY 10003<br>*Creditor Committee* | TSX Operating Co., LLC<br>c/o James Sanna<br>70 W. 40th Street<br>New York, NY 10018<br>*Creditor Committee* |
| Dallian Hoffen Biotechnique Co., Ltd.<br>c/o Ezra B. Jones<br>305 Crosstree Lane<br>Atlanta, GA 30328<br>*Creditor Committee* | AEG Presents LLC<br>c/o Managing Member<br>5750 Wilshire Blvd., Suite 501<br>Los Angeles, CA 90036-3638 |
| AEG Presents LLC<br>c/o Managing Member<br>800 W. Olympic Blvd., Suite 305<br>Los Angeles, CA 90015 | AEG Presents LLC<br>c/o Managing Member<br>425 W. 11th Street<br>Los Angeles, CA 90015-3459 |
| AEG Presents LLC<br>c/o CT Corporation System, Reg. Agent<br>ATTN: Amanda Garcia<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | |

*/s/ Lee D. Wedekind, III*
Attorney

~#4821-3458-8313~