ORDERED.

Dated: June 26, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 3:16-bk-2232-JAF |
| Premier Exhibitions, Inc., et al., | Chapter 11 |
| Debtor. | (Jointly Administered) |

**ORDER DENYING JOINT EXPEDITED MOTION OF THE DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR FILING FINAL PROFESSIONAL FEE APPLICATIONS AND RESOLVING OBJECTIONS RELATED THERETO**

This case came before the Court for hearing on June 24, 2019, to consider the Joint Expedited Motion of the Debtors and Official Committee of Unsecured Creditors for Entry of an Order Establishing Procedures for Filing Final Professional Fee Applications and Resolving Objections Related Thereto. (Doc. 113). Akerman LLP and Landau Gottfried & Berger, LLP filed an Objection to the Motion. (Doc. 118).

On August 17, 2016, the Court entered an Order Granting Motion to Establish Procedures to Permit Monthly Payments of Interim Fee Applications of Chapter 11 Professionals (the "Fee

Order"). (Doc. 141).[1] In the Fee Order, the Court approved a procedure for professionals paid by the estate to receive payment of up to 80% of their monthly fees after serving a monthly statement on designated attorneys in the case and receiving no objection to the statement. The professionals were also required to file interim fee applications pursuant to § 331 of the Bankruptcy Code.

On May 15, 2019, the Court entered an Order vacating the Fee Order. (Doc. 72). In the May 2019 Order, the Court reserved ruling on all pending and future fee applications and disgorgements until the conclusion of the case.

On June 13, 2019, the Court entered an Order (1) preliminarily approving the Debtors' Disclosure Statement and (2) scheduling a confirmation hearing on the Debtors' Liquidating Plan for September 12, 2019. (Doc. 111).

In the current Motion, the Debtors and the Committee of Unsecured Creditors ask the Court to approve a procedure for professionals to file final fee applications and to resolve objections to the applications. Under the proposed procedure, professionals would file their final fee applications by July 23, 2019, and the fee applications would be mediated by August 2, 2019. If a particular mediation were unsuccessful, objections to the fee application would be filed by August 20, 2019, and a final evidentiary hearing would be held on the application on September 12, 2019. According to the Debtors and the Committee of Unsecured Creditors, the proposed procedure would result in the resolution of all final fee applications by the date of confirmation in the case.

Akerman LLP and Landau Gottfried & Berger, LLP object to the proposed procedure, arguing that it "seeks to force parties to join an unnecessary, expensive process with no guarantee of success." (Doc. 118, p. 3).

---

[1] The Fee Order was entered in RMS Titanic, Inc., Case No. 3:16-bk-2230-JAF.

The Motion should be denied.  First, it is the Court's role to determine the reasonableness of any fees requested by a professional employed under § 327 of the Bankruptcy Code.[2]  Additionally, Local Rule 2016-1 establishes the procedure for filing final fee applications in Chapter 11 cases in the Middle District of Florida.  Generally, the Rule sets forth the information that must be contained in fee applications and provides that final fee applications must be filed 30 days before the confirmation hearing.  The Rule also provides that fee applications will not be considered unless all creditors receive 21-days' notice of the hearing.  Finally, the Court notes that the United States Trustee must be served with all fee applications and all notices of hearing on fee applications and may appear and be heard on any issues raised by the applications.  11 U.S.C. § 307; Fed.R.Bankr.P. 2002(k), 9034.  The Court expects the United States Trustee to review and evaluate fee applications and to make recommendations to the Court as to the applications.  Upon the foregoing, it is

**ORDERED**

The Joint Expedited Motion of the Debtors and Official Committee of Unsecured Creditors for Entry of an Order Establishing Procedures for Filing Final Professional Fee Applications and Resolving Objections Related Thereto is denied.

Attorney Daniel F. Blanks is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

---

[2] 11 U.S.C. § 328; In re Bilgutay, 108 B.R. 333, 336 n.2 (Bankr. M.D. Fla. 1989).