[31813] [Order Striking]

ORDERED.

**Dated: July 8, 2019**

*Jerry A. Funk*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 3:16–bk–02232–JAF
                                                                                        Chapter 11
Premier Exhibitions, Inc.


_____Debtor*_____/

<u>ORDER STRIKING CERTIFICATE OF SERVICE RE: DISCLOSURE STATEMENT TO ACCOMPANY PLAN OF LIQUIDATION OF THE DEBTORS' NOTICE OF NON–VOTING STATUS UNDER DEBTOR'S PLAN OF LIQUIDATION, NOTICE OF DEEMED REJECTING STATUS UNDER DEBTOR</u>

   This case came on for consideration upon the Court's own motion. On July 3, 2019, the debtor filed a Certificate of Service Re: Disclosure Statement to Accompany Plan of Liquidation of the Debtors; Notice of Non–Voting Status Under Debtor's Plan of Liquidation, Notice of Deemed Rejecting Status under Debtors' Plan of Liquidation, Notice of Non–Voting Status with Respect to Disputed Claims, Disclosre Statement and Plan without original signature of Debtor's Attorney as required by Fed. R. Bank. P. 9011. It is

   Ordered:

   The Certificate of Service Re: Disclosure Statement to Accompany Plan of Liquidation of the Debtors; Notice of Non–Voting Status Under Debtor's Plan of Liquidation, Notice of Deemed Rejecting Status under Debtors' Plan of Liquidation, Notice of Non–Voting Status with Respect to Disputed Claims, Disclosre Statement and Plan is stricken from the record.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.