# EXHIBIT D

# McGuireWoods

Sarah B. Boehm
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

March 7, 2019

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 92207534

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $112,556.01 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $1,020.00 | |
| Current Disbursements: | $0.00 | |
| **Current Invoice Total:** | | $1,020.00 |
| Total Balance Due: | | $113,576.01 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
800 E. Canal Street
Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

Sarah B. Boehm
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

March 7, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92207534

TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.            2072056-0090

| | |
|---|---:|
| 02/18/19 Analyze issues regarding eighth interim fee application<br>       Sarah B. Boehm | .30 |
| 02/28/19 Analyze issues and emails regarding fee application<br>       Sarah B. Boehm | .20 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $600.00 | 0.5 | $300.00 |
| TOTAL FEES | | 0.5 | $300.00 |

Re: Litigation
    Our File No.            2072056-0120

| | |
|---|---:|
| 02/11/19 Conference with B. Wainger regarding closing status, update to court<br>       Robert W. McFarland | .10 |

RMS Titanic, Inc.
File Number: 2072056                                    Page   2
Invoice No. 92207534                                    March 7, 2019

02/13/19  Review new correspondence on exhibits to wreck        .10
          site
             Robert W. McFarland

02/15/19  Telephone conference with B. Wainger regarding        .20
          closing, update to Judge Smith
             Robert W. McFarland

02/19/19  Review and reply to communications on periodic        .40
          report, notice by debtors (0.2); review draft
          notice, pleadings (0.2)
             Robert W. McFarland

02/27/19  Review, revise draft periodic report and letter       .40
          to Ocean Gate
             Robert W. McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 1.2 | $720.00 |
| TOTAL FEES | | 1.2 | $720.00 |

Summary of Fees and Expenses:

        Total Fees for all Matters:          $1,020.00

        Total Expenses for all Matters:           $0.00

        Total for this Invoice:              $1,020.00

# MᴄGᴜɪʀᴇWᴏᴏᴅs

**Sarah B. Boehm**
804 775 7487

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

April 24, 2019

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 92224841

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

Balance Forward from Prior Invoices:                          $113,576.01
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
 Current Fees:                          $1,017.00
 Current Disbursements:                      $19.70
 **Current Invoice Total:**                              $1,036.70

Total Balance Due:                                  $114,612.71

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

  McGuireWoods LLP
  Attn: Accounts Receivable
  800 E. Canal Street
  Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

April 24, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92224841                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.          2072056-0090

| | | |
|---|---|---|
| 03/01/19 Emails regarding eighth interim fee application<br>　　　　Sarah B. Boehm | | .20 |
| 03/05/19 Analyze and revise eighth interim fee<br>　　　　application<br>　　　　Sarah B. Boehm | | .60 |
| 03/08/19 Finalize fee application<br>　　　　Courtney A. McCormick | | .60 |
| 03/11/19 Assess order dismissing RMS Titanic case<br>　　　　Courtney A. McCormick | | .30 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $600.00 | 0.8 | $480.00 |
| Courtney A. McCormick | $530.00 | 0.9 | $477.00 |
| TOTAL FEES | | 1.7 | $957.00 |

Re: Litigation
    Our File No.          2072056-0120

RMS Titanic, Inc.
File Number: 2072056                                   Page    2
Invoice No. 92224841                                   April 24, 2019

03/04/19 Review new pleadings, correspondence              .10
          Robert W. McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 0.1 | $60.00 |
| TOTAL FEES | | 0.1 | $60.00 |

Disbursements and Other Expenses:
       Pacer Research                              $19.70
              TOTAL EXPENSES                       $19.70

               Summary of Fees and Expenses:

                    Total Fees for all Matters:        $1,017.00

                    Total Expenses for all Matters:        $19.70

                    Total for this Invoice:            $1,036.70

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

May 16, 2019

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 92232568

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

Balance Forward from Prior Invoices:                                  $25,969.10
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                          $540.00
    Current Disbursements:                   $0.00
    **Current Invoice Total:**                              $540.00

Total Balance Due:                                         $26,509.10

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        800 E. Canal Street
        Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

May 16, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92232568                          TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.          2072056-0090

04/24/19 Review fee application information and                .10
         deadlines
         Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $600.00 | 0.1 | $60.00 |
| TOTAL FEES | | 0.1 | $60.00 |

Re: Litigation
    Our File No.          2072056-0120

04/01/19 Review draft letter to D. Barton on sale of           .20
         graphs (0.1); telephone conference with B.
         Wainger regarding Barton letter, submission to
         Judge Smith (0.1)
         Robert W. McFarland

04/04/19 Review new correspondence from Oceans Gate on         .10
         expeditions
         Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056                                    Page   2
Invoice No. 92232568                                    May 16, 2019

04/15/19  Review new correspondence (0.1); telephone          .20
          conference with D. Barger regarding
          withdrawal/substitution order (0.1)
          Robert W. McFarland

04/16/19  Communications with PAHLs attorney D. Barger on     .20
          substitution of counsel
          Robert W. McFarland

04/17/19  Review, revise order of substitution               .10
          Robert W. McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 0.8 | $480.00 |
| TOTAL FEES | | 0.8 | $480.00 |

Summary of Fees and Expenses:

         Total Fees for all Matters:              $540.00

         Total Expenses for all Matters:            $0.00

         Total for this Invoice:                  $540.00

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

June 14, 2019

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 92242198

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

Balance Forward from Prior Invoices:                                $26,509.10
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                              $540.00
    Current Disbursements:                       $0.00
    **Current Invoice Total:**                              $540.00

Total Balance Due:                                          $27,049.10

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    800 E. Canal Street
    Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

June 14, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92242198                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.            2072056-0090

05/15/19  Review court's order vacating interim                .20
          compensation procedures; email to debtor's
          counsel regarding same
             Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $600.00 | 0.2 | $120.00 |
| TOTAL FEES | | 0.2 | $120.00 |

Re: Litigation
    Our File No.            2072056-0120

05/17/19  Telephone conference with B. Wainger regarding       .20
          supplemental filing on status report, counsel
          issues
             Robert W. McFarland

05/21/19  Review Government status report                      .20
             Robert W. McFarland

RMS Titanic, Inc.
File Number: 2072056
Invoice No. 92242198

Page    2
June 14, 2019

05/22/19 Review new pleadings                                    .10
         Robert W. McFarland

05/23/19 Review new pleadings, filings                           .20
         Robert W. McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 0.7 | $420.00 |
| TOTAL FEES | | 0.7 | $420.00 |

Summary of Fees and Expenses:

        Total Fees for all Matters:              $540.00

        Total Expenses for all Matters:            $0.00

        Total for this Invoice:                  $540.00

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

Gateway Plaza
**800 East Canal Street**
**Richmond, VA 23219-3916**

July 9, 2019

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 92249851

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.  54-0505857

JOINT GROUP #2072056

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $27,049.10 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $1,168.00 | |
| Current Disbursements: | $250.40 | |
| **Current Invoice Total:** | | $1,418.40 |
| Total Balance Due: | | $28,467.50 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
800 E. Canal Street
Richmond, VA 23219-3916

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

July 9, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92249851

TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.          2072056-0090

06/27/19 Review court's order regarding final fee          .10
         applications
         Sarah B. Boehm

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $600.00 | 0.1 | $60.00 |
| TOTAL FEES | | 0.1 | $60.00 |

Re: Litigation
    Our File No.          2072056-0120

06/06/19 Communications with court on status hearing          .10
         Robert W. McFarland

06/06/19 Review notice regarding status hearing and          .10
         docket same
         Krystal Lynne Gollogly

RMS Titanic, Inc.
File Number: 2072056                           Page    2
Invoice No. 92249851                           July 9, 2019

06/10/19 Communications with EYOS attorney on dive,          .10
         letter to court
         Robert W. McFarland

06/12/19 Review, draft letter to Judge Smith from EYOS       .30
         counsel (0.2); communications with EYOS
         attorney B. Tata (0.1)
         Robert W. McFarland

06/13/19 Communications with EYOS attorney B. Tata on        .10
         EYOS request, RMST position
         Robert W. McFarland

06/21/19 Review new correspondence, communications on        .00
         EYOS voyage
         Robert W. McFarland

06/24/19 Telephone conference with B. Wainger regarding      .30
         hearing on 7/3, status report (0.2); review new
         pleadings, correspondence on EYOS (0.1)
         Robert W. McFarland

06/26/19 Communications with co-counsel on status report     .20
         (0.1); review new correspondence,
         communications (0.1)
         Robert W. McFarland

06/27/19 Review, revise periodic report (0.3);               .50
         communications with co-counsel on periodic
         report (0.2)
         Robert W. McFarland

06/28/19 Review and reply to communications on periodic      .20
         report, hearing
         Robert W. McFarland

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 1.8 | $1,080.00 |
| Krystal Lynne Gollogly | $280.00 | 0.1 | $28.00 |
| TOTAL FEES | | 1.9 | $1,108.00 |

Disbursements and Other Expenses:

|  |  |
|---|---|
| Pacer Research | $0.40 |
| 06/13/19 WELLS FARGO - Safe Deposit Box No. VAWBA7787630 Inv# VAWBA7787630 Date: 05/15/2019 | $125.00 |
| 06/19/19 WELLS FARGO - Norfolk safe deposit box no. VAWBA7787629 Inv# 061819 Date: 06/18/2019 | $125.00 |
| TOTAL EXPENSES | $250.40 |

RMS Titanic, Inc.
File Number: 2072056
Invoice No. 92249851

Page    3
July 9, 2019

Summary of Fees and Expenses:

Total Fees for all Matters:            $1,168.00

Total Expenses for all Matters:          $250.40

Total for this Invoice:                $1,418.40

# McGuireWoods

**Sarah B. Boehm**
804 775 7487

Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916

August 9, 2019

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 92262134

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

TAX ID NO.   54-0505857

JOINT GROUP #2072056

Balance Forward from Prior Invoices:                        $28,467.50
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
      Current Fees:                    $4,500.00
      Current Disbursements:               $0.00
      **Current Invoice Total:**                        $4,500.00

Total Balance Due:                                      $32,967.50

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

          McGuireWoods LLP
          Attn: Accounts Receivable
          800 E. Canal Street
          Richmond, VA 23219-3916

          **PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Sarah B. Boehm**
804 775 7487

**Gateway Plaza**
**800 East Canal Street**
**Richmond, VA 23219-3916**

August 9, 2019

Premier Exhibitions, Inc.
3045 Kingston Court
Suite I
Peachtree Corners, GA 30071

Bill Through: 07/31/18

INVOICE NO.  92262134                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: Employment and Fee Applications
    Our File No.          2072056-0090

| | | |
|---|---|---|
| 07/10/19 | Emails with US Trustee regarding fee application review<br>    Sarah B. Boehm | .20 |
| 07/11/19 | Prepare and send information to US Trustee's office regarding interim fee application invoices (.3); analyze issues regarding final fee application (.2)<br>    Sarah B. Boehm | .50 |
| 07/12/19 | Analyze issues regarding final fee applications<br>    Sarah B. Boehm | .40 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $600.00 | 1.1 | $660.00 |
| TOTAL FEES | | 1.1 | $660.00 |

Re: Litigation
    Our File No.          2072056-0120

RMS Titanic, Inc.
File Number: 2072056                              Page   2
Invoice No. 92262134                              August 9, 2019

| | | |
|---|---|---|
| 07/01/19 | Review new correspondence, communications on EYSO and hearing on 7/3<br>    Robert W. McFarland | .20 |
| 07/02/19 | Telephone conference with B. Wainger regarding hearing on 7/3<br>    Robert W. McFarland | .20 |
| 07/03/19 | Prepare for, attend status conference hearing at USDC-Norfolk<br>    Robert W. McFarland | 2.60 |
| 07/05/19 | Review and reply to attorney D. Barger communications with summary of 7/3 hearing<br>    Robert W. McFarland | .20 |
| 07/12/19 | Telephone conference with S. Boehm regarding bankruptcy wrap-up, Norfolk litigation<br>    Robert W. McFarland | .20 |
| 07/23/19 | Telephone conference with attorney D. Barger regarding transfer of safety deposit box (0.1); review new correspondence, communications (0.1)<br>    Robert W. McFarland | .20 |
| 07/24/19 | Communications with D. Barger on safety deposit boxes<br>    Robert W. McFarland | .10 |
| 07/29/19 | Review, revise draft periodic report (0.4); meet with Wells Fargo manager on transfer of safe deposit boxes (0.8); communications with co-counsel on transfer of safe deposit boxes (0.2)<br>    Robert W. McFarland | 1.40 |
| 07/30/19 | Review, revise periodic report (0.3); communications with co-counsel on periodic report, safety deposit boxes (0.4)<br>    Robert W. McFarland | .70 |
| 07/31/19 | Draft, revise RWM affidavit for safety deposit boxes (0.4); communications with co-counsel on periodic report, affidavit (0.2)<br>    Robert W. McFarland | .60 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Robert W. McFarland | $600.00 | 6.4 | $3,840.00 |
| TOTAL FEES | | 6.4 | $3,840.00 |

RMS Titanic, Inc.
File Number: 2072056                          Page   3
Invoice No. 92262134                          August 9, 2019

Summary of Fees and Expenses:

    Total Fees for all Matters:          $4,500.00

    Total Expenses for all Matters:          $0.00

    Total for this Invoice:              $4,500.00