**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

PREMIER EXHIBITIONS, INC., *et al.*,

      Debtors. [1]

_____/

Case No.: 3:16-bk-02232-JAF

Chapter 11

(Jointly Administered)

**FINAL APPLICATION OF AKERMAN LLP, COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF EQUITY SECURITY HOLDERS OF PREMIER EXHIBITIONS,**
**INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED**
**AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD**
**FROM AUGUST 31, 2016 THROUGH AND INCLUDING AUGUST 9, 2019**

Name of Applicant:                Akerman LLP

Services Provided to:             Official Committee of Equity Security Holders of Premier
                                  Exhibitions, Inc.

Date of Retention:                August 31, 2016

Period for this Application:      August 31, 2016 to August 9, 2019

Amount of Compensation Sought:    $753,026.50, plus an estimated $1,500 for fees incurred
                                  through the confirmation hearing

Amount of Expense Reimbursement: $29,643.60

Amount of Original Retainer:      $0                    Current Balance: $0

Blended Hourly Rate this Application: $325.53        Cumulative: $350.85

This is a(n): _____ interim        __X__ final application.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Chapter 11 case of RMS Titanic, Inc. (3162) was dismissed by Court Order entered March 11, 2019 (Doc. 1336). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

Disclose the following for each prior application:

| Filed | Period | Requested | | | | Approved | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Hrs. | Rate | Exps. | Fees | Exps. | Fees | Exps. | |
| 12/16/16 Doc. 384 | 8/31/16-11/30/16 | $92,944.50 | 278.00 | $334.33 | $1,744.55 | $92,944.50 | $1,744.55 | $92,944.50 | $1,744.55 | $0 |
| 6/2/2017 Doc. 609 | 12/1/2016-4/30/2017 | $169,027.00 | 478.30 | $353.39 | $2,304.55 | $169,027.00 | $2,304.55 | $169,027.00 | $2,304.55 | $0 |
| 10/25/2017 Doc. 798 | 5/1/2017-8/31/2017 | $86,191.50 | 244.10 | $353.09 | $2,133.84 | $86,191.50 | $2,133.84 | $86,191.50 | $2,133.84 | $0 |
| 2/16/2018 Doc. 948 | 9/1/2017-12/31/2017 | $84,131.00 | 228.10 | $368.83 | $5,736.21 | Pending | Pending | $84,131.00 | $5,736.21 | $16,826.20 |
| 12/7/2018 Doc. 1276 | 1/1/2018-10/31/2018 | $283,361.50 | 803.00 | $352.87 | $16,958.05 | Pending | Pending | $39,810.60 | $7,337.75 | $56,672.30 |
| Total | | $715,655.50 | 2031.5 | $352.50 | $28,877.20 | $348,163.00 | $6,182.94 | $472,104.60 | $19,256.90 | $73,498.50 |

2

**Final Fee Application of Akerman LLP**
**Counsel to the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.**
**(August 31, 2016 to August 9, 2019)**

| Name | Position; Experience; Concentration | Hourly Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Brian P. Miller | Partner; admitted in 1993; Securities Litigation | $565.00 | 121.10 | $68,421.50 |
| William F. Sullivan, Jr. | Partner; admitted in 1994; Tax | $565.00 | 24.50 | $13,842.50 |
| Brian K. Gart | Partner; admitted in 1983; Bankruptcy & Reorganization and Litigation | $565.00 | 18.70 | $10,565.50 |
| L. Frank Cordero | Partner; admitted in 1990; Federal Tax | $565.00 | 1.00 | $565.00 |
| Margaret D. Matthews | Partner; admitted in 1982; Litigation | $565.00 | 5.70 | $3,220.50 |
| Esther L. Moreno | Partner; admitted in 1998; Corporate | $540.00 | 40.80 | $22,032.00 |
| Jeffrey G. Gilmore | Partner; admitted in DC in 1985; Construction | $540.00 | 1.20 | $648.00 |
| Cindy A. Laquidara | Partner; admitted in 1984; Litigation | $535.00 | 7.60 | $4,066.00 |
| Alexandre M. Denault | Partner; admitted in 2007; Tax | $525.00 | 2.10 | $1,102.50 |
| D. Brett Marks | Partner; admitted in 1996; Bankruptcy & Reorganization | $510.00 | .60 | $306.00 |
| Eyal Berger | Partner; admitted in 2005; Bankruptcy & Reorganization | $500.00 | .90 | $450.00 |
| Steven R. Wirth | Partner; admitted in 1999; Bankruptcy & Reorganization | $440.00 | 12.20 | $5,368.00 |
| Jacob A. Brown | Partner; admitted in 1999; Bankruptcy & Reorganization and Litigation | $400.00 | 904.50 | $361,800.00 |
| Raye C. Elliott | Partner; admitted in 1994; Tax | $390.00-$435.00 | 17.20 | $7,293.00 |
| Andrew M. Sodl | Partner; admitted in 2004; Real Estate | $390.00 | 3.40 | $1,326.00 |
| John L. Dicks, II | Partner; admitted in 2011; Bankruptcy & Reorganization | $390.00 | 12.10 | $4,719.00 |
| John M. Neary | Associate; admitted in the District of Columbia in 2014; Litigation | $350.00 | 36.90 | $12,915.00 |
| Elan S. Hersh | Associate; admitted in 2012; Litigation | $325.00 | 3.20 | $1,040.00 |
| Katherine C. Fackler | Partner; admitted in 2009; Bankruptcy & Reorganization | $285.00 | 224.70 | $64,039.50 |

3

| | | | | |
|---|---|---|---|---|
| Jonathan D. Lamet | Associate; admitted in 2013; Litigation | $255.00-$400.00 | 404.60 | $116,001.00 |
| Jennifer S. Bernal | Paralegal | $270.00 | 2.40 | $648.00 |
| Jennifer S. Meehan | Certified Paralegal | $175.00 | 300.90 | $52,657.50 |
| **TOTAL** | | **$350.85**[2] | **2146.30** | **$753,026.50** |

---

[2] The blended rate <u>excluding</u> paraprofessionals is $379.66.

49813820;1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

PREMIER EXHIBITIONS, INC., *et al.*,

    Debtors. [3]

_____/

Case No.: 3:16-bk-02232-PMG

Chapter 11

(Jointly Administered)

**FINAL APPLICATION OF AKERMAN LLP, COUNSEL FOR THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF PREMIER EXHIBITIONS, INC., FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES INCURRED DURING PERIOD FROM AUGUST 31, 2016 THROUGH AND INCLUDING AUGUST 9, 2019**

Akerman LLP ("Akerman" or "Applicant"), counsel to the Official Committee of Equity Security Holders (the "Equity Committee")[4] of Premier Exhibitions, Inc. ("Premier"), Chapter 11 Debtor in Case No. 3:16-bk-02232-PMG and the parent company of RMS Titanic, Inc. ("RMST"), the Chapter 11 Debtor in Case No. 3:16-bk-02230-PMG, submits its application (the "Application"), pursuant to Sections 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under Section 330 of the Bankruptcy Code effective January 30, 1996 (the "U.S. Trustee Guidelines"), and the Order Granting Motion

---

[3] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Chapter 11 case of RMS Titanic, Inc. (3162) was dismissed by Court Order entered March 11, 2019 (Doc. 1336). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

[4] The Equity Committee was disbanded as of February 6, 2019.

5

to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (the "Interim Compensation Order") (Doc. 141), for the final allowance of compensation rendered and reimbursement of expenses incurred in connection with such services for the inclusive period of August 31, 2016 through and including August 9, 2019 (the "Final Compensation Period"), and in support thereof respectfully represents as follows:

## I.    INTRODUCTION

**A.    Background**

1.      On June 14, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their business as debtors in possession under Bankruptcy Code sections 1107 and 1108.

2.      On August 24, 2016, the United States Trustee appointed the Equity Committee and designated the following members to serve: (i) Jonathan Heller; (ii) Lawndale Capital Management, LLC ("Lawndale") c/o Andrew Shapiro; (iii) Ian Jacobs; (iv) ACK Investments, LLC c/o Thomas J. Kraus; and (v) Frank Gerber.

3.      At its organizational meeting, the Equity Committee elected Lawndale's Andrew Shapiro as Chairman of the Equity Committee.

4.      Also, on August 24, 2016, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Creditors' Committee") and designated the following members to serve: (i) B.E. Capital Management Fund LP c/o Thomas Braziel; (ii) Dalian Hoffen Biotechnique, Co. Ltd. c/o Ezra B. Jones; and (iii) TSX Operating Co., LLC c/o James Sana.

5.      On August 31, 2016, the Equity Committee selected Akerman and Landau Gottfried & Berger LLP ("LGB") as counsel to represent it during the pendency of the Debtors' Chapter 11 jointly administered cases.

6.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief sought herein are Section 1103(a) and (b) of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002.

**B.      Retention of Akerman and Billing History**

7.      On July 15, 2016, the Debtors filed a Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals (Doc. 89), and on August 17, 2016, the Bankruptcy Court entered the Interim Compensation Order, which provides that professionals retained with authority of the Court may request monthly compensation of 80% of their fees and 100% of their expenses

8.      On September 15, 2016, the Equity Committee filed the Application of Committee of Equity Security Holders of Premier Exhibitions, Inc. for Order Authorizing Retention and Employment of Akerman LLP as Counsel, *Nunc Pro Tunc* to August 31, 2016 (Doc. 194) (the "Retention Application").

9.      On October 13, 2016, the Court entered the Order Authorizing Retention and Employment of Akerman LLP as Counsel to Committee of Equity Security Holders of Premier Exhibitions, Inc., *Nunc Pro Tunc* to August 31, 2016 (Doc. 274).

10.      On December 16, 2016, Akerman filed its First Application (the "First Application") for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from August 31, 2016 through and including November 30, 2016 (Doc. 384).

49813820;1

11.     On February 10, 2017, Akerman filed its Supplement (Doc. 462) to the First Application.

12.     Akerman attended and participated in the hearing on February 23, 2017, on the (i) First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Landau Gottfried & Berger LLP as Counsel to the Official Committee of Equity Security Holders of RMS Titanic, Inc. for Services Rendered from August 31, 2016 through November 30, 2016 and Reimbursement for Certain Fees Advanced Prior to Retention by the Equity Committee (Doc. 383), and (ii) First Application (Doc. 384).

13.     On February 28, 2017, the Court entered its Order Allowing Compensation and Reimbursement of Expenses of Akerman LLP (Doc. 495).

14.     On June 2, 2017, Akerman filed its Second Application (the "Second Application") for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from December 1, 2016 through and including April 30, 2017 (Doc. 609).

15.     On July 18, 2017, the Court entered its Order Allowing Compensation and Reimbursement of Expenses of Akerman LLP (Doc. 658).

16.     On September 25, 2017, Akerman filed its Third Application for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from May 1, 2017 through and including August 31, 2017 (Doc. 759).

17.     On October 25, 2017, Akerman filed its Amended Third Application (the "Third Application") for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from May 1, 2017 through and including August 31, 2017 (Doc. 798).

18.    On November 7, 2017, the Court entered its Order Allowing Compensation and Reimbursement of Expenses of Akerman LLP (Doc. 802).

19.    On February 16, 2018, Akerman filed its Fourth Application (the "Fourth Application") for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from September 1, 2017 through and including December 31, 2017 (Doc. 948).  The Fourth Application is pending.

20.    On December 7, 2018, Akerman filed its Fifth Application (the "Akerman Fifth Interim Fee Application") for the allowance of compensation for professional services rendered and reimbursement of expenses incurred during the period from January 1, 2018 through and including October 31, 2018 (Doc. 1276) and LGB filed its Fifth Interim Application For Allowance And Payment Of Compensation And Reimbursement Of Expenses Of Landau Gottfried & Berger LLP As Counsel To The Official Committee Of Equity Security Holders Of RMS Titanic, Inc. For Services Rendered From January 1, 2018 Through October 31, 2018 (Doc. 1275) (collectively, the "Fifth Interim Fee Applications").

21.    On December 21, 2018, the Creditors' Committee filed an Objection to Landau Gottfried & Berger LLP's and Akerman LLP's Fifth Interim Fee Applications (Doc. 1289) (the "Objection").

22.    This Application is Akerman's final application for approval and allowance of compensation and reimbursement of expenses.  Akerman makes this final application pursuant to Sections 330 and 331 of the Bankruptcy Code.  No prior application has been made to this or any other court for the relief requested herein, other than Applicant's prior interim fee applications.

23.    In accordance with the Interim Compensation Order, Akerman submitted monthly fee statements to the U.S. Trustee, seeking interim compensation and reimbursement of

expenses.  During the time period November 1, 2018, through and including March 31, 2019,

Akerman submitted the following fee statements:

    (a)    On December 13, 2018, pursuant to the Interim Compensation Order, Akerman served its twenty-seventh fee statement for the period from November 1, 2018 through November 30, 2018 (the "Twenty-Seventh Fee Statement").  The Twenty-Seventh Fee Statement sought an allowance of $10,728.50 as compensation for services rendered and the reimbursement of $217.25 in expenses;

    (b)    On January 15, 2019, pursuant to the Interim Compensation Order, Akerman served its twenty-eighth statement for the period from December 1, 2018 through December 31, 2018 (the "Twenty-Eighth Fee Statement").  The Twenty-Eighth Fee Statement sought an allowance of $7,635.00 as compensation for services rendered and the reimbursement of $472.65 in expenses;

    (c)    On February 15, 2019, pursuant to the Interim Compensation Order, Akerman served its twenty-ninth statement for the period from January 1, 2019 through January 31, 2019 (the "Twenty-Ninth Fee Statement").  The Twenty-Ninth Fee Statement sought an allowance of $7,895.00 as compensation for services rendered and the reimbursement of $24.10 in expenses;

    (d)    On March 8, 2019, pursuant to the Interim Compensation Order, Akerman served its thirtieth statement for the period from February 1, 2019 through February 28, 2019 (the "Thirtieth Fee Statement").  The Thirtieth Fee Statement sought an allowance of $8,585.00 as compensation for services rendered and the reimbursement of $0 in expenses; and

    (e)    On April 15, 2019, pursuant to the Interim Compensation Order, Akerman served its thirtieth-first fee statement for the period from March 1, 2019 through March 31, 2019 (the "Thirty-First Fee Statement" and together with the Twenty-Seventh Fee Statement, Twenty-Eighth Fee Statement, Twenty-Ninth Fee Statement, and Thirtieth Fee Statement collectively, the "Sixth Interim Fee Statements"). The Thirty-First Fee Statement sought an allowance of $2,080.00 as compensation for services rendered and the reimbursement of $0 in expenses.

    24.    On May 15, 2019, the Court entered the Order Vacating Order Granting Motion

to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11

Professionals (Doc. 1347).

49813820;1

25.     On August 5, 2019, Applicant provided the United States Trustee with redacted invoices for August 31, 2016 through October 31, 2018 in Legal Electronic Data Exchange Standard (LEDES) format.  Applicant will provide its invoices from November 1, 2018 through August 9, 2019 to the United Trustee in LEDES format shortly after filing this Application.

26.     As of the filing of this Application, Applicant has not received any payments towards the Sixth Interim Fee Statements.

27.     Applicant has not entered into any agreement, express or implied, with any other party for the purpose of sharing fees or other compensation to be paid for professional services rendered in these jointly administered cases.

28.     Applicant has negotiated discounts on rates and fees sought and to the extent those negotiations resulted in agreements, such agreements have been or will be disclosed in the Bankruptcy Case.

29.     No promises have been received by Applicant or any member thereof as to compensation in connection with these jointly administered cases other than in accordance with the provisions of the Bankruptcy Code.

## II.     CASE STATUS

30.     On October 19, 2018, the Court entered the Order (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of the Transferred Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith; (D) Approving Settlement With the Pacbridge Parties; and (E) Granting Related Relief (Doc. 1232).

31.     On October 30, 2018, the Court entered the Agreed Order Granting Motion of the Official Committee of Equity Security Holders to Establish Document Retention Protocols (Doc.

1247). This order required the Debtors to preserve and to instruct its relevant personnel to retain and preserve information, documents, and records relevant to the adversary proceeding Official Committee of Equity Security Holders of Premier Exhibitions, Inc. v. Mark A. Sellers, et al.; Adversary Proceeding No. 18-ap-00064-PMG (the "D&O Litigation"). On January 22, 2019, the Debtors filed the Debtors' Motion to Vacate the Agreed Order Granting Motion of the Official Committee of Equity Holders to Establish Document Retention Protocols and Request for Hearing (Doc. 1294).  On March 3, 2019, Mark C. Healy (the "Responsible Person") of Michael Moecker & Associates, Inc. as the Limited Responsible Party the Responsible Person (See paragraph 14, below) filed an Objection To Debtors' Motion To Vacate The Agreed Order Granting Motion Of The Official Committee Of Equity Security Holders To Establish Document Retention Protocols (Doc. 1331). On April 5, 2019, the Court entered an Order Denying Debtors' Motion To Vacate The Agreed Order Granting Motion Of The Official Committee Of Equity Security Holders To Establish Document Retention Protocols (Doc. 1342).

32.    On November 30, 2018, Applicant filed the Equity Committee's Emergency Motion To Compel Compliance With The Agreement Regarding Confidentiality And Privilege Between The Debtors And The Official Committee Of Equity Security Holders (Doc. 1271), in order to resolve a dispute with the Debtors over termination of a certain Confidentiality Agreement between the Debtors and the Equity Committee.  The resolution of that dispute was a prerequisite to disbanding the Equity Committee. On January 25, 2019, the Court entered its Order On Emergency Motion To Compel Compliance With The Agreement Regarding Confidentiality And Privilege Between The Debtors And The Official Committee Of Equity Security Holders (Doc. 1297), granting the Equity Committee's emergency motion, as set forth therein.

49813820;1

33.    On January 24, 2019, the Debtors filed a Consent Motion for an Order Appointing a Responsible Person as Substitute Plaintiff in the Adversary Proceeding Against Certain of the Debtors' Former Directors and Officers (Doc. 1296).  The Consent Motion sought appointment of Mark C. Healy of Michael Moecker & Associates, Inc. as the Limited Responsible Party to serve as a non-trustee fiduciary for the Debtors, solely in the capacity as substitute plaintiff in the D&O Litigation.

34.    On January 25, 2019, the Court entered a Consent Order Granting Motion to Appoint a Responsible Person as Substitute Plaintiff in the Adversary Proceeding Against Certain of the Debtors Current and Former Directors and Officers (Ad. Pro Doc. 25).

35.    On February 6, 2019, at the request of the Equity Committee, the United States Trustee filed a Notice of Disbanding Official Committee of Equity Security Holders (Doc. 1311).

36.    On February 19, 2019, the Debtors filed a Notice of Filing Assets and Amendment to Asset Purchase Agreement (Doc. 1318) and Amended Notice of Closing of Sale of Substantially All of the Debtors' Assets and Amendment to Asset Purchase Agreement (Doc. 1319).

37.    The sale approved by the Sale Order closed on February 13, 2019.

### III.    FINAL APPLICATION

38.    Applicant submits this Application, pursuant to Sections 328, 330, 331, and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines. Applicant requests an interim and final award of legal fees incurred by Applicant for services rendered as counsel to the Equity Committee during the period November 1, 2018 through and including August 9, 2019 (the "Sixth Interim Compensation Period") in the amount of

**$37,371.00** and reimbursement for actual and necessary expenses in the amount of **$766.40**. This represents a reduction of approximately $18,000 in fees.

39.      The fees sought Applicant in this Application reflect an aggregate of 114.80 hours of attorney and paraprofessional time spent and recorded in performing services for the Equity Committee during the Sixth Interim Compensation Period, at a blended average hourly rate of $325.53 for both professionals and paraprofessionals.

40.      This request is Applicant's final application to the Court for compensation and reimbursement of expenses for services rendered as counsel to the Equity Committee.  No understanding exists between Applicant and any other person for the sharing of compensation sought by the Applicant, except among the partners and associates of the Applicant.

41.      Pursuant to this Application, Applicant seek, *inter alia*, (A) final approval and allowance of the First Interim Payment, the Second Interim Payment, the Third Interim Payment, and the Fourth Interim Payment; and (B) final approval, allowance, and payment of fees and expenses incurred in the Fifth and Sixth Interim Compensation Periods in the aggregate amount of **$338,456.95,** comprised of **$320,732.50** in unpaid fees and **$17,724.45** in unpaid expenses, and (C) final allowance of **$753,026.50** in fees and **$29,643.60** in expenses incurred by Applicant, plus an estimated $1,500 for fees incurred through the confirmation hearing, for an aggregate sum of **$784,170.10** in fees and expenses incurred by Applicant during the pendency of the Debtors' bankruptcy cases.

42.      Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Equity Committee.  These records are maintained in the ordinary course of Applicant's business.  For the convenience of the Court and parties in interest, a billing summary for the Sixth Interim Compensation Period is attached as part of the

14

cover sheet, setting forth the name of each attorney and paraprofessional for whose work on this case compensation is sought, each attorney's year of bar admission, the aggregate amount of time expended by each such attorney or paraprofessional, the hourly billing rate for each such attorney or paraprofessional at Applicant's current billing rates and an indication of the individual amounts requested as part of the total amount of compensation requested. In addition, set forth in the billing summary is additional information indicating whether each attorney is a partner or associate, the number of years each attorney has held such position, and each attorney's area of concentration. The compensation requested by Applicant is based on the customary compensation charged by comparably skilled practitioners in cases other than cases under the Bankruptcy Code.

43.    Attached hereto as **<u>Composite Exhibit A</u>** are invoices from November 1, 2018 through August 9, 2019, broken down in tenths of an hour by project category, based on the U.S. Trustee Guidelines, setting forth a detailed description of services performed by each attorney and paraprofessional as well as a detailed list of expenses incurred in connection with the performance of professional services on behalf of the Equity Committee for the Fifth Interim Compensation Period.

44.    Applicant also maintains computerized records of all expenses incurred in connection with the performance of professional services. A summary of the amounts and categories of expenses for which reimbursement is sought for the Sixth Interim Compensation Period is attached hereto as **<u>Exhibit B</u>**.

## IV.    SUMMARY OF PROFESSIONAL SERVICES RENDERED

45.    To provide an orderly summary of the services rendered on behalf of the Equity

Committee by Akerman, and in accordance with the U.S. Trustee Guidelines, Akerman has

established the following separate project billing categories in connection with this case:

| | |
|---|---|
| (a) | B110 – Case Administration |
| (b) | B120 – Asset Analysis and Recovery |
| (c) | B130 – Asset Disposition |
| (d) | B140 – Relief from Stay /Adequate Protection Procedures |
| (e) | B150 – Meetings of and Communications with Creditors |
| (f) | B151 -  Communications with Equity Holders and Equity Committee Members |
| (g) | B160 – Fee/Employment Applications |
| (h) | B170 – Fee/Employment Objections |
| (i) | B180 – Avoidance Action Analysis |
| (j) | B185 – Assumption/Rejection of Leases and Contracts |
| (k) | B190 – Other Contested Matters (excluding assumption/rejection motions) |
| (l) | B191 – Investigation and Pursuit of Securities and Other Litigation Claims |
| (m) | B192 – Adversary Proceedings |
| (n) | B195 – Non-Working Travel |
| (o) | B210 – Business Operations |
| (p) | B220 – Employee Benefits/Pensions |
| (q) | B230 – Financing/Cash Collections |
| (r) | B240 – Tax Issues |
| (s) | B250 – Real Estate |
| (t) | B251 – Personal Property |
| (u) | B260 – Board of Directors Matters |
| (v) | B310 – Claims Administration and Objections |
| (w) | B320 – Plan and Disclosure Statement (including Business Plan) |
| (x) | B410 – General Bankruptcy Advice/Opinions |
| (y) | B420 -  Restructurings |

46.    The following summary is intended to highlight a number of the services rendered

by Akerman in the separate project billing categories where Akerman has expended a

considerable number of hours on behalf of the Equity Committee, and it is not meant to be a

detailed description of all of the work performed.  Detailed descriptions of the day-to-day

services provided by Akerman during the Sixth Interim Compensation Period and the time

expended performing such services in each project billing category are fully set forth in **Composite Exhibit A** hereto.

        (a)      **B130 – Asset Disposition**

47.     On October 19, 2018, the Court entered the Sale Order.

48.     On February 19, 2019, the Debtors filed the Notice of Filing Assets and Amendment to Asset Purchase Agreement (Doc. 1318) and Amended Notice of Closing of Sale of Substantially All of the Debtors' Assets and Amendment to Asset Purchase Agreement (Doc. 1319).

49.     The sale approved by the Sale Order closed on February 13, 2019.

50.     Applicant represented the Equity Committee throughout the sale process, including objecting to bid procedures and advancing alternatives aimed at enhancing the bankruptcy estate.

        (b)      **B151 - Communications with Equity Holders and Equity Committee Members**

51.     During the Sixth Interim Compensation Period, Applicant received and responded to numerous inquiries, both telephonic and electronic, regarding, *inter alia*, (a) information pertaining to the filing of claims, (b) information relating to the Debtors' Plan, (c) information related to the potential amount of distributions to unsecured creditors, (d) potential causes of action that could benefit the Debtors' bankruptcy estates, creditors and equity holders, and (e) general information regarding the Chapter 11 process.

52.     Further, Applicant participated in numerous conferences with the Equity Committee and other interested parties regarding the foregoing and other aspects of this Chapter 11 case.

49813820;1

**(c)**      **B160 - Fee/Employment Applications**

53.      During the Sixth Interim Compensation Period, Applicant prepared and filed the Akerman Fifth Interim Fee Application (Doc. 1276) and began preparing this Application.

54.      Applicant also prepared and submitted its invoices on a monthly basis in accordance with the U.S. Trustee Guidelines and the Interim Compensation Order.

**(d)**      **B170 - Fee/Employment Objections**

55.      During the Sixth Interim Compensation Period, Applicant reviewed and analyzed the Objection to the Akerman Fifth Interim Fee Application.

56.      Applicant also prepared a supplement to Fifth Interim Applications and Interrogatories and Request for Production of Documents to the Creditors' Committee in connection with the Objection to the Akerman Fifth Interim Fee Application.

**(e)**      **B190 – Other Contested Matters**

57.      During the Sixth Interim Compensation Period, Applicant prepared and filed an Emergency Motion to Compel Compliance with the Agreement Regarding Confidentiality and Privilege Between the Debtors and the Official Committee of Equity Security Holders (Doc. 1271) (the "Emergency Motion to Compel Compliance") and a Certificate of Necessity (Doc. 1272).

58.      On January 22, 2019, the Debtors filed a Motion to Vacate the Agreed Order Granting Motion of the Official Committee of Equity Security Holders to Establish Document Retention Protocols and Request for Hearing (Doc. 1294) and Certificate of Necessity (Doc. 1295).

59.       A hearing was held on January 24, 2019, on the Emergency Motion to Compel Compliance and on January 25, 2019, the Court entered the Order on Emergency Motion to

Compel Compliance with the Agreement Regarding Confidentiality and Privilege Between the Debtors and the Official Committee of Equity Security Holders (Doc. 1297).

60.      On February 6, 2019, the United States Trustee filed a Notice of Disbanding Official Committee of Equity Security Holders (Doc. 1311).

### (f)      B192 – Adversary Proceedings

61.      During the Sixth Interim Compensation Period, Applicant had extensive discussions with counsel for the Debtors and special counsel for the Equity Committee regarding the appointment of Mark C. Healy of Michael Moecker & Associates, Inc. as a non-trustee fiduciary for the Debtors, solely in the capacity as substitute plaintiff in the D&O Litigation.

62.      On January 24, 2019, the Debtors filed a Consent Motion for an Order Appointing Responsible Person as Substitute Plaintiff in the Adversary Proceeding Against Certain of the Debtors' Current and Former Directors and Officers (Adv. Doc. 24).

63.      On January 25, 2019, the Court entered the Consent Order Granting Motion to Appoint a Responsible Person as Substitute Plaintiff in the Adversary Proceeding Against Certain of the Debtors' Current and Former Directors and Officers (Adv. Doc. 25).

64.      The professional fees rendered incurred by Applicant during the Sixth Interim Compensation Period by project billing categories are as follows:

| Project Billing Category | Hours | Fees |
|---|---|---|
| B130 – Asset Disposition | .80 | $320.00 |
| B151 – Communications with Equity Holders and Equity Committee Members | 11.00 | $4,400.00 |
| B160 – Fee/Employment Applications | 42.00 | $10,935.00 |
| B170 – Fee/Employment Objections | 18.80 | $6,102.50 |
| B190 – Other Contested Matters | 24.50 | $8,315.00 |
| B191 – Investigation and Pursuit of Securities and Other Litigation Claims | 2.10 | $1,036.00 |
| B192 – Adversary Proceedings | 13.10 | $4,934.00 |
| B240 – Tax Issues | 2.50 | $1,328.50 |
| **Total** | **114.8** | **$37,371.00** |

V.    **SUPPLEMENT TO AKERMAN FIFTH INTERIM FEE APPLICATION AND
RESPONSE TO THE OBJECTION** [5]

65.    In the Objection, the Creditors' Committee raised questions about certain actions taken by LGB and Akerman as counsel to the Equity Committee.

66.    If litigated, LGB and Akerman would demonstrate that the Objection should be overruled and the Fifth Interim Fee Applications should be approved in their entirety.

67.    This Bankruptcy Case has been active and unusual, with a very extensive record and a number of complex issues.  The entire case record is incorporated herein by reference in support of this Application.

68.    Soon after commencement of these Chapter 11 cases, the Debtors filed Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rules 6003, 6004, and 9014 Authorizing the Debtors to Market and Sell Certain Titanic Artifacts Free and Clear of Liens, Claims, and Interests (Doc. 28) (the "Initial Sale Motion").  Beginning on the filing date and continuing thereafter through the course of these Chapter 11 cases, the status of the French Artifacts (as defined herein) as property of the estate has been the subject of numerous pleadings.[6] As noted in the Initial Sale Motion, "RMST has never sold an artifact, nor has any other entity ever legally recovered or sold artifacts from the wreck site of the Titanic. Nevertheless, there exists a fertile market for the sale of Titanic-related artifacts and memorabilia

---

[5] Based on a tentative settlement of fee related issues, Applicant has excluded the bulk of argument and record and case law support in opposition to the Objection.  To the extent it may become relevant in the future, Applicant will supplement this Application and respond in more detail to the Objection.

[6] The status of the French Artifacts as property of the Debtors' estate and as separate from the so-called American Artifacts was set forth in the Initial Sale Motion, has been further set forth in subsequent pleadings, and most recently, in the Debtors' pleadings filed in *RMST v The Wrecked and Abandoned Vessel …, believed to be the RMS Titanic, in rem,* CV No. 2:93-cv-902, pending in the U.S. District Court for the Eastern District of Virginia, E.D.VA. Docket 455.

saved by survivors of the tragedy or culled from the surface waters by rescuers." ¶ 23.  Indeed, the Court has heard testimony from Arlan Ettinger, President of Guernsey's auction house, as to the significant value of even a handful of selected artifacts from the French Collection were they to be sold at public auction. *See* Declaration of Arlan Ettinger, Docs. 1179 and 1184, and Transcript of the August 30, 2018 hearing at pp. 112-113. [7]

69.    On August 17, 2016, RMS Titanic, Inc. filed its Adversary Complaint against the French Republic thereby initiating the adversary proceeding entitled *RMS Titanic, Inc. v. French Republic a/k/a Republic of France,* Adversary Proceeding No. 3:16-ap-00183-PMG (the "French Adversary").  In the French Adversary, RMST sought a declaratory judgment pursuant to Bankruptcy Rule 7001(9) that France had no interest in approximately 2,100 artifacts from the Titanic wreck site (the "French Artifacts").  On September 29, 2017, the Court entered a Final Default Judgment in favor of RMST and against the French Republic in the French Adversary. All filings in the French Adversary are incorporated herein by reference.

70.    On December 16, 2016, the Debtors filed a Second Motion for Extension of Exclusivity (Doc. 382).

71.    On January 3, 2017, Euclid Investments LP and Euclid Claims Recovery LLC filed an Objection (Doc. 404) to the Debtor's Exclusivity Motion.

72.    On January 11, 2017, the Court entered the Order Granting Debtors' Second Motion for Extension of Exclusivity and Denying the Motion of Euclid Investments LP and

---

[7] The value of the individual artifacts has been the subject of numerous news articles reporting the sale of such artifacts.  Reference to recent sales of Titanic artifacts may be viewed at the following links: https://www.catawiki.com/stories/4897-5-most-expensive-titanic-objects-that-survived-and-sold; http://time.com/4088454/titanic-cracker-auction/; and https://www.ksat.com/lifestyle/brandy-flask-given-to-titanic-passenger-sells-for-almost-100k.

Euclid Claims Recovery LLC for Entry of Order Terminating Debtors Exclusive Periods to File Chapter 11 Plan and Solicit Acceptances Thereof (Doc. 418).

73.     In January 2018, the Debtors, the Equity Committee, and the Creditors' Committee met and agreed to pursue mediation to resolve the Debtors' Cases (the "Plan Mediation").    On February 26 and 27, 2018, mediation was held in Atlanta, Georgia, with Edward Dobbs as mediator.    Over two days the parties mediated but were unable to reach agreement on a consensual Chapter 11 plan or other exit strategy.    The mediation closed without resolution and the Debtors re-embarked upon a process to sell the Debtors or their assets.

74.     On June 1, 2018, the Equity Committee filed a Disclosure Statement (Doc. 1044) (the "Equity Committee Disclosure Statement") and Chapter 11 Plan of Reorganization (Doc. 1045) (the "Equity Committee Plan").    The Equity Committee Disclosure Statement and Equity Committee Plan are incorporated by reference herein.    A hearing on the Equity Committee Disclosure Statement was held on August 30, 2018.

75.     On June 15, 2018, the Debtors filed a Motion for an Order (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith; (D) Approving Settlement with The PacBridge Parties; and (E) Granting Related Relief (Doc. 1055) (the "Sale Motion").

76.     On the day of the Disclosure Statement hearing, the Investors increased their offered purchase price for the Debtors by $2 million, as a result of which, the Investors asserted, general unsecured creditors would receive payment of 80% of the allowed amount of their claims if the Investors purchase of the Debtors' assets were approved.    As a result of that purported increase in purchase price and the representations of the investors, the largest unsecured creditor

49813820;1

in the case, holding in excess of 33% of the total general unsecured claims, stated to the court that the creditor supported the sale to the Investors and would vote against the Equity Committee plan. The Court thereupon did not approve the Equity Committee's Disclosure Statement.[8]

77.    A hearing on the Sale Motion was held on October 18, 2018.

78.    On October 19, 2018, the Court entered the Order (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of the Transferred Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (C) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith; (D) Approving Settlement with the PacBridge Parties; and (E) Granting Related Relief (Doc. 1232) (the "Sale Order"). The Sale Motion and Sale Order are incorporated by reference herein. The sale closed on or about February 13, 2019 (Doc. 1319).

A.    **Evaluation of Services Rendered - *First Colonial* and *Pettibone* Considerations**

79.    This Application and Applicant's prior interim fee applications present in summary fashion an overview of the services performed by LGB and Akerman as counsel to the Equity Committee for which they seek compensation. The time entries attached as exhibits report the daily tasks performed by LGB and Akerman broken down into one-tenth of an hour increments.

80.    The full range of services and the expertise brought to bear on the issues that arose in the case may not be fully understood just through a review of those time entries. The

---

[8] Although the Investors did increase their purchase price by $2 million in order to defeat the Equity Committee Plan, according to the Debtors' Disclosure Statement [Docket 82] general unsecured creditors are likely to receive no more than 63.5% of the allowed amount of their claims.

issues were complex, often multiple parties were involved with numerous competing positions, and circumstances often required LGB and Akerman to respond under time pressures.

81.     *American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.),* 544 F.2d 1291 (5th Cir. 1977)[9], enumerates twelve factors a bankruptcy court should evaluate in awarding fees. *First Colonial* remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code. *Grant v. George Schumann Tire & Battery Co.,* 908 F.2d 874 (11th Cir. 1990); Collier on Bankruptcy, 330.05[2] [a] at 330-33 through 330-37 (L. King 15th ed. 1991); see *also Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981). The twelve factors are:

(1) The time and labor required;

(2) The novelty and difficulty of the questions presented;

(3) The skill required to perform the legal services properly;

(4) The preclusion from other employment by the attorney due to acceptance of the case;

(5) The customary fee for similar work in the community;

(6) Whether the fee is fixed or contingent;

(7) The time limitations imposed by the client or circumstances;

(8) The amount involved and results obtained;

(9) The experience, reputation and ability of the attorneys;

(10) The undesirability of the case;

---

[9] The Fee Objection relies upon *In re Pettibone*, 74 B.R. 293 (Bankr. N.D. Ill. 1987), which recites the same criteria as *First Colonial* and notes that the criteria are derived from the ABA Code of Professional Responsibility, DR 2-106.

24

(11) The nature and length of the professional relationship with the client; and

(12) Awards in similar cases.

*First Colonial*, 544 F.3d at 1298-99.

### (1) Time, Nature and Extent of Services Rendered, Results Obtained, and Related First Colonial Factors

82.     The narrative of services performed set forth above and in Applicant's prior interim fee applications, together with the exhibits attached thereto, detail the time, nature and extent of the professional services that LGB and Akerman rendered in representing the Equity Committee as fiduciaries for equity security holders of Premier during this Bankruptcy Case. The total number of hours expended, 2,146.30 hours for Akerman, were expended in representing the Equity Committee's interests on a great variety of legal issues that confronted the Equity Committee in this case.   The services rendered were necessary services that aided in the administration of the case and helped the Equity Committee fulfill its statutory functions under 11 U.S.C. § 1103(c), including (1) consulting with the debtor in possession and the Creditors Committee concerning the administration of the case and formulation of a Chapter 11 plan; (2) investigating the acts, conduct, assets, liabilities and financial condition of the debtor; (3) advising the Equity Committee on the foregoing and responding to equity holders' inquiries respecting the Chapter 11 case; and (4) performing  services relating to the foregoing.

### (2) Novelty and Difficulty of Questions Presented

83.     Throughout this Bankruptcy Case, LGB and Akerman were required to deal with many complex issues that were unique to this bankruptcy case because of the unusual nature of the Debtors' assets and its business operations, the multiple jurisdictions having an interest in the estate and its assets, and the arcane areas of legal expertise that the Equity Committee's counsel

25

were required to address. These included bankruptcy law, admiralty, international law and service of process, insurance coverage, and corporate law, to name a few.  LGB and Akerman spent significant time evaluating various exit strategies, negotiating with other interested parties, reviewing and preparing pleadings in support of the Equity Committee's interests, and developing a Chapter 11 plan that would satisfy all creditors and interest holders.  In doing so, consideration was required of each of the various aspects of the case noted above.

### (3)     Skill Requisite to Perform Services Properly

84.     In representing the Equity Committee, LGB and Akerman brought to the case decades of practice, experience, and expertise in the areas of bankruptcy, commercial law, debtor-creditor rights, mediation, secured transactions, litigation, and negotiation, among others. As a result, LGB and Akerman were "up to speed" on most of the issues arising in the case and able to provide a high level of representation in an economical manner.

### (4)     Preclusion from Other Employment by Attorney Due to Acceptance of Case

85.     The time spent by LGB and Akerman is set forth in the Exhibits A to the respective Applications.  While LGB and Akerman were not precluded from taking on additional work for other clients because of this representation, the time spent on this matter could have been spent on matters for which LGB and Akerman would have been compensated at the same, if not higher hourly wage and possibly on a current basis.

### (5)     Customary Fee

86.     The hourly rate charged by LGB and by Akerman are set forth in their respective Applications.  The hourly rates range from $175 to $565 for Akerman's professionals, which in most instances is below the range of hourly rates customary for professionals of similar skill and

experience.  The hourly rates range from $160 to $565 for LGB's professionals, which is below the range of hourly rates customary for professionals of similar skill and experience. Additionally, in the exercise of billing judgment, LGB and Akerman have written off more than $100,000 for work performed as professionals for the Equity Committee.  Moreover, in dividing up responsibility for the representation, LGB and Akerman were aware of the lower billing rates charged by Akerman's Florida offices, and directed work to the Akerman firm, as appropriate.

87.     Furthermore, the reduction from Akerman's standard rate billing from the reduced rates applied in the billings in this case represent in excess of $190,000 of reduced fees, just over 20% of the standard rates charges.

88.     The standard hourly rate charged for the primary professionals who worked on this case for the Equity Committee are listed below.

### Landau Gottfried & Berger LLP Hourly Rates

| Name | Discounted Rate | Customary Rate |
| --- | --- | --- |
| Jon L. R. Dalberg | $510 | $530 |
| Peter Gurfein | $565 | $590 |

### Akerman LLP Hourly Rates

| Name | Discounted Rate | Customary Rate as of October 2016 |
| --- | --- | --- |
| Jacob A. Brown | $400 | $475 |
| Jennifer S. Meehan | $175 | $210 |
| Brian P. Miller | $565 | $755 |
| Esther L. Moreno | $540 | $545 |

**(6)     Whether Fee is Fixed or Contingent**

89.     Insofar as compensation in this matter is subject to the approval of the Court, LGB's and Akerman's fees are contingent.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.

49813820;1

### (7)    Time Limitations Imposed by Client or Other Circumstances

90.    This case required professionals to meet deadlines required under the Bankruptcy Code or by the necessity to respond to pleadings which occasionally imposed serious time constraints on LGB and Akerman.  The deadlines confronted by the Equity Committee included bar dates, limitations on insurance coverage, and the usual press of business in bankruptcy reorganization cases.

### (8)    Experience, Reputation and Ability of Attorneys

91.    LGB and Akerman are established and respected law firms and their partners, associates, and other staff working on this case are recognized for their experience and expertise in bankruptcy cases.  The attorneys leading this representation have extensive experience in bankruptcy cases nationwide and are leaders in their respective bankruptcy bar associations.

### (9)    "Undesirability" of Case

92.    This case is not undesirable.  LGB and Akerman appreciate the opportunity to appear before this Court in this case and represent the Equity Committee.

### (10)    Nature and Length of Professional Relationship with Client

93.    LGB and Akerman have represented the Equity Committee since its appointment in August 2016.

### (11)    Awards in Similar Cases

94.    The amount requested by LGB and by Akerman is reasonable in terms of awards in cases of similar magnitude and complexity. Moreover, all fees were incurred in providing necessary representation to the Equity Committee and were reasonably performed in furtherance of the Equity Committee's statutory functions under the Bankruptcy Code.   The compensation

that the Equity Committee's Counsel request comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.

## B. **Argument**

95.    The Objection is riddled with unsubstantiated, false allegations.  Virtually all the statements and allegations in the Objection are conjecture.  Not one statement or allegation in the Objection that is material to the issues of the Fifth Interim Fee Applications or would be material to this Application has any record support.

96.    The case law cited by the Creditors' Committee is largely inapposite and those cases that do apply to the record in this case do not support the Creditors' Committee's legal arguments.

97.    Rather, the revisionist history set forth in the Objection is unsubstantiated and not grounded in legal precedent.  If litigated, the Objection should be overruled in its entirety.

## VI. **EXPENSES**

98.    Applicant has incurred a total of $766.40 in expenses in connection with representing the Equity Committee during the Sixth Interim Compensation Period.  Applicant records all expenses incurred in connection with the performance of professional services.

99.    In connection with the reimbursement of expenses, Applicant's policy is to charge its clients in all areas of practice for expenses, other than fixed and routine overhead expenses, incurred in connection with representing its clients.  The expenses charged to Applicant's clients include, among other things, mail and FedEx charges, special or hand delivery charges, photocopying charges, computerized research and transcription costs.

100.     Applicant charges the Equity Committee for these expenses at rates consistent with those charged to Applicant's other bankruptcy clients, which rates are equal to or less than the rates charged by Applicant to its non-bankruptcy clients.

101.     In providing or obtaining from third parties services which are reimbursable by clients, Applicant does not include in such reimbursable amount any costs of investment, equipment or capital outlay.

102.     Throughout this Bankruptcy Case, Applicant has been keenly aware of cost considerations and has tried to minimize the expenses charged to the Debtors' estate.

## VII.    REQUEST FOR FEE ENHANCEMENT

103.     The Equity Committee and its counsel expended substantial time and effort to investigate and pursue standing to bring the D&O Litigation.  In doing so, they faced objections from the Debtors and the Creditors Committee.  Ultimately, the Equity Committee succeeded in being granted standing and commenced the adversary proceeding, *Mark C. Healy of Michael Moecker & Associates, Inc. in his capacity as Court-Appointed Responsible Person v. Mark A. Sellers, et al.*, Adversary Proceeding #: 3:18-ap-00064-JAF, which is being prosecuted by Mark Healy as successor to the Equity Committee.

104.     To the extent there is recovery in the D&O Litigation, Applicant believes the record in this Bankruptcy Case supports a fee enhancement for its work that resulted in the D&O Litigation and suggests such fee enhancement be payment of either (i) the full, non-discounted rates for all professionals' time spent investigating the claims in the D&O Litigation and pursuing standing of the same, or (ii) a percentage of the net recovery in the D&O Litigation.[10]

---

[10] This request will be withdrawn if the tentative settlement is approved.

## VIII.  FINAL COMPENSATION PERIOD

105.    By this Final Application, Applicant seeks the final review, allowance, and approval of compensation for its professional services rendered on behalf of the Equity Committee, and reimbursement of its expenses incurred in connection with services, for the Final Compensation Period, which includes and subsumes the First, Second, Third, Fourth, Fifth, and Sixth Interim Compensation Periods.  Applicant relies upon the detail and description of such services and expenses as included within its First Application (Doc. 384), Supplement to the First Application (Doc. 462), Second Application (Doc. 609), Third Application (Doc. 798), Fourth Application (Doc. 948), and Akerman Fifth Interim Fee Application (Doc. 1276), the contents of which Applicant incorporates herein.

In summary, the aggregate compensation for services and fee reimbursement for which Applicant seeks allowance is set forth below:

|  | Fees | Costs | Total |
|---|---|---|---|
| First Application (Doc. 384) | $92,944.50 | $1,744.55 | $94,689.05 |
| Second Application (Doc. 609) | $169,027.00 | $2,304.55 | $171,331.55 |
| Third Application (Doc. 798) | $86,191.50 | $2,133.84 | $88,325.34 |
| Fourth Application (Doc. 948) | $84,131.00 | $5,736.21 | $89,867.21 |
| Fifth Application (Doc. 1276) | $283,361.50 | $16,958.05 | $300,319.55 |
| Sixth Application | $37,371.00 | $766.40 | $38,137.40 |
| **Total Compensation and Expenses for Final Allowance** | **$753,026.50** | **$29,643.60** | **$782,670.10** |

## IX.    ALLOWANCE OF COMPENSATION

106.    The professional services rendered by Applicant have required a high degree of professional competence and expertise to address, with skill and dispatch, the numerous issues requiring evaluation and action by the Equity Committee.  Applicant respectfully submits that the services rendered to the Equity Committee were performed efficiently, effectively and economically, and that the results obtained to-date have and will continue to benefit the equity

holders as well as and the Debtors' bankruptcy estates and interests of other stakeholders in these

Chapter 11 cases.

107.    The allowance of interim compensation for services rendered and reimbursement

of expenses in bankruptcy cases is expressly provided for in Section 331 of the Bankruptcy

Code:

> Any professional person . . . may apply to the court not more than once
> every 120 days after an order for relief in a case under this title, or more
> often if the court permits, for such compensation for services rendered . . .
> as is provided under Section 330 of this Title.

11 U.S.C. § 331.

108.    With respect to the level of compensation, Section 330(a)(1)(A) of the

Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person,

"reasonable compensation for actual, necessary services rendered."    Section 330(a)(3)(A), in

turn, provides that:

> In determining the amount of reasonable compensation to be
> awarded, the court shall consider the nature, the extent, and the
> value of such services, taking into account all relevant factors,
> including –
>
> (A)    the time spent on such services;
>
> (B)    the rates charged for such services;
>
> (C)    whether the services were necessary to the
> administration of, or beneficial at the time at which
> the service was rendered toward the completion of,
> a case under this title;
>
> (D)    whether the services were performed within a
> reasonable amount of time commensurate with the
> complexity, importance, and nature of the problem,
> issue, or task addressed; and
>
> (E)    whether the compensation is reasonable based on
> the    customary    compensation    charged    by

> comparably skilled practitioners in cases other than
> cases under this title.

11 U.S.C. §330(a)(3)(A).

109.    The congressional policy expressed above provides for adequate compensation in order to continue to attract qualified and competent professionals to bankruptcy cases. *In re Hillsborough Holdings Corp.*, 127 F.3d 1398, 1403-04 (11th Cir. 1997) ("Congress determined, it appears, that on average the gain to the estate of employing able, experienced, expert counsel would outweigh the expense to the estate of doing so, and that unless the estate paid competitive [market] sums it could not retain such counsel on a regular basis.")  (Citations and quotations omitted).

110.    A bankruptcy court may compensate a party that makes a "substantial contribution" to a chapter 11 case by approving payment to that party by the debtor of the fees and expenses incurred by that party.  Section 503(b)(3)(D) of the Bankruptcy Code reflects a policy of encouraging meaningful participation in chapter 11 by interested parties while "keeping fees and administrative expenses to a minimum so as to preserve as much of the estate as possible for the creditors." *Ott v. United States*, 419 U.S. 43, 53 (1974).  Here, the Equity Holders engaged counsel to promote the establishment of an equity committee that would represent the interests of all equity holders.  The Debtors have repeatedly established that there exists substantial equity value over and above amounts needed to pay creditors in full.  In recognition that equity holders have substantial interests at risk in this case, the U. S. Trustee did appoint an Equity Committee.  Thus, the efforts of these Equity Holders led directly to the establishment of the Equity Committee, a clear and substantial benefit in this case.

111.    The total time spent by Akerman attorneys and paraprofessionals during the Sixth Interim Compensation Period was 114.80 hours, which has a fair market value of $37,371.00.

As shown by this Application and supporting exhibits, Applicant's services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved, and thus the time expended, was carefully assigned in consideration of the experience and expertise required for each particular task.

## X.   NOTICE

112.    Notice of this Application has been given to the United States Trustee, counsel for the Debtors, counsel for the Creditors' Committee, counsel for Lange Feng, Haiping Zou, and Jihie Zhang, and to those parties on the Debtors' Master Service List, in accordance with the Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures (Doc. 140).  In light of the nature of the relief requested herein, the Equity Committee requests that such notice be deemed adequate and sufficient.

## XI.   CONCLUSION

WHEREFORE, Akerman LLP respectfully requests the Court to enter an order, substantially in the form attached hereto as **Exhibit C,** (a) allowing Akerman (i) interim compensation for professional services rendered as co-counsel for the Equity Committee during the Sixth Interim Compensation Period in the amount of $37,371.00, (ii) reimbursement of expenses incurred in connection with rendering such services in the aggregate amount of $766.40, for (iii) a total award of $38,137.40; (b) authorizing and directing the Debtors to pay Akerman $38,137.40; (c) upon such allowance of compensation and reimbursement of expenses rendered during the Sixth Interim Compensation Period, the final allowance of compensation for services rendered during the Final Compensation Period in the amount of $753,026.50, and reimbursement of expenses incurred in connection with the rendition of such services in the amount of $29,643.60, plus the $1,500.00 for estimated fees and expenses through the

confirmation hearing, for a total award of $784,170.10; (d) an enhancement in the amount of either (i) the difference between the discounted rates and non-discounted rates for all professionals' time spent investigating the claims in the D&O Litigation and pursuing standing of the same, or (ii) a percentage of the net recovery in the D&O Litigation; and (e) granting such further relief as is just.

Dated: August 13, 2019

**AKERMAN LLP**

By: */s/ Jacob A. Brown*
Jacob A. Brown
Florida Bar No. 170038
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
(904) 798-3700
(904) 798-3730 (Facsimile)
jacob.brown@akerman.com

*Attorneys for the Official Committee of Equity Security Holders of Premier Exhibitions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2019, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notifications in this case. In accordance with the Court's Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures (Doc. 140), a copy of the foregoing was also furnished on August 13, 2019 by U.S. mail, postage prepaid and properly addressed, to the Master Service List attached hereto.

*/s/ Jacob A. Brown*
Attorney

49813820;1

**MASTER SERVICE LIST**
*Case No. 3:16-bk-02230-PMG*

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

ABC Imaging
14 East 38th Street
New York, NY 10017

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Time Out New York
405 Park Avenue
New York, NY 10022

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Samuel Weiser
565 Willow Raod
Winnetka, IL 60093

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
***Creditor Committee***

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
***Creditor Committee***

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
***Creditor Committee***

**Composite Exhibit A**

**(Fee Statements)**



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    December 13, 2018
Invoice No.    9407838

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

| | |
|---|---|
| Client Name: | **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.** |
| Matter Name: | **PREMIER EXHIBITIONS, INC.** |
| Matter Number: | **0318769** |

*For professional services rendered through November 30, 2018 as summarized below:*

| | |
|---|---|
| Services | $10,728.50 |
| Disbursements | $217.25 |
| **TOTAL THIS INVOICE** | **$10,945.75** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **253,171.20** |
| (Includes payments received through 12/13/18) | |
| **TOTAL AMOUNT DUE** | **$264,116.95** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9407838*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date     December 13, 2018
Invoice No.     9407838

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:     **0318769**

---

*For professional services rendered through November 30, 2018 as summarized below:*

| | |
|---|---|
| Services | $10,728.50 |
| Disbursements | $217.25 |
| **TOTAL THIS INVOICE** | **$10,945.75** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **253,171.20** |
| (Includes payments received through 12/13/18) | |
| **TOTAL AMOUNT DUE** | **$264,116.95** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9407838*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | November 30, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9407838 |

**Task Code:**   **B130 ASSET DISPOSITION**

| 30-Nov-18 | Analysis of stock surrender and related matters. | JAB | 0.80 | 320.00 |
| | **Subtotal for Code B130 ASSET DISPOSITION** | | **0.80** | **320.00** |

**Task Code:**   **B151 COMMUNICATIONS WITH EQUITY HOLDERS AND EQUITY COMMITTEE MEMB**

| 1-Nov-18 | Prepare for and participate in conference call with equity committee regarding case status. | JAB | 1.20 | 480.00 |
| 5-Nov-18 | Communications with P. Gurfein and M. Brooks regarding committee related issues. | JAB | 0.50 | 200.00 |
| 6-Nov-18 | Communications with attorneys Brooks and Gurfein and committee members regarding liquidating trustee appointment and related matters. | JAB | 1.00 | 400.00 |
| 8-Nov-18 | Prepare for and participate in conference call with Equity committee and P. Gurfein regarding case issues/committee disbandment. | JAB | 0.80 | 320.00 |
| 9-Nov-18 | Communications with P. Gurfein and B. Charbonneau regarding case status/issues and attend to same. | JAB | 0.60 | 240.00 |
| 27-Nov-18 | Communications with P. Gurfein regarding confidentiality provisions. | JAB | 0.20 | 80.00 |
| 28-Nov-18 | Communications with attorneys Gurfein and Brooks regarding confidentiality agreement and cleansing document related issues. | JAB | 0.70 | 280.00 |
| 29-Nov-18 | Extensive communications with attorneys Brooks and Gurfein and committee members regarding termination of confidentiality agreement, required cleansing document and related matters. | JAB | 3.00 | 1,200.00 |
| 30-Nov-18 | Communications with P. Gurfein and committee members regarding emergency motion and preparation for hearing. | JAB | 0.80 | 320.00 |

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | November 30, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9407838 |

|  | **Subtotal for Code B151 COMMUNICATIONS WITH EQUITY HOLDERS AND EQUITY COMMITTEE MEMB** | | **8.80** | **3,520.00** |
|---|---|---|---|---|

**Task Code:    B160 FEE/EMPLOYMENT APPLICATIONS**

| 13-Nov-18 | Revise Fifth Interim Fee Application to include October fees and expenses and revise attorney totals and task code totals. | JSM | 0.50 | 87.50 |
| 14-Nov-18 | Attention to finalizing October invoice and corresponding cover letter. | JAB | 0.20 | 80.00 |
| 14-Nov-18 | Draft letters to U.S. Trustee forwarding Akerman and Lincoln Financial invoices. | JSM | 0.30 | 52.50 |
| 15-Nov-18 | Finalize letters to U.S. Trustee forwarding Akerman and Lincoln invoices and email same. | JSM | 0.20 | 35.00 |
| 16-Nov-18 | Revise Fifth Interim Fee Application. | JSM | 0.60 | 105.00 |
| 29-Nov-18 | Continue drafting Fifth Interim Fee Application and draft proposed Order approving same. | JSM | 1.20 | 210.00 |

|  | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** | | **3.00** | **570.00** |
|---|---|---|---|---|

**Task Code:    B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**

| 1-Nov-18 | Communications with M. Suarez, S. Grossman and P. Gurfein regarding D & O claims and possible committee disbandment. | JAB | 1.00 | 400.00 |
| 8-Nov-18 | Post-call attention to issues regarding potential committee disbandment. | JAB | 0.40 | 160.00 |
| 27-Nov-18 | Telephone communications with Agentis lawyers regarding case status and pending open issues. | JAB | 0.30 | 120.00 |
| 27-Nov-18 | Analysis regarding same with initial review of draft stipulation and proposed order. | JAB | 0.60 | 240.00 |
| 28-Nov-18 | Review and comment on draft confidentiality stipulation and attention to revising same. | JAB | 0.50 | 200.00 |
| 28-Nov-18 | Assistance with drafting Consent Motion to Terminate Confidentiality Agreement and proposed Order granting same. | JSM | 1.20 | 210.00 |
| 29-Nov-18 | Attention to preparing emergency motion to compel compliance with confidentiality agreement. | JAB | 1.00 | 400.00 |

Akerman LLP                                                                                      Page 5

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | November 30, 2018 |
|--------|-----------------------------------------------|-------|-------------------|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9407838 |

| Date | Description | | Hours | Amount |
|------|-------------|------|-------|--------|
| 30-Nov-18 | Revise and finalize emergency motion to compel compliance with confidentiality agreement. | JAB | 2.20 | 880.00 |
| 30-Nov-18 | Assistance with drafting and finalizing Emergency Motion to Terminate Confidentiality Agreement and Certificate of Necessity and coordinate electronic filing and service of same. | JSM | 1.40 | 245.00 |
| | **Subtotal for Code B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI** | | **8.60** | **2,855.00** |
| **Task Code:** | **B191 INVESTIGATION AND PURSUIT OF SECURITIES AND OTHER LITIGATION** | | | |
| 8-Nov-18 | Confer with P. Gurfein re stock trading matters | ELM | 0.40 | 216.00 |
| 15-Nov-18 | Gather documents produced by the debtor and other third parties to share with co-counsel | JDL | 0.70 | 280.00 |
| 28-Nov-18 | Review and respond to correspondence from P. Gurfein regarding stock related matters. | ELM | 0.70 | 378.00 |
| 29-Nov-18 | Communications/analysis regarding possible surrender of shares. | ELM | 0.30 | 162.00 |
| | **Subtotal for Code B191 INVESTIGATION AND PURSUIT OF SECURITIES AND OTHER LITIGATION** | | **2.10** | **1,036.00** |
| **Task Code:** | **B192 ADVERSARY PROCEEDINGS** | | | |
| 1-Nov-18 | Confer with litigation counsel re background. | BPM | 0.40 | 226.00 |
| 5-Nov-18 | Communications with attorneys Brooks, Burnett, Grossman, Charbonneau, and Gurfein regarding liquidating trustee appointment and D&O claims and related matters. | JAB | 1.20 | 480.00 |
| 15-Nov-18 | Correspond with Gurfein and Lamet re background facts. | BPM | 0.20 | 113.00 |
| 16-Nov-18 | Attention to sharing discovery documents with counsel in D&O adversary proceeding | JDL | 0.40 | 160.00 |
| 30-Nov-18 | Initial review of motion to appoint responsible person. | JAB | 0.30 | 120.00 |

Akerman LLP

Page 6

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | November 30, 2018 |
|--------|------------------------------------------------|-------|-------------------|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9407838 |

**Subtotal for Code B192 ADVERSARY PROCEEDINGS**       **2.50**       **1,099.00**

| Task Code: | B240 TAX ISSUES | | | |
|------------|-----------------|---|---|---|
| 29-Nov-18 | Review and discuss ██████████ issues. | WFS | 0.40 | 226.00 |
| 29-Nov-18 | Tax research on ██████████ and prepare summary regarding same. | AMD | 2.10 | 1,102.50 |
| | **Subtotal for Code B240 TAX ISSUES** | | **2.50** | **1,328.50** |

**Total Fees for Services Rendered**..............................................................**$10,728.50**

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 30-Nov-18 | DUPLICATING | 44.80 | |
| 30-Nov-18 | DUPLICATING | 71.80 | |
| 30-Nov-18 | DUPLICATING | 0.40 | |
| Total for DUPLICATING | | | 117.00 |
| 2-Nov-18 | MEALS - JACOB A. BROWN: Dinner - Premier exhibitions - 10/17/18 dinner with Bob Charbonneau. on 11/02/18 at Black Sheep with Bob Charbonneau, na. JB/1685 | 100.25 | |
| Total for MEALS | | | 100.25 |

**Total Disbursements** .............................................................................**$217.25**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | November 30, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9407838 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| AMD | A. M. DENAULT | 2.10 | 525.00 | 1,102.50 |
| BPM | B.P. MILLER | 0.60 | 565.00 | 339.00 |
| ELM | E. L. MORENO | 1.40 | 540.00 | 756.00 |
| JAB | J. A. BROWN | 17.30 | 400.00 | 6,920.00 |
| JDL | J. D. LAMET | 1.10 | 400.00 | 440.00 |
| JSM | J. S. MEEHAN | 5.40 | 175.00 | 945.00 |
| WFS | W. F. SULLIVAN | 0.40 | 565.00 | 226.00 |
| | Total | 28.30 | | $10,728.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | January 15, 2019 |
| Invoice No. | 9420544 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name: **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name: **PREMIER EXHIBITIONS, INC.**
Matter Number: **0318769**

*For professional services rendered through December 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $7,635.00 |
| Disbursements | $472.65 |
| **TOTAL THIS INVOICE** | **$8,107.65** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **264,116.95** |
| (Includes payments received through 01/15/19) | |
| **TOTAL AMOUNT DUE** | **$272,224.60** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9420544*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | January 15, 2019 |
| Invoice No. | 9420544 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

| | |
|---|---|
| Client Name: | **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.** |
| Matter Name: | **PREMIER EXHIBITIONS, INC.** |
| Matter Number: | **0318769** |

*For professional services rendered through December 31, 2018 as summarized below:*

| | |
|---|---|
| Services | $7,635.00 |
| Disbursements | $472.65 |
| **TOTAL THIS INVOICE** | **$8,107.65** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **264,116.95** |
| (Includes payments received through 01/15/19) | |
| **TOTAL AMOUNT DUE** | **$272,224.60** |

*To ensure proper credit to the above account, please indicate invoice no. 9420544*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | December 31, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9420544 |

**Task Code:** **B151 COMMUNICATIONS WITH EQUITY HOLDERS AND EQUITY COMMITTEE MEMB**

| | | | | |
|---|---|---|---|---|
| 4-Dec-18 | Prepare for and participate in committee conference call. | JAB | 1.50 | 600.00 |
| 17-Dec-18 | Continued communications with committee and debtor's counsel regarding status of case wrap up. | JAB | 0.30 | 120.00 |
| 18-Dec-18 | Email correspondence with committee members regarding report on 12-17 EDVA hearing and related matters. | JAB | 0.40 | 160.00 |
| | **Subtotal for Code B151 COMMUNICATIONS WITH EQUITY HOLDERS AND EQUITY COMMITTEE MEMB** | | **2.20** | **880.00** |

**Task Code:** **B160 FEE/EMPLOYMENT APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 4-Dec-18 | Work on Fifth Interim fee application. | JAB | 1.00 | 400.00 |
| 5-Dec-18 | Continued revision to Fifth Interim fee application. | JAB | 0.50 | 200.00 |
| 5-Dec-18 | Revise fifth interim fee application. | JSM | 0.50 | 87.50 |
| 6-Dec-18 | Finalize Interim Fee Application. | JAB | 0.70 | 280.00 |
| 7-Dec-18 | Finalize and coordinate electronic filing and service of Fifth Interim fee applications for Akerman and LBG. | JSM | 0.50 | 87.50 |
| 11-Dec-18 | Work on November invoice. | JAB | 0.30 | 120.00 |
| 11-Dec-18 | Review invoice for November and redact. | JSM | 0.10 | 17.50 |
| 12-Dec-18 | Continue drafting fourth interim fee application of Teneo Securities LLC and draft proposed Order approving same. | JSM | 1.20 | 210.00 |
| 13-Dec-18 | Finalize Akerman's invoice for November, draft letter to U.S. Trustee, and coordinate email service of same. | JSM | 0.30 | 52.50 |
| 18-Dec-18 | Draft letter to U.S. Trustee forwarding Lincoln Partners Advisors LLC's invoice for November and coordinate electronic service of same. | JSM | 0.20 | 35.00 |

Akerman LLP

Page 4

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | December 31, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9420544 |

|  | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** | **5.30** | **1,490.00** |

**Task Code:** **B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**

| 3-Dec-18 | Review SEC filings in connection with Emergency Motion to Terminate Confidentiality Agreement and download forty 8-K filings since Petition Date. | JSM | 1.00 | 175.00 |
| 4-Dec-18 | Continued negotiations/communications with P. Gurfein and M. Brooks regarding pending emergency motion and appointment of liquidating agent. | JAB | 0.80 | 320.00 |
| 4-Dec-18 | Analysis of cleansing document related issues. | JAB | 0.30 | 120.00 |
| 5-Dec-18 | Telephone communications with attorney Burnett regarding case issues and possible resolution of same. | JAB | 0.20 | 80.00 |
| 5-Dec-18 | Communications with P. Gurfein and M. Brooks regarding resolving open issues. | JAB | 0.30 | 120.00 |
| 5-Dec-18 | Continued work on order on emergency motion. | JAB | 0.50 | 200.00 |
| 11-Dec-18 | Assistance with review of Subpoena to JPMorgan Chase and responsive documents to same and email documents to P. Gurfein. | JSM | 1.20 | 210.00 |
| 12-Dec-18 | Draft Notice of Preliminary Hearing on Emergency Motion to Compel Compliance with the Agreement Regarding Confidentiality and Privilege Between the Debtors and the Official Committee of Equity Security Holders (Doc. 1271). | JSM | 0.20 | 35.00 |
| 12-Dec-18 | Email correspondence with E. Moreno regarding JP Morgan subpoena related provisions in debtors' proposed report and disclosure. | JAB | 0.40 | 160.00 |
| 12-Dec-18 | Attention to finalizing draft motion and stipulation with communications with M. Brooks and P. Gurfein regarding same. | JAB | 1.20 | 480.00 |
| 14-Dec-18 | Coordinate electronic filing and service of Notice of Preliminary Hearing on Emergency Motion to Compel Compliance with the Agreement Regarding Confidentiality and Privilege Between the Debtors and the Official Committee of Equity Security Holders. | JSM | 0.30 | 52.50 |
| 14-Dec-18 | Communications with attorneys Brooks and Gurfein regarding wrap up items and related matters. | JAB | 0.50 | 200.00 |

Akerman LLP

Page 5

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | December 31, 2018 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9420544 |

|  | **Subtotal for Code B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI** | | **6.90** | **2,152.50** |
|---|---|---|---|---|
| **Task Code:** | **B192 ADVERSARY PROCEEDINGS** | | | |
| 3-Dec-18 | Assistance with revising Motion to Appoint Responsible Person for D&O Litigation. | JSM | 0.50 | 87.50 |
| 3-Dec-18 | Communications with attorney Gurfein and Brooks regarding motion to appoint liquidating agent/responsible person. | JAB | 0.70 | 280.00 |
| 3-Dec-18 | Revise and circulate motion to appoint liquidating agent/responsible person. | JAB | 1.80 | 720.00 |
| 4-Dec-18 | Revise draft motion to appoint responsible person. | JAB | 0.60 | 240.00 |
| 5-Dec-18 | Email correspondence to M. Healy requesting declaration. | JAB | 0.20 | 80.00 |
| 5-Dec-18 | Continued work on motion to appoint responsible party. | JAB | 0.50 | 200.00 |
| 6-Dec-18 | Finalize and circulate revised draft motion to appoint responsible person and proposed order on pending Emergency Motion. | JAB | 1.20 | 480.00 |
| 10-Dec-18 | Assistance with preparation of Consent Motion for an Order Appointing a Responsible Person as Substitute Plaintiff in the Adversary Proceeding Against Certain of the Debtors' Current and Former Directors and Officers | JSM | 0.60 | 105.00 |
| 10-Dec-18 | Continued attention to finalizing motion to appoint responsible person and stipulation on confidentiality with revision to documents and communicate thereto. | JAB | 1.50 | 600.00 |
| 11-Dec-18 | Communications with committee, P. Gurfein and M. Healy regarding committee disbandment and motion to appoint M. Healy as responsible person. | JAB | 0.80 | 320.00 |
|  | **Subtotal for Code B192 ADVERSARY PROCEEDINGS** | | **8.40** | **3,112.50** |

**Total Fees for Services Rendered**................................................................................**$7,635.00**

Akerman LLP                                                                                      Page 6

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | December 31, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9420544 |

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| 3-Dec-18 | POSTAGE | 19.72 | |
| 3-Dec-18 | POSTAGE | 11.16 | |
| 10-Dec-18 | POSTAGE | 102.08 | |
| 10-Dec-18 | POSTAGE | 47.58 | |
| 10-Dec-18 | POSTAGE | 12.60 | |
| 14-Dec-18 | POSTAGE | 13.63 | |
| 14-Dec-18 | POSTAGE | 9.20 | |
| Total for POSTAGE | | | 215.97 |
| | | | |
| 7-Dec-18 | DUPLICATING | 0.40 | |
| Total for DUPLICATING | | | 0.40 |
| | | | |
| 7-Dec-18 | FEDERAL EXPRESS Airbill: 784088176410 per 1768 Invoice No: 639190415 Ship Dt: 11/29/18 | 9.78 | |
| Total for FEDERAL EXPRESS | | | 9.78 |
| | | | |
| 30-Dec-18 | COURT REPORTER - STATEWIDE REPORTING SERVICE - Transcript hearing copy from 10/18/2018. Inv#3467. JM/1902 | 246.50 | |
| Total for COURT REPORTER | | | 246.50 |

**Total Disbursements** ...................................................................................................**$472.65**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | December 31, 2018 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9420544 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 16.20 | 400.00 | 6,480.00 |
| JSM | J. S. MEEHAN | 6.60 | 175.00 | 1,155.00 |
| | Total | 22.80 | | $7,635.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | February 15, 2019 |
| Invoice No. | 9424760 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name: **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name: **PREMIER EXHIBITIONS, INC.**
Matter Number: **0318769**

*For professional services rendered through January 31, 2019 as summarized below:*

| | |
|---|---|
| Services | $7,895.00 |
| Disbursements | $24.10 |
| **TOTAL THIS INVOICE** | **$7,919.10** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **272,224.60** |
| (Includes payments received through 02/15/19) | |
| **TOTAL AMOUNT DUE** | **$280,143.70** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9424760*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date    February 15, 2019
Invoice No.         9424760

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER
                 EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through January 31, 2019 as summarized below:*

| | |
|---|---|
| Services | $7,895.00 |
| Disbursements | $24.10 |
| **TOTAL THIS INVOICE** | **$7,919.10** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **272,224.60** |
| (Includes payments received through 02/15/19) | |
| **TOTAL AMOUNT DUE** | **$280,143.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9424760*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP                                                                          Page 3

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | January 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9424760 |

**Task Code:**   **B160 FEE/EMPLOYMENT APPLICATIONS**

| 3-Jan-19 | Assistance with preparation of Final Fee Application. | MKF | 0.50 | 142.50 |
|---|---|---|---|---|
| 3-Jan-19 | Continued attention to amendment/supplement of interim fee application and preparation of final fee application. | JAB | 3.50 | 1,400.00 |
| 15-Jan-19 | Draft letter to U.S. Trustee forwarding Akerman's invoice for December 2018. | JSM | 0.20 | 35.00 |
| 18-Jan-19 | Finalize letter to U.S. Trustee forwarding Lincoln Partners Advisors LLC's monthly statement for December and email same to U.S. Trustee. | JSM | 0.20 | 35.00 |

|  | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** |  | **4.40** | **1,612.50** |
|---|---|---|---|---|

**Task Code:**   **B170 FEE/EMPLOYMENT OBJECTIONS**

| 2-Jan-19 | Work on amendment/supplement of interim fee application ███████ and attend to preparation of final fee application. | JAB | 5.50 | 2,200.00 |
|---|---|---|---|---|
| 31-Jan-19 | ███████████████ | JSM | ████ | ████ |

|  | **Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS** |  | **5.80** | **2,252.50** |
|---|---|---|---|---|

**Task Code:**   **B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**

| 7-Jan-19 | Revise draft motion. | JAB | 0.30 | 120.00 |
|---|---|---|---|---|
| 15-Jan-19 | Revise and circulate proposed order on emergency motion. | JAB | 0.50 | 200.00 |
| 15-Jan-19 | Communications with P. Gurfein and M. Brooks regarding resolving emergency motion and related matters. | JAB | 0.60 | 240.00 |
| 17-Jan-19 | Confer with B. Charbonneau regarding document retention matter. | JAB | 0.20 | 80.00 |
| 17-Jan-19 | Email correspondence with B. Clark regarding 1-24 hearing. | JAB | 0.10 | 40.00 |
| 18-Jan-19 | Continued communications regarding pending emergency motion. | JAB | 0.50 | 200.00 |

Akerman LLP

Page 4

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | January 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9424760 |

| Date | Description | | | |
|---|---|---|---|---|
| 22-Jan-19 | Continued communications with attorney Brooks and P. Gurfein regarding resolving emergency motion issues and related matters. | JAB | 1.00 | 400.00 |
| 23-Jan-19 | Assistance with finalizing Proposed Order Granting Emergency Motion to Terminate Confidentiality Agreement. | JSM | 0.30 | 52.50 |
| 23-Jan-19 | Continued communications regarding resolving emergency motion, getting responsible person motion filed and related matters. | JAB | 1.20 | 480.00 |
| 24-Jan-19 | Preparation for and participation in hearing on emergency motion with post-hearing follow up. | JAB | 1.60 | 640.00 |
| 24-Jan-19 | Continued communications with counsel for interested parties regarding emergency motion on confidentiality agreement and responsible part motion. | JAB | 0.80 | 320.00 |
| 24-Jan-19 | Coordinate submission of proposed Order on Emergency Motion to Compel Compliance with Agreement Regarding Confidentiality and Privilege. | JSM | 0.20 | 35.00 |
| 24-Jan-19 | Assistance with finalizing letter to U.S. Trustee regarding Equity Committee disbanding. | JSM | 0.20 | 35.00 |
| 25-Jan-19 | Assistance with finalizing letter to U.S. Trustee regarding Equity Committee disbanding. | JSM | 0.30 | 52.50 |
| 25-Jan-19 | Draft Proof of Service of Order Granting Motion To Compel Compliance with the Agreement Regarding Confidentiality and Privilege between the Debtors and The Official Committee of Equity Security Holders and coordinate electronic filing and service of same. | JSM | 0.30 | 52.50 |
| 25-Jan-19 | Finalize and circulate correspondence to US Trustee. | JAB | 0.70 | 280.00 |
| 25-Jan-19 | Telephone communications with M. Suarez regarding committee status and abandonment. | JAB | 0.20 | 80.00 |

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | January 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9424760 |

| | **Subtotal for Code B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI** | | **9.00** | **3,307.50** |
|---|---|---|---|---|

| **Task Code:** | **B192 ADVERSARY PROCEEDINGS** | | | |
|---|---|---|---|---|
| 3-Jan-19 | Assistance with revising Consent Motion for Order Appointing a Responsible Personal as Substitute Plaintiff in Adversary Proceeding. | JSM | 0.20 | 35.00 |
| 3-Jan-19 | Communications with debtor's counsel and co-counsel regarding status of motion to appoint M. Healy. | JAB | 0.50 | 200.00 |
| 4-Jan-19 | Review comments of attorney Grossman to motion to appoint M. Healy as responsible party. | JAB | 0.30 | 120.00 |
| 4-Jan-19 | Assistance with revising Consent Motion for an Order Appointing Responsible Person as Substitute Plaintiff in the Adversary Proceeding. | JSM | 0.20 | 35.00 |
| 7-Jan-19 | Communications regarding draft motion to appoint M. Healy. | JAB | 0.30 | 120.00 |
| 7-Jan-19 | Assistance with finalizing Motion to Appoint Responsible Person for D&O Litigation. | JSM | 0.30 | 52.50 |
| 8-Jan-19 | Communications with P. Gurfein and M. Brooks regarding finalizing motion to appoint M. Healy and related matters. | JAB | 0.40 | 160.00 |
| | **Subtotal for Code B192 ADVERSARY PROCEEDINGS** | | **2.20** | **722.50** |
| | **Total Fees for Services Rendered**...............................................................................**$7,895.00** | | | |

| Date | Disbursements | | Value |
|---|---|---|---|
| 25-Jan-19 | POSTAGE | 14.50 | |
| 25-Jan-19 | POSTAGE | 9.20 | |
| Total for POSTAGE | | | 23.70 |
| 25-Jan-19 | DUPLICATING | 0.40 | |
| Total for DUPLICATING | | | 0.40 |

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | January 31, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9424760 |

**Total Disbursements** ...........................................................................................................................**$24.10**

Akerman LLP                                                                          Page 7

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | January 31, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9424760 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 18.20 | 400.00 | 7,280.00 |
| JSM | J. S. MEEHAN | 2.70 | 175.00 | 472.50 |
| MKF | M. K. FACKLER | 0.50 | 285.00 | 142.50 |
|  | Total | 21.40 |  | $7,895.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date    March 07, 2019
Invoice No.    9435373

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:    **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:    **PREMIER EXHIBITIONS, INC.**
Matter Number:  **0318769**

*For professional services rendered through February 28, 2019 as summarized below:*

| | |
|---|---:|
| Services | $8,585.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$8,585.00** |
| | |
| **PREVIOUS BALANCE** | **280,143.70** |
| (Includes payments received through 03/07/19) | |
| **TOTAL AMOUNT DUE** | **$288,728.70** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9435373*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | March 07, 2019 |
|---|---|
| Invoice No. | 9435373 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

| | |
|---|---|
| Client Name: | **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.** |
| Matter Name: | **PREMIER EXHIBITIONS, INC.** |
| Matter Number: | **0318769** |

*For professional services rendered through February 28, 2019 as summarized below:*

| | |
|---|---|
| Services | $8,585.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$8,585.00** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **280,143.70** |
| (Includes payments received through 03/07/19) | |
| **TOTAL AMOUNT DUE** | **$288,728.70** |

*To ensure proper credit to the above account, please indicate invoice no. 9435373*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP                                                                    Page 3

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | February 28, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9435373 |

**Task Code:**      **B160 FEE/EMPLOYMENT APPLICATIONS**

| █████ | ██████████████████████████ | ███ | ███ | ███ |
| | ██████ | | | |
| █████ | ███████████████████ | ███ | ███ | ███ |
| | █████████████ | | | |
| █████ | ██████████████████████ | ███ | ███ | ███ |
| | █████ | | | |

**Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS**                                      ███        █████

**Task Code:**      **B170 FEE/EMPLOYMENT OBJECTIONS**

| 8████ | ████████████████████ | ███ | ███ | ███ |
| | ████████████████████████ | | | |
| | ████████████████████████ | | | |
| | ████████████████████████ | | | |
| | █████████████ | | | |
| 11-Feb-19 | Work on ██████ Fee Application Supplement █████ ████████. | JAB | 4.50 | 1,800.00 |
| █████ | ██████████████████████ | ███ | ███ | ███ |
| | ██████████████████████ | | | |
| █████ | ████████████████ | ███ | ███ | ███ |
| | ███████████████████ | | | |
| █████ | █████████████████ | ███ | ███ | ███ |
| | ██████████ | | | |
| █████ | ████████████████████ | ███ | ███ | ███ |
| | ███████████ | | | |
| █████ | ████████████████████ | ███ | ███ | ███ |
| | ██████████████ | | | |
| 20-Feb-19 | Assistance with revising █████ Fee Application ████████ Supplement. | JSM | 0.40 | 70.00 |
| 21-Feb-19 | Assistance with revising █████ Fee Application ████████ Supplement. | JSM | 2.40 | 420.00 |
| 21-Feb-19 | Work on █████ Fee Application ████ Supplement. | JAB | 1.00 | 400.00 |

Akerman LLP                                                                                    Page 4

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | February 28, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9435373 |

| 22-Feb-19 | Assistance with revising ███████ Fee Application ███████ ███████ Supplement. | JSM | 3.50 | 612.50 |
| 22-Feb-19 | Continued work on ███████ Fee Application ███████ Supplement. | JAB | 1.50 | 600.00 |

**Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS**                          **26.60**      **8,435.00**

**Total Fees for Services Rendered** .................................................................**$8,585.00**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | February 28, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9435373 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 17.00 | 400.00 | 6,800.00 |
| JSM | J. S. MEEHAN | 10.20 | 175.00 | 1,785.00 |
|  | Total | 27.20 |  | $8,585.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | April 08, 2019 |
| Invoice No. | 9444345 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name: **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name: **PREMIER EXHIBITIONS, INC.**
Matter Number: **0318769**

---

*For professional services rendered through March 31, 2019 as summarized below:*

| | |
|---|---|
| Services | $2,080.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,080.00** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **288,728.70** |
| (Includes payments received through 04/08/19) | |
| **TOTAL AMOUNT DUE** | **$290,808.70** |

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

*To ensure proper credit to the above account, please indicate invoice no. 9444345*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date          April 08, 2019
Invoice No.               9444345

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER
                 EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through March 31, 2019 as summarized below:*

| | |
|---|---|
| Services | $2,080.00 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$2,080.00** |
| | |
| **PREVIOUS BALANCE** | **288,728.70** |
| (Includes payments received through 04/08/19) | |
| **TOTAL AMOUNT DUE** | **$290,808.70** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9444345*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | March 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9444345 |

**Task Code:    B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Description | Initials | Hours | Amount |
|---|---|---|---|---|
| 5-Mar-19 | Draft Sixth Interim and Final Fee Application and proposed Order approving same for Akerman LLP. | JSM | 2.20 | 385.00 |
| 5-Mar-19 | Draft Fourth Interim and Final Fee Application and proposed Order approving same for Teneo. | JSM | 1.50 | 262.50 |
| 7-Mar-19 | Finalize invoice and draft letter to U.S. Trustee. | JSM | 0.20 | 35.00 |
| 8-Mar-19 | Assistance with revising Supplement to Fifth Interim Fee Applications. | JSM | 2.20 | 385.00 |
| 8-Mar-19 | Attention to finalizing February 2019 Invoice and cover letter to US Trustee. | JAB | 0.30 | 120.00 |
| 8-Mar-19 | Revise Supplement to Interim Fee Applications. | JAB | 1.30 | 520.00 |
| 27-Mar-19 | Review and edit supplement to Akerman and LGB's Fifth Interim Fee Applications. | MKF | 1.00 | 285.00 |
| 27-Mar-19 | Assistance with revising Supplement to Fifth Fee Application in Response to Fee Objection. | JSM | 0.50 | 87.50 |
| | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** | | **9.20** | **2,080.00** |

**Total Fees for Services Rendered**................................................................................**$2,080.00**

Akerman LLP                                                          Page 4

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | March 31, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9444345 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 1.60 | 400.00 | 640.00 |
| JSM | J. S. MEEHAN | 6.60 | 175.00 | 1,155.00 |
| MKF | M. K. FACKLER | 1.00 | 285.00 | 285.00 |
| | Total | 9.20 | | $2,080.00 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date     May 14, 2019
Invoice No.     9455704

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:     **0318769**

---

*For professional services rendered through April 30, 2019 as summarized below:*

| | | |
|---|---|---|
| Services | $1,202.50 | |
| Disbursements | $0.00 | |
| **TOTAL THIS INVOICE** | **$1,202.50** | |

**PREVIOUS BALANCE**     **290,808.70**
(Includes payments received through 05/14/19)

**TOTAL AMOUNT DUE**     **$292,011.20**

*I hereby certify that I am in compliance with the terms of the Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals.*

---

*To ensure proper credit to the above account, please indicate invoice no. 9455704*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | May 14, 2019 |
|---|---|
| Invoice No. | 9455704 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through April 30, 2019 as summarized below:*

| | |
|---|---|
| Services | $1,202.50 |
| Disbursements | $0.00 |
| **TOTAL THIS INVOICE** | **$1,202.50** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **290,808.70** |
| (Includes payments received through 05/14/19) | |
| **TOTAL AMOUNT DUE** | **$292,011.20** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9455704*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP

Page 3

| | | | | |
|---|---|---|---|---|
| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | | April 30, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | | 9455704 |

**Task Code:    B160 FEE/EMPLOYMENT APPLICATIONS**

| | | | | |
|---|---|---|---|---|
| 8-Apr-19 | Draft letter to U.S. Trustee forwarding Akerman's invoice for March 2019. | JSM | 0.20 | 35.00 |
| 19-Apr-19 | Continuing drafting Sixth Interim and Final Fee Application for Akerman LLP and proposed Order approving same. | JSM | 2.70 | 472.50 |
| 19-Apr-19 | Revise Fourth Interim and Final Fee Application of Teneo Securities LLC. | JSM | 1.50 | 262.50 |
| | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** | | **4.40** | **770.00** |

**Task Code:    B170 FEE/EMPLOYMENT OBJECTIONS**

| | | | | |
|---|---|---|---|---|
| 1 ███ | ████████████████████ | ███ | ███ | ███ |
| ████ | ████████████████████ | ███ | ███ | ███ |
| | ███████████████████ | | | |
| | ████████████████ | | | |
| | ███████████ | | | |
| ████ | █████████████████████ | ███ | ███ | ███ |
| | ███████████████ | | | |
| | **Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS** | | ███ | ███ |

**Total Fees for Services Rendered** ................................................................**$1,202.50**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | April 30, 2019 |
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9455704 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 0.60 | 400.00 | 240.00 |
| JSM | J. S. MEEHAN | 5.50 | 175.00 | 962.50 |
| | Total | 6.10 | | $1,202.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

Invoice Date      June 07, 2019
Invoice No.      9462027

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through May 31, 2019 as summarized below:*

| | |
|---|---|
| Services | $3,557.50 |
| Disbursements | $1.00 |
| **TOTAL THIS INVOICE** | **$3,558.50** |

**PREVIOUS BALANCE**            **292,011.20**
(Includes payments received through 06/07/19)

**TOTAL AMOUNT DUE**          **$295,569.70**

---

*To ensure proper credit to the above account, please indicate invoice no. 9462027*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

| Invoice Date | June 07, 2019 |
|---|---|
| Invoice No. | 9462027 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

| Client Name: | **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.** |
|---|---|
| Matter Name: | **PREMIER EXHIBITIONS, INC.** |
| Matter Number: | **0318769** |

*For professional services rendered through May 31, 2019 as summarized below:*

| Services | $3,557.50 |
|---|---|
| Disbursements | $1.00 |
| **TOTAL THIS INVOICE** | **$3,558.50** |

| **PREVIOUS BALANCE** | **292,011.20** |
|---|---|
| (Includes payments received through 06/07/19) | |
| **TOTAL AMOUNT DUE** | **$295,569.70** |

*To ensure proper credit to the above account, please indicate invoice no. 9462027*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | May 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9462027 |

**Task Code:**     **B160 FEE/EMPLOYMENT APPLICATIONS**

| 6-May-19 | Revise Fourth Interim and Final Fee Application of Teneo Securities LLC. | JSM | 0.40 | 70.00 |
|---|---|---|---|---|
| 14-May-19 | Draft letter to U.S. Trustee forwarding Akerman LLP's invoice for April 2019. | JSM | 0.10 | 17.50 |
| ███ | ██████████ | ██ | ██ | ███ |
| ███ | ██████████ | ██ | ██ | ███ |
| 16-May-19 | Continued work on final fee application. | JAB | 1.20 | 480.00 |
| 21-May-19 | Assistance with revising Final Fee Applications. | JSM | 1.50 | 262.50 |
| ███ | ████████ | ██ | ██ | ███ |

|  | **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS** |  | **4.50** | **1,237.50** |
|---|---|---|---|---|

**Task Code:**     **B170 FEE/EMPLOYMENT OBJECTIONS**

| ███ | █████████ | ██ | ██ | ███ |
|---|---|---|---|---|
| ███ | █████████ | ██ | ██ | ███ |
| ███ | █████████ | ██ | ██ | ███ |
| ███ | █████████ | ██ | ██ | ███ |

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | May 31, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9462027 |

**Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS**  ███  ███

**Task Code:** **B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**

███  ███  ███  ███  ███

**Subtotal for Code B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**  ███  ███

**Total Fees for Services Rendered**.................................................................................**$3,557.50**

| Date | Disbursements | | Value |
|---|---|---|---|
| 30-Apr-19 | PACER PUBLIC RECORDS SYSTEM Pacer Charges | 1.00 | |
| | Total for PACER PUBLIC RECORDS SYSTEM | | 1.00 |

**Total Disbursements** ....................................................................................................**$1.00**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | May 31, 2019 |

| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9462027 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 7.80 | 400.00 | 3,120.00 |
| JSM | J. S. MEEHAN | 2.50 | 175.00 | 437.50 |
| | Total | 10.30 | | $3,557.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | July 09, 2019 |
| Invoice No. | 9471842 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:      **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:  **0318769**

*For professional services rendered through June 30, 2019 as summarized below:*

| | |
|---|---|
| Services | $6,307.50 |
| Disbursements | $25.70 |
| **TOTAL THIS INVOICE** | **$6,333.20** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **295,569.70** |
| (Includes payments received through 07/09/19) | |
| **TOTAL AMOUNT DUE** | **$301,902.90** |

*To ensure proper credit to the above account, please indicate invoice no. 9471842*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date        July 09, 2019
Invoice No.            9471842

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:     **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:     **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through June 30, 2019 as summarized below:*

| | |
|---|---|
| Services | $6,307.50 |
| Disbursements | $25.70 |
| **TOTAL THIS INVOICE** | **$6,333.20** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **295,569.70** |
| (Includes payments received through 07/09/19) | |
| **TOTAL AMOUNT DUE** | **$301,902.90** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9471842*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | June 30, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9471842 |

**Task Code:**     **B160 FEE/EMPLOYMENT APPLICATIONS**

| 3-Jun-19 | Revise Final Fee Application of Akerman LLP and assemble exhibits. | JSM | 2.60 | 455.00 |
|---|---|---|---|---|
| 3-Jun-19 | Work on final fee application. | JAB | 1.50 | 600.00 |
| 1 ▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |

**Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS**     **5.60**     **1,655.00**

**Task Code:**     **B170 FEE/EMPLOYMENT OBJECTIONS**

Akerman LLP                                                                      Page 4

076478      EQUITY COMMITTEE OF PREMIER EXHIBITIONS,        As of              June 30, 2019
            INC.

0318769     PREMIER EXHIBITIONS, INC.                       Invoice Number         9471842


**Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS**            ██████    ██████

**Task Code:**    **B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**

██████    ████████████████████    ████    ████    ██████
          ████████████████
          ██████████

██████    ██████████████████    ████    ████    ██████
          ██████

**Subtotal for Code B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**    ██████    ██████

**Task Code:**    **B310 CLAIMS ADMINISTRATION AND OBJECTIONS**

██████    ████████████████████    ████    ████    ██████
          ██████████

**Subtotal for Code B310 CLAIMS ADMINISTRATION AND OBJECTIONS**    ██████    ██████

**Task Code:**    **B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**

██████    ████████████████████    ████    ████    ██████
          ████████████████
          ██████████████
          ████

██████    ██████████████████    ████    ████    ██████
          ████████████████

**Subtotal for Code B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**    ██████    ██████

**Total Fees for Services Rendered** .................................................................................**$6,307.50**

Akerman LLP                                                                                    Page 5

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | June 30, 2019 |
|--------|-----------------------------------------------|-------|---------------|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9471842 |

| **Date** | **Disbursements** | **Value** |
|----------|-------------------|-----------|
| 31-May-19 | PACER PUBLIC RECORDS SYSTEM Pacer Charges | 25.70 | |
| | Total for PACER PUBLIC RECORDS SYSTEM | | 25.70 |

**Total Disbursements** ................................................................................................................**$25.70**

Akerman LLP                                                                    Page 6

076478      EQUITY COMMITTEE OF PREMIER EXHIBITIONS,      As of              June 30, 2019
            INC.

0318769     PREMIER EXHIBITIONS, INC.                     Invoice Number           9471842

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 9.80 | 400.00 | 3,920.00 |
| JBM | J. B. MACDONALD | 1.40 | 550.00 | 770.00 |
| JSM | J. S. MEEHAN | 6.80 | 175.00 | 1,190.00 |
| MKF | M. K. FACKLER | 1.50 | 285.00 | 427.50 |
| | Total | 19.50 | | $6,307.50 |



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | August 12, 2019 |
| Invoice No. | 9482029 |

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:       **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:       **PREMIER EXHIBITIONS, INC.**
Matter Number:   **0318769**

---

*For professional services rendered through August 09, 2019 as summarized below:*

| | |
|---|---|
| Services | $7,900.00 |
| Disbursements | $25.70 |
| **TOTAL THIS INVOICE** | **$7,925.70** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **295,569.70** |
| (Includes payments received through 08/12/19) | |
| **TOTAL AMOUNT DUE** | **$303,495.40** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9482029*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

akerman.com



Akerman LLP
Post Office Box 4906
Orlando, FL 32802
Tel: 407.254.2305
Fax: 407.254.3408

Invoice Date    August 12, 2019
Invoice No.     9482029

EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.
591 REDWOOD HIGHWAY #2345
MILL VALLEY, CA 94941

Client Name:      **EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC.**
Matter Name:      **PREMIER EXHIBITIONS, INC.**
Matter Number:    **0318769**

---

*For professional services rendered through August 09, 2019 as summarized below:*

| | |
|---|---|
| Services | $7,900.00 |
| Disbursements | $25.70 |
| **TOTAL THIS INVOICE** | **$7,925.70** |

| | |
|---|---|
| **PREVIOUS BALANCE** | **295,569.70** |
| (Includes payments received through 08/12/19) | |
| **TOTAL AMOUNT DUE** | **$303,495.40** |

---

*To ensure proper credit to the above account, please indicate invoice no. 9482029*
*Return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman LLP Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Swift code SNTRUS3A (For International Wires Only)
*IRS EIN 59-3117860*

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | August 09, 2019 |
|---|---|---|---|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9482029 |

**Task Code:**     **B100 ADMINISTRATION**

| | | | | |
|---|---|---|---|---|
| ███ | ██████████████████████ | ███ | ██ | ███ |

              **Subtotal for Code B100 ADMINISTRATION**         **0.30**      **120.00**

**Task Code:**     **B160 FEE/EMPLOYMENT APPLICATIONS**

| Date | Description | Staff | Hours | Amount |
|---|---|---|---|---|
| 3-Jun-19 | Revise Final Fee Application of Akerman LLP and assemble exhibits. | JSM | 2.60 | 455.00 |
| 3-Jun-19 | Work on final fee application. | JAB | 1.50 | 600.00 |
| ███ | ███████████████████████ | J██ | ██ | ███ |
| 2-Jul-19 | Work on final fee application. | JAB | 1.50 | 600.00 |
| 11-Jul-19 | Review attorney Suarez email communications on fee application and attention to compliance with same. | JAB | 0.20 | 80.00 |
| 11-Jul-19 | Coordinate obtaining invoices in LEDES format for U.S. Trustee. | JSM | 0.20 | 35.00 |
| 12-Jul-19 | Work on fee application and related matters. | JAB | 1.50 | 600.00 |
| 12-Jul-19 | Continued assistance with obtaining invoices in LEDES format for U.S. Trustee. | JSM | 0.20 | 35.00 |
| 15-Jul-19 | Continued assistance with obtaining invoices in LEDES format for U.S. Trustee. | JSM | 0.20 | 35.00 |
| 18-Jul-19 | Assistance with finalizing Landau Gottfried & Berger LLP's Sixth and Final Fee Application. | JSM | 0.20 | 35.00 |
| 18-Jul-19 | Draft letter to Robert Lynch forwarding invoices in LEDES format. | JSM | 0.30 | 52.50 |

          **Subtotal for Code B160 FEE/EMPLOYMENT APPLICATIONS**      **9.90**     **3,127.50**

**Task Code:**     **B170 FEE/EMPLOYMENT OBJECTIONS**

| | | | | |
|---|---|---|---|---|
| ███ | ██████████████████ | ███ | ██ | ███ |
| ███ | ████████████████████ | ███ | ██ | ███ |
| | ████████████████████ | | | |
| | ██████████████ | | | |

Akerman LLP

076478    EQUITY COMMITTEE OF PREMIER EXHIBITIONS,    As of    August 09, 2019
          INC.

0318769   PREMIER EXHIBITIONS, INC.    Invoice Number    9482029

**Subtotal for Code B170 FEE/EMPLOYMENT OBJECTIONS**

**Task Code:    B190 OTHER CONTESTED MATTERS (EXCLUDING ASSUMPTION/REJECTION MOTI**

Akerman LLP                                                                    Page 5

076478    EQUITY COMMITTEE OF PREMIER EXHIBITIONS,    As of        August 09, 2019
          INC.

0318769   PREMIER EXHIBITIONS, INC.                   Invoice Number      9482029

**Subtotal for Code B190 OTHER CONTESTED MATTERS**
**(EXCLUDING ASSUMPTION/REJECTION MOTI**               ████        ████

**Task Code:    B310 CLAIMS ADMINISTRATION AND OBJECTIONS**

████        █████████████████████    ████    ████    ████

**Subtotal for Code B310 CLAIMS ADMINISTRATION AND**
**OBJECTIONS**                                         ████        ████

**Task Code:    B320 PLAN AND DISCLOSURE STATEMENT (INCLUDING BUSINESS PLAN)**

████        █████████████████████    ████    ████    ████
            ████████████████
            ████

████        █████████████████████    ████    ████    ████

**Subtotal for Code B320 PLAN AND DISCLOSURE**
**STATEMENT (INCLUDING BUSINESS PLAN)**                ████        ████

**Total Fees for Services Rendered** ................................................................**$7,900.00**

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 31-May-19 | PACER PUBLIC RECORDS SYSTEM Pacer Charges | 25.70 | |
| | Total for PACER PUBLIC RECORDS SYSTEM | | 25.70 |

**Total Disbursements** ........................................................................................**$25.70**

Akerman LLP

| 076478 | EQUITY COMMITTEE OF PREMIER EXHIBITIONS, INC. | As of | August 09, 2019 |
|--------|------------------------------------------------|-------|-----------------|
| 0318769 | PREMIER EXHIBITIONS, INC. | Invoice Number | 9482029 |

| Initial | Name | Hours | Rate | Amount |
|---------|------|-------|------|--------|
| JAB | J. A. BROWN | 13.30 | 400.00 | 5,320.00 |
| JBM | J. B. MACDONALD | 1.40 | 550.00 | 770.00 |
| JSM | J. S. MEEHAN | 7.90 | 175.00 | 1,382.50 |
| MKF | M. K. FACKLER | 1.50 | 285.00 | 427.50 |
| | Total | 24.10 | | $7,900.00 |

**Exhibit B**
**(Expenses)**

**Summary of Disbursements**
**Akerman LLP**
**Sixth Interim Compensation Period**
**(November 1, 2018 – August 9, 2019)**

| **Disbursements** | **Amount** |
|---|---|
| Postage | 239.67 |
| Duplicating (black and white) | 117.80 |
| Court Reporter | 246.50 |
| FedEx | 9.78 |
| PACER | 52.40 |
| Meals | 100.25 |
| **Total Disbursements** | **$766.40** |

2

49813820;1

**Exhibit C**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No.: 3:16-bk-02232-JAF

PREMIER EXHIBITIONS, INC., *et al.*,

Chapter 11

    Debtors. [1]

_____/

(Jointly Administered)

**ORDER ALLOWING COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF AKERMAN LLP**

THIS CASE came before the Court on the Final Application (the "Application")[2] (Doc. _____) of Akerman LLP ("Akerman"), counsel for the Committee of Equity Security Holders of Premier Exhibitions, Inc., for the allowance of compensation for services rendered and reimbursement of expenses.   The Court having held a hearing on September 12, 2019 at which good cause for the approval of the Application was shown it is

**ORDERED**:

1.    The Application is approved.

2.    Akerman LLP is allowed compensation of $37,371.00 for professional services rendered and $766.40 for the reimbursement of expenses incurred during the period from November 1, 2018 through August 9, 2019.

3.    The interim compensation and reimbursement of expenses allowed to Akerman on its First Application (Doc. 384), Second Application (Doc. 609), Third Application (Doc. 798),

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309).  The Chapter 11 case of RMS Titanic, Inc. (3162) was dismissed by Court Order entered March 11, 2019 (Doc. 1336). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

[2] Defined terms from the Application are incorporated herein.

48163901;2

Fourth Application (Doc. 948), Fifth Application (Doc. 1276), and Sixth Application (Doc. _____) are hereby confirmed, and Akerman is hereby allowed compensation totaling $754,526.50 for services rendered to the Equity Committee from August 31, 2016, through August 9, 2019, $29,643.60 for reimbursement of expenses in connection with such services, for a total award of $784,170.10.

4.      The Debtors are authorized and directed to pay Akerman all fees and expenses allowed by this Order and not previously paid.

Dated: _____, 2019, at Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

48163901;2