## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

PREMIER EXHIBITIONS, INC., *et al.*,[1]

Debtors.

Case No. 3:16-bk-02232-JAF

Chapter 11 (Jointly Administered)

---

## EIGHTH INTERIM AND FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF NELSON MULLINS RILEY & SCARBOROUGH LLP AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR SERVICES RENDERED FROM SEPTEMBER 1, 2018 THROUGH JULY 31, 2019

### IMPORTANT NOTICE

Pursuant to Local Rule 2002-4, the Court will consider relief requested in this paper without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Bryan Simpson United States Courthouse, 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Daniel F. Blanks, Esq., Nelson Mullins Riley & Scarborough LLP, 50 N. Laura Street, Suite 4100, Jacksonville, Florida 32202, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Georgia 30308.

> If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### Eighth Interim Application Details

| | | |
|---|---|---|
| Name of Applicant: | Nelson Mullins Riley & Scarborough LLP | |
| Services Provided to: | RMS Titanic, Inc. and certain of its affiliates, as Debtors and Debtors in possession | |
| Date of Retention: | March 2016 | |
| Period for this Application: | September 1, 2018 through July 31, 2019 | |
| Amount of Compensation Sought: | $141,529.50 | |
| Amount of Expense Reimbursement: | $3,943.44 | |
| Amount of Original Retainer: | $241,905.32 | Current Balance: $0 |
| Blended Hourly Rate this Application: | $374.50 | Cumulative Blended Hourly Rate: $389.44 |
| This is an interim or final application: | Interim | |

### Final Application Details

| | | |
|---|---|---|
| Name of Applicant: | Nelson Mullins Riley & Scarborough LLP | |
| Services Provided to: | RMS Titanic, Inc. and certain of its affiliates, as Debtors and Debtors in possession | |
| Date of Bankruptcy Related Retention: | June 14, 2016 | |
| Period for this Application: | June 14, 2016 through July 31, 2019 | |
| Amount of Compensation Sought: | $820,284.00 (plus $20,000 estimated fees through confirmation) | |
| Amount of Expense Reimbursement: | $105,410.80 | |
| Amount of Original Retainer: | $241,905.32 | Current Balance: $0 |
| Cumulative Blended Hourly Rate: | $389.44 | |
| This is an interim or final application: | Final | |

Disclose the following for each prior application:

| Filed | Period | Requested[2] | | | | Approved | | Paid | | Holdback |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Fees | Hrs. | Rate | Exps. | Fees | Exps. | Fees | Exps. | |
| 11/16/16 | 06/14/16-09/30/16 | $206,938.50 | 549.60 | $343 | $24,453.52 | $206,938.50 | $24,453.52 | $165,550.80 | $24,453.52 | $41,387.70 |
| 02/28/16 | 10/01/16-01/31/17 | $115,377.50 | 285.50 | $296 | $9,167.43 | $115,377.50 | $9,167.43 | $92,302.00 | $9,167.32 | $23,075.50 |
| 07/06/17 | 02/01/17-05/31/17 | $82,309.00 | 199.40 | $321 | $4,384.23 | $82,309.00 | $4,384.23 | $65,847.20 | $4,384.23 | $16,461.80 |
| 10/20/17 | 06/01/17-08/31/17 | $46,885.50 | 117.60 | $363 | $18,957.00 | $46,885.50 | $18,957.00 | $46,885.50 | $18,957.00 | $0.00 |
| 03/01/18 | 09/01/17-11/30/17 | $46,486.50 | 114.20 | $292.50 | $39,683.25 | | | | | |
| 07/06/18 | 12/01/17-05/31/18 | $106,559.00 | 276.60 | $292.50 | $1,427.81 | | | | | |
| 11/01/18 | 06/01/18-08/31/18 | $74,198.50 | 185.90 | $292.50 | $3,394.12 | | | | | |

Nelson Mullins Riley & Scarborough LLP (the "Applicant"), as counsel to RMS Titanic, Inc. and certain of its affiliates, as Debtors and Debtors in possession (the "Debtors"), pursuant to Section 330 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files its *Eighth Interim and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Nelson Mullins Riley & Scarborough LLP, as Counsel to the Debtors and*

---

[2] The blended rates for the prior applications were miscalculated.  The error has been corrected for this application, but this table retains the prior calculations to avoid inconsistency or confusion.

*Debtors in Possession* (the "Application") for professional services and expenses rendered by Applicant during the period of September 1, 2018 through July 31, 2019 (the "Application Period"), for final approval of compensation and reimbursement of expenses for services rendered from June 14, 2016 through July 31, 2019 (the "Final Application Period"), and for final approval of compensation and reimbursement of actual, necessary expenses for services rendered to the Debtors from August 1, 2019 through confirmation of the Debtors' plan in an estimated amount of $20,000.   The Applicant intends to address any objections of the U.S. Trustee upon notice.   In support thereof, the Applicant states:

## RETENTION OF APPLICANT AND REQUESTED AWARD

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(A).   Venue is proper before this Court pursuant to 28 U.S.C. § 1408.   The statutory predicates for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code.

2.      On June 14, 2016 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case (the "Bankruptcy Case").

3.      On June 20, 2016, the Applicant submitted its Application to Employ the firm of Nelson Mullins Riley & Scarborough LLP as counsel to the Debtors and Debtors in Possession Effective as of the Petition Date [D.E. 23].   The Application was granted via order of this Court on August 11, 2016 [D.E. 128].

4

4.      Subsequent to the Debtors' Application for employment, the Debtors filed its Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals [D.E. 89] which was approved by the Court's Order entered on August 17, 2016 [D.E. 141] (the "Compensation Order").

5.      The Applicant submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and the Guidelines of the United States Trustee (the "Guidelines").  The Applicant requests an interim award of legal fees incurred by the Applicant for services rendered, as counsel to the Debtors, in the amount of $141,529.50 and reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period in the amount of $3,943.44 comprised of ten monthly fee statements pursuant to the Compensation Order as follows:

(a)      **First Monthly Fee Statement** for the period of September 1, 2018 through September 30, 2018 in the amount of $21,533.72 ($320,957.50 in Fees and $576.22 in Expenses).

(b)      **Second Monthly Fee Statement** for the period of October 1, 2018 through October 31, 2018 in the amount of $24,667.90 ($22,825.00 in Fees and $1,842.90 in Expenses).

(c)      **Third Monthly Fee Statement** for the period of November 1, 2018 through November 30, 2018 in the amount of $15,562.50 ($15,562.50 in Fees and $0 in Expenses).

(d)      **Fourth Monthly Fee Statement** for the period of December 1, 2018 through December 31, 2018 in the amount of $9,263.26 ($9,130.00 in Fees and $133.26 in Expenses).

(e)      **Fifth Monthly Fee Statement** for the period of January 1, 2019 through January 31, 2019 in the amount of $17,954.49 ($17,657.00 in Fees and $297.49 in Expenses).

(f)    **Sixth Monthly Fee Statement** for the period of February 1, 2019 through February 28, 2019 in the amount of $12,816.82 ($12,687.00 in Fees and $129.82 in Expenses).

(g)    **Seventh Monthly Fee Statement** for the period of March 1, 2019 through March 31, 2019 in the amount of $21,806.65 ($21,206.50 in Fees and $600.65 in Expenses).

(h)    **Eighth Monthly Fee Statement** for the period of April 1, 2019 through April 30, 2019 in the amount of $12,433.31 ($12,367.00 in Fees and $66.31 in Expenses).

(i)    **Ninth Monthly Fee Statement** for the period of May 1, 2019 through June 30, 2019 in the amount of $8,863.68 ($8,639.00 in Fees and $224.68 in Expenses).

(j)    **Tenth Monthly Fee Statement** for the period of July 1, 2019 through July 31, 2019 in the amount of $570.51 ($498.00 in Fees and $72.61 in Expenses).

6.    This request is the Applicant's Eighth Interim and Final Application to the Court for compensation and reimbursement of expenses for services rendered as counsel to the Debtors. No understanding exists between the Applicant and any other person for the sharing of compensation sought by the Applicant, except among the partners and associates of the Applicant.

7.    The Applicant requests a final award of legal fees incurred by the Applicant for services rendered during the Final Application Period, as counsel to the Debtors, in the amount of $820,284.00 and reimbursement for the actual and necessary expenses incurred by the Applicant during the Final Application Period in the amount of $105,410.80. Additionally, the Applicant is seeking final approval of compensation and reimbursement of actual, necessary expenses for services rendered to the Debtors

from August 1, 2019 through confirmation of the Debtors' plan in an estimated amount of $20,000.

8.     In accordance with the Guidelines, the following exhibits are annexed to this Application for the Final Application Period:

Exhibit 1:     Summary of Professional and Paraprofessional Time;

Exhibit 2:     Summary of Professional and Paraprofessional Time by Activity Code Category;

Exhibit 3:     Summary and Breakdown of Requested Reimbursement of Expenses and Disbursements; and

Exhibit 4:     Detailed Description of the Services Rendered and Expenses and Disbursements.

9.     The Applicant has expended a total of 360.2 hours during the Interim Application Period in rendering necessary and beneficial legal services to the Debtors. Exhibit 1 contains a list of the Applicant's professionals and paraprofessionals who have provided services to the Debtors during the Application Period, the hourly rate charged by each and a summary of time expended by each.   Exhibit 2 contains a summary of professional and paraprofessional time by activity code as required by, and in compliance with, the Guidelines.   Exhibit 3 contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtors, for which the Applicant seeks reimbursement in accordance with Section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines.   The expenses and disbursement summarized in Exhibit 3 are those which the Applicant typically would invoice to its non-bankruptcy clients.   Exhibit 4 contains: (i) a daily description of the services rendered and the hours expended by the various attorneys

and paralegals of the Applicant who performed services in this case; and (ii) a detailed schedule listing of the expenses and disbursements for which the Applicant seeks reimbursement.  The Applicant has prepared Exhibit 4 based on, among other things, contemporaneous daily time records maintained by the Applicant's attorneys and paraprofessionals who rendered services in this case.

## BACKGROUND

10.     On June 14, 2016 (the "Petition Date"), each of the Debtors filed a voluntary petition in this Court for relief under Chapter 11 of the Bankruptcy Code. The factual background regarding the Debtors, including their business operations, capital and debt structure, and the events leading to the filing of this bankruptcy case, are set forth in detail in the Chapter 11 Case Management Summary [D.E. 8].(the "Case Summary")

11.     The Debtors continue to manage and operate their business as debtors in possession under Bankruptcy Code sections 1107 and 1108.

12.     On August 24, 2016, the United States Trustee appointed an Official Committee of Unsecured Creditors and an Official Committee of Equity Security Holders [D.E. 166, 167].

## INDEXING OF TASKS BY ACTIVITY CODES

13.     As set forth in the Exhibits to this Application, the Applicant has organized its time records by activity codes in accordance with the Guidelines. Accordingly, each of the time entries of the attorneys and paralegals of the Applicant have been indexed into the categories listed below.

**B110 Case Administration:** Coordination and compliance activities, including preparation of statement of financial affairs; schedules; list of contracts; United States Trustee interim statements and operating reports; contacts with United States Trustee; general creditor inquiries.

**B120 Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries.

**B150 Meetings of and Communications with Creditors:** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings.

**B160 Fee/Employment Applications:** Preparations of employment and fee applications for self or others; motions to establish interim procedures.

**B185 Assumption/Rejection of Leases and Contracts:** Analysis of leases and executor contracts and preparation of motions specifically to assume or reject.

**B190 Other Contested Matters (excluding assumption/rejection motions):** Analysis and preparation of all other motions, opposition to motions and reply memoranda in support of motions.

**B310 Claims Administration and Objections:** Specific claim inquiries; bar date motions; analyses, objections and allowances of claims.

**B320 Plan and Disclosure Statement (including Business Plan):** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to the allowance and objections to allowance of claims.

**B410 General Bankruptcy Advice/Opinions:** Analysis, advice and/or opinions regarding potential bankruptcy related issues, where no bankruptcy case has been filed.

## DESCRIPTION OF SERVICES

### Case Administration (Activity Code B110)

14. The Applicant assisted and counseled the Debtors with regard to matters concerning all aspects of the administration of the Chapter 11 case. The Applicant conducted multiple conferences and corresponded with the Debtor's management and

the Office of the United States Trustee on all open matters before the Court and the ongoing issues concerning the administration of this case.    The Applicant conducted numerous internal meetings concerning task lists, and various other matters dealing with the general administration of the case.

The Applicant expended a total of 65.90 hours in this category and is requesting $23,723.00 for the services rendered in this category.

**Asset Analysis and Recovery (Activity Code B120)**

15.    The Applicant assisted and counseled the Debtors with regard to matters concerning asset analysis and recovery.

The Applicant expended a total of 3.2 hours in this category and is requesting $1,328.00 for the services rendered in this category.

**Meetings of and Communications with Creditors (Activity Code B150)**

16.    The Applicant prepared for and attended the section 341 meetings of creditors.    In addition, the Applicant had many communications with creditors and their counsel.

The Applicant expended a total of 87.20 hours in this category and is requesting $35,648.50 for the services rendered in this category.

**Fee/Employment Applications (Activity Code B160)**

17.    The Applicant prepared its retention application and affidavit in support or that application as counsel to the Debtors.    Pursuant to the Court's August 17, 2016 Order Granting Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) and Rule 2002 Establishing Notice Procedures [D.E. 140], the Applicant prepared and served its

monthly fee statements for October, November and December 2016 and January 2017, for which Applicant did not bill the estates.

The Applicant expended a total of 12.9 hours in this category and is requesting $5,358.50 for the services rendered in this category.

**Assumption/Rejection of Leases and Contracts (Activity Code B185)**

18.    The Applicant drafted a motion to reject certain leases and 417 Fifth Ave Real Estate, LLC's response to the Debtors' motion.

The Applicant expended a total of 3.7 hours in this category and is requesting $1,535.50 for the services rendered in this category.

**Other Contested Matters (excluding assumption/rejection motions) (Activity Code B190)**

19.    The Applicant assisted and counseled the Debtors with regard to other contested matters concerning such as analyzing and preparing motions and responses or oppositions to motions.

The Applicant expended a total of 7.0 hours in this category and is requesting $2,905.00 for the services rendered in this category.

**Claims Administration and Objections (Activity Code B310)**

20.    The Applicant assisted and counseled the Debtors with regard to claims and claim objections.

The Applicant expended a total of 6.6 hours in this category and is requesting $1,660.00 for the services rendered in this category.

**Plan and Disclosure Statement (including Business Plan) (Activity Code B320)**

21.    The Applicant assisted and counseled the Debtors with regard to the plan and disclosure statement.

The Applicant expended a total of 42.8 hours in this category and is requesting $15,687.00 for the services rendered in this category.

**General Bankruptcy Advice/Opinions (Activity Code B410)**

22.    The Applicant assisted and counseled the Debtors with regard to general bankruptcy questions and analysis.

The Applicant expended a total of 130.9 hours in this category and is requesting $53,896.50 for the services rendered in this category.

## EVALUATION OF SERVICES RENDERED; FIRST COLONIAL CONSIDERATIONS

23.    This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its representation of the Debtors for which the Applicant seeks compensation. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto alone cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

24.    American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir. 1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.  First Colonial remains applicable in the Eleventh Circuit to

the determination of reasonableness of fees to be awarded under the Bankruptcy Code.

Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990); Collier

on Bankruptcy, 330.05[2] [a] at 330-33 through 330-37 (L. King 15th ed. 1991); see

also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).   The twelve

factors are:

(1)    The time and labor required;
(2)    The novelty and difficulty of the questions presented;
(3)    The skill required to perform the legal services properly;
(4)    The preclusion from other employment by the attorney due to acceptance of the case;
(5)    The customary fee for similar work in the community;
(6)    Whether the fee is fixed or contingent;
(7)    The time limitations imposed by the client or circumstances;
(8)    The amount involved and results obtained;
(9)    The experience, reputation and ability of the attorneys;
(10)   The undesirability of the case;
(11)   The nature and length of the professional relationship with the client; and
(12)   Awards in similar cases.

First Colonial, 544 F.2d at 1298-99.

25.    Based on the standards set forth in Section 330 of the Bankruptcy Code

and First Colonial, the Applicant believes that the fair and reasonable value of its

services rendered during the period covered by this Interim Application is $141,529.50

plus expenses of $3,943.84 and during the period covered by this Final Application is

$820,284.00 for services rendered plus expenses of $105,410.80.

## A.    Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors

26.    The foregoing summary, together with the exhibits attached hereto,

details the time, nature and extent of the professional services of the Applicant rendered

for the benefit of the estates during the period covered by this Application. The total number of hours expended, 360.2 hours, reveals the extensive time devoted to this matter by the Applicant on a vast spectrum of legal issues which have arisen in this case during the period covered by this Application.

### B.    Novelty and Difficulty of Questions Presented

27.    The issues that have arisen in this case during the period encompassed by this Application demanded a high level of skill. The Applicant spent considerable time reviewing or drafting pleadings and documents.

### C.    Skill Requisite to Perform Services Properly

28.    In rendering services to the Debtors, the Applicant demonstrated substantial legal skill and expertise in the areas of bankruptcy, commercial law, debtor-creditor rights, and secured transactions and negotiation.

### D.    Preclusion from Other Employment by Attorney due to Acceptance of Case

29.    The Applicant has devoted substantial time in the representation of the Debtors as more fully appears on Exhibit 1. The Applicant is aware of no other specific employment that was precluded as a result of its accepting this case, but had the Applicant not accepted this employment, the time spent in this case would have been spent on other matters that would pay an hourly compensation on a current basis.

### E.    Customary Fee

30.    The hourly rate charged by the Applicant as set forth in Exhibits 1 and 2 ranges from $415 for attorneys and $220 for paraprofessionals, which is customary for professionals and paraprofessionals in Florida of similar skill and experience.

31.    The hourly rate charged for attorneys and paralegals who worked on this case are as follows:

| ATTORNEYS | |
| --- | --- |
| **Name** | **Hourly Rate** |
| Daniel F. Blanks | $415 |
| Lee D. Wedekind, III | $415 |
| Frank E. Morreale | $375 |
| **PARAPROFESSIONALS** | |
| **Name** | **Hourly Rate** |
| Sally P. Abbey | $180 |
| Rita Treadwell | $220 |

### F.    Whether Fee is Fixed or Contingent

32.    The Applicant's compensation in this matter is subject to approval of the Court and is, therefore, contingent.   The Court should consider this factor, which militates in favor of a fee award in the amount requested. The amount requested is consistent with and lower than the fee that the Applicant would charge its clients in other non-contingent, bankruptcy and commercial cases.

**G.    Time Limitations Imposed by Client or Other Circumstances**

33.    The circumstances of this case occasionally imposed serious time constraints on the Applicant due to the necessity for rapid resolution of significant issues.

**H.    Experience, Reputation and Ability of Attorneys**

34.    The Applicant is an established law firm and its members and associates working on this case are experienced in matters of this kind and well known to this Court.  The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of bankruptcy, litigation, creditors' rights and business reorganization.

**I.    "Undesirability" of Case**

35.    This case is not undesirable.  The Applicant is privileged to have the opportunity to represent the Debtors and to appear before the Court in this case.

**J.    Nature and Length of Professional Relationship with Client**

36.    The Applicant has represented the Debtors in the months preceding the filing of the chapter 11 cases.

**K.    Awards in Similar Cases**

37.    The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity.  The compensation that the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.

## CONCLUSION

WHEREFORE, the Applicant respectfully requests the Court to enter an order (i) approving compensation in the amount of $141,529.50 and reimbursement of expenses in the amount of $3,943.44 incurred during the Interim Application Period; (ii) approving on a final basis compensation in the amount of $820,284.00 and reimbursement of expenses in the amount of $105,410.80 incurred during the Final Application Period; (iii) approving on a final basis unbilled services rendered and expenses incurred from August 1, 2019 through confirmation of the Debtors' plan in an estimated amount of $20,000; (iv) authorizing and directing the Debtors to pay the Applicant any outstanding amounts owed through confirmation of the Debtors' plan; and (v) granting such other and further relief as the Court deems appropriate.

NELSON MULLINS RILEY
& SCARBOROUGH LLP


By_____*/s/ Daniel F. Blanks*_____
        Daniel F. Blanks (FL Bar No. 88957)
        Lee D. Wedekind, III (FL Bar No. 670588)
        50 N. Laura Street, Suite 4100
        Jacksonville, Florida 32202
        (904) 665-3656 (direct)
        (904) 665-3699 (fax)
        daniel.blanks@nelsonmullins.com
        lee.wedekind@nelsonmullins.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on August 13, 2019. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde
Orlando, LLC and Louis J. Eyde
Orlando, LLC*

Jill E. Kelso, Esq.
Miriam G. Suarez, Esq.
Office of the United States Trustee
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 137
jill.kelso@usdoj.gov
Miriam.g.suarez@usdoj.gov
*Attorneys for Guy G. Gebhardt,
Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou,
Jihe Zhang, High Nature Holdings
Limited and PacBridge Capital Partners
(HK) Ltd.*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou,
Jihe Zhang, and High Nature Holdings
Limited*

Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real
Estate, LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.A.*

Matthew J. Troy, Esq.
U.S. Dept. of Justice
1100 L Street NW, Suite 10030
Washington, DC 20005
(202) 514-9038
matthew.troy@usdoj.gov
*Attorneys for the United States Department of Commerce, National Oceanic and Atmospheric Administration*

Kathy A. Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 488-7251
Kathy.jorrie@pillsburylaw.com
*Attorneys for AEG Presents, LLC*

Brian D. Equi, Esq.
Goldberg Segalla, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 458-5608
bequi@goldbergsegalla.com
salamina@goldbergsegalla.com
sherndon@goldbergsegalla.com
*Attorneys for Structure Tone, Inc.*

J. Ellsworth Summers, Jr., Esq.
Burr Forman, LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202
(904) 232-7200
esummers@burr.com
*Attorneys for Michael J. Little*

Norman P. Fivel, Esq.
Assistant Attorney General
Office of the New York State
Attorney General
Civil Recoveries Bureau,
Bankruptcy Litigation Unit
The Capitol
Albany, NY 12224-0341
(518) 776-2264
norman.fivel@ag.ny.gov
*Attorneys for New York Dept. of Taxation and Finance*

D. Marcus Braswell, Jr., Esq.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
(305) 529-2801
mbraswell@sugarmansusskind.com
*Attorneys for Theatrical Protective Union, Local No. One, IATSE*

Chris Broussard, Esq.
Suzy Tate, P.A.
14502 N. Dale Mabry Highway, Suite 200
Tampa, FL 33618
(813) 264-1685
cbrouss@suzytate.com
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini, PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of*
*Unsecured Creditors*

Jacob A. Brown, Esq.
John B. Macdonald, Esq.
David E. Otero, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
john.macdonald@akerman.com
David.otero@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of*
*Equity Security Holders of Premier*
*Exhibitions, Inc.*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
*Attorneys for CRI Properties, Ltd.*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1880 Century Park East, Suite 1101
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security*
*Holders of Premier Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and*
*Industry*

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP*
*And Euclid Claims Recovery LLC*

Susan R. Sherrill-Beard, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326
(404) 842-7626
sherrill-beards@sec.gov
atlreorg@sec.gov
*Attorneys for U.S. Securities and*
*Exchange Commission*

Garrett A. Nail, Esq.
John F. Isbell, Esq.
Thompson Hine LLP
3560 Lenox Road, Suite 1600
Atlanta, GA 30326
(404) 541-2900
garrett.nail@thompsonhine.com
john.isbell@thompsonhine.com
*Attorneys for Bay Point Capital Partners, LP*

Steven R. Fox, Esq.
Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316
srfox@foxlaw.com
*Attorneys for Titanic Entertainment*
*Holdings*

Stephen D. Busey, Esq.
Asghar A. Syed, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
busey@smithhulsey.com
asyed@smithhulsey.com
*Attorneys for the Ad Hoc Group of Equityholders*

Jennifer Feldsher, Esq.
David L. Lawton, Esq.
Bracewell LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 508-6100
Jennifer.feldsher@bracewell.com
David.laweton@bracewell.com
*Attorneys for the Ad Hoc Group of*
*Equityholders*

Patricia Ann Redmond, Esq.
Stearns Weaver, et al.
150 West Flagler Street, Suite 2200
Miami, FL 33130
(305) 789-3200
predmond@stearnweaver.com
*Attorneys for the Trustees of the National Maritime*
*Museum*

Timothy Graulich, Esq.
James I. McClammy, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Timothy.graulich@davispolk.com
James.mcclammy@davispolk.com
*Attorneys for the Trustees of the National*
*Maritime Museum*

Jason B. Burnett, Esq.
Ashlea A. Edwards, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
ashlea.edwards@gray-robinson.com
*Attorneys for Ramparts, Inc. d/b/a Luxor Hotel*
*and Casino*

Steven Z. Szanzer, Esq.
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
Steven.szanzer@davispolk.com
*Attorneys for Royal Museum Greenwich*

Thomas J. Francella, Jr., Esq.
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2000
Tfrancella@cozen.com
*Attorneys for Ian Whitcomb*

Alan F. Curley, Esq.
Alan R. Dolinko, Esq.
Robinson Curley P.C.
300 S. Wacker Drive, Suite 1700
Chicago, IL 60606
(312) 663-3100
acurley@robinsoncurley.com
adolinko@robinsoncurley.com
*Attorneys for Mark A. Sellers, Jack H. Jacobs and Sellers Capital, LLC*

Robert P. Charbonneau, Esq.
Agentis PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134
(305) 722-2002
rpc@agentislaw.com
*Attorneys for Responsible Person Mark C. Healy*

John T. Rogerson, III, Esq.
Jamie W. Olinto, Esq.
Thomas P. White, Esq.
Adams and Reese LLP
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202
(904) 355-1700
John.rogerson@arlaw.com
Jamie.olinto@arlaw.com
Tom.white@arlaw.com
*Attorneys for Mark A. Sellers, Jack H. Jacobs and Sellers Capital, LLC*

**Via U.S. Mail**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

ABC Imaging
5290 Shawnee Road, Suite 300
Alexandria, VA 22312

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

Broadway Video
1619 Broadway
New York, NY 10019

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

Morris Visitor Publications
543 Broad Street
Augusta, GA 30901

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

Time Out New York
1540 Broadway
New York, NY 10036

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services, LLC
PO Box 13708
Macon, GA 31208

B.E. Capital Management Fund LP
Thomas Branziel
P.O. Box 206
N. Stonington, CT 06359
*Creditor Committee*

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
*Creditor Committee*

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
*Creditor Committee*

AEG Presents LLC
c/o Managing Member
800 W. Olympic Blvd., Suite 305
Los Angeles, CA 90015

AEG Presents LLC
c/o Managing Member
425 W. 11th Street
Los Angeles, CA 90015-3459

AEG Presents LLC
c/o CT Corporation System, Reg. Agent
ATTN: Amanda Garcia
818 West Seventh Street, Suite 930
Los Angeles, CA 90017

*/s/ Daniel F. Blanks*

Attorney

~#4848-2559-5785 ~