# EXHIBIT 4



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                              October 15, 2018
President                                                     Invoice 1894878  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071

Our Matter #          047727/01500              For Services Through 09/30/18
Name of Matter:       Insolvency Advice

## B110 - Case Administration

| | | | | | |
|---|---|---|---|---|---|
| A104 | 09/18/18 | Address various issues regarding case administration including telephone appearances and calendaring. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 09/21/18 | Attention to various issues regarding case administration including calendaring and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A107 | 09/24/18 | Multiple telephone calls and emails with creditors and others regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 09/25/18 | Multiple telephone calls and emails with creditors and others regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A107 | 09/27/18 | Multiple telephone calls and emails with creditors and others regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A107 | 09/28/18 | Multiple telephone calls and emails with creditors and others regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| | | **Subtotal B110** | **7.10 hrs.** | | **$2,946.50** |

## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A108 | 09/04/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A108 | 09/05/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |

Premier Exhibitions, Inc.

| | | | | | |
|---|---|---|---|---|---|
| A108 | 09/07/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 09/10/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 09/11/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 09/12/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A108 | 09/14/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 09/17/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 09/20/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 09/21/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| | | **Subtotal B150** | **12.40 hrs.** | | **$5,146.00** |

**B320 - Plan and Disclosure Statement (including Business Plan)**

| | | | | | |
|---|---|---|---|---|---|
| A104 | 09/10/18 | Analyze issues regarding auction and confirmation. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 09/12/18 | Analyze issues regarding auction and related issues. | | | |
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| A104 | 09/12/18 | Draft, revise and file auction documents. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A104 | 09/13/18 | Draft, revise and file auction documents and emails with parties regarding same. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| | | **Subtotal B320** | **7.00 hrs.** | | **$2,905.00** |

**B410 - General Bankruptcy Advice/Opinions**

| | | | | | |
|---|---|---|---|---|---|
| A108 | 09/04/18 | Emails with clerk's office regarding administrative issues. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |

Premier Exhibitions, Inc.

October 15, 2018
Invoice 1894878  Page 3

| | | | | | |
|---|---|---|---|---|---|
| A104 | 09/04/18 | Review bankruptcy filings and emails with debtors' professionals regarding strategies regarding hearing. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A104 | 09/06/18 | Analyze issues regarding bidding procedures. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 09/07/18 | Emails with clerk's office regarding administrative issues. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A104 | 09/11/18 | Analyze issues regarding sale, auction, and confirmation. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 09/13/18 | Review filings and other materials regarding strategies for exit, confirmation, and auction. | | | |
| | | D.F. BLANKS | 2.20 hrs. | 415.00/hr | $913.00 |
| A103 | 09/14/18 | Draft, revise, and file executed APA documents. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A103 | 09/14/18 | Review, analyze, revise and file APA amendment. | | | |
| | | D.F. BLANKS | 2.10 hrs. | 415.00/hr | $871.50 |
| A104 | 09/18/18 | Analyze issues regarding auction and sale. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A109 | 09/19/18 | Prepare for and attend hearing on status conference of adversary proceeding. | | | |
| | | D.F. BLANKS | 4.50 hrs. | 415.00/hr | $1,867.50 |
| A103 | 09/20/18 | Draft, revise, review, and file monthly operating reports. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A104 | 09/25/18 | Analyze issues and documents regarding auction and sale. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A104 | 09/28/18 | Analyze issues and documents regarding auction and sale. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 09/28/18 | Analyze issues regarding auction and sale. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| | | **Subtotal B410** | **24.00 hrs.** | | **$9,960.00** |

**Fees for Legal Services** ..................................................................................................... **$20,957.50**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E107 - Delivery services / messengers**

| | | |
|---|---|---|
| 09/04/2018 | Federal Express charge | 35.56 |
| 09/04/2018 | Federal Express charge | 35.95 |
| 09/04/2018 | Federal Express charge | 35.95 |
| **Total E107 - Delivery services / messengers** | | **$107.46** |

**E112 - Court fees**

| | | |
|---|---|---|
| 09/07/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2741934209070203 | 121.00 |

Premier Exhibitions, Inc.

October 15, 2018
Invoice 1894878  Page 4

|  |  |  |
|---|---|---|
|  | DATE: 9/6/2018    - Court Costs 08/30/18 08/30/18 CourtCall hearing charge (B. Wainger) |  |
| 09/22/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2776787709220202 DATE: 9/21/2018    - Court Costs 09/19/18 09/19/19 CourtCall hearing charge (D. Bao's attorney) | 37.00 |
| 09/22/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2776325509220202 DATE: 9/21/2018    - Court Costs 09/19/18 09/19/18 CourtCall hearing charge (B. Wainger) | 30.00 |
| **Total E112 - Court fees** | | **$188.00** |

**E111 - Meals**

|  |  |  |
|---|---|---|
| 09/01/2018 | VENDOR: Cocchiara, Kathryn INVOICE#: 2732751809010201 DATE: 8/31/2018    - Lunch 08/30/18 Lunch extras (chips) for hearing prep meeting with Jessica Sanders, Matthew Brooks, Harris Winsberg, Marshall Glade, Kathryn Cocchiara, Daniel Blanks | 13.26 |
| 09/20/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2770613109200206 DATE: 9/19/2018    - Lunch 09/19/18 Lunch during 09/19/18 hearing preparation meeting with Jessica Sanders, Matthew Brooks, Allison Abbott, Daniel Blanks | 23.81 |
| **Total E111 - Meals** | | **$37.07** |

**E108 - Postage**

|  |  |  |
|---|---|---|
| 09/17/2018 | Postage | 21.08 |
| 09/17/2018 | Postage | 6.90 |
| 09/17/2018 | Postage | 4.26 |
| 09/13/2018 | Postage | 21.44 |
| 09/13/2018 | Postage | 28.74 |
| 09/13/2018 | Postage | 83.08 |
| 09/13/2018 | Postage | 17.46 |
| 09/13/2018 | Postage | 10.20 |
| 09/13/2018 | Postage | 50.53 |
| **Total E108 - Postage** | | **$243.69** |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$576.22**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E107 - Delivery services / messengers | 107.46 |
| E108 - Postage | 243.69 |
| E111 - Meals | 37.07 |
| E112 - Court fees | 188.00 |
| TOTAL | $576.22 |

**TOTAL FOR THIS INVOICE** ................................................................................. **$21,533.72**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                              November 19, 2018
President                                                             Invoice 1906295  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071

Our Matter #            047727/01500                  For Services Through 10/31/18
Name of Matter:         Insolvency Advice

## B110 - Case Administration

| | | | | | |
|---|---|---|---|---|---|
| A110 | 10/22/18 | Attention to case management including service lists and transcripts and related issues. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A104 | 10/22/18 | Review, revise and file monthly operating reports. | | | |
| | | D.F. BLANKS | 2.20 hrs. | 415.00/hr | $913.00 |
| | | **Subtotal B110** | **3.70 hrs.** | | **$1,535.50** |

## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A107 | 10/01/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 10/02/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| A107 | 10/05/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A107 | 10/08/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 10/12/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 10/22/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| A108 | 10/24/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |

Premier Exhibitions, Inc.

| A108 | 10/26/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 10/29/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| | | **Subtotal B150** | **13.50 hrs.** | | **$5,602.50** |

## B410 - General Bankruptcy Advice/Opinions

| A103 | 10/02/18 | Revise disclosure statement insert. | | | |
| | | D.F. BLANKS | 1.70 hrs. | 415.00/hr | $705.50 |
| A104 | 10/04/18 | Analyze issues regarding sale and exit. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 10/04/18 | Review and analyze pleadings filed by equity committee. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A104 | 10/05/18 | Review and analyze bid procedures and strategies regarding same. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A107 | 10/09/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 10/10/18 | Telephone conferences and emails with parties regarding auction. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 10/11/18 | Telephone conferences and emails with chambers, professionals, creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A104 | 10/15/18 | Analyze issues regarding sale hearing. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A107 | 10/15/18 | Telephone conferences and emails with creditors and other parties regarding sale issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A107 | 10/15/18 | Telephone conference and emails with equity committee professionals regarding sale. | | | |
| | | D.F. BLANKS | 0.40 hrs. | 415.00/hr | $166.00 |
| A104 | 10/16/18 | Analyze issues regarding sale hearing. | | | |
| | | D.F. BLANKS | 2.30 hrs. | 415.00/hr | $954.50 |
| A107 | 10/16/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A101 | 10/17/18 | Plan and prepare for October 18 hearing and analyze issues and related items. | | | |
| | | D.F. BLANKS | 4.20 hrs. | 415.00/hr | $1,743.00 |

Premier Exhibitions, Inc.

November 19, 2018
Invoice 1906295  Page 3

| | | | | | |
|---|---|---|---|---|---|
| A109 | 10/18/18 | Prepare for and participate in hearing regarding sale. | | | |
| | | D.F. BLANKS | 6.50 hrs. | 415.00/hr | $2,697.50 |
| A101 | 10/19/18 | Correspondence and calls with chambers and others regarding orders and other issues. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A104 | 10/19/18 | Analyze issues regarding closing and APA. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A104 | 10/29/18 | Analyze issues regarding closing and sale. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A104 | 10/30/18 | Review pleadings and filings. | | | |
| | | D.F. BLANKS | 0.40 hrs. | 415.00/hr | $166.00 |
| A108 | 10/30/18 | Telephone conferences and emails with professionals regarding sale and chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 10/31/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A103 | 10/31/18 | Draft, revise and file fee applications. | | | |
| | | D.F. BLANKS | 2.10 hrs. | 415.00/hr | $871.50 |
| | | **Subtotal B410** | **37.80 hrs.** | | **$15,687.00** |

**Fees for Legal Services** ................................................................................................. **$22,825.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E112 - Court fees**

| | | |
|---|---|---|
| 10/24/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2846109010240201 DATE: 10/22/2018   - Court Costs 10/18/18 10/18/18 CourtCall hearing fee (B. Wainger) | 58.00 |
| 10/24/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2846114910240201 DATE: 10/22/2018   - Court Costs 10/18/18 10/18/18 CourtCall hearing fee (D. Bao) | 58.00 |
| **Total E112 - Court fees** | | **$116.00** |

**E115 - Deposition transcripts**

| | | |
|---|---|---|
| 10/10/2018 | VENDOR: Statewide Reporting Service INVOICE#: 3457 DATE: 10/9/2018   - 10/09/18 - 08/30/18 hearing transcript | 449.50 |
| 10/23/2018 | VENDOR: Statewide Reporting Service INVOICE#: 3461 DATE: 10/22/2018   - 10/22/18 - 10/18/18 hearing transcript | 680.00 |
| **Total E115 - Deposition transcripts** | | **$1,129.50** |

**E111 - Meals**

| | | |
|---|---|---|
| 10/18/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2837383610180204 DATE: 10/17/2018   - Lunch 10/17/18 Lunch during hearing | 50.50 |

Premier Exhibitions, Inc.

November 19, 2018
Invoice 1906295  Page 4

|  |  |  |
|---|---|---|
| | preparation meeting with Matt Brooks, Matt Roberts, Marshall Glade, Jessica Sanders, Allison Abbott | |
| 10/19/2018 | VENDOR: Abbott, Allison R. INVOICE#: 2840634810190200 DATE: 10/18/2018   - Lunch 10/18/18 Lunch for Premier clients after sale hearing with Jessica Sanders, Matt Brooks, Harris Winsberg, Marshall Glade, Other Representatives, Allison Abbott | 186.18 |
| **Total E111 - Meals** | | **$236.68** |

**E108 - Postage**

| | | |
|---|---|---|
| 10/08/2018 | Postage | 14.57 |
| 10/08/2018 | Postage | 9.20 |
| 10/17/2018 | Postage | 16.00 |
| 10/17/2018 | Postage | 23.50 |
| 10/18/2018 | Postage | 9.69 |
| 10/18/2018 | Postage | 15.00 |
| 10/18/2018 | Postage | 37.51 |
| 10/18/2018 | Postage | 111.75 |
| 10/18/2018 | Postage | 64.35 |
| 10/18/2018 | Postage | 59.15 |
| **Total E108 - Postage** | | **$360.72** |

**Total Charges for Other Services Provided/Expenses Incurred ...................................**  **$1,842.90**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 360.72 |
| E111 - Meals | 236.68 |
| E112 - Court fees | 116.00 |
| E115 - Deposition transcripts | 1,129.50 |
| TOTAL | $1,842.90 |

**TOTAL FOR THIS INVOICE ................................................................................**  **$24,667.90**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                    December 18, 2018
President                                          Invoice 1917832  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071

Our Matter #            047727/01500              For Services Through 11/30/18
Name of Matter:         Insolvency Advice

## B110 - Case Administration

| | | | | | |
|---|---|---|---|---|---|
| A108 | 11/02/18 | Communications with clerk's office regarding service and administrative issues. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A103 | 11/20/18 | Review, revise, and file Monthly Operating Reports. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 11/28/18 | Emails and telephone conferences with equity committee regarding confidentiality agreement. | | | |
| | | D.F. BLANKS | 0.70 hrs. | 415.00/hr | $290.50 |
| A104 | 11/30/18 | Case management issues regarding scheduling hearing dates, court calendar and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A104 | 11/30/18 | Review and analyze emergency motion of equity committee to compel compliance and correspondence regarding same. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| | | **Subtotal B110** | **4.80 hrs.** | | **$1,992.00** |

## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A108 | 11/06/18 | Telephone conferences and emails with creditors and parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A108 | 11/08/18 | Telephone conferences and emails with creditors and parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 11/09/18 | Telephone conferences and emails with creditors and parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A108 | 11/12/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |

Premier Exhibitions, Inc.

December 18, 2018
Invoice 1917832  Page 2

| A108 | 11/14/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A107 | 11/16/18 | Emails with Debtors' professionals and special litigation counsel regarding proposed orders. | | | |
| | | D.F. BLANKS | 0.30 hrs. | 415.00/hr | $124.50 |
| A108 | 11/16/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 11/20/18 | Telephone conferences with contract parties regarding assumption/rejection of contracts. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 11/26/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A108 | 11/26/18 | Emails with FNRA regarding registration. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| A108 | 11/28/18 | Emails with FNRA regarding registration. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 11/28/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 11/30/18 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and same. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| | | **Subtotal B150** | **14.50 hrs.** | | **$6,017.50** |

**B160 - Fee/Employment Applications**

| A104 | 11/01/18 | Review fee applications. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A103 | 11/27/18 | Finalize and file fee applications. | | | |
| | | D.F. BLANKS | 2.20 hrs. | 415.00/hr | $913.00 |
| | | **Subtotal B160** | **2.70 hrs.** | | **$1,120.50** |

**B310 - Claims Administration and Objections**

| A103 | 11/08/18 | Draft and revise objection to claim. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A104 | 11/14/18 | Analyze claims and outstanding objections and related issues. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| | | **Subtotal B310** | **4.00 hrs.** | | **$1,660.00** |

Premier Exhibitions, Inc.

December 18, 2018
Invoice 1917832  Page 3

### B410 - General Bankruptcy Advice/Opinions

| | | | | | |
|---|---|---|---|---|---|
| A104 | 11/01/18 | Analyze issues regarding closing regarding Norfolk admiralty court. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A104 | 11/06/18 | Analyze filings with Virginia court and analyze issues regarding closing. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| A104 | 11/09/18 | Analyze issues regarding liquidating trustee and closing. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| A104 | 11/12/18 | Analyze issues regarding closing and exit from bankruptcy. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 11/19/18 | Review and analyze filings in Eastern District of Virginia and analyze issues regarding sale. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A104 | 11/20/18 | Analyze issues regarding retention order with special litigation counsel. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 11/20/18 | Analyze issues regarding chapter 11 trustee. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A104 | 11/20/18 | Analyze issues regarding sale and closing. | | | |
| | | D.F. BLANKS | 0.70 hrs. | 415.00/hr | $290.50 |
| A101 | 11/21/18 | Analyze issues regarding document retention requests and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 11/30/18 | Analyze issues regarding retention order with special litigation counsel. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A104 | 11/30/18 | Analyze issues regarding Virginia maritime proceeding. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| | | **Subtotal B410** | **11.50 hrs.** | | **$4,772.50** |

**Fees for Legal Services** ................................................................................... **$15,562.50**

**TOTAL FOR THIS INVOICE** ................................................................................ **$15,562.50**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                             January 18, 2019
President                                                   Invoice 1925817  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071


Our Matter #              047727/01500                  For Services Through 12/31/18
Name of Matter:           Insolvency Advice


## B110 - Case Administration

A107    12/10/18    Telephone conference with chambers and clerk's office regarding hearings.
                    D.F. BLANKS                     1.10 hrs.    415.00/hr           $456.50

A104    12/31/18    Analyze issues regarding case calendar and related issues and update service.
                    D.F. BLANKS                     1.40 hrs.    415.00/hr           $581.00

                    **Subtotal B110**               **2.50 hrs.**                  **$1,037.50**


## B120 - Asset Analysis and Recovery

A104    12/14/18    Analyze issues regarding Virginia proceedings. [No Charge .5 hours - $207.50]
                    D.F. BLANKS                     2.00 hrs.    415.00/hr           $830.00

A104    12/19/18    Conference with B. Wainger and analyze issues regarding Virginia proceedings.
                    D.F. BLANKS                     1.20 hrs.    415.00/hr           $498.00

                    **Subtotal B120**               **3.20 hrs.**                  **$1,328.00**


## B150 - Meetings of and Communications with Creditors

A107    12/03/18    Telephone conferences and emails with creditors regarding chapter 11 case.
                    D.F. BLANKS                     1.10 hrs.    415.00/hr           $456.50

A107    12/07/18    Telephone conferences and emails with contract parties regarding status.
                    D.F. BLANKS                     1.40 hrs.    415.00/hr           $581.00

A108    12/10/18    Telephone conference with parties regarding chapter 11 and related issues.
                    D.F. BLANKS                     0.90 hrs.    415.00/hr           $373.50

A108    12/11/18    Telephone conference with lessees regarding leases.
                    D.F. BLANKS                     0.90 hrs.    415.00/hr           $373.50

A104    12/12/18    Analyze issues regarding closing and plan confirmation and related issues.
                    D.F. BLANKS                     1.20 hrs.    415.00/hr           $498.00

Premier Exhibitions, Inc.

| A108 | 12/14/18 | Telephone conference with parties regarding chapter 11 and related issues. [No Charge] | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.30 hrs. | 0.00/hr | $0.00 |
| A108 | 12/17/18 | Telephone conference with parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 12/19/18 | Telephone conference with parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A108 | 12/21/18 | Analyze issues regarding scheduling and chambers. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| | | **Subtotal B150** | **9.90 hrs.** | | **$3,569.00** |

**B410 - General Bankruptcy Advice/Opinions**

| A104 | 12/04/18 | Analyze issues regarding December 14 hearing. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 0.40 hrs. | 415.00/hr | $166.00 |
| A107 | 12/05/18 | Analyze issues regarding leases. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 12/12/18 | Prepare for December 13 hearing and review materials regarding same. | | | |
| | | D.F. BLANKS | 4.00 hrs. | 415.00/hr | $1,660.00 |
| A101 | 12/13/18 | Prepare for hearing on D&O and review and analyze documents and other materials regarding same. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| | | **Subtotal B410** | **8.20 hrs.** | | **$3,403.00** |

Less Discount for .5 hours Not Charged.................................................................................. -207.50
**Fees for Legal Services ....................................................................................** **$9,130.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E108 - Postage**
| 11/27/2018 | Postage | 28.74 |
|---|---|---|
| 11/27/2018 | Postage | 21.44 |
| 11/27/2018 | Postage | 83.08 |
| **Total E108 - Postage** | | **$133.26** |

**Total Charges for Other Services Provided/Expenses Incurred ...................................** **$133.26**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 133.26 |
| TOTAL | $133.26 |

**TOTAL FOR THIS INVOICE .................................................................................** **$9,263.26**



**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

Premier Exhibitions, Inc.                                    February 18, 2019
President                                                    Invoice 1936130  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071


Our Matter #              047727/01500                For Services Through 01/31/19
Name of Matter:           Insolvency Advice


## B110 - Case Administration

| | | | | |
|---|---|---|---|---|
| A104 | 01/09/19 | Analyze issues regarding case calendar and scheduling. | | |
| | | D.F. BLANKS | 1.30 hrs. | $539.50 |
| A104 | 01/09/19 | Analyze issues regarding closing and confirmation. [No Charge for 2.5 hours]. | | |
| | | D.F. BLANKS | 3.50 hrs. | $415.00 |
| A104 | 01/10/19 | Analyze issues regarding privilege and adversary proceeding against former directors. | | |
| | | D.F. BLANKS | 0.90 hrs. | $373.50 |
| A104 | 01/16/19 | Case administration regarding calendaring and scheduling.  [No Charge for 1.7 hours]. | | |
| | | D.F. BLANKS | 2.50 hrs. | $332.00 |
| A107 | 01/18/19 | Multiple emails regarding scheduling and case administration.  [No Charge for 2.3 hours]. | | |
| | | D.F. BLANKS | 3.50 hrs. | $498.00 |
| A104 | 01/25/19 | Review, revise, and file monthly operating reports. [No charge for 1 hour]. | | |
| | | D.F. BLANKS | 2.50 hrs. | $622.50 |
| A110 | 01/25/19 | Finalize and file December 2018 monthly operating reports for all individual entities with USDC Bankruptcy Court. | | |
| | | S.P. ABBEY | 0.80 hrs. | $144.00 |
| A104 | 01/31/19 | Draft and file notices of hearing and related issues. | | |
| | | D.F. BLANKS | 0.50 hrs. | $207.50 |
| A104 | 01/31/19 | Analyze issues regarding case calendar and scheduling matters. | | |
| | | D.F. BLANKS | 0.80 hrs. | $332.00 |
| | | **Subtotal B110** | **16.30 hrs.** | **$3,464.00** |


## B150 - Meetings of and Communications with Creditors

| | | | | |
|---|---|---|---|---|
| A108 | 01/15/19 | Telephone conferences and emails with creditors regarding chapter 11 and related issues. | | |
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |

Premier Exhibitions, Inc.

| | | | | |
|---|---|---|---|---|
| A108 | 01/16/19 | Telephone conferences and emails with creditors regarding chapter 11 and related issues. | | |
| | | D.F. BLANKS | 1.30 hrs. | $539.50 |
| A108 | 01/18/19 | Telephone conferences and emails with creditors regarding chapter 11 and related issues. | | |
| | | D.F. BLANKS | 1.40 hrs. | $581.00 |
| A108 | 01/30/19 | Emails with J. Burnett regarding bankruptcy case and related issues. | | |
| | | D.F. BLANKS | 0.50 hrs. | $207.50 |
| | | **Subtotal B150** | **4.70 hrs.** | **$1,950.50** |

**B410 - General Bankruptcy Advice/Opinions**

| | | | | |
|---|---|---|---|---|
| A107 | 01/15/19 | Telephone conferences and emails with counsel for directors regarding equity committee's adversary proceeding. | | |
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |
| A104 | 01/18/19 | Analyze issues regarding January 24 hearing. | | |
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |
| A103 | 01/22/19 | Draft, revise, and file emergency motion regarding order of adversary proceeding and multiple emails and telephone conferences with M. Brooks regarding same and review documents regarding same. | | |
| | | D.F. BLANKS | 2.90 hrs. | $1,203.50 |
| A108 | 01/22/19 | Multiple emails and telephone conferences with M. Brooks regarding January 24 hearing and related items. | | |
| | | D.F. BLANKS | 1.30 hrs. | $539.50 |
| A104 | 01/23/19 | Analyze issues regarding emergency motion regarding order of adversary proceeding. | | |
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |
| A108 | 01/23/19 | Multiple emails and telephone conferences with M. Brooks regarding January 24 hearing and related items. | | |
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |
| A108 | 01/23/19 | Multiple telephone conferences with chambers, opposing counsel and others regarding emergency motion regarding order of adversary proceeding. | | |
| | | D.F. BLANKS | 2.40 hrs. | $996.00 |
| A101 | 01/23/19 | Prepare for hearing and review and analyze documents, pleadings, and other materials regarding same. | | |
| | | D.F. BLANKS | 2.60 hrs. | $1,079.00 |
| A101 | 01/24/19 | Prepare for and attend hearing and review and analyze documents, pleadings, and other materials regarding same. | | |
| | | D.F. BLANKS | 5.30 hrs. | $2,199.50 |
| A104 | 01/28/19 | Analyze issues regarding closing and plan and related issues. | | |
| | | D.F. BLANKS | 0.60 hrs. | $249.00 |

Premier Exhibitions, Inc.

February 18, 2019
Invoice 1936130  Page 3

| A104 | 01/30/19 | Analyze issues regarding discovery production regarding officers and directors adversary proceeding. | | |
|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | $622.50 |
| A104 | 01/30/19 | Analyze issues regarding closing and bankruptcy. | | |
| | | D.F. BLANKS | 2.50 hrs. | $1,037.50 |
| A104 | 01/30/19 | Analyze issues regarding closing and plan and related issues. | | |
| | | D.F. BLANKS | 0.60 hrs. | $249.00 |
| A104 | 01/31/19 | Analyze issues regarding closing and bankruptcy. | | |
| | | D.F. BLANKS | 3.00 hrs. | $1,245.00 |
| A104 | 01/31/19 | Analyze issues regarding discovery production regarding officers and directors adversary proceeding. | | |
| | | D.F. BLANKS | 0.80 hrs. | $332.00 |
| | | **Subtotal B410** | **29.50 hrs.** | **$12,242.50** |

**Fees for Legal Services** ................................................................................................. **$17,657.00**

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E112 - Court fees**

| 01/25/2019 | VENDOR: Abbott, Allison R. INVOICE#: 3059018601250202 DATE: 1/24/2019   - Court Costs 01/24/19 01/24/19 CourtCall hearing charge (B. Wainger) | 30.00 |
|---|---|---|
| **Total E112 - Court fees** | | **$30.00** |

**E108 - Postage**

| 01/23/2019 | Postage | 109.12 |
|---|---|---|
| 01/23/2019 | Postage | 34.98 |
| 01/23/2019 | Postage | 25.20 |
| 01/24/2019 | Postage | 16.26 |
| 01/24/2019 | Postage | 8.32 |
| 01/24/2019 | Postage | 44.02 |
| 01/24/2019 | Postage | 4.89 |
| 01/31/2019 | Postage | 15.50 |
| 01/31/2019 | Postage | 9.20 |
| **Total E108 - Postage** | | **$267.49** |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$297.49**

Premier Exhibitions, Inc.

February 18, 2019
Invoice 1936130  Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 267.49 |
| E112 - Court fees | 30.00 |
| TOTAL | $297.49 |

**TOTAL FOR THIS INVOICE ...................................................................................    $17,954.49**



**Nelson Mullins Riley & Scarborough LLP**

Attorneys and Counselors at Law

Tax ID No. 57-0215445

Post Office Box 11070 / Columbia, South Carolina 29211

Tel: 803.799.2000

Premier Exhibitions, Inc.                                                  March 26, 2019
President                                                          Invoice 1948952  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071


Our Matter #            047727/01500                    For Services Through 02/28/19
Name of Matter:         Insolvency Advice


**B110 - Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| A108 | 02/04/19 | Communications with chambers and clerk's office regarding scheduling and calendaring. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 02/11/19 | Analyze issues regarding case administration and case captioning and closing cases. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A108 | 02/19/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11, status and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 02/20/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11, status and related issues. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 02/21/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11, status and related issues. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 02/21/19 | Emails and telephone conferences with chambers, clerk's office and debtor's professionals regarding case management and scheduling. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A103 | 02/26/19 | Review, revise, and file notice of assumption. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A103 | 02/28/19 | Revise certificates of service and communications with chambers regarding same. | | | |
| | | D.F. BLANKS | 0.40 hrs. | 415.00/hr | $166.00 |
| A108 | 02/28/19 | Emails regarding monthly operating reports. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| | | **Subtotal B110** | **9.90 hrs.** | | **$4,108.50** |

Premier Exhibitions, Inc.

March 26, 2019
Invoice 1948952  Page 2

## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A108 | 02/05/19 | Communications with creditors and other parties regarding status of chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.90 hrs. | 415.00/hr | $788.50 |
| A108 | 02/06/19 | Communications with creditors and other parties regarding status of chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A107 | 02/12/19 | Telephone conferences and emails with creditors and other parties regarding status, closing, and confirmation. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| A107 | 02/13/19 | Telephone conferences and emails with creditors and other parties regarding status, closing, and confirmation. | | | |
| | | D.F. BLANKS | 0.60 hrs. | 415.00/hr | $249.00 |
| A107 | 02/15/19 | Telephone conferences and emails with creditors and other parties regarding status, closing, and confirmation. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| A108 | 02/25/19 | Analyze issues regarding assumption of leases and contracts. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A108 | 02/27/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A108 | 02/28/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| | | **Subtotal B150** | **9.10 hrs.** | | **$3,776.50** |

## B160 - Fee/Employment Applications

| | | | | | |
|---|---|---|---|---|---|
| A103 | 02/28/19 | Draft, revise and file fee applications and communications with clerk's office and debtors' professionals regarding same. | | | |
| | | D.F. BLANKS | 2.30 hrs. | 415.00/hr | $954.50 |
| | | **Subtotal B160** | **2.30 hrs.** | | **$954.50** |

## B320 - Plan and Disclosure Statement (including Business Plan)

| | | | | | |
|---|---|---|---|---|---|
| A104 | 02/07/19 | Analyze issues regarding plan and confirmation. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| | | **Subtotal B320** | **1.50 hrs.** | | **$622.50** |

## B410 - General Bankruptcy Advice/Opinions

| | | | | | |
|---|---|---|---|---|---|
| A107 | 02/01/19 | Analyze issues re privilege waiver and clawback of documents and advise D. Blanks re same. | | | |
| | | F.E. MORREALE | 0.30 hrs. | 375.00/hr | $112.50 |

Premier Exhibitions, Inc.

March 26, 2019
Invoice 1948952  Page 3

| | | | | | |
|---|---|---|---|---|---|
| A104 | 02/04/19 | Analyze issues regarding closing and exit from bankruptcy. [1 Hour No Charge] | | | |
| | | D.F. BLANKS | 2.50 hrs. | 249.00/hr | $622.50 |
| A101 | 02/06/19 | Analyze issues regarding dissolution of equity committee. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A104 | 02/08/19 | Analyze issues regarding closing and exit from bankruptcy. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A108 | 02/11/19 | Emails with M. Brooks regarding closing. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A108 | 02/13/19 | Emails with M. Brooks regarding closing. | | | |
| | | D.F. BLANKS | 0.40 hrs. | 415.00/hr | $166.00 |
| A104 | 02/13/19 | Analyze issues regarding closing, notice of closing, APA revisions, and related issues regarding case administration. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| A108 | 02/16/19 | Emails with M. Brooks regarding closing, notice of closing, APA revisions, and related issues regarding case administration. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A108 | 02/19/19 | Emails with Debtors' professionals regarding sale closing. | | | |
| | | D.F. BLANKS | 0.70 hrs. | 415.00/hr | $290.50 |
| A104 | 02/19/19 | Analyze issues regarding sale closing and related issues. | | | |
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |
| | | **Subtotal B410** | **8.80 hrs.** | | **$3,225.00** |

**Fees for Legal Services** ...................................................................................................... **$12,687.00**

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E108 - Postage**

| | | |
|---|---|---|
| 02/19/2019 | Postage | 40.30 |
| 02/19/2019 | postage | 16.26 |
| 02/19/2019 | postage | 8.38 |
| 02/27/2019 | postage | 8.32 |
| 02/27/2019 | postage | 16.26 |
| 02/27/2019 | postage | 40.30 |
| **Total E108 - Postage** | | **$129.82** |

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$129.82**

Premier Exhibitions, Inc.

March 26, 2019
Invoice 1948952  Page 4

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 129.82 |
| TOTAL | $129.82 |

**TOTAL FOR THIS INVOICE ....................................................................**  **$12,816.82**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                                    April 23, 2019
President                                                          Invoice 1957911  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071

Our Matter #              047727/01500                   For Services Through 03/31/19
Name of Matter:           Insolvency Advice

**B110 - Case Administration**

| | | | | | |
|---|---|---|---|---|---|
| A108 | 03/06/19 | Communications with United States Trustee and others regarding case administration, status of monthly operating reports, and related issues. | | | |
| | | D.F. BLANKS | 1.80 hrs. | 415.00/hr | $747.00 |
| A104 | 03/11/19 | Analyze issues regarding closing of RSMT case and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A104 | 03/13/19 | Review, analyze, revise, and file MORs. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |
| A104 | 03/13/19 | Analyze issues with closing of RMST and emails with UST and others regarding same. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 03/18/19 | Analyze issues regarding case administration and calendaring. | | | |
| | | D.F. BLANKS | 0.60 hrs. | 415.00/hr | $249.00 |
| A104 | 03/25/19 | Analyze issues regarding case management and calendaring. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| | | **Subtotal B110** | **8.90 hrs.** | | **$3,693.50** |

**B150 - Meetings of and Communications with Creditors**

| | | | | | |
|---|---|---|---|---|---|
| A108 | 03/04/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 cases. | | | |
| | | D.F. BLANKS | 0.60 hrs. | 415.00/hr | $249.00 |
| A108 | 03/06/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 cases. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A108 | 03/08/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 cases. | | | |
| | | D.F. BLANKS | 0.60 hrs. | 415.00/hr | $249.00 |
| A108 | 03/12/19 | Telephone conferences and emails with creditors and others regarding bankruptcy case and related issues. | | | |

Premier Exhibitions, Inc.

April 23, 2019
Invoice 1957911  Page 2

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |

A108    03/15/19    Telephone conferences and emails with creditors and others regarding bankruptcy case and related issues.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

A108    03/18/19    Telephone conferences and emails with creditors regarding chapter 11 and related issues.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

A108    03/25/19    Emails and telephone conferences with creditors and other parties regarding chapter 11 and related issues.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

A108    03/28/19    Emails and telephone conferences with creditors and other parties regarding chapter 11 and related issues.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |

A108    03/29/19    Emails and telephone conferences with creditors and other parties regarding chapter 11 and related issues.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.60 hrs. | 415.00/hr | $664.00 |
| | | **Subtotal B150** | **10.60 hrs.** | | **$4,399.00** |

**B160 - Fee/Employment Applications**

A103    03/04/19    Review, revise, and file fee applications.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 2.30 hrs. | 415.00/hr | $954.50 |

A103    03/08/19    Review, revise, and file fee applications. [2 Hours No Charge]

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

A103    03/26/19    Draft and revise fee applications. [1.3 Hours No Charge]

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.00 hrs. | 415.00/hr | $415.00 |

A104    03/28/19    Review and analyze fee applications.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |

A103    03/29/19    Draft and revise fee applications. [1.4 Hours No Charge]

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| | | **Subtotal B160** | **6.70 hrs.** | | **$2,780.50** |

**B185 - Assumption / Rejection of Leases and Contracts**

A107    03/19/19    Telephone conferences and emails with counter parties to contracts regarding assumption chapter 11 and related issues. [.6 Hour No Charge]

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

A104    03/26/19    Analyze issues regarding assumption and rejection of contracts.

| | | | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 2.20 hrs. | 415.00/hr | $913.00 |
| | | **Subtotal B185** | **3.70 hrs.** | | **$1,535.50** |

Premier Exhibitions, Inc.

April 23, 2019
Invoice 1957911  Page 3

**B190 - Other Contested Matters (excluding assumption/rejection motions)**

| A104 | 03/04/19 | Analyze issues regarding motion to vacate consent order regarding document retention and related issues. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 2.20 hrs. | 415.00/hr | $913.00 |

| A109 | 03/05/19 | Prepare for and attend hearing on motion to vacate consent order regarding document retention. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 4.80 hrs. | 415.00/hr | $1,992.00 |

| | | **Subtotal B190** | **7.00 hrs.** | | **$2,905.00** |
|---|---|---|---|---|---|

**B320 - Plan and Disclosure Statement (including Business Plan)**

| A108 | 03/04/19 | Communications with M. Brooks regarding plan and disclosure statement. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |

| A104 | 03/08/19 | Review and analyze plan and disclosure statement. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 2.10 hrs. | 415.00/hr | $871.50 |

| A104 | 03/11/19 | Review, analyze, and revise plan and disclosure statement. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 3.20 hrs. | 415.00/hr | $1,328.00 |

| A104 | 03/27/19 | Review and analyze plan and disclosure statement. [0.7 Hour No Charge] | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.80 hrs. | 415.00/hr | $747.00 |

| | | **Subtotal B320** | **7.60 hrs.** | | **$3,154.00** |
|---|---|---|---|---|---|

**B410 - General Bankruptcy Advice/Opinions**

| A101 | 03/05/19 | Review and revise motion to dismiss RMS Titanic case and emails with parties regarding same. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |

| A101 | 03/07/19 | Analyze issues regarding closing case and administration of chapter 11 procedures. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.90 hrs. | 415.00/hr | $788.50 |

| A108 | 03/07/19 | Communications with United States Trustee and clerk's office regarding closing case and related issues. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 0.70 hrs. | 415.00/hr | $290.50 |

| A101 | 03/07/19 | Review and analyze case closing order and related issues regarding case closing. | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.10 hrs. | 415.00/hr | $456.50 |

| A104 | 03/29/19 | Analyze issues regarding exit bankruptcy and other issues. [1.7 Hours No Charge] | | | |
|---|---|---|---|---|---|
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |

| | | **Subtotal B410** | **6.60 hrs.** | | **$2,739.00** |
|---|---|---|---|---|---|

**Fees for Legal Services** ................................................................................................. **$21,206.50**

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

Premier Exhibitions, Inc.

April 23, 2019
Invoice 1957911  Page 4

**E112 - Court fees**

| | | |
|---|---|---|
| 03/08/2019 | VENDOR: Abbott, Allison R. INVOICE#: 3158916003080203 DATE: 3/7/2019    - Court Costs 03/05/19 03/05/19 CourtCall hearing charge (M. Brooks) | 30.00 |
| **Total E112 - Court fees** | | **$30.00** |

**E108 - Postage**

| | | |
|---|---|---|
| 03/01/2019 | Postage | 69.30 |
| 03/01/2019 | Postage | 117.75 |
| 03/01/2019 | Postage | 65.10 |
| 03/01/2019 | Postage | 25.40 |
| 03/01/2019 | Postage | 103.50 |
| 03/05/2019 | Postage | 15.00 |
| 03/05/2019 | Postage | 6.46 |
| 03/05/2019 | Postage | 35.65 |
| 03/05/2019 | Postage | 15.00 |
| 03/05/2019 | Postage | 35.65 |
| 03/05/2019 | Postage | 6.46 |
| 03/08/2019 | Postage | 28.74 |
| 03/08/2019 | Postage | 21.44 |
| 03/11/2019 | Postage | 9.20 |
| 03/11/2019 | Postage | 15.50 |
| **Total E108 - Postage** | | **$570.15** |

**Total Charges for Other Services Provided/Expenses Incurred** ....................................  **$600.15**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 570.15 |
| E112 - Court fees | 30.00 |
| TOTAL | $600.15 |

**TOTAL FOR THIS INVOICE** .................................................................................  **$21,806.65**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                                    May 23, 2019
President                                                          Invoice 1968075  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071


Our Matter #                047727/01500                    For Services Through 04/30/19
Name of Matter:             Insolvency Advice


## B110 - Case Administration

| | | | | | |
|---|---|---|---|---|---|
| A108 | 04/01/19 | Emails and telephone conferences with chambers and clerk's office regarding scheduling and case management. | | | |
| | | D.F. BLANKS | 0.70 hrs. | 415.00/hr | $290.50 |
| A108 | 04/04/19 | Emails and telephone conferences with chambers and clerk's office regarding scheduling and case management. [No Charge .2 hours] | | | |
| | | D.F. BLANKS | 1.10 hrs. | 339.55/hr | $373.50 |
| A108 | 04/11/19 | Emails and telephone conferences with chambers and clerk's office regarding scheduling and case management. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |
| A104 | 04/11/19 | Analyze issues regarding case scheduling. | | | |
| | | D.F. BLANKS | 1.40 hrs. | 415.00/hr | $581.00 |
| A104 | 04/15/19 | Analyze issues regarding scheduling and case administration. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A108 | 04/29/19 | Emails and telephone conferences with chambers and clerk's office regarding scheduling and case management. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |
| | | **Subtotal B110** | **6.80 hrs.** | | **$2,739.00** |


## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A107 | 04/02/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.50 hrs. | 415.00/hr | $622.50 |
| A107 | 04/03/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.70 hrs. | 415.00/hr | $705.50 |
| A107 | 04/05/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |

Premier Exhibitions, Inc.

| A108 | 04/08/19 | Analyze issues regarding emergence and related issues regarding jurisdiction. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |

| A108 | 04/10/19 | Analyze issues regarding emergence and related issues regarding jurisdiction. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |

| A108 | 04/11/19 | Analyze issues regarding emergence and related issues regarding jurisdiction. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |

| A107 | 04/29/19 | Telephone conferences and emails with creditors and other parties regarding chapter 11 and related issues. | | | |
| | | D.F. BLANKS | 0.90 hrs. | 415.00/hr | $373.50 |

| | | **Subtotal B150** | **8.70 hrs.** | | **$3,610.50** |

### B310 - Claims Administration and Objections

| A104 | 04/12/19 | Analyze claim objections and related issues. [No Charge] | | | |
| | | D.F. BLANKS | 2.60 hrs. | 0.00/hr | $0.00 |

| | | **Subtotal B310** | **2.60 hrs.** | | **$0.00** |

### B320 - Plan and Disclosure Statement (including Business Plan)

| A104 | 04/01/19 | Analyze issues regarding plan and disclosure statement. | | | |
| | | D.F. BLANKS | 1.20 hrs. | 415.00/hr | $498.00 |

| A104 | 04/03/19 | Analyze issues regarding plan and confirmation. | | | |
| | | D.F. BLANKS | 3.00 hrs. | 415.00/hr | $1,245.00 |

| A104 | 04/04/19 | Analyze issues regarding plan and disclosure statement. [No Charge 1 hour] | | | |
| | | D.F. BLANKS | 2.50 hrs. | 249.00/hr | $622.50 |

| A101 | 04/22/19 | Analyze issues regarding plan and bankruptcy. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |

| A104 | 04/26/19 | Analyze issues regarding plan and bankruptcy. [No Charge] | | | |
| | | D.F. BLANKS | 3.50 hrs. | 0.00/hr | $0.00 |

| A104 | 04/29/19 | Analyze issues regarding plan and disclosure statement. [No Charge 2 hours] | | | |
| | | D.F. BLANKS | 3.50 hrs. | 177.86/hr | $622.50 |

| A104 | 04/30/19 | Analyze issues regarding plan and disclosure statement. | | | |
| | | D.F. BLANKS | 2.30 hrs. | 415.00/hr | $954.50 |

| | | **Subtotal B320** | **18.50 hrs.** | | **$4,980.00** |

### B410 - General Bankruptcy Advice/Opinions

| A104 | 04/09/19 | Analyze issues regarding emergence and related issues regarding jurisdiction. | | | |
| | | D.F. BLANKS | 2.50 hrs. | 415.00/hr | $1,037.50 |

| | | **Subtotal B410** | **2.50 hrs.** | | **$1,037.50** |

**Fees for Legal Services** ..................................................................................................... **$12,367.00**

Premier Exhibitions, Inc.

May 23, 2019
Invoice 1968075  Page 3

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E108 - Postage**

| | | |
|---|---|---:|
| 04/01/2019 | Postage | 13.95 |
| 04/01/2019 | Postage | 17.46 |
| 04/01/2019 | Postage | 10.20 |
| 04/05/2019 | Postage | 15.50 |
| 04/05/2019 | Postage | 2.30 |
| 04/05/2019 | Postage | 6.90 |
| **Total E108 - Postage** | | **$66.31** |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$66.31**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| E108 - Postage | 66.31 |
| TOTAL | $66.31 |

**TOTAL FOR THIS INVOICE** .................................................................................. **$12,433.31**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| Premier Exhibitions, Inc. | July 8, 2019 |
| President | Invoice 1983300  Page  1 |
| 3045 Kingston Court | |
| Suite I | |
| Peachtree Corners, GA  30071 | |

| | | |
|---|---|---|
| Our Matter # | 047727/01500 | For Services Through 06/30/19 |
| Name of Matter: | Insolvency Advice | |

## B110 - Case Administration

| | | | | | |
|---|---|---|---|---|---|
| A102 | 05/01/19 | Research/locate any orders entered by Judge Jerry Funk – U.S. Bankruptcy Court, Middle District Florida – titled "Order Conditionally Approving Disclosure Statement." for D. Blanks. | | | |
| | | R. TREADWELL | 1.00 hrs. | 220.00/hr | $220.00 |
| A111 | 05/06/19 | Case administration. | | | |
| | | D.F. BLANKS | 0.50 hrs. | 415.00/hr | $207.50 |
| A108 | 05/14/19 | Communications with chambers and clerk's office regarding scheduling and related issues. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A103 | 05/15/19 | Review, revise and file monthly operating reports. | | | |
| | | D.F. BLANKS | 2.10 hrs. | 415.00/hr | $871.50 |
| A111 | 06/10/19 | Review and upload order to lead case. | | | |
| | | S.P. ABBEY | 0.20 hrs. | 180.00/hr | $36.00 |
| A104 | 06/11/19 | Review of monthly operating reports. | | | |
| | | L.D. WEDEKIND | 0.80 hrs. | 415.00/hr | $332.00 |
| | | **Subtotal B110** | **5.90 hrs.** | | **$2,206.50** |

## B150 - Meetings of and Communications with Creditors

| | | | | | |
|---|---|---|---|---|---|
| A108 | 05/06/19 | Telephone conferences and emails with creditors regarding chapter 11. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A108 | 05/08/19 | Telephone conferences and emails with creditors regarding chapter 11. | | | |
| | | D.F. BLANKS | 1.30 hrs. | 415.00/hr | $539.50 |
| A108 | 05/10/19 | Telephone conferences and emails with creditors regarding chapter 11. | | | |
| | | D.F. BLANKS | 1.70 hrs. | 415.00/hr | $705.50 |
| | | **Subtotal B150** | **3.80 hrs.** | | **$1,577.00** |

Premier Exhibitions, Inc.

**B320 - Plan and Disclosure Statement (including Business Plan)**

| | | | | | |
|---|---|---|---|---|---|
| A101 | 05/09/19 | Analyze issues regarding plan confirmation and exit from bankruptcy. | | | |
| | | D.F. BLANKS | 3.70 hrs. | 415.00/hr | $1,535.50 |
| A104 | 05/15/19 | Review, analyze, revise and file plan, disclosure statement and accompanying documents. | | | |
| | | D.F. BLANKS | 2.90 hrs. | 415.00/hr | $1,203.50 |
| A109 | 06/04/19 | Review of pleadings in preparation for hearing on preliminary approval of disclosure statement and notice procedures; attend hearing on same. | | | |
| | | L.D. WEDEKIND | 2.80 hrs. | 415.00/hr | $1,162.00 |
| A101 | 06/10/19 | Coordinate filing of orders on preliminary disclosure statement. | | | |
| | | L.D. WEDEKIND | 0.30 hrs. | 415.00/hr | $124.50 |
| | | **Subtotal B320** | **9.70 hrs.** | | **$4,025.50** |

**B410 - General Bankruptcy Advice/Opinions**

| | | | | | |
|---|---|---|---|---|---|
| A108 | 05/15/19 | Communications with co-counsel regarding bankruptcy case, strategies, and related issues. | | | |
| | | D.F. BLANKS | 0.80 hrs. | 415.00/hr | $332.00 |
| A107 | 06/17/19 | Correspondence with M. Roberts and M. Brooks regarding local procedures governing requests for expedited hearing. | | | |
| | | L.D. WEDEKIND | 0.40 hrs. | 415.00/hr | $166.00 |
| A104 | 06/24/19 | Review of fee motion and response to same in preparation for hearing; confer with M. Brooks regarding same. | | | |
| | | L.D. WEDEKIND | 0.80 hrs. | 415.00/hr | $332.00 |
| | | **Subtotal B410** | **2.00 hrs.** | | **$830.00** |

**Fees for Legal Services** .................................................................................................... **$8,639.00**

**CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED**

**E112 - Court fees**

| | | |
|---|---|---|
| 06/07/2019 | VENDOR: Abbott, Allison R. INVOICE#: 3382724206070201 DATE: 6/6/2019    - Court Costs 06/04/19 06/04/19 CourtCall hearing charge (B. Wainger) | 30.00 |
| **Total E112 - Court fees** | | **$30.00** |

**E108 - Postage**

| | | |
|---|---|---|
| 05/24/2019 | Postage | 15.50 |
| 05/02/2019 | Postage | 9.20 |
| 06/18/2019 | Postage | 40.30 |
| 06/18/2019 | Postage | 8.32 |
| 06/18/2019 | Postage | 16.26 |

Premier Exhibitions, Inc.

July 8, 2019
Invoice 1983300  Page 3

| 06/18/2019 | Postage | 15.50 |
|---|---|---|
| 06/18/2019 | Postage | 9.20 |
| 06/20/2019 | Postage | 12.08 |
| 06/20/2019 | Postage | 18.72 |
| 06/20/2019 | Postage | 49.60 |

**Total E108 - Postage** **$194.68**

**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$224.68**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 194.68 |
| E112 - Court fees | 30.00 |
| TOTAL | $224.68 |

**TOTAL FOR THIS INVOICE** ................................................................................. **$8,863.68**



**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

Premier Exhibitions, Inc.                                        August 8, 2019
President                                            Invoice 1996147  Page  1
3045 Kingston Court
Suite I
Peachtree Corners, GA  30071


Our Matter #            047727/01500              For Services Through 07/31/19
Name of Matter:         Insolvency Advice


**B160 - Fee/Employment Applications**

| A104 | 05/24/19 | Review of order vacating interim fee procedures and professional fees to date; correspondence regarding same. | | | |
|---|---|---|---|---|---|
| | | L.D. WEDEKIND | 0.80 hrs. | 415.00/hr | $332.00 |
| A104 | 07/12/19 | Correspondence regarding request for invoices in support of fee applications. | | | |
| | | L.D. WEDEKIND | 0.40 hrs. | 415.00/hr | $166.00 |
| | | **Subtotal B160** | **1.20 hrs.** | | **$498.00** |

**Fees for Legal Services** ................................................................................ **$498.00**


### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

**E108 - Postage**

| 07/08/2019 | Postage | 10.20 |
|---|---|---|
| 07/08/2019 | Postage | 17.46 |
| 07/08/2019 | Postage | 44.95 |
| **Total E108 - Postage** | | **$72.61** |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$72.61**


### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| E108 - Postage | 72.61 |
| TOTAL | $72.61 |


**TOTAL FOR THIS INVOICE** ................................................................................. **$570.61**