**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 3:16-bk-02232-JAF |
| **PREMIER EXHIBITIONS, INC.,** *et al.,*[1] | **Chapter 11 (Jointly Administered)** |
| Debtors. | |

**SUMMARY COVER SHEET TO THE FINAL APPLICATION OF CARR, RIGGS &
INGRAM LLC FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS TAX
ADVISORS TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2017 THROUGH
JUNE 30, 2019, AND FOR ESTIMATED FEES THROUGH AND INCLUDING
CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN**

In accordance with the Local Bankruptcy Rules for the Middle District of Florida (the
"Local Rules"), Carr, Riggs & Ingram LLC (the "Applicant"), tax advisors for the above-
captioned debtors and debtors in possession (collectively, the "Debtors"), submit this summary
(this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the fee
application to which this Summary is attached (the "Application") for the period from June 1,
2017 through June 30, 2019 (the "Actual Period"), for allowance of compensation for
professional services of and reimbursement of actual and necessary expenses estimated to be
incurred from July 1, 2019 up to and including confirmation of the Debtors' Plan[2] (the
"Estimated Period", together with the Actual Period, the "Application Period").

The Applicant submits the Application as a final fee application pursuant to Sections 328,
330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-1, and the

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and
Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC,
Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309).  The Debtors' service
address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308.
[2] See Plan of Liquidation of the Debtors under Chapter 11 of the Bankruptcy Code [D.E. 81] (the "Plan").

Guidelines of the United States Trustee. The Applicant submitted each of its four interim applications[3] pursuant to the Compensation Order[4] (as defined in the Application) and has received no objections to the interim applications.

| General Information | |
|---|---|
| Name of Applicant: | Carr, Riggs & Ingram LLC |
| Services Provided to: | RMS Titanic, Inc. and certain of its affiliates, as Debtors and Debtors in possession, from the Retention Date through the dismissal of RMS Titanic, Inc.'s Chapter 11 case[5] |
| Date of Retention: | April 28, 2017 |
| Petition Date | June 14, 2016 |
| Date of Order Authorizing the Debtors to Retain the Applicant [D.E. 604] | May 26, 2017 |
| **Summary of Fees and Expenses Sought in the Application** | |
| **Actual Period** | |
| Actual Period: | June 1, 2017 Through June 30, 2019 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Actual Period: | $135,881.70 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Actual Period: | $685.18 |
| Total Compensation and Expense Reimbursement Requested for the Actual Period: | $136,566.88 |
| **Estimated Period** | |
| Estimated Period: | July 1, 2019 through and including confirmation of the Debtors' Chapter 11 Plan |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Estimated Period: | $43,230.00 |
| Amount of Expense Reimbursement | $0.00 |

---

[3] See *Fourth Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Carr, Riggs & Ingram LLC as Tax Advisors to Debtors for Services Rendered From October 1, 2018 Through January 31, 2019* [D.E. 1328]; *Third Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Carr, Riggs & Ingram LLC as Tax Advisors to Debtors for Services Rendered From June 1, 2018 Through September 30, 2018* [D.E. 1249]; *Second Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Carr, Riggs & Ingram LLC as Tax Advisors to Debtors for Services Rendered From February 1, 2018 Through May 31, 2018* [D.E. 1077]; and *First Interim Application For Allowance and Payment of Compensation and Reimbursement of Expenses of Carr, Riggs & Ingram LLC as Tax Advisors to Debtors for Services Rendered From June 1, 2017 Through January 31, 2018* [D.E. 966].

[4] As further detailed in the Application, the Court has vacated the Compensation Order.

[5] See *Order Dismissing Chapter 11 Case of Debtor RMS Titanic, Inc. and Amending Order Granting Motion for Joint Administration of Chapter 11 Cases* [D.E. 1336].

| | |
|---|---|
| Sought as Actual, Reasonable, and Necessary for the Estimated Period: | |
| Total Compensation and Expense Reimbursement Requested for the Estimated Period: | $43,230.00 |
| **Summary of Past Requests for Compensation and Prior Payments** | |
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $118,039.70 |
| Total Amount of Expense Reimbursement Previously Requested Pursuant to the Interim Compensation Order to Date: | $749.32 |
| Total Compensation Approved Pursuant to the Interim Compensation Order to Date: | $53,330.11 |
| Total Expense Reimbursement Approved Pursuant to the Interim Compensation Order to Date: | $0.00 |
| Compensation Sought in this Application Not Yet Allowed (includes compensation for the Estimated Period): | $117,023.09 |
| Expense Reimbursement Sought in this Application Not Yet Allowed: | $685.12 |

| | | | |
|---|---|---|---|
| Amount of Original Retainer: | N/A | Current Balance: | $0.00 |
| Blended Hourly Rate this Application: | $154.75 | Cumulative: | $154.75 |
| This is an interim or final application: | | Final | |

### PRIOR APPLICATIONS FILED

| | | Requested | | | | Approved | | Paid | Holdback |
|---|---|---|---|---|---|---|---|---|---|
| Filed | Period | Fees | Hrs. | Blended Rate | Exps. | Fees | Exps. | Total | |
| 3/1/18 | 6/1/17 through 1/31/18 | $63,392.70 | 403.1 | $157.27 | $537.41 | *Pending* | *Pending* | $53,330.11[6] | $10,600.00 |
| 6/27/18 | 2/1/18 through 5/31/18 | $25,069.00 | 149.2 | $168.02 | $106.43 | *Pending* | *Pending* | 0.00 | $25,069.00 |

[6] This amount was paid to the Applicant pursuant to the August 17, 2016 Order Granting Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals [D.E. 141].

| 10/31/2018 | 6/1/18 through 9/30/18 | $20,819.50 | 125.4 | $166.02 | $22.64 | *Pending* | *Pending* | 0.00 | $20,842.14 |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/2019 | 10/1/18 through 1/31/19 | $8,758.50 | 68 | $128.80 | $18.64 | *Pending* | *Pending* | 0.00 | $8,777.14 |
| **__Total__** | | $109,281.2 | 677.7 | $158.29 | $666.48 | *Pending* | *Pending* | $53,330.11 | $56,511.14 |

Dated: August 13, 2019

Respectfully submitted,

NELSON MULLINS RILEY

& SCARBOROUGH LLP

By_____ */s/ Daniel F. Blanks*_____
Daniel F. Blanks (FL Bar No. 88957)
Lee D. Wedekind, III (FL Bar No. 670588)
50 N. Laura Street, Suite 4100
Jacksonville, Florida 32202
(904) 665-3656 (direct)
(904) 665-3699 (fax)
daniel.blanks@nelsonmullins.com
lee.wedekind@nelsonmullins.com

*Co-Counsel for the Debtors and Debtors in Possession*

CARR, RIGGS & INGRAM LLC
By_____
Name: CHRIS D. CLAYTON, CPA
4004 Summit Blvd NE Suite 800
Atlanta, Georgia 30319
(770) 394-8000 (telephone)
_____ (fax)

*Tax Advisors for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 3:16-bk-02232-JAF** |
| **PREMIER EXHIBITIONS, INC.,** *et al.*,[1] | **Chapter 11 (Jointly Administered)** |
| **Debtors.** | |

**FINAL APPLICATION FOR ALLOWANCE AND PAYMENT OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CARR, RIGGS &**
**INGRAM LLC AS TAX ADVISORS TO DEBTORS FOR SERVICES RENDERED**
**FROM JUNE 1, 2017 THROUGH JUNE 30, 2019, AND FOR ESTIMATED FEES**
**THROUGH AND INCLUDING CONFIRMATION OF THE DEBTORS'**
**CHAPTER 11 PLAN**

Carr, Riggs & Ingram LLC (the "Applicant"), as tax advisors to Premier Exhibitions, Inc. and certain of its affiliates, as Debtors and Debtors in Possession (the "Debtors"), pursuant to Section 330 of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") and Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby files its *Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Carr, Riggs & Ingram LLC as Tax Advisors to Debtors* (the "Application") for allowance of compensation for professional services provided in the amount of $135,881.70 and reimbursement of actual and necessary expenses in the amount of $685.18 incurred during the period of June 1, 2017 through and including June 30, 2019 (the "Actual Period") and for allowance of compensation for professional services of $43,230.00 and reimbursement of actual and necessary expenses in the amount of $0.00 estimated to be incurred

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867); and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is 3045 Kingston Court, Suite I, Peachtree Corners, Georgia 30071.

from July 1, 2019 up to and including confirmation of the Debtors' Plan (as defined below) (the "Estimated Period" and, together with the Actual Period, the "Application Period"). In support thereof, the Applicant states:

## RETENTION OF APPLICANT AND REQUESTED AWARD

1.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(A).  Venue is proper before this Court pursuant to 28 U.S.C. § 1408.  The statutory predicates for the relief requested herein are sections 328, 330, 331 and 503(b) of the Bankruptcy Code.

2.      On June 14, 2016 (the "Petition Date"), the Debtors each filed a voluntary petition in this Court for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned case (the "Bankruptcy Case").

3.      On April 28, 2017, the Debtors submitted the Application to Employ the firm of Carr, Riggs & Ingram LLC as tax advisors for the Debtors [D.E. 566] (the "Application to Employ").  The Application to Employ was granted via order of this Court on May 26, 2017 [D.E. 604].

4.      On October 26, 2017, the Debtors submitted the Debtors' Supplemental Application for Entry of an Order Authorizing Employment and Retention of Carr, Riggs & Ingram LLC as Tax Advisors to the Debtors in Possession *Nunc Pro Tunc* to September 7, 2017 [D.E. 799] (the "Supplemental Application").  The Supplemental Application was granted via order of this Court on December 11, 2017 [D.E. 848] expanding the scope of the Debtors' retention and employment of the Application as tax advisors for the sale of all or some combination of a portion of the Debtors' assets.

5.      Subsequent to the Debtors' Application for employment, the Debtors filed its Motion to Establish Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals [D.E. 89] which was approved by the Court's Order entered on August 17, 2016 [D.E. 141] (the "Compensation Order").

6.      The Applicant submits this Application, pursuant to Sections 328, 330, 331 and 503(b) of the Bankruptcy Code, Bankruptcy Rule 2016 and the Guidelines of the United States Trustee (the "Guidelines").   The Applicant requests a final award of fees incurred by the Applicant for services rendered during the Actual Period, as tax advisors to the Debtors, in the amount of $135,881.70 and reimbursement for the actual and necessary expenses incurred by the Applicant during the Application Period in the amount of $685.12; comprised of fee statements issued to the Debtors pursuant to the Compensation Order as follows:

| Debtor | Invoice No. | Month | Fees | Expenses | Total Fees & Expenses |
|---|---|---|---|---|---|
| Premier Exhibitions NYC, Inc. | 16371848 | October 2017 | $108.00 | $0 | $108.00 |
| Premier Exhibitions NYC, Inc. | 16355186 | September 2017 | $322.00 | $60.00 | $382.00 |
| Premier Exhibitions NYC, Inc. | 16326844 | July 2017 | $441.00 | $0 | $441.00 |
|  |  |  |  |  |  |
| Premier Exhibitions NYC, Inc. | 16715573 | Estimated fees | $800.00 | $0 | $800.00 |
|  |  |  |  |  |  |
| Premier Exhibition Management, LLC | 16631909 | February 2019 | $910.00 | $0 | $910.00 |
| Premier Exhibition Management, LLC | 16593196 | December 2018 | $2,211.00 | $0 | $2,211.00 |
| Premier Exhibition | 16576587[2] | November 2018 | $593.00 | $0 | $593.00 |

[2] There is a discrepancy in invoice no. 16576587 for the total amount billed for K. Peniston. The invoice reflects an amount of $300.00 billed for 2.5 hours of serviced rendered at $150.00 per hour. The correct amount is $375.00. The figures shown in this fee application reflect the correct amount.

| | | | | | |
|---|---|---|---|---|---|
| Management, LLC | | | | | |
| Premier Exhibition Management, LLC | 16534007 | September 2018 | $8,103.50 | $0 | $8,103.50 |
| Premier Exhibition Management, LLC | 16503843 | July 2018 | $756.50 | $0 | $756.50 |
| Premier Exhibition Management, LLC | 16487449 | June 2018 | $1,340.00 | $0 | $1,340.00 |
| Premier Exhibition Management, LLC | 16482575 | May 2018 | $7,088.00 | $0 | $7,088.00 |
| Premier Exhibition Management, LLC | 16468851 | April 2018 | $870.00 | $0 | $870.00 |
| Premier Exhibition Management, LLC | 16403488 | January 2018 | $3,107.00 | $0 | $3,107.00 |
| Premier Exhibition Management, LLC | 16382123 | November 2017 | $ 465.00 | $0 | $465.00 |
| Premier Exhibition Management, LLC | 16371816 | October 2017 | $1,686.00 | $0 | $1,686.00 |
| Premier Exhibition Management, LLC | 16355185 | September 2017 | $5,975.00 | $0 | $5,975.00 |
| Premier Exhibition Management, LLC | 16338922 | August 2017 | $1,296.00 | $0 | $1,296.00 |
| Premier Exhibition Management, LLC | 16338921 | August 2017 | $4,694.00 | $0 | $ 4,694.00 |
| Premier Exhibition Management, LLC | 16326845 | July 2017 | $1,668.00 | $0 | $1,668.00 |
| | | | | | |
| Premier Exhibition Management, LLC | 16714827 | Estimated fees | $8,615.00 | $0 | $8,615.00 |
| Premier Exhibition Management, LLC | 16715570 | Estimated fees | $8,615.00 | $0 | $8,615.00 |
| | | | | | |
| Premier Exhibitions, Inc. | 16666982 | April 2019 | $1,663.00 | $0 | $1,663.00 |
| Premier Exhibitions, Inc. | 16631908 | March 2019 | $2,936.50 | $0 | $2,936.50 |
| Premier Exhibitions, Inc. | 16611953 | February 2019 | $4,239.00 | $0 | $4,239.00 |
| Premier Exhibitions, Inc. | 16599445 | January 2019 | $726.00 | $0 | $726.00 |
| Premier Exhibitions, Inc. | 16576575 | November 2018 | $891.00 | $0 | $891.00 |
| Premier Exhibitions, Inc. | 16560616 | October 2018 | $4,011.50 | $18.64 | $4,030.14 |
| Premier Exhibitions, Inc. | 16534023 | September 2018 | $1,055.50 | $0 | $1,055.50 |
| Premier | 16504289 | July 2018 | $3,026.50 | $9.87 | $3,036.37 |

| | | | | | |
|---|---|---|---|---|---|
| Exhibitions, Inc. | | | | | |
| Premier Exhibitions, Inc. | 16487446 | June 2018 | $5,850.00 | $0 | $5,850.00 |
| Premier Exhibitions, Inc. | 16482573 | May 2018 | $8,983.00 | $106.43 | $9,089.43 |
| Premier Exhibitions, Inc. | 16468848 | April 2018 | $4,410.00 | $0 | $4,410.00 |
| Premier Exhibitions, Inc. | 16403487 | January 2018 | $6,275.00 | $0 | $ 6,275.00 |
| Premier Exhibitions, Inc. | 16391140 | December 2017 | $318.00 | $0 | $318.00 |
| Premier Exhibitions, Inc. | 16382122 | November 2017 | $489.00 | $0 | $489.00 |
| Premier Exhibitions, Inc. | 16371854 | October 2017 | $1,554.00 | $0 | $1,554.00 |
| Premier Exhibitions, Inc. | 16355184 | September 2017 | $2,344.00 | $419.00 | $ 2,763.00 |
| Premier Exhibitions, Inc. | 16338923 | August 2017 | $12,754.50 | $50.06 | $12,804.56 |
| Premier Exhibitions, Inc. | 16338920 | August 2017 | $1,491.00 | $0 | $1,491.00 |
| Premier Exhibitions, Inc. | 16326840 | July 2017 | $3,388.00 | $0 | $3,388.00 |
| Premier Exhibitions, Inc. | 71022 | June 2017 | $3,827.00 | $0 | $3,827.00 |
| | | | | | |
| Premier Exhibitions, Inc. | 16714825 | Estimated fees | $8,615.00 | $0 | $8,615.00 |
| Premier Exhibitions, Inc. | 16715569 | Estimated fees | $8,615.00 | $0 | $8,615.00 |
| | | | | | |
| Dinosaurs Unearthed Corp. | 16631911 | March 2019 | $371.00 | $0 | $371.00 |
| Dinosaurs Unearthed Corp. | 16576593 | November 2018 | $326.00 | $0 | $326.00 |
| Dinosaurs Unearthed Corp. | 16503776 | July 2018 | $687.50 | $12.77 | $700.27 |
| Dinosaurs Unearthed Corp. | 16482402 | May 2018 | $1,739.00 | $0 | $1,739.00 |
| Dinosaurs Unearthed Corp. | 16468853 | April 2018 | $1,979.00 | $0 | $1,979.00 |
| Dinosaurs Unearthed Corp. | 16391144 | December 2017 | $900.00 | $0 | $900.00 |
| Dinosaurs Unearthed Corp. | 16382124 | November 2017 | $827.00 | $0 | $827.00 |
| Dinosaurs | 16371852 | October 2017 | $832.50 | $0 | $ 832.50 |

| | | | | | |
|---|---|---|---|---|---|
| Unearthed Corp. | | | | | |
| Dinosaurs Unearthed Corp. | 16355187 | September 2017 | $1,303.00 | $8.35 | $1,311.35 |
| Dinosaurs Unearthed Corp. | 16338412 | August 2017 | $3,950.70 | $0 | $ 3,950.70 |
| Dinosaurs Unearthed Corp. | 16326841 | July 2017 | $2,597.00 | $0 | $2,597.00 |
| Dinosaurs Unearthed Corp. | 71023 | June 2017 | $780.00 | $0 | $780.00 |
| | | | | | |
| Dinosaurs Unearthed Corp. | 16714829 | Estimated fees | $3,150.00 | $0 | $3,150.00 |
| Dinosaurs Unearthed Corp. | 16715571 | Estimated fees | $4,885.00 | $0 | $4,885.00 |

7.     This request is the Applicant's final application to the Court for compensation and reimbursement of expenses for services rendered as tax advisors to the Debtors.    No understanding exists between the Applicant and any other person for the sharing of compensation sought by the Applicant, except among the partners and associates of the Applicant.

In accordance with the Guidelines, the following exhibits are annexed to this Application:

Exhibit 1:     Summary of Professional Time;

Exhibit 2:     Summary of Professional Time by Task Category;

Exhibit 3:     Summary and Breakdown of Requested Reimbursement of Expenses and Disbursements; and

Exhibit 4:     Detailed Description of the Services Rendered and Expenses and Disbursements.

8.     The Applicant has expended a total of 878.1 hours during the Actual Period in rendering necessary and beneficial services to the Debtors and estimates expending 304 in rendering necessary and beneficial services to the Debtors during the Estimated Period.  Exhibit 1 contains a list of the Applicant's professionals who have provided and are expected to provide services to the Debtors during the Application Period, the hourly rate charged by each and a

summary of time expended, or the estimate of the time estimated to be expended, as applicable, by each.  Exhibit 2 contains a summary of professional time by task.  Exhibit 3 contains a summary of the Applicant's total actual and necessary out-of-pocket expenses and disbursements, on behalf of the Debtors, for which the Applicant seeks reimbursement in accordance with Section 330(a)(2) of the Bankruptcy Code, the Bankruptcy Rules and the Guidelines. The expenses and disbursements summarized in Exhibit 3 are those which the Applicant typically would invoice to its non-bankruptcy clients.  Exhibit 4 contains: (i) a daily description of the services rendered and the hours expended (or estimated to be rendered and expended, as applicable) by the various professionals of the Applicant who performed services in this case; and (ii) a detailed schedule of the expenses and disbursements for which the Applicant seeks reimbursement.  The Applicant has prepared Exhibit 4 based on, among other things, contemporaneous daily time records maintained by the Applicant's professionals who rendered services in this case.

## BACKGROUND

9.    The factual background regarding the Debtors, including their business operations, capital and debt structure, and the events leading to the filing of this bankruptcy case, are set forth in detail in the Chapter 11 Case Management Summary [D.E. 8] (the "Case Summary").

10.    The Debtors continue to manage and operate their business as debtors in possession under Bankruptcy Code sections 1107 and 1108.

11.    On August 24, 2016, the United States Trustee appointed an Official Committee of Unsecured Creditors and an Official Committee of Equity Security Holders [D.E. 166, 167].

## INDEXING OF TASKS BY ACTIVITY CODES

12.      As set forth in the Exhibits to this Application, the Applicant has organized its time records into the categories listed below.

A.      2018 Federal and State Corporation Tax Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2018 federal and state corporate tax returns.

The Applicant expended a total of 14.4 hours in this category and is requesting $1,728.00 for the services rendered in this category.

B.      2018 Federal and State Partnership Tax Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2018 federal and state partnership tax returns.

The Applicant expended a total of 8.7 hours in this category and is requesting $1,281.00 for the services rendered in this category.

C.      Review and Preparation of 2017 Amended Partnership Tax Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation of the Debtors' 2017 amended tax returns.

The Applicant expended a total of 53.1 hours in this category and is requesting $7,005.50 for the services rendered in this category.

D.      Review and Preparation of 2016 Amended Corporation Tax Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2016 amended U.S. and State corporate income tax returns.

The Applicant expended a total of 72.7 hours in this category and is requesting $9,450.50 for the services rendered in this category.

      E.      <u>Review and Preparation of 2016 Amended Corporation Tax Returns and Assistance with Sale and Purchase Price Allocation</u>

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2016 amended U.S. and State corporation income tax returns, in addition to providing assistance with the bankruptcy sale and purchase price allocation.

The Applicant expended a total of 17.6 hours in this category and is requesting $2,936.50 for the services rendered in this category.

      F.      <u>Review and Preparation of 2016 Amended Corporation Tax Returns and 2018 Tax Returns</u>

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2016 amended U.S. and State corporation income tax returns, in addition to preparation of U.S. and state corporation income tax returns for the year ended December 31, 2018 and related accounting and processing.

The Applicant expended a total of 12.5 hours in this category and is requesting $1,663.00 for the services rendered in this category.

      G.      <u>2015 Oregon Tax Returns</u>

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of the Debtors' 2015 income tax returns for the state of Oregon.

The Applicant expended a total of 2.6 hours in this category and is requesting $326.00 for the services rendered in this category.

H.      Reconciliation and Review of 2016 and 2017 Tax Amended Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2016 and 2017 amended tax returns.

The Applicant expended a total of 14.3 hours in this category and is requesting $2,210.00 for the services rendered in this category.

I.      2015 and 2016 Income Tax Returns

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of the Debtors' 2015 and 2016 income tax returns.

The Applicant expended a total of 293.2 hours in this category and is requesting $39,075 for the services rendered in this category.

J.      Reconciliation and Review of 2017 Tax Returns and Penalty Abatement Response for IRS Tax Notices

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2017 tax returns and penalty abatement response for IRS tax notices.

The Applicant expended a total of 49.5 hours in this category and is requesting $8,103.50 for the services rendered in this category.

K.      2015 and 2016 Income Tax Returns Reconciliation and Potential Section 382 Event

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of the Debtors 2015 and 2016 income tax returns and reconciliation and potential section 382 event.

The Applicant expended a total of 48.4 hours in this category and is requesting $8,876.50 for the services rendered in this category.

L.    <u>Reconciliation and Review of 2017 Tax Returns and Penalty Abatement Response for NY Tax Notices</u>

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2017 tax returns and penalty abatement response for NY tax notices.

The Applicant expended a total of 8.2 hours in this category and is requesting $1,055.50 for the services rendered in this category.

M.    <u>Reconciliation of Accounts and Preparation of 2017 Returns</u>

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2017 tax returns.

The Applicant expended a total of 4.6 hours in this category and is requesting $687.50 for the services rendered in this category.

N.    <u>Preparation of 2015 CA Return and 2017 Income Tax Returns</u>

The Applicant provided tax services to the Debtors including preparation and review of the Debtors' 2015 CA return in response to notice received and preparation and review of the Debtors' 2017 tax returns.

The Applicant expended a total of 13.5 hours in this category and is requesting $1,739.00 for the services rendered in this category.

O.    <u>Preparation of Ohio quarterly CAT Returns</u>

The Applicant provided tax services to the Debtors including gathering information and preparation of Ohio quarterly CAT returns, and review and response of California tax notice and preparation of 2017 tax returns.

The Applicant expended a total of 15.1 hours in this category and is requesting $1,979.00 for the services rendered in this category.

P.    2015 and 2016 Income Tax Returns and Evaluation of Ownership Change and
Potential Section 382 Event

The Applicant provided tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of the Debtors 2015 and 2016 income tax returns and evaluation of ownership change and potential section 382 event.

The Applicant expended a total of 55.6 hours in this category and is requesting $13,393.00 for the services rendered in this category

Q.    General Tax Services

The Applicant provided general tax-related services to the Debtors.

The Applicant expended a total of 130.0 hours in this category and is requesting $18,276.70 for the services rendered in this category.

R.    Tax Services Related to Chapter 11 Exit Strategies

The Applicant provided tax related services including evaluating possible deal structures and legal/tax considerations from the sale of the company as it relates to an exit strategy for these chapter 11 cases.

The Applicant expended a total of 51.2 hours in this category and is requesting $14,050.50 for the services rendered in this category.

S.    Tax Services Related to Loss Carry Forward Issues

The Applicant provided tax related services including evaluating a potential ownership change and the tax implications associated with loss carry forward issues.

The Applicant expended a total of 1.0 hours in this category and is requesting $318.00 for the services rendered in this category.

T.     Tax Services Related to Ohio Quarterly Commercial Activity Tax Returns

The Applicant provided tax related services regarding research related to accrued rent and required withholding and prepared Ohio quarterly commercial activity tax returns for Debtor Dinosaurs Unearthed Corp.

The Applicant expended a total of 4.9 hours in this category and is requesting $827.00 for the services rendered in this category.

U.     Review and Preparation of 2019 Corporation Tax Returns (Estimated Fees)

The Applicant will provide tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2017 U.S. and State corporation income tax returns, preparation and review of U.S. and State partnership income tax returns, and related accounting and processing.

The Applicant estimates expending a total of 163 hours in this category and is requesting $22,850.00 for the services to be rendered in this category.

V.     Review and Preparation of 2017 Amended Corporation Tax Returns and 2018 U.S. and Partnership Tax Returns (Estimated Fees)

The Applicant will provide tax services to the Debtors including gathering information preparation and review of 2019 U.S. and State corporation income tax returns, and related accounting and processing.

The Applicant estimates expending a total of 122 hours in this category and is requesting $17,230.00 for the services to be rendered in this category.

W.     Review and Preparation of Amended 2018 Partnership Tax Returns (Estimated Fees)

The Applicant will provide tax services to the Debtors including gathering information and reconciliation of accounts and preparation and review of 2018 U.S. and State partnership income tax returns, and related accounting and processing.

13

The Applicant estimates expending a total of 19 hours in this category and is requesting $3,150.00 for the services to be rendered in this category.

## EVALUATION OF SERVICES RENDERED;
## FIRST COLONIAL CONSIDERATIONS

13.     This Application has presented the nature and extent of the professional services the Applicant has rendered in connection with its representation of the Debtors for which the Applicant seeks compensation. The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto alone cannot completely reflect the full range of services the Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on the Applicant in connection with these cases.

14.     American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291 (5th Cir. 1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.   First Colonial remains applicable in the Eleventh Circuit to the determination of reasonableness of fees to be awarded under the Bankruptcy Code.   Grant v. George Schumann Tire & Battery Co., 908 F.2d 874 (11th Cir. 1990); Collier on Bankruptcy, 330.05[2] [a] at 330-33 through 330-37 (L. King 15th ed. 1991); see also Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981).  The twelve factors are:

(1)     The time and labor required;
(2)     The novelty and difficulty of the questions presented;
(3)     The skill required to perform the legal services properly;
(4)     The preclusion from other employment by the attorney due to acceptance of the case;
(5)     The customary fee for similar work in the community;
(6)     Whether the fee is fixed or contingent;
(7)     The time limitations imposed by the client or circumstances;
(8)     The amount involved and results obtained;
(9)     The experience, reputation and ability of the attorneys;
(10)    The undesirability of the case;

(11)   The nature and length of the professional relationship with the client; and

(12)   Awards in similar cases.

First Colonial, 544 F.2d at 1298-99.

1.      Based on the standards set forth in Section 330 of the Bankruptcy Code and First Colonial, the Applicant believes that the fair and reasonable value of its services rendered during the period covered by this Application and services to be rendered through and including the Application Period, is $135,881.70 plus expenses of $685.12.

**A.      Time, Nature and Extent of Services Rendered, Results Obtained and Related First Colonial Factors**

2.      The foregoing summary, together with the exhibits attached hereto, details the time, nature and extent of the professional services of the Applicant rendered (or, for the Estimated Period, to be rendered) for the benefit of the estates during the period covered by this Application.  The total number of hours expended— 878.1 hours during the Actual Period—and to be expended—304.0 hours during the Estimated Period—reveals the extensive time devoted to this matter by the Applicant on a vast spectrum of issues which have arisen in this case during the period covered by this Application.

**B.      Novelty and Difficulty of Questions Presented**

3.      The issues that have arisen (and that are estimated to arise) in this case during the Application Period demanded and will continue to demand a high level of skill.  The Applicant spent considerable time reviewing documents and the Debtors' operations.  Specifically, the Applicant spent considerable time in analyzing complex tax issues associated with the unique nature of the debtors' businesses, including the review of issues associated with the sale to Premier Acquisition and the associated purchase price allocation in order to advise the Debtors on matters related to the plan and disclosure statement.

**C.**      <u>Skill Requisite to Perform Services Properly</u>

4.      In rendering services to the Debtors, the Applicant has demonstrated substantial skill and expertise in the areas of tax and accounting services. The issue outlined in the paragraph above required significant skill on the part of the Applicant.

**D.**      <u>Preclusion from Other Employment by Professional due to Acceptance of Case</u>

5.      The Applicant has devoted substantial time in the representation of the Debtors as more fully appears on <u>Exhibit 1</u>. The Applicant is aware of no other specific employment that was precluded as a result of its accepting this case, but had the Applicant not accepted this employment, the time spent in this case would have been spent on other matters that would pay an hourly compensation on a current basis.

**E.**      <u>Customary Fee</u>

6.      The hourly rate charged (and estimated to be charged) by the Applicant as set forth in Exhibits 1 and 2 ranges from $65 to $470, which is customary for professionals of similar skill and experience.

7.      The hourly rate charged for professionals who worked (and are anticipated to continue to work) on this case are as follows:

| Professionals | |
|---|---|
| **Name** | **Hourly Rate** |
| J. Allen | $ 65.00 |
| J. Cobb | $ 65.00 |
| B. Edwards | $ 65.00 |
| M. King | $ 65.00 |
| N. Merchant | $ 65.00 |
| A. Morrow | $ 110.00 |
| C. Cartee | $ 110.00 |

16

| R. Gentry | $ | 135.00 |
|-----------|---|--------|
| K. Peniston | $ | 150.00 |
| D. Berman | $ | 300.00 |
| J. Lahm | $ | 360.00 |
| C. Clayton | $ | 360.00 |
| D. Stein | $ | 470.00 |

**F.    Whether Fee is Fixed or Contingent**

8.    The Applicant's compensation in this matter is subject to approval of the Court and is, therefore, contingent.  The Court should consider this factor, which militates in favor of a fee award in the amount requested. The amount requested is consistent with what the Applicant would charge its clients in other non-contingent, bankruptcy and commercial cases.

**G.    Time Limitations Imposed by Client or Other Circumstances**

9.    The circumstances of this case occasionally imposed serious time constraints on the Applicant due to the necessity for rapid resolution of significant issues.

**H.    Experience, Reputation and Ability of Professionals**

10.    The Applicant is an established accounting firm and its members and associates working on this case are experienced in matters of this kind.  The Applicant enjoys a fine reputation and has demonstrated substantial ability in the fields of state and federal tax issues and bankruptcy issues.

**I.    "Undesirability" of Case**

11.    This case is not undesirable.  The Applicant is privileged to have the opportunity to represent the Debtors.

**J.    Nature and Length of Professional Relationship with Client**

12.    The Debtors and Applicant's professional relationship began on March 27, 2017.

17

**K.**     **Awards in Similar Cases**

13.     The amount requested by the Applicant is reasonable in terms of awards in cases of similar magnitude and complexity.  The compensation that the Applicant requests comports with the mandate of the Bankruptcy Code, which directs that services be evaluated in light of comparable services performed in non-bankruptcy cases in the community.

## CONCLUSION

WHEREFORE, the Applicant respectfully requests the Court to enter an order (i) awarding it the sum of  $135,881.70 as compensation for services rendered and $685.12 as reimbursement for actual and necessary expenses incurred during the course of the Applicant's representation of the Debtors during the Application Period; (ii) authorizing and directing the Debtor to pay the Applicant 100% of the compensation in the amount of $135,881.70 and 100% of Costs in the amount of  $ $685.12 for a total amount of **$136,566.88** less any amounts paid to date, representing the aggregate fees and costs sought by the Applicant herein; and (iii) 100% of the compensation for services to be rendered and expenses to be incurred during the Estimated Period in the amount of **$43,230.00** in estimated fees and **$0.00** in estimated expenses to be incurred, and granting such other and further relief as the Court deems appropriate.

*[Remainder of Page Intentionally Left Blank; Signatures follow]*

Dated: August 13, 2019           Respectfully submitted,


                                 NELSON MULLINS RILEY

                                 & SCARBOROUGH LLP


                                 By_____ */s/ Daniel F. Blanks*_____
                                 Daniel F. Blanks (FL Bar No. 88957)
                                 Lee D. Wedekind, III (FL Bar No. 670588)
                                 50 N. Laura Street, Suite 4100
                                 Jacksonville, Florida 32202
                                 (904) 665-3656 (direct)
                                 (904) 665-3699 (fax)
                                 daniel.blanks@nelsonmullins.com
                                 lee.wedekind@nelsonmullins.com

                                 *Co-Counsel for the Debtors and Debtors in Possession*


                                 CARR, RIGGS & INGRAM LLC
                                 By_____
                                 Name: CHRIS D. CLAYTON, CPA
                                 4004 Summit Blvd NE Suite 800
                                 Atlanta, Georgia 30319
                                 (770) 394-8000 (telephone)
                                 _____ (fax)

                                 *Tax Advisors for the Debtors and Debtors-in-Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on August 13, 2019. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Jay B. Verona, Esq.
Shumaker, Loop & Kendrick, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600
jverona@slk-law.com
*Attorneys for George F. Eyde*
*Orlando, LLC and Louis J. Eyde*
*Orlando, LLC*

Scott E. Bomkamp, Esq.
Office of the United States Trustee
Middle District of Florida
400 W. Washington Street, Suite 1100
Orlando FL 32801
(407) 648-6301 ext. 150
scott.e.bomkamp@usdoj.gov
*Attorneys for Guy G. Gebhardt,*
*Acting U.S. Trustee for Region 21*

Scott M. Grossman, Esq.
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
(954) 768-5212
grossmansm@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou,*
*Jihe Zhang, and High Nature Holdings*
*Limited*

Ari Newman, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0500
newmanar@gtlaw.com
*Attorneys for Lang Feng, Haiping Zou,*
*Jihe Zhang, and High Nature Holdings*
*Limited*

Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202
(904) 598-9929
jason.burnett@gray-robinson.com
*Attorneys for 417 Fifth Avenue Real Estate,*
*LLC*

Andrew T. Jenkins, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
(813) 224-9255
ajenkins@bushross.com
*Attorneys for Bank of America, N.*

Theodore B. Randles, Esq.
U.S. Dept. of Justice
1100 L Street NW, Suite 10060
Washington, DC 20005
(202) 307-3242
Theodore.B.Randles@usdoj.gov
*Attorneys for the United States Department
of Commerce, National Oceanic and
Atmospheric Administration*

Kathy A. Jorrie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(213) 488-7251
Kathy.jorrie@pillsburylaw.com
*Attorneys for AEG Live, Inc.*

Brian D. Equi, Esq.
Goldberg Segalla, LLP
121 S. Orange Avenue, Suite 1500
Orlando, FL 32801
(407) 458-5608
bequi@goldbergsegalla.com
salamina@goldbergsegalla.com
sherndon@goldbergsegalla.com
*Attorneys for Structure Tone, Inc.*

J. Ellsworth Summers, Jr., Esq.
Burr Forman, LLP
50 N. Laura Street, Suite 3000
Jacksonville, FL 32202
(904) 232-7200
esummers@burr.com
*Attorneys for Michael J. Little*

Norman P. Fivel, Esq.
Assistant Attorney General
Office of the New York State Attorney
General
Civil Recoveries Bureau, Bankruptcy
Litigation Unit
The Capitol
Albany, NY 12224-0341
(518) 776-2264
norman.fivel@ag.ny.gov
*Attorneys for New York Dept. of Taxation
and Finance*

D. Marcus Braswell, Jr., Esq.
Sugarman & Susskind, P.A.
100 Miracle Mile, Suite 300
Coral Gables, FL 33134
(305) 529-2801
mbraswell@sugarmansusskind.com
*Attorneys for Theatrical Protective Union,
Local No. One, IATSE*

Chris Broussard, Esq.
Suzy Tate, Esq.
Suzy Tate, P.A.
14502 N. Dale Mabry Highway, Suite 200
Tampa, FL 33618
(813) 264-1685
cbrouss@suzytate.com
suzy@suzytate.com
*Attorneys for The Armada Group GP, Inc.*

Richard R. Thames, Esq.
Thames Markey & Heekin, P.A.
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
rrt@tmhlaw.net
*Attorneys for Official Committee of
Unsecured Creditors*

Avery Samet, Esq.
Jeffrey Chubak, Esq.
Storch Amini & Munves PC
140 East 45th Street, 25th Floor
New York, NY 10017
(212) 490-4100
asamet@samlegal.com
jchubak@samlegal.com
*Attorneys for Official Committee of*
*Unsecured Creditors*

Peter J. Gurfein, Esq.
Roye Zur, Esq.
Landau Gottfried & Berger LLP
1801 Century Park East, Suite 700
Los Angeles, CA 90067
(310) 557-0050
pgurfein@lgbfirm.com
rzur@lgbfirm.com
*Attorneys for Official Committee of Equity Security*
*Holders of Premier Exhibitions, Inc.*

Jacob A. Brown, Esq.
Katherine C. Fackler, Esq.
Akerman LLP
50 N. Laura Street, Suite 3100
Jacksonville, FL 32202
(904) 798-3700
jacob.brown@akerman.com
katherine.fackler@akerman.com
*Attorneys for the Official Committee of*
*Equity Security Holders of Premier*
*Exhibitions, Inc.*

Skyler M. Tanner, Esq.
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
tanners@lanepowell.com
beldingt@lanepowell.com
docketing-pdx@lanepowell.com
*Attorneys for Oregon Museum of Science and Industry*

T. David Mitchell, Esq.
Brenner Kaprosy Mitchell, L.L.P.
30050 Chagrin Blvd., Suite 100
Pepper Pike, OH 44124
(216) 292-5555
tdmitchell@brenner-law.com
*Attorneys for CRI Properties, Ltd.*

Howard Siegel, Esq.
945 McKinney Street, PMB 434
Houston, TX 77002
(713) 984-4801
howard@eucinv.com
*Attorney for Euclid Investments, LP*
*And Euclid Claims Recovery LLC*

Susan R. Sherrill-Beard, Esq.
U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, N.E.
Suite 900
Atlanta, GA 30326
(404) 842-7626
sherrill-beards@sec.gov
atlreorg@sec.gov
*Attorneys for U.S. Securities and Exchange*
*Commission*

**Via U.S. Mail**

A-1 Storage and Crane
2482 197th Avenue
Manchester, IA 52057

A.N. Deringer, Inc.
PO Box 11349
Succursale Centre-Ville
Montreal, QC H3C 5H1

Broadway Video
30 Rockefeller Plaza
54th Floor
New York, NY 10112

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Expedia, Inc.
10190 Covington Cross Drive
Las Vegas, NV 89144

Gowlings
550 Burrard Street
Suite 2300, Bental 5
Vancouver, BC V6C 2B5

Kirvin Doak Communications
5230 W. Patrick Lane
Las Vegas, NV 89118

Morris Visitor Publications
PO Box 1584
Augusta, GA 30903

National Geographic Society
1145 - 17th Avenue NW
Washington, DC 20036

ABC Imaging
5290 Shawnee Road, Suite 300
Alexandria, VA 22312

ATS, Inc.
1900 W. Anaheim Street
Long Beach, CA 90813

CBS Outdoor/Outfront Media
185 US Highway 48
Fairfield, NJ 07004

Enterprise Rent-A-Car Canada
709 Miner Avenue
Scarborough, ON M1B 6B6

George Young Company
509 Heron Drive
Swedesboro, NJ 08085

Hoffen Global Ltd.
305 Crosstree Lane
Atlanta, GA 30328

MNP LLP
15303 - 31st Avenue
Suite 301
Surrey, BC V3Z 6X2

NASDAQ Stock Market, LLC
805 King Farm Blvd.
Rockville, MD 20850

NYC Dept. of Finance
PO Box 3646
New York, NY 10008

PacBridge Limited Partners
22/F Fung House
19-20 Connaught Road
Central Hong Kong

Ramparts, Inc.
d/b/a Luxor Hotel and Casino
3900 Las Vegas Blvd. South
Las Vegas, NV 89119

Seaventures, Ltd.
5603 Oxford Moor Blvd.
Windemere, FL 34786

Syzygy3, Inc.
231 West 29th Street
Suite 606
New York, NY 10001

TPL
3340 Peachtree Road
Suite 2140
Atlanta, GA 30326

Verifone, Inc.
300 S. Park Place Blvd.
Clearwater, FL 33759

Jonathan B. Ross, Esq.
Gowling WLG (Canada) LLP
550 Burrard Street, Suite 2300, Bentall 5
Vancouver, BC V6C 2B5

Christine R. Etheridge, Esq.
Bankruptcy Administration
Wells Fargo Vendor Financial Services,
LLC
PO Box 13708
Macon, GA 31208

Pallet Rack Surplus, Inc.
1981 Old Covington Cross Road NE
Conyers, GA 30013

Screen Actors Guild
1900 Broadway
5th Floor
New York, NY 10023

Sophrintendenza Archeologica
di Napoli e Pompei
Piazza Museo 19
Naples, Italy 80135

Time Out New York
405 Park Avenue
New York, NY 10022

TSX Operating Co.
70 West 40th Street
9th Floor
New York, NY 10018

WNBC - NBC Universal Media
30 Rockefeller Center
New York, NY 10112

United States Attorney's Office
Middle District of Florida
300 N. Hogan Street, Suite 700
Jacksonville, FL 32202

B.E. Capital Management Fund LP
Thomas Branziel
205 East 42nd Street , 14th Floor
New York, NY 10017
*Creditor Committee*

TSX Operating Co., LLC
c/o James Sanna
70 W. 40th Street
New York, NY 10018
***Creditor Committee***

Dallian Hoffen Biotechnique Co., Ltd.
c/o Ezra B. Jones
305 Crosstree Lane
Atlanta, GA 30328
***Creditor Committee***

_/s/ Daniel F. Blanks_
Attorney