# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>Premier Exhibitions, Inc., *et al.*,[1]<br><br><br><br>Debtors. | CHAPTER 11<br><br>Case No. 3:16-bk-02232-JAF<br><br>(Jointly Administered) |

**[PROPOSED] ORDER (A) CONTINUING THE COMBINED HEARING;
(B) EXTENDING THE DEADLINE FOR SUBMITTING (I) THE BRIEF
IN SUPPORT OF CONFIRMATION AND (II) THE BALLOT REPORT;
(C) FURTHER EXTENDING THE DEADLINE FOR CERTAIN
CONSTITUENTS TO FILE OBJECTIONS TO THE AMENDED PLAN;
AND (D) GRANTING RELATED RELIEF**

Upon the motion (Docket No. ●) (the "**Motion**")[2] of the above-captioned debtors and

debtors-in-possession (collectively, the "**Debtors**") filed on September 9, 2019, seeking entry

of an order (this "**Order**"), (A) continuing the Combined Hearing, (B) extending the deadline

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

for submitting (I) the Confirmation Brief and (II) the Ballot Report; (C) further extending the deadline for certain constituents to file objections to the amended Plan, and (D) granting related relief, all as set forth more completely in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and that no other or further notice need be provided; and the Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested and granted herein and that such relief is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and the Court having considered and overruled on the merits any objections to the Motion; and that adjournment of the Combined Hearing and related deadlines is reasonable and appropriate under the circumstances and that the Debtors have shown "good cause," within the meaning of Local Rule 5071-1, therefore; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The following dates and deadlines are hereby modified (all times prevailing Eastern Time), subject to further modification as necessary, as follows:

| Event | Original Date | Rescheduled Date |
|---|---|---|
| Combined Hearing | September 12, 2019 at 10:00 a.m. | October 11, 2019 at 10:00 a.m. |
| Deadline to File Confirmation Brief | September 11, 2019 | October 10, 2019 |
| Deadline to File Voting Report | September 10, 2019 | October 9, 2019 |
| Deadline to Object to the Plan with respect to the Creditors' Committee, 417 Fifth Ave, LLC, the Secured Lenders (as defined in the Disclosure Statement), Akerman, LGB and the plaintiff in the Adversary Proceeding | August 29, 2019 at 4:00 p.m. | September 27, 2019 at 4:00 p.m. |

3. The notice of adjournment, substantially in the form attached hereto as **Schedule 1** (the "Notice of Adjournment"), constitutes adequate and sufficient notice of the (rescheduled) Combined Hearing and related deadlines, in satisfaction of the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

4. The Debtors shall cause the Notice of Adjournment to be served via first-class mail, not later than three (3) business days after entry of this Order, on all parties to whom the Debtors served a Combined Hearing Notice in connection with the Disclosure Statement Order (such parties, the "**Notice Parties**"); provided, however, that Debtors are not required to serve the Notice of Adjournment on any Notice Parties (i) who, prior to the date hereof,

have requested removal from the Debtors' service lists; or (ii) from whom (a) the Debtors received returned mail in connection with the Combined Hearing Notice and (b) were thereafter unable to locate a replacement address.

5. This Order is without prejudice to the Debtors' ability to request any further adjournment of the Combined Hearing beyond the continuance set forth in the Modified Schedule and to extend related dates and deadlines. The Combined Hearing (and related dates and deadlines) may be further adjourned from time to time without further notice to creditors and other parties-in-interest by an announcement of the adjourned date at the Combined Hearing or any adjournment thereof or by an appropriate filing with the Court.

6. Notice of the Motion as provided by the certificate of service attached thereto shall be, and hereby is, deemed good and sufficient notice of such Motion, and the requirements of the applicable Bankruptcy Rules are satisfied by such notice.

7. Notwithstanding any provisions of the Bankruptcy Code, Bankruptcy Rules, or Local Rules to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. To the extent any of the deadlines set forth or other relief granted herein do not comply with the Bankruptcy Rules or the Local Rules, such rules are waived, and the terms of this Order shall govern.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## **SCHEDULE 1**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | |
| **Premier Exhibitions, Inc.**; | **Case No. 3:16-bk-02232-JAF** |
| Premier Exhibitions Management, LLC; | Case No. 3:16-bk-02233-JAF |
| Premier Exhibitions International, LLC; | Case No. 3:16-bk-02234-JAF |
| Premier Exhibitions NYC, Inc.; | Case No. 3:16-bk-02235-JAF |
| Premier Merchandising, LLC; | Case No. 3:16-bk-02236-JAF |
| Dinosaurs Unearthed Corp.; | Case No. 3:16-bk-02237-JAF |
| Arts and Exhibitions International, LLC; | Case No. 3:16-bk-02238-JAF |
| Debtors. | **(JOINTLY ADMINISTERED UNDER LEAD CASE 3:16-bk-02232**) |

**NOTICE OF ADJOURNMENT OF (A) HEARING TO CONSIDER
(I) FINAL APPROVAL OF DEBTORS' DISCLOSURE STATEMENT
AND (II) CONFIRMATION OF DEBTORS' PLAN OF LIQUIDATION;
AND (B) CERTAIN DEADLINES ASSOCIATED THEREWITH**

**TO:   ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT**, on June 13, 2019, the United States Bankruptcy Court for the Middle District of Florida (the "**Court**") entered an Order (Docket No. 111) (the "**Disclosure Statement Order**") which, among other things:

> (i) preliminarily approved the *Disclosure Statement to Accompany Plan of Liquidation of the Debtors under Chapter 11 of the Bankruptcy Code* (Docket No. 82) (the "**Disclosure Statement**") and permitted its use by the above-captioned debtors and debtors-in-possession (the "**Debtors**") in soliciting acceptances or rejections of the *Plan of Liquidation of the Debtors under Chapter 11 of the Bankruptcy Code* (Docket No. 81) (the "**Plan**");

*-and-*

(ii) scheduled a combined hearing to consider (a) final approval of the Disclosure Statement and (b) confirmation of the Plan (together, the "**Combined Hearing**") on September 12, 2019 at 10:00 AM (prevailing Eastern Time) before the Honorable Jerry A. Funk, United States Bankruptcy Court Judge, in Courtroom 4D of the Bankruptcy Court, 300 North Hogan Street, Jacksonville, Florida, 32202.

PLEASE TAKE FURTHER NOTICE THAT, by Order of the Court dated September ●, 2019 (Docket No. ●), **THE COMBINED HEARING AND CERTAIN RELATED DEADLINES HAVE BEEN CONTINUED AND RESCHEDULED** as set forth below:

| Event | Original Date | Rescheduled Date |
| --- | --- | --- |
| Combined Hearing | September 12, 2019 at 10:00 a.m. | October 11, 2019 at 10:00 a.m. (prevailing Eastern Time) |
| Deadline to File Confirmation Brief[3] | September 11, 2019 | October 10, 2019 |
| Deadline to File Voting Report[4] | September 10, 2019 | October 9, 2019 |
| Deadline to Object to the Plan with respect to the Creditors' Committee, 417 Fifth Ave, LLC, the Secured Lenders (as defined in the Disclosure Statement), Akerman, LGB and the plaintiff in the Adversary Proceeding | August 29, 2019 at 4:00 p.m. | September 27, 2019 at 4:00 p.m. |

---

[3] This is a deadline for the Debtors; it does not affect any other party herein.
[4] This is a deadline for the Debtors; it does not affect any other party herein.

**PLEASE TAKE FURTHER NOTICE THAT**, except as otherwise explicitly provided herein, **all other deadlines established by the Disclosure Statement Order remain the same**.

**PLEASE TAKE FURTHER NOTICE THAT** the Combined Hearing (rescheduled to **October 11, 2019 at 10:00 a.m. (prevailing Eastern Time**)) will take place before the Honorable Jerry A. Funk, United States Bankruptcy Court Judge, in Courtroom 4D of the Bankruptcy Court, 300 North Hogan Street, Jacksonville, Florida, 32202.  The Combined Hearing may be continued from time to time by announcement in open court or Filed on the docket.  In accordance with the Plan, the Plan or Disclosure Statement may be modified, if necessary, prior to, during or as a result of the Combined Hearing, without further notice.

**PLEASE TAKE FURTHER NOTICE THAT** you may obtain copies of any documents referenced herein by (i) submitting a request via email to prxiplanquestions@troutman.com; (ii) addressing a written request to counsel to the Debtors, Troutman Sanders LLP, attn: Harris B. Winsberg and Matthew R. Brooks, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308; or (iii) calling 404.885.3000.  In the alternative, you may obtain copies of the foregoing documents for small fee from PACER (https://ecf.flmb.uscourts.gov/).

Dated: September ●, 2019

| TROUTMAN SANDERS LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
|---|---|
| Harris B. Winsberg (FL. Bar No. 0127190)<br>Matthew R. Brooks (GA Bar No. 378018)<br>600 Peachtree Street NE, Suite 3000<br>Atlanta, GA 30308<br>(404) 885-3000 (phone)<br>(404) 962-6990 (fax)<br>harris.winsberg@troutmansanders.com<br>matthew.brooks@troutmansanders.com<br><br>*Counsel for the Debtors and Debtors in Possession* | Lee D. Wedekind, III (FL Bar No. 670588)<br>50 N. Laura Street, Suite 4100<br>Jacksonville, Florida 32202<br>(904) 665-3656 (direct)<br>(904) 665-3699 (fax)<br>lee.wedekind@nelsonmullins.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

~#4841-6048-5796~