ORDERED.

**Dated:  September 17, 2019**

_____
Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE:<br><br>Premier Exhibitions, Inc., *et al.*,[1]<br><br><br><br>Debtors. | CHAPTER 11<br><br>Case No. 3:16-bk-02232-JAF<br><br>(Jointly Administered) |

**ORDER (A) CONTINUING THE (I) COMBINED HEARING AND (II) HEARING TO CONSIDER APPROVAL OF FINAL APPLICATIONS FOR PROFESSIONAL COMPENSATION; (B) EXTENDING THE DEADLINE FOR SUBMITTING (I) THE BRIEF IN SUPPORT OF CONFIRMATION AND (II) THE BALLOT REPORT; (C) SETTING THE DEADLINE TO (I) FILE OBJECTIONS TO THE AMENDED PLAN AND (II) SUBMIT AMENDED BALLOTS; AND (D) GRANTING RELATED RELIEF**

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Premier Exhibitions, Inc. (4922); Premier Exhibitions Management, LLC (3101); Arts and Exhibitions International, LLC (3101); Premier Exhibitions International, LLC (5075); Premier Exhibitions NYC, Inc. (9246); Premier Merchandising, LLC (3867), and Dinosaurs Unearthed Corp. (7309). The Debtors' service address is c/o Troutman Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308.

40154910

- 2 -

Upon the motion (Docket No. 177) (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed on September 9, 2019, seeking entry of an order (this "**Order**"), (A) continuing the Combined Hearing, (B) extending the deadline for submitting (I) the Confirmation Brief and (II) the Ballot Report; (C) further extending the deadline for certain constituents to file objections to the amended Plan, and (D) granting related relief, all as set forth more completely in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C §§ 157 and 1334;; and the Court having considered and overruled in part and granted in part the limited objection to the Motion filed by the United States Trustee (Docket No. 184) (the "**UST Objection**"); and the Court having taken judicial notice of the *First Amended Plan of Liquidation of the Debtors under Chapter 11 of the Bankruptcy Code* (Docket No. 183; Schedule 1) (the "**Amended Plan**"); and that adjournment of the Combined Hearing and related deadlines, along with adjournment of the hearing to consider approval of final applications for professional compensation, is reasonable and appropriate under the circumstances and that the Debtors have shown "good cause," within the meaning of Local Rule 5071-1, therefore; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore,

    **IT IS HEREBY ORDERED THAT:**

1.    The Motion is GRANTED to the extent provided herein.

2.    Except as otherwise provided herein, the UST Objection is OVERRULED in part, allowing shortened notice of the continued hearings and GRANTED in part, ordering re-solicitation of the Amended Plan, providing extended objection deadlines for all parties, and

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

- 3 -

requiring notice of the modified injunction and release provisions contained in the Amended Plan to all parties.

3. The notice of adjournment, substantially in the form filed at Docket No. 186 (the "**Notice of Adjournment**"): (i) constitutes adequate and sufficient notice of (a) the rescheduled Combined Hearing and related deadlines, (b) the continued hearing to consider approval of final applications for professional compensation, and (c) the injunction and exculpation provisions of the Amended Plan; and (ii) provides for a fair and equitable re-voting process.

4. Accordingly, the Notice of Adjournment satisfies the requirements of the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and is hereby approved in its entirety.

5. Each creditor (a "**Voting Creditor**") who timely submitted a ballot (an "**Original Ballot**") to accept or reject the original *Liquidating Plan of the Debtors under Chapter 11 of the Bankruptcy Code* (Docket No. 81) (the "**Original Plan**") in accordance with the Solicitation and Voting Procedures (or whose untimely ballot was otherwise accepted by the Debtors) may re-vote on the Amended Plan by casting a new ballot (an "**Amended Ballot**") in accordance with instructions set forth in the Notice of Adjournment and by the deadline set forth herein; provided, however, that, unless a Voting Creditor timely submits an Amended Ballot, the disposition of such Voting Creditor's Original Ballot will control with respect to the Voting Creditor's acceptance or rejection of the Amended Plan.

6. Any creditor or party-in-interest who wishes to object to the Amended Plan must file and serve any such objection to the Amended Plan in accordance with the instructions set forth in the Notice of Adjournment and by the deadline established herein; provided, however, that the deadline to object to the Amended Plan set forth herein shall ***not*** apply to the United States Trustee;

provided further, that, to the extent the United States Trustee wishes to object to the Amended Plan or object, preliminarily or otherwise, to the approval of the professional compensation, fee and expense amounts, contained therein, any such objection, preliminary or otherwise, must be filed and served as provided in the Notice of Adjournment by no later than the Combined Hearing.

7. The following dates and deadlines are hereby modified and approved (all times prevailing Eastern Time), subject to further modification as necessary, as follows:

| Event | Original Date | Rescheduled Date |
|---|---|---|
| Combined Hearing<br><br>Preliminary Hearing to Consider Final Applications for Professional Compensation and objections, if any, thereto[3] | September 12, 2019 at 10:00 a.m. | October 11, 2019 at 10:00 a.m. |
| Deadline to File Confirmation Brief | September 11, 2019 | October 10, 2019 |
| Deadline to File Voting Report | September 10, 2019 | October 9, 2019 |
| Deadline to File and Serve Objections to the Amended Plan | August 29, 2019 at 4:00 p.m. | October 4, 2019 at 4:00 p.m.[4] |
| Deadline to Submit Amended Ballot | September 5, 2019 at 4:00 p.m. | |

8. The Debtors shall cause the Notice of Adjournment to be served via first-class mail, not later than three (3) business days after entry of this Order, on all parties to whom the Debtors

---

[3] Docket Nos. 143, 144, 148, 149, 150, 151, 152, 155, 156, 158, 160.
[4] October 11, 2019 with respect to the United States Trustee for filing objections, preliminary or otherwise.

40154910

- 5 -

served a Combined Hearing Notice in connection with the Disclosure Statement Order (such parties, the "**Notice Parties**"); provided, however, that Debtors are not required to serve the Notice of Adjournment on any Notice Parties (i) who, prior to the date hereof, have requested removal from the Debtors' service lists; or (ii) from whom (a) the Debtors received returned mail in connection with the Combined Hearing Notice and (b) were thereafter unable to locate a replacement address.

9. This Order is without prejudice to the Debtors' ability to request any further adjournment of the Combined Hearing and to extend related dates and deadlines. The Combined Hearing (and related dates and deadlines) may be further adjourned from time to time without further notice to creditors and other parties-in-interest by an announcement of the adjourned date at the Combined Hearing or any adjournment thereof or by an appropriate filing with the Court.

10. Notice of the Motion as provided by the certificate of service attached thereto shall be, and hereby is, deemed good and sufficient notice of such Motion, and the requirements of the applicable Bankruptcy Rules are satisfied by such notice.

11. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.