**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

*In re:*                                                     Case No.: 3:16-bk-2232-PMG

PREMIER EXHIBITIONS, INC., et. al.,          Chapter 11

_____Debtor._____ /

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the ***Responsible Person's Motion***

***to Approve Settlement Agreement and Authorize Disbursement of Contingency Fee and***

***Reimbursement of Expenses to Special Litigation Counsel*** [ECF# 192] was served via Notice

of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in

this case and via Electronic mail to the parties on the attached electronic mail service list on

September 26, 2019 and via U.S. Mail to the parties on the attached service list on September 27,

2019.

> ***I HEREBY CERTIFY*** *that I am admitted to the Bar of the United States District Court*
> *for the Southern District of Florida and I am in compliance with the additional qualifications to*
> *practice in this Court set forth in Local Rule 2090-1(A).*

AGENTIS PLLC
***Co-Special Litigation Counsel for Responsible***
***Person***
55 Alhambra Plaza, Suite 800
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By: _____

Robert P. Charbonneau
Florida Bar No: 968234
rpc@agentislaw.com



**Via Electronic Mail to:**

*Counsel for Defendants Jack Jacobs, Mark A. Sellers
Alan F. Curley
Robinson Curley P.C.
300 South Wacker Drive, Suite 1700
Chicago, Illinois 60606
*Email: acurley@robinsoncurley.com*

*Counsel for National Union Fire Insurance Company of Pittsburgh, Pa.
Catherine Kelleher, Esq.
*Email: ckelleher@peabodyarnold.com*

*Counsel for Defendants Douglas Banker and Richard Kraniak
Cristina B. Rodriguez, Esq.
Lewis F. Murphy, Esq.
STROOCK & STROOCK & LAVAN, LLP
200 S. Biscayne Blvd., Suite 3100
Miami, Florida 33131
*Email: cbrodriguez@stroock.com lmurphy@stroock.com cfernandez@stroock.com*

*Counsel for Defendant Sellers Capital, LLC and Defendant Sellers Capital Master Fund, Ltd.
Kenneth Dante Murena
DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
*Email: kmurena@dvllp.com*

*Attorneys for Mark A. Sellers and Jack H. Jacobs

John T. Rogerson, III
*John.rogerson@arlaw.com*

Jamie W. Olinto
*jamie.olinto@arlaw.com*

Thomas P. White
*Tom.white@arlaw.com*
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202



55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 3313· T. 305.722.2002 · www.agentislaw.com

**3:16-bk-02232-JAF Notice will be electronically mailed to:**

Daniel F Blanks on behalf of Debtor Arts and Exhibitions International, LLC
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Dinosaurs Unearthed Corp.
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Premier Exhibitions International, LLC
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Premier Exhibitions Management, LLC
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Premier Exhibitions NYC, Inc.
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Premier Exhibitions, Inc.
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

Daniel F Blanks on behalf of Debtor Premier Merchandising, LLC
daniel.blanks@nelsonmullins.com,
Allison.Abbott@nelsonmullins.com;matthew.brooks@troutmansanders.com

D Marcus Braswell, Jr on behalf of Creditor Local One, IATSE
mbraswell@sugarmansusskind.com

Jacob A. Brown on behalf of Interested Party Akerman LLP
jacob.brown@akerman.com,
jennifer.meehan@akerman.com;katherine.fackler@akerman.com;matthew.drawdy@akerman.co
m;raye.elliott@akerman.com

Jacob A. Brown on behalf of Interested Party Official Committee of Equity Security Holders of
Premier Exhibitions, Inc.
jacob.brown@akerman.com,
jennifer.meehan@akerman.com;katherine.fackler@akerman.com;matthew.drawdy@akerman.co
m;raye.elliott@akerman.com

Jason B. Burnett on behalf of Creditor 417 Fifth Ave Real Estate, LLC
jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-
robinson.com;ashlea.edwards@gray-robinson.com

Robert P Charbonneau on behalf of Other Prof. Mark Healy
rpc@agentislaw.com, nsocorro@agentislaw.com;bankruptcy@agentislaw.com

3



Jeffrey Chubak on behalf of Creditor Committee Official Committee of Unsecured Creditors
jchubak@storchamini.com

Katherine Fackler on behalf of Interested Party Akerman LLP
katherine.fackler@akerman.com,
jennifer.meehan@akerman.com;matthew.drawdy@akerman.com

Norman P Fivel on behalf of Creditor New York State Department of Taxation and Finance
norman.fivel@ag.ny.gov

Thomas J Francella, Jr. on behalf of Creditor Ian Whitcomb
tfrancella@cozen.com, mmillis@cozen.com

Timothy E Graulich on behalf of Creditor Trustees of the National Maritime Museum
timothy.graulich@davispolk.com

Scott M Grossman on behalf of Creditor PacBridge Capital Partners (HK) Ltd.
grossmansm@gtlaw.com,
scottla@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;FTLLitDock@gtlaw.com

Scott M Grossman on behalf of Creditor Haiping Zou
grossmansm@gtlaw.com,
scottla@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;FTLLitDock@gtlaw.com

Scott M Grossman on behalf of Creditor Jihe Zhang
grossmansm@gtlaw.com,
scottla@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;FTLLitDock@gtlaw.com

Scott M Grossman on behalf of Creditor Lange Feng
grossmansm@gtlaw.com,
scottla@gtlaw.com;MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com;FTLLitDock@gtlaw.com

Peter J Gurfein on behalf of Interested Party Landau Gottfried & Berger LLP
pgurfein@lgbfirm.com, vrichmond@lgbfirm.com;avedrova@lgbfirm.com

Peter J Gurfein on behalf of Interested Party Official Committee of Equity Security Holders of
Premier Exhibitions, Inc.
pgurfein@lgbfirm.com, vrichmond@lgbfirm.com;avedrova@lgbfirm.com

Hain Capital Group (CE)
ceckstein@haincapital.com

Robert A Heekin, Jr on behalf of Creditor Committee Official Committee of Unsecured
Creditors
rah@tmhlaw.net, sad@tmhlaw.net;rrt@tmhlaw.net;saj@tmhlaw.net

Andrew T. Jenkins on behalf of Creditor Bank of America, N.A.
ajenkins@bushross.com, mlinares@bushross.com;ksprehn@bushross.com

Kathleen A Jorrie on behalf of Creditor AEG Live LLC
kathy.jorrie@pillsburylaw.com, irma.magana@pillsburylaw.com



55 Alhambra Plaza · Suite 800 · Coral Gables, Florida 3313· T. 305.722.2002 · www.agentislaw.com

Jill E Kelso on behalf of U.S. Trustee United States Trustee - JAX 11
jill.kelso@usdoj.gov

John B Macdonald on behalf of Interested Party Akerman LLP
john.macdonald@akerman.com, jennifer.meehan@akerman.com;maggie.hearon@akerman.com

David E. Otero on behalf of Interested Party Akerman LLP
david.otero@akerman.com,
kim.crenier@akerman.com;jennifer.meehan@akerman.com;cindy.laquidara@akerman.com

John T Rogerson, III on behalf of Interested Party Jack F. Jacobs
john.rogerson@arlaw.com, megan.farmer@arlaw.com;richene.oliver@arlaw.com

John T Rogerson, III on behalf of Interested Party Mark A. Sellers
john.rogerson@arlaw.com, megan.farmer@arlaw.com;richene.oliver@arlaw.com

Emily Y Rottmann on behalf of Debtor Premier Exhibitions, Inc.
erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com

Oscar E Sanchez on behalf of Creditor Structure Tone, Inc.
osanchez@goldbergsegalla.com,
aburno@goldbergsegalla.com;mmartinez@goldbergsegalla.com

Miriam G Suarez on behalf of U.S. Trustee United States Trustee - JAX 11
Miriam.G.Suarez@usdoj.gov

Richard R Thames on behalf of Creditor Committee Official Committee of Unsecured Creditors
rrt@tmhlaw.net,
sad@tmhlaw.net;brm@tmhlaw.net;rah@tmhlaw.net;rjs@tmhlaw.net;rth@tmhlaw.net

United States Trustee - JAX 11
USTP.Region21.OR.ECF@usdoj.gov

Jay B Verona on behalf of Creditor George F. Eyde Orlando, LLC
jverona@slk-law.com, mhartz@slk-law.com

Jay B Verona on behalf of Creditor Louis J. Eyde Orlando, LLC
jverona@slk-law.com, mhartz@slk-law.com

Lee D Wedekind, III on behalf of Debtor Premier Exhibitions, Inc.
lee.wedekind@nelsonmullins.com,
Allison.abbott@nelsonmullins.com;harris.winsberg@troutman.com



Label Matrix for local noticing
113A-3
Case 3:16-bk-02232-JAF
Middle District of Florida
Jacksonville
Thu Sep 26 13:58:17 EDT 2019

Ampleton Group Limited
Priors Court
Churchmere Road
Sutton Courtenay, nr
Abington OX14 4AQ, UK

Mark Healy
c/o Robert P. Charbonneau
Agentis PLLC
55 Alhambra Plaza, Suite 800
Coral Gables, FL 33134-5254

New York State Department of Taxation and Fi
P.O. Box 5300
Albany, NY 12205-0300

Royal Museums Greenwich
Davis Polk & Wardwell LLp
c/o Steven Z. Szanzer
450 Lexington Avenue
New York, NY 10017-3982

Howard Siegel
945 McKinney Street, PMB 434
Houston, TX 77002-6308

Ian Whitcomb
c/o Cozen O'Connor
Thomas J. Francella, Jr., Esq.
1201 N. Market Street, Suite 1001
Wilmingotn, DE 19801-1807

AEG Live
425 West 11th Street
Suite 500
Los Angeles, CA 90015-3462

Air Stream Air Conditioning Corp. -
245 Newtown Rd
Suite 305
Plainview, NY 11803-4300

Akerman LLP
c/o John B. Macdonald, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

417 Fifth Ave Real Estate, LLC
GrayRobinson, P.A.
c/o Jason B. Burnett, Esq.
50 North Laura Street
Suite 1100
Jacksonville, FL 32202-3611

Bank of America, N.A.
Bush Ross, PA
Attn: Andrew T. Jenkins, Esq.
1801 North Highland Avenue
Tampa, FL 33602-2656

Claudio E. Iannitelli
Iannitelli Marcolina, P.C.
5353 North 16th Street
Suite 315
Phoenix, AZ 85016-3227

Premier Exhibitions, Inc.
3045 Kingston Court
Suite 1
Peachtree Corners, GA 30071-1231

Mark A. Sellers
c/o Adams and Reese LLP
501 Riverside Avenue
Suite 601
Jacksonville, FL 32202-4937

Steven Z. Szanzer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017-3982

417 5th Ave Real Estate LLC
c/o Sebastian Capital, Inc
417 Fifth Avenue
New York, NY 10016-2204

AEG Live LLC
c/o Kathy A. Jorrie
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406

Akerman LLP
c/o David E. Otero, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Akerman LLP
c/o Katherine C. Fackler, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Akerman LLP
c/o Jacob A. Brown, Esq.
50 North Laura St.
Suite 3100
Jacksonville, FL 32202-3659

Euclid Claims Recovery LLC
945 McKinney Street, PMB 434
Houston, TX 77002-6308

Jack F. Jacobs
Adams and Reese LLP
c/o John T. Rogerson, III
501 Riverside Avenue
Suite 601
Jacksonville, FL 32202-4937

RMS Titanic, Inc.
3045 Kingston Court
Suite 1
Peachtree Corners, GA 30071-1231

Semmel Concerts GmbH
c/o Joseph VanLeuven
1201 Third Avenue, Ste 2200
Seattle, WA 98101-3047

Samuel Weiser
565 Willow Road
Winnetka, IL 60093-4133

417 Fifth Ave Real Estate LLC
c/o Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 North Laura St., Suite 1100
Jacksonville, FL 32202-3611

AT&T
PO Box 105262
Atlanta, GA 30348-5262

Akerman LLP
c/o Jacob A. Brown, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

American Stock Transfer
PO Box 12893
Philadelphia, PA 19176-0893

Ampleton Group Limited -
Priors Court
Churchmere Road
Sutton Courteney, nr Abingdon
OX14 4AQ  UK

Arnall Golden Gregory LLP -
171 17th Street NW Suite 2100
Atlanta, GA 30363-1031

Ascentium Capital LLC -
Carissa Martinez, Bankruptcy Case Specia
Ascentium Capital LLC
23970 US 59 North
Kingwood, TX 77339-1535

B.E. Capital Management Fund LP
c/o Mr. Thomas Braziel
Post Office Box 206
N. Stonington, Connecticut 06359-0206

BDO
PO Box 642743
Pittsburgh, PA 15264-2743

BDO USA, LLP -
4135 Mendenhall Oaks Parkway
Suite 140
High Point, NC 27265-8051

BML Blackbird Theatrical Services -
1 Aquarium  Drive
Secaucus, NJ 07094-1917

BackTrack -
8850 Tyler Blvd.
Mentor, OH 44060-4361

Bank of America, N.A.
c/o Bush Ross, P.A.
Attn: Andrew T. Jenkins, Esq.
1801 North Highland Avenue
Tampa, Florida 33602-2656

Base Entertainment -
3667 Las Vegas Blvd South
Las Vegas, NV 89109-4331

CT Corporation -
P.O. Box 4349
Carol Stream, IL 60197-4349

Comcast Business
PO Box 930814
Atlanta, GA 31193-0814

Dalian Hoffen Biotechnique, Co. Ltd. -
c/o Ezra B. Jones, III, Esq.
305 Crosstree Lane
Atlanta, Ga. 30328-1813

Dentons Canada LLP
250 Howe Street, 20th Floor
Vancouver, BC V6C 3R8

Design Electronics -
6913 Oakwood Drive
Niagara Falls, Ontario L2G 0/3

Dot Dash 3 -
Meyers, Saxon & Cole
3620 Quentin Road
Brooklyn,, NY 11234-4238

Euclid Claims Recovery LLC -
945 McKinney St., PMG 434
Houston, TX 77002-6308

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FedEx Custom Critical -
c/o RMS Bankruptcy Recovery Services
P.O. Box 361345
Columbus, OH 43236-1345

Franchise Tax Board -
Banruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952

GRM Information Management Services, Inc -
Tony Acerra
215 Coles Street
Jersey City, NJ 07310-1301

George F. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., #2800
Tampa, FL 33602-5150

George F. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5150

Gowling WLG (Canada) LLP -
Attn: J.B. Ross
2300-550 Burrand Street
Vancouer BC V6C 2B5
Canada

HM Peachtree Corners I LLC
PO Box 32149
New York, NY 10087-2149

Hain Capital Investors Master Fund, Ltd
301 Route 17, 7th Floor
Rutherford, NJ 07070-2575

Haiping Zou
Unit 110-115
Wanke Qingqing Homeland
Dougezhuang, Chaoyang Distr.
Beijing, China 100021

Haiping Zou
c/o Scott M. Grossman
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Haiping Zou -
c/o Scott M. Grossman, Esq.
Greenberg Traurig, P.A.
401 E. Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Harter, Secrest & Emery LLP -
1600 Bausch & Lomb Place,16th Floor
Rochester, NY 14604-2711

Ian Whitcomb
c/o Thomas J. Francella, Jr.
1201 N. Market St., Ste. 1001
Wilmington, DE 19801-1807

Ian Whitcomb
c/o Thomas J. Francella, Jr., Esquire
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801-1166

Internal Revenue Service -
P.O. Box 7346
Philadelphia, PA 19101-7346

Jack F. Jacobs
c/o John T. Rogerson III, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202-4937

Jihe Zhang
59 Dongsanhuan Middle Road
Fuli Shuangzi Towers, Bd. A
Suite 2606,Chaoyang District
Beijing, China 100022

Jihe Zhang
c/o Scott M. Grossman
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Jihe Zhang -
c/o Scott M. Grossman, Esq.
Greenberg Traurig, P.A.
401 E. Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Kenney Communications, Inc.
1215 Spruce Ave.
Orlando, FL 32824-7935

Landau Gottfried & Berger LLP
c/o Peter J. Gurfein
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Lange Feng
15953 107th Avenue
Surrey, BC V4N 5N7

Lange Feng
c/o Scott M. Grossman
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Lange Feng -
c/o Scott M. Grossman, Esq.
Greenberg Traurig, P.A.
401 E. Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Louis F. Eyde Orlando, LLC -
George F. Eyde Orlando, LLC
Attn: Jay B. Verona, Esq.
101 E. Kennedy Blvd., #2800
Tampa, FL 33602-5150

Louis F. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., #2800
Tampa, FL 33602-5150

Louis J. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5150

M5 Networks, Inc.
4436 Solutions Center
Chicago, IL 60677-4004

MNP LLP
#316-5455 152 Street
Surrey, BC V3S 5A5

Mark A. Sellers
c/o John T. Rogerson III, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202-4937

Mark Healy
c/o Robert P. Charbonneau, Esq.
Agentis PLLC
55 Alhambra Plaza, S# 800
Coral Gables, Fl. 33134-5254

Michael J. Little -
c/o J. Ellsworth Summers, Jr., Esq.
Burr & Forman LLP
50 North Laura Street, Suite 3000
Jacksonville, FL 32202-3658

Microsoft Corporation
PO Box 842103
Dallas, TX 75284-2103

NASDAQ Stock Market LLC
PO Box 8500, Lockbox 40200
Philadelphia, PA 19178-8500

NY Dept. of Taxation and Finance
Attn: Office of Counsel
W. A. Harriman Campus
Albany, NY 12227-0001

National Geographic Society -
1145 - 17th Avenue NW
Washington, DC 20036-4707

New York State Dept of Taxation & Finance -
Bankruptcy Section
PO box 5300
Albany NY 12205-0300

OUTFRONT Media LLC -
c/o Cheifetz Iannitelli Marcolini, P.C.
111 West Monroe Street, 17th Floor
Phoenix, AZ 85003-1746

Oscar Sanchez, Esq.
Goldberg Segalla
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401-6148

Outfront Media LLC
c/o Claudio E. Iannitelli, Esq.
5353 North 16th Street, Ste. 315
Phoenix, AZ 85016-3227

PacBridge Capital Partners (HK) Ltd.
c/o Scott M. Grossman
Greenberg Traurig, P.A.
401 East Las Olas Blvd., Ste. 2000
Fort Lauderdale, FL 33301-4223

Pallet Rack Surplus, Inc.
Pallet Rack Surplus
1981 Old Covington Road
Conyers, GA 30013-1521

Ricoh USA Inc -
3920 Arkwright Road Suite 400
Macon, GA 31210-1748

Semmel Concerts GmbH -
Joseph VanLeuven
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201-5682

Shockwave Cargo -
2001 W. Main St.
Stamford, CT 06902-4542

South Coast Transportation & Distribution
1424 S. Raymond Avenue
Fullerton, CA 92831-5235

State of Nevada Department of Taxation -
555 E. Washington Ave. Ste.#1300
Las Vegas, NV 89101-1046

Structure Tone, Inc. -
330 West 34th Street
New York, NY 10001-9545

Syzygy3, Inc.
1350 6th Avenue
2nd Floor
New York, NY 10019-4703

The Armada Group GP, Inc. -
c/o Suzy Tate, P.A.
14502 N. Dale Mabry Hwy., Ste. 200
Tampa, FL 33618-2040

Thompson Hine LLP
335 Madison Ave.,12th Floor
New York, NY 10017-4670

Thompson Hine LLP -
Attn: John Henton
3900 Key Center 127 Public Square
Cleveland, OH 44114

Time Out New York -
c/o Szabo Associates, Inc.
3355 Lenox Road, NE, Suite 945
Atlanta, GA 30326-1357

Total Quality Logistics -
1701 Edison Drive
Milford, OH 45150-2728

Uline Shipping Supplies -
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

United Rentals, Inc. -
6125 Lakeview Road #300
Charlotte, NC 28269-2616

Wells Fargo Equipment Finance -
Robert
Condon
300 TriState International Suite 400
Lincolnshire, IL 60069-4417

Yelp Inc. -
c/o Szabo Associates, Inc.
3355 Lenox Rd. NE, Suite 945
Atlanta, GA 30326-1357

Richard R Thames +
Thames Markey & Heckin P.A.
50 N Laura Street Suite 1600
Jacksonville, FL 32202-3614

Jacob A. Brown +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Jason B. Burnett +
GrayRobinson P.A.
50 N. Laura Street, Suite 1100
Jacksonville, FL 32202-3611

John B Macdonald +
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

David E. Otero +
Akerman Senterfitt P.A.
50 North Laura St., Ste. 3100
Jacksonville, FL 32202-3659

Scott M Grossman +
Greenberg Traurig PA
401 E. Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301-4223

United States Trustee - JAX 11 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Robert P Charbonneau +
Agentis PLLC
501 Brickell Key Drive, Suite 300
Miami, FL 33131-2624

Miriam G Suarez +
Office of the United States Trustee
George C/ Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Andrew T. Jenkins +
Bush Ross, PA
Post Office Box 3913
Tampa, FL 33601-3913

John T Rogerson III +
Adams and Reese LLP
501 Riverside Avenue, 7th Floor
Jacksonville, FL 32202-4937

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Jay B Verona +
Shumaker, Loop & Kendrick, LLP
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602-5150

Daniel F Blanks +
Nelson Mullins Riley & Scarborough LLP
50 North Laura Street, Suite 4100
Jacksonville, FL 32202-3621

Robert A Heekin Jr.+
Thames Markey and Heekin, PA
50 N. Laura Street, Suite 1600
Jacksonville, FL 32202-3614

Katherine Fackler +
Akerman LLP
50 N. Laura St., Ste. 3100
Jacksonville, FL 32202-3659

Norman P Fivel +
State of New York
Office of the Attorney General
The Capitol
Albany, NY 12224

Emily Y Rottmann +
McGuireWoods LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202-3661

Lee D Wedekind III +
Nelson Mullins Riley & Scarborough LLP
50 North Laura Street
Jacksonville, FL 32202-3664

Kathleen A Jorrie +
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

Oscar E Sanchez +
Goldberg Segalla LLP
222 Lakeview Avenue
West Palm Beach, FL 33401-6148

B.E. Capital Management Fund LP +
c/o Thomas Braziel
PO Box 206
N. Stonington, CT 06359-0206

Peter J Gurfein +
Landau Gottfried & Berger LLP
1880 Century Park East, Suite 1101
Los Angeles, CA 90067-1608

Jeffrey Chubak +
Storch Amini PC
140 East 45th Street, 25th Floor
New York, NY 10017-7141

Timothy E Graulich +
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017-3982

Thomas J Francella Jr. +
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801-1166

Bain Capital Group (CE) +
201 Route 17 North
Rutherford, NJ 07070-2575

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FMCC
PO Box 537901
Livonia, MI  48153-7901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AEG Live LLC

(u)Lange Feng

(u)Jerry A. Funk
Jacksonville

(u)Landau Gottfried & Berger LLP

(u)Louis J. Eyde Orlando, LLC

(u)OUTFRONT Media LLC

| | | |
|---|---|---|
| (u)Official Committee of Equity Security Hold<br>c/o Peter J. Gurfein | (u)Official Committee of Unsecured Creditors | (u)PacBridge Capital Partners (HK) Ltd. |
| (u)Structure Tone, Inc. | (u)Trustees of the National Maritime Museum | (u)Jihe Zhang |
| (u)Haiping Zou | (d)Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093-4133 | (d)The Armada Group GP, Inc. -<br>c/o Suzy Tate, P.A.<br>14502 N. Dale Mabry Hwy., Suite 200<br>Tampa, FL 33618-2040 |
| (u)George F. Eyde Orlando, LLC + | (u)New York State Department of Taxation and | (u)Titanic Entertainment Holdings + |

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
----------------------------------------------
Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients    132
Bypassed recipients     19
Total                  151