# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

Premier Exhibitions, Inc **Debtor(s)**

MAIN CASE NO. 16-2232

ADV. NO.

_____ **Plaintiff(s)**

-vs-

Evidentiary Hearing _____
Trial _____
Other CONF. HRG. _____

_____ **Defendant(s)**

# EXHIBIT LIST

Admitted Into Evidence

OCT 1 1 2019

Ray Readdick

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1 | 10/11/19 | 10/11/19 | DEBTOR | FIRST AMENDED PLAN OF LIQUIDATION AND REVISED LIQUIDATING TRUST AGREEMENT |
| 2 | 10/11/19 | 10/11/19 | DEBTOR | MEMORANDUM OF LAW IN SUPPORT OF CONFIRMATION OF PLAN |
| 3 | 10/11/19 | 10/11/19 | DEBTOR | DECLARATION OF MATTHEW G. ROBERTS |
| 4 | 10/11/19 | 10/11/19 | DEBTOR | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING PLAN |
| 5 | 10/11/19 | 10/11/19 | DEBTOR | OMNIBUS ORDER GRANTING FINAL PAYMENT OF FEES AND EXPENSES |