UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| IN RE: | } | CASE NUMBER |
|---|---|---|
|  | } | 3:16-bk-02232-JAF |
| PREMIER EXHIBITIONS, INC | } |  |
|  | } | JUDGE          JERRY A. FUNK |
|  | } |  |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD

FROM   September 1, 2019   TO   September 30, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Lee D. Wedekind, III
Attorney for Debtor's Signature

| Debtor's Address and Phone Number: | Attorney's Address and Phone Number: |
|---|---|
| PREMIER EXHIBITIONS, INC | NELSON MULLINS (Attn: Lee D. Wedekind, III) |
| 3045 Kingston Court, Suite I | 50 N. Laura Street, 41st Floor |
| Peachtree Corners GA 30071 | Jacksonville, FL 32202 |
| +1 (404) 842-2600 | +1 (904) 665-3600 |

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | | | | |
|---|---|---|---|---|
| FOR THE PERIOD BEGINNING | 1-Sep-19 | AND ENDING 30-Sep-19 | | |

Name of Debtor:  PREMIER EXHIBITIONS, INC                    Case Number 3:16-bk-02238-JAF
Date of Petition:  14-Jun-16

| | Current month | | Cumulative Petition to date | |
|---|---|---|---|---|
| 1. Funds at beginning of period per bank | $Nil | ( a ) | $Nil | ( b ) |
| **2. Receipts:** | | | | |
| A. Cash sales | | | | |
| Minus: Cash refunds | | | | |
| Net cash sales | | | | |
| B. Accounts receivable | $ - | | | |
| C. Other receipts (see MOR-3) | $ - | | | |
| Note: invoice & receipts at the same time | | | | |
| 3. Total receipts (lines 2A+2B+2C) | $ - | | $ - | |
| 4. Total funds available for operations (line 1+line 3) | $Nil | | $Nil | |
| **5. Disbursements** | | | | |
| A. Advertising | | | | |
| B. Bank charges | | | | |
| C. Contract labour | | | | |
| D. Fixed asset payments (not incl in "N") | | | | |
| E. Insurance | | | | |
| F. Inventory payments | | | | |
| G. Leases | | | | |
| H. Manufacturing supplies | | | | |
| I. Office supplies | | | | |
| J. Payroll - net (see attachment 4B) | | | | |
| K. Professional fees (Accounting & legal) | | | | |
| L. Rent | | | | |
| M. Repairs & maintenance | | | | |
| N. Secured creditor payments (see attach 2) | | | | |
| O. Taxes paid - payroll (see attachment 4C) | | | | |
| P. Taxes paid - sales & use (see attach 4C) | | | | |
| Q. Taxes paid - Other (see attachment 4C) | | | | |
| R. Telephone | | | | |
| S. Travel & entertainment | | | | |
| T. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | | | | |
| V. Vehicle expenses (car rental) | | | | |
| W. Other operating expenses | $ - | | | |
| 6. Total Disbursements (sum of 5A thru W) | $ - | | $ - | |
| 7. Ending balance (line 4 minus line 6) | $Nil | ( c ) | $Nil | ( c ) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This ___21st___ day of _October_ , 2019.          Signature    _/s/ Jerome Henshall_

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
**Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.**

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |

| | | | |
|---|---|---|---|
| TOTAL OTHER RECEIPTS | $           - | $           - |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan amount | Source of funds | Purpose | Repayment schedule |
|---|---|---|---|

**OTHER DISBURSEMENTS:**
Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| None | | |

| | | | |
|---|---|---|---|
| TOTAL OTHER DISBURSEMENTS | $           - | $           - |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**
Please refer to Appendix

**Attachment 1**
**Monthly Accounts Receivable Reconciliation and Aging**

Name of Debtor <u>PREMIER EXHIBITIONS, INC</u>        Case Number: <u>3:16-bk-02238-JAF</u>

period
beginning        <u>1-Sep-19</u>        Period ending        <u>30-Sep-19</u>

ACCOUNTS RECEIVABLE AT PETITION DATE:        <u>**$NIL**</u>

**Accounts receivable reconciliation**
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | _____ | ( a ) |
| Plus: current month new billings | | |
| Minus: collection during the month | _____ | ( b ) |
| Plus/ minus: adjustments or writeoffs | | * |
| End of month balance | $          - | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 days | 31-60 days | 61-90 days | over 90 days | Total | |
|---|---|---|---|---|---|
| | $          - | | $          - | $          - | ( c ) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility write-off, disputed account, etc.) |
|---|---|---|
| **None** | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and
   Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**Attachment 2**
**Monthly Accounts Payable and secured payments report**

Name of Debtor PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

Reporting period beginning  1-Sep-19     Period ending       30-Sep-19

In the space below list all invoices or bills incurred and not paid since the filing of the petition.  Do not include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST PETITION ACCOUNTS PAYABLE**

| Date incurred | Days outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total amount                            $       -   ( b )

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**Accounts payable reconciliation (post petition unsecured debt only)**

| | | |
|---|---|---|
| Opening Balance | $Nil | ( a ) |
| PLUS: New indebtedness incurred this month | | |
| MINUS: Amount paid on post petition | | |
| Accounts payable this month | $   - | |
| PLUS/MINUS: adjustments | $   - | * |
| End of month balance | $Nil | ( c ) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**Secured payments report**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor / Lessor | Date Payment Due This M | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | | |
| TOTAL | $Nil | | | (d) |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b, c) The total of line (b) must equal line (c).
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**Attachment 3**
**Inventory and Fixed Assets Report**

Name of Debtor PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

Reporting period beginning 1-Sep-19          Period ending 30-Sep-19

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:          $Nil
INVENTORY RECONCILIATION:

| | | |
|---|---|---|
| Inventory Balance at Beginning of Month | $Nil | (a) |
| PLUS: Inventory Purchased During Month | | |
| MINUS: Inventory Used or Sold | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Inventory on Hand at End of Month | $Nil | |

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| None | | | | = 100% |

* Aging Percentages must equal 100%.
☐   Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**
None

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:          $Nil          (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):
None

---

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $Nil | (a)(b) |
| MINUS:  Depreciation Expense | | |
| PLUS:  New Purchases | | |
| PLUS/MINUS: Adjustments or Write-downs | | * |
| Ending Monthly Balance | $Nil | |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:
None

---

(a) This number is carried forward from last month's report.  For the first report only, this number will be the
    balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
    Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**Attachment 4A**
**Monthly summary of bank activity - operating account**

Name of Debtor: PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

**Reporting period**
**beginning**          1-Sep-19          **Period ending**          30-Sep-19

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States

**Name of bank**          None          **Branch**          None

**Account name**          None          **Account number**  None

Purpose of account:     OPERATING

| | | |
|---|---|---|
| Ending balance per bank statement | $Nil | |
| Plus total amount of outstanding deposits | $           - | |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | $           - | |
| End of month balance | $Nil | ** ( a ) |

**\* Debit cards are used by**          None

**\*\* If Closing Balance is negative, provide explanation:**

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment**
**4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**
"Total Amount of Outstanding Checks and other debits", listed above, includes:

$Nil          Transferred to Payroll Account

$Nil          Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5A**
**Check register - operating account**

Name of Debtor:  PREMIER EXHIBITIONS, INC                     Case Number:  3:16-bk-02238-JAF

Reporting period
beginning           1-Sep-19                           Period ending          30-Sep-19

**Name of bank**        None                     **Branch**              None

**Account name**        None                     **Account number**      None

Purpose of account: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check number | Payee | Purpose | Amount |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total | | | | $Nil |

**Attachment 4B**
**Monthly summary of bank activity - payroll account**

Name of Debtor: PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

Reporting period
beginning          1-Sep-19                    Period ending    30-Sep-19

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

| **Name of bank** | None | **Branch** | None |
|---|---|---|---|
| **Account name** | None | **Account number** None | |

Purpose of account:          PAYROLL

| | | |
|---|---|---|
| Ending balance per bank statement | | $Nil |
| Plus total amount of outstanding deposits | | $            - |
| Minus: total amount of outstanding checks and other debits | | * |
| Minus: service charges | | $            - |
| End of month balance | | $Nil   ** ( a ) |

**\* Debit cards are used by**          None

**\*\* If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:          ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5B**
**Check register - payroll account**

Name of Debtor:    PREMIER EXHIBITIONS, INC                    Case Number: 3:16-bk-02238-JAF

Reporting period
beginning          1-Sep-19              Period ending      30-Sep-19


**Name of bank**      None                    **Branch**          None

**Account name**      None                    **Account number** None

Purpose of account:              PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.


| Date | Check Number | Payee | Purpose | Amount |
|------|-------------|-------|---------|--------|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $Nil |

**Attachment 4C**
**Monthly Summary of Bank Activity - Tax Account**

Name of Debtor: PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

Reporting period
beginning         1-Sep-19                    Period ending      30-Sep-19

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank
Activity.  A standard bank reconciliation form can be found at
http://www.usdoj.gov/ust/r21/reg_info.htm

| | | | |
|---|---|---|---|
| **Name of bank** | None | **Branch** | None |
| **Account name** | None | **Account number** | None |

Purpose of account:          TAX

Ending balance per bank statement                                        $Nil
   Plus total amount of outstanding deposits                          $          -
   Minus: total amount of outstanding checks and other debits                    *
   Minus: service charges                                          $          -
Ending balance per Check Register                                        $Nil          ** ( a )

**\* Debit cards are used by**                 None

**\*\* If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:              ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 5B**
**Check register - tax account**

Name of Debtor:  PREMIER EXHIBITIONS, INC          Case Number: 3:16-bk-02238-JAF

Reporting period
beginning          1-Sep-19          Period ending     30-Sep-19

**Name of bank**     None          **Branch**          None

**Account name**     None          **Account number** None

Purpose of account  TAX

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the
alternative, a computer generated check register can be attached to this report, provided all the
information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $Nil |

SUMMARY OF TAXES PAID

| | | |
|---|---|---|
| Payroll Taxes Paid | $Nil | (a) |
| Sales & Use Taxes Paid | $Nil | (b) |
| Other Taxes Paid | $Nil | (c) |
| TOTAL | $Nil | (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5O)
(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5P)
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
(Page MOR-2 Line 5Q)
(d) These two lines must be equal.

**Attachment 4D**
**Investment accounts and petty cash report**

**Investment accounts**
Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

Type of Negotiable   None _____

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $Nil _____ (a) |

**Petty Cash Report**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum amount of cash in Drawer/Acct | (Column 3) Amount of petty cash on hand at end of month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| None | | | |
| | | | |
| Total | $Nil _____ ( b ) | | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.** _____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**      $Nil _____ (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**Attachment 6**
**Monthly tax report**

Name of Debtor:    PREMIER EXHIBITIONS, INC              Case Number: 3:16-bk-02238-JAF

Reporting period
beginning            1-Sep-19              Period ending
                                           30-Sep-19

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of taxing authority | Date payment due | Description | Amount | Date last tax return filed | Tax return period |
|---|---|---|---|---|---|
| None | | | | | |

Total                                          $Nil

**Attachment 7**
**Summary of Officer or Owner Compensation**
**Summary of personnel and insurance coverages**

Name of Debtor: _PREMIER EXHIBITIONS, INC_    Case Number: _3:16-bk-02238-JAF_

Reporting period beginning _1-Sep-19_    Period ending _30-Sep-19_

### TAXES OWED AND DUE

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of officer or owner | Title | Payment description | Amount paid |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| Total | | | $Nil |

### PERSONNEL REPORT

| | Full time | Part time |
|---|---|---|
| Number of employees at beginning of period | None | |
| Number hired during the period | None | |
| Number terminated or resigned during period | None | |
| Number of employees on payroll at end of period | None | |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

Extension of Directors & Officers Insurance for period from September 15, 2019 to October 31, 2019

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**Attachment 8**
**Significant Developments During Reporting Period**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate (attach closing statement); (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

**None**

**The sale of all assets occurred on February 13, 2019 12:01 a.m.**

**A Plan of Reorganization and Disclosure Statement has been filed. Court confirmation hearing scheduled for October 11, 2019. Confirmation Date October 16, 2019 and planned effective date October 24, 2019.**

## APPENDIX

**Premier Exhibitions, Inc.**
Per MOR-3

(Unaudited) Combined Balance Sheet
(Unaudited) Combined Profit and Loss Statement

(Unaudited) Balance Sheet
(Unaudited) Profit and Loss Statement

**PREMIER EXHIBITIONS, INC.**
COMBINED BALANCE SHEET (all subsidiaries)
Presented in US Dollars
(Unaudited - See Notice to Reader)

| | (excludes RMS Titanic, Inc. - sold) As At August 31, 2019 | | | (excludes RMS Titanic, Inc. - sold) As At September 30, 2019 | | |
|---|---|---|---|---|---|---|
| | Consolidated Dinoking Tech | Combined Premier USA | Combined Total | Consolidated Dinoking Tech | Combined Premier USA | Combined Total |
| **ASSETS** | | | | | | |
| **Current** | | | | | | |
| Cash and cash equivalents | $ 63,384 | $ 9,911,554 | $ 9,974,938 | $ 79,220 | $ 9,956,229 | $ 10,035,448 |
| Accounts receivable - EMG | 5,250 | (8,716) | (3,466) | 7,436 | (6,390) | 1,046 |
| Prepaid expenses and deposits | | 16,082 | 16,082 | | 16,082 | 16,082 |
| Taxes receivable | 110,250 | | 110,250 | 9,259 | | 9,259 |
| Due from related parties | 7,489 | | 7,489 | 7,518 | | 7,518 |
| Intercompany - Premier and Dinoking Tech | 479,678 | (479,678) | 0 | 556,254 | (552,733) | 3,521 |
| | 666,051 | 9,439,242 | 10,105,294 | 659,687 | 9,413,188 | 10,072,875 |
| **Other - see notes below** | | | | | | |
| Deferred income taxes | 509,239 | | 509,239 | 511,203 | | 511,203 |
| | | | | | | |
| **TOTAL ASSETS** | $ 1,175,291 | $ 9,439,242 | $ 10,614,533 | $ 1,170,890 | $ 9,413,188 | $ 10,584,078 |
| | | | | | | |
| **LIABILITIES** | | | | | | |
| **Current** | | | | | | |
| Accounts payable - trade | $ 18,595 | $ 3,792,474 | $ 3,811,069 | $ 18,442 | $ 3,924,844 | $ 3,943,286 |
| Accrued liabilities and settlements | | 7,745,677 | 7,745,677 | | 7,677,216 | 7,677,216 |
| Lease note payable - Eyde & Co. | | 200,000 | 200,000 | | 200,000 | 200,000 |
| Promissory notes, unsecured | | 2,000,000 | 2,000,000 | | 2,000,000 | 2,000,000 |
| Capital leases payable - current portion | | 30,578 | 30,578 | | 30,578 | 30,578 |
| | 18,595 | 13,768,729 | 13,787,324 | 18,442 | 13,832,638 | 13,851,080 |
| **Long-term** | | | | | | |
| Capital leases payable | | 207,131 | 207,131 | | 207,131 | 207,131 |
| | | | | | | |
| Total liabilities - subject to compromise | 18,595 | 13,975,859 | 13,994,455 | 18,442 | 14,039,769 | 14,058,211 |
| | | | | | | - |
| **STOCKHOLDERS' EQUITY (DEFICIENCY)** | | | | | | |
| Common stock | 33 | 793 | 826 | 33 | 793 | 826 |
| Preferred stock and special shares | 338 | | 338 | 338 | | 338 |
| Additional Paid In Capital | | 67,701,317 | 67,701,317 | | 67,701,317 | 67,701,317 |
| Minority Interest - AEI | | (1,527,726) | (1,527,726) | | (1,527,726) | (1,527,726) |
| Retained Earnings (Deficit), beginning of year | 2,266,529 | (79,307,940) | (77,041,411) | 2,266,529 | (79,307,940) | (77,041,411) |
| Net Comprehensive Income for the Year-to-Date | (582,911) | 8,610,939 | 8,028,028 | (587,158) | 8,520,975 | 7,933,817 |
| Accumulated other comprehensive income - beginning of year | (527,293) | (14,000) | (541,293) | (527,293) | (14,000) | (541,293) |
| | 1,156,696 | (4,536,617) | (3,379,921) | 1,152,448 | (4,626,581) | (3,474,132) |
| | | | | | | |
| **TOTAL LIABILITIES & STOCKHOLDERS' EQUITY (DEFICIENCY)** | $ 1,175,291 | $ 9,439,242 | $ 10,614,534 | $ 1,170,890 | $ 9,413,188 | $ 10,584,078 |

This combined balance sheet was compiled for internal purposes only.
This combined balance sheet has NOT been reviewed or audited by our external accountants or auditors.
Readers are cautioned this combined balance sheet may not be suitable for their purposes.

**WARNING: THIS COMBINED BALANCE SHEET IS SUBJECT TO MERGER (11-01-2015) ADJUSTMENTS.**

(**Combined** balance sheets use historical carrying values for all entities whereas a
"**Consolidated**" balance sheet may require an entity to have their net assets stated
at fair market value, depending on who is determined to be the accounting acquirer.)

**PREMIER EXHIBITIONS, INC.**
COMBINED STATEMENT OF INCOME (all subsidiaries)
Presented in US Dollars
(Unaudited - See Notice to Reader)

| | MONTH OF AUGUST 2019 | | | MONTH OF SEPTEMBER 2019 | | |
|---|---|---|---|---|---|---|
| | Consolidated Dinoking Tech | Combined Premier USA | Combined Total (note 1) | Consolidated Dinoking Tech | Combined Premier USA | Combined Total (note 1) |
| **REVENUE** | | | | | | |
| Revenue - Admissions | $    - | $    - | $    - | $    - | $    - | $    - |
| Revenue - Licensing Fees, including capital lease income | | | - | | | - |
| Revenue - Service | | | - | | | - |
| Revenue - Other/Partnerships/Touring/Royalties/Mgmt Fees | | | - | | | - |
| Revenue - Merchandising, Photos, Audio | | | - | | | - |
| Overhead charge - Premier Exhibition Management LLC | | | - | | | - |
| | - | - | - | - | - | - |
| **COST OF PRODUCTION** | | | | | | |
| Production, operating travel, temporary labour, shipping | | | - | | | - |
| Operations - compensation and benefits | | | - | | | - |
| Operations - occupancy and other | | | - | | | - |
| Merchandise and other | | | - | | | - |
| | - | - | - | - | - | - |
| **MARKETING** | | | | | | |
| Travel, trade shows, other | | | - | | | - |
| Advertising | | | - | | | - |
| Public relations and group sales | | | - | | | - |
| | - | - | - | - | - | - |
| **GROSS MARGIN** | - | - | - | - | - | - |
| **GENERAL & ADMINISTRATIVE** | | | | | | |
| Compensation and benefits | | 1,077 | 1,077 | | 701 | 701 |
| Insurance | | - | - | | - | - |
| Office | 83 | 22,279 | 22,362 | 87 | 10,023 | 10,109 |
| Directors' fees | | 10,722 | 10,722 | | 10,751 | 10,751 |
| Professional fees | | 45,545 | 45,545 | 4,531 | 49,801 | 54,331 |
| Other expenses, including exchange losses (gains) | (7,972) | 19,469 | 11,497 | 5,734 | 22,234 | 27,968 |
| | (7,889) | 99,093 | 91,204 | 10,351 | 93,510 | 103,861 |
| **EBITDA** | 7,889 | (99,093) | (91,204) | (10,351) | (93,510) | (103,861) |
| **EBITDA WITHOUT CHAPTER 11 CASE COSTS** | 9,514 | (42,180) | (32,666) | (9,376) | (33,585) | (42,961) |
| **OTHER** | | | | | | |
| Interest income | (76) | (4,171) | (4,247) | | (3,546) | (3,546) |
| Impairments, gain on asset sales, settlement of debts/leases, reversals prev. year accruals | - | | - | | | - |
| Income taxes | 1,614 | | 1,614 | | | - |
| | 1,538 | (4,171) | (2,633) | - | (3,546) | - 3,546 |
| **NET INCOME (LOSS)** | 6,351 | (94,922) | (88,571) | (10,351) | (89,964) | (100,315) |
| Attributable to minority interest | | | - | | | - |
| Other Comprehensive Income (Loss) | (17,587) | | (17,587) | 6,104 | | 6,104 |
| | (17,587) | - | (17,587) | 6,104 | - | 6,104 |
| **COMPREHENSIVE INCOME (LOSS)** | $   (11,235) | $   (94,922) | $   (106,157) | $   (4,247) | $   (89,964) | $   (94,211) |

Intercompany transactions have been eliminated

---

**NOTICE TO READER**
This combined statement of income was compiled for internal purposes only.
This combined statement of income has not been reviewed or audited by our external accountants or auditors.
Readers are cautioned this combined statement of income may not be suitable for their purposes.

**WARNING: THIS COMBINED STATEMENT OF INCOME IS SUBJECT TO MERGER (11-01-2015) ADJUSTMENTS.**

(**Combined** statement of income does not reflect effects a consolidation may have on revenue and expenses.)
"**Consolidated**" statement of income may require an entity to record minority interest, changes in depreciation, amortization and tax provisions.
Depending on who is the accounting acquirer and the date of acquisition, revenue and expenses may not be recorded for the entire accounting period.

**PREMIER EXHIBITIONS, INC.**
COMBINED STATEMENT OF INCOME (all subsidiaries)
Presented in US Dollars
(Unaudited - See Notice to Reader)

| | 43 days of normal operations | | | 43 days of normal operations | | |
|---|---|---|---|---|---|---|
| | EIGHT MONTHS ENDED AUGUST 31, 2019 | | | NINE MONTHS ENDED SEPTEMBER 30, 2019 | | |
| | Consolidated Dinoking Tech | Combined Premier USA | Combined Total (note 1) | Consolidated Dinoking Tech | Combined Premier USA | Combined Total (note 1) |
| **REVENUE** | | | | | | |
| Revenue - Admissions | $ | $ 1,094,296 | $ 1,094,296 | $ | $ 1,094,296 | $ 1,094,296 |
| Revenue - Licensing Fees, including capital lease income | 84,254 | 126,268 | 210,522 | 84,254 | 126,268 | 210,522 |
| Revenue - Service | 122,044 | - | 122,044 | 122,044 | - | 122,044 |
| Revenue - Other/Partnerships/Touring/Royalties/Mgmt Fees | | 193,805 | 193,805 | | 193,805 | 193,805 |
| Revenue - Merchandising, Photos, Audio | 6,744 | 350,870 | 357,614 | 6,744 | 350,870 | 357,614 |
| Overhead charge - Premier Exhibition Management LLC | 6,200 | | - | 6,200 | | - |
| | 219,242 | 1,765,239 | 1,978,281 | 219,242 | 1,765,239 | 1,978,281 |
| **COST OF PRODUCTION** | | | | | | |
| Production, operating travel, temporary labour, shipping | 123,266 | 46,310 | 169,576 | 123,266 | 46,310 | 169,576 |
| Operations - compensation and benefits | | 140,794 | 140,794 | | 140,794 | 140,794 |
| Operations - occupancy and other | | 520,748 | 520,748 | | 520,748 | 520,748 |
| Merchandise and other | | 96,095 | 96,095 | | 96,095 | 96,095 |
| | 123,266 | 803,947 | 927,213 | 123,266 | 803,947 | 927,213 |
| **MARKETING** | | | | | | |
| Travel, trade shows, other | 92 | 6,118 | 6,210 | 92 | 6,118 | 6,210 |
| Advertising | | 97,228 | 97,228 | | 97,228 | 97,228 |
| Public relations and group sales | | 10,085 | 10,085 | | 10,085 | 10,085 |
| | 92 | 113,431 | 113,523 | 92 | 113,431 | 113,523 |
| **GROSS MARGIN** | 95,884 | 847,861 | 937,545 | 95,884 | 847,861 | 937,545 |
| | 44% | 48% | 47% | 44% | 48% | 47% |
| **GENERAL & ADMINISTRATIVE** | | | | | | |
| Exhibition and conservation costs | | 739,622 | 739,622 | | 739,622 | 739,622 |
| Compensation and benefits | 142,861 | 313,416 | 450,077 | 142,861 | 314,117 | 450,779 |
| Insurance | | 592,158 | 592,158 | | 592,158 | 592,158 |
| Office | 39,729 | 305,762 | 345,492 | 39,816 | 315,785 | 355,601 |
| Directors' fees | | 82,648 | 82,648 | | 93,399 | 93,399 |
| Travel | 1,413 | 13,459 | 14,872 | 1,413 | 13,459 | 14,872 |
| Professional fees | 8,685 | 509,613 | 518,298 | 13,216 | 559,413 | 572,629 |
| Other expenses, including exchange losses (gains) | 20,844 | 245,680 | 266,524 | 26,578 | 267,914 | 294,492 |
| | 213,533 | 2,802,357 | 3,009,691 | 223,884 | 2,895,867 | 3,113,552 |
| **EBITDA** | (117,649) | (1,954,497) | (2,072,146) | (128,000) | (2,048,006) | (2,176,007) |
| **EBITDA WITHOUT CHAPTER 11 CASE COSTS** | (115,869) | (1,318,977) | (1,434,847) | (125,246) | (1,352,562) | (1,477,808) |
| **OTHER** | | | | | | |
| Cost of borrowing | 1,867 | 83,159 | 85,026 | 1,867 | 83,159 | 85,026 |
| Interest income | (337) | (33,911) | (34,248) | (337) | (37,457) | (37,794) |
| Impairments, loss (gain) on asset sales, settlement of debts/leases, reversals prev. year accruals | 500,059 | (10,974,220) | (10,474,161) | 500,059 | (10,974,220) | (10,474,161) |
| Depreciation and amortization | 47,489 | 78,421 | 125,910 | 47,489 | 78,421 | 125,910 |
| Income taxes | (26,990) | 6,499 | (20,491) | (26,990) | 6,499 | (20,491) |
| | 522,089 | (10,840,052) | (10,317,963) | 522,089 | (10,843,598) | (10,321,509) |
| **NET INCOME (LOSS)** | (639,738) | 8,885,556 | 8,245,818 | (650,089) | 8,795,592 | 8,145,503 |
| Attributable to minority interest | | (274,617) | (274,617) | | (274,617) | (274,617) |
| Other Comprehensive Income (Loss) | 56,827 | | 56,827 | 62,931 | | 62,931 |
| | 56,827 | (274,617) | (217,790) | 62,931 | (274,617) | (211,686) |
| **COMPREHENSIVE INCOME (LOSS)** | $ (582,911) | $ 8,610,939 | $ 8,028,028 | $ (587,158) | $ 8,520,975 | $ 7,933,817 |

Note 1 - Intercompany transactions have been eliminated
All assets sold as at 2-13-2019 12:01 a.m. and large book gain recognized since shares of RMST had no cost base and other assets were substantially depreciated
RMST Trust fund $738,847 as at 2-12-2019 was expensed as conservation expense to move it off the balance sheet (it's a trust asset, not corporate asset)
D & O tail insurance premium of $397,898 paid on closing expensed in February 2019
Final sale price, after closing adjustments, was $19,695,339 of which $1,145,339 was in respect to liabilities assumed

**NOTICE TO READER**
This combined statement of income was compiled for internal purposes only.
This combined statement of income has not been reviewed or audited by our external accountants or auditors.
Readers are cautioned this combined statement of income may not be suitable for their purposes.

**WARNING: THIS COMBINED STATEMENT OF INCOME IS SUBJECT TO MERGER (11-01-2015) ADJUSTMENTS.**

(**Combined** statement of income does not reflect effects a consolidation may have on revenue and expenses.)
"**Consolidated**" statement of income may require an entity to record minority interest, changes in depreciation, amortization and tax provisions.
Depending on who is the accounting acquirer and the date of acquisition, revenue and expenses may not be recorded for the entire accounting period.

**Premier Exhibitions, Inc. (Legal)**
**Unaudited Balance Sheet**
**As At**

|  | 9/30/2019 | 8/31/2019 |
|---|---|---|
| **ASSETS** | | |
| **Long-Term Assets** | | |
| Due from Arts & Exhibition International LLC | $      3,911,249 | $      3,911,249 |
| Due from Premier Exhibition Management LLC | 58,074,256 | 58,074,256 |
| **TOTAL ASSETS** | $   61,985,505 | $   61,985,505 |
| | ============== | ============== |
| | | |
| **LIABILITIES AND EQUITY** | | |
| **Current liabilities** | | |
| Due to 1032403 B.C. Ltd. | $               1 | $               1 |
| | | |
| **EQUITY** | | |
| Capital Stock | 937 | 937 |
| APIC | 69,307,380 | 69,307,380 |
| Accum. Other Comp Income | (430,889) | (430,889) |
| Retained Earnings | (11,608,769) | (11,608,769) |
| YTD Net Income | 4,716,845 | 4,716,845 |
| | | |
| **TOTAL EQUITY** | 61,985,504 | 61,985,504 |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $   61,985,505 | $   61,985,505 |
| | ============== | ============== |

**NOTICE TO READER**
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors.
Readers are cautioned this statement may not be appropriate for their purposes.

**Premier Exhibitions, Inc. (Legal)**
**Unaudited Income Statement**

|  | Month Ended 9/30/2019 | Nine Months Ended 9/30/2019 |
|---|---|---|
| **Revenue** | | |
| Royalties - intercompany | $ - | 49,235 |
| Gain on sale of shares of RMS Titanic, Inc. | - | 6,878,649 |
| | ---------------------- | ---------------------- |
| | - | 6,927,884 |
| **Expenses** | | |
| Insurance - D&O Insurance | - | 557,759 |
| Administrative Service Fee - intercompany | - | 17,698 |
| Impairment - Investment in 1032403 B.C. Ltd. | - | 1,635,582 |
| | ---------------------- | ---------------------- |
| | **-** | **2,211,039** |
| | ---------------------- | ---------------------- |
| **Net Income (Loss)** | **$ -** | **$ 4,716,845** |
| | ---------------------- | ---------------------- |

**NOTICE TO READER**
This financial statement has been compiled for internal use only.
This statement has not been reviewed or audited by external accountants or auditors.
Readers are cautioned this statement may not be appropriate for their purposes.