# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: Premier Exhibitions, Inc., et al. * | } } } } } } } | CASE NUMBER: 3:16-bk-02232-JAF<br><br>Judge: Jerry A. Funk<br><br>CHAPTER 11<br><br>Jointly Administered |
| DEBTOR. | | |

## DEBTOR'S POST-CONFIRMATION QUARTERLY OPERATING REPORT FOR THE PERIOD

FROM  October 1, 2020    TO  December 31, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the guidelines established by the United States Trustee and FRBP 2015.

Debtors' Address and Phone Number:

1883 Marina Mile Blvd., Suite 106
Fort Lauderdale, FL. 33315

Tel.   (954) 252-1560

Attorney's Address and Phone Number:
Signed by Liquidating Trustee

Trustee website:   http://www.justice.gov/ust/r20/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

* Quarterly Operating Report is consolidated for the following cases:

| Case Name | Case Number |
|---|---|
| Premier Exhibitions Management, LLC | 3:16-bk-02233-JAF |
| Premier Exhibitions International, LLC | 3:16-bk-02234-JAF |
| Premier Exhibitions NYC, LLC | 3:16-bk-02235-JAF |
| Premier Merchandising, LLC | 3:16-bk-02236-JAF |
| Arts & Exhibitions International, LLC | 3:16-bk-02238-JAF |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | | |
| * FOOTNOTE - PAYMENT PLANS NOT YET SCHEDULED | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | N.A. |
| 2. Are all premium payments current? | | N.A. |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20th day of January 2021.

Mark C Healy Liquidating Trustee

MONTHLY OPERATING REPORT -  
POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Premier Exhibitions, Inc., et al. |
| Case Number: | 3:16-bk-02232-JAF Jointly Administered |
| Date of Plan Confirmation: | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---:|---:|
| 1. | CASH (Beginning of Period) | $ 4,900,655.38 | $ 8,484,131.88 |
| 2. | INCOME or RECEIPTS during the Period | $7,024.79 | $ 2,855,752.16 |
| 3. | **DISBURSEMENTS** | | |
| a. | Operating Expenses (Fees/Taxes): | | |
| (i) | U.S. Trustee Quarterly Fees | $ 6,500.00 | $ 86,550.27 |
| (ii) | Federal Taxes | $ - | $ - |
| (iii) | State Taxes | $ - | $ 892.00 |
| (iv) | Other Taxes | $ - | $ - |
| | Operating Expenses (Fees/Taxes): | $ 6,500.00 | $ 87,442.27 |
| b. | All Other Operating Expenses: | $ 157,796.11 | $ 1,646,535.78 |
| c. | Plan Payments: | | |
| (i) | Administrative Claims | $ - | $ 341,334.45 |
| (ii) | Priority Tax Claims | | $ 9,915.72 |
| (iii) | Class Two | $ - | $ - |
| (iv) | Class Three - General Unsecured Claims | $ - | $ 4,511,271.76 |
| (v) | Class Four | $ - | $ - |
| (vii) | ClassSeven | $ - | $ - |
| (viii) | Class Eleven | $ - | $ - |
| | Total Plan Payments: | $ - | $ 4,862,521.93 |
| | Total Disbursements (Operating & Plan) | $ 164,296.11 | $ 6,596,499.98 |
| 1. | CASH (End of Period) | $ 4,743,384.06 | $ 4,743,384.06 |

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account | Account |
|---|---|---|---|---|---|
| Name of Bank: | Axos Bank | Axos Bank | | | |
| Account Number: | XXX2469 | XXX2451 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | | | |
| Type of Account (e.g. checking) | Money Market | Checking | | | |
| 1. Balance per Bank Statement | 4,743,384.06 | 212,755.70 | | | |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | | | |
| 3. SUBTRACT: Outstanding Checks | 0.00 | 212,755.70 | | | |
| 4. Other Reconciling Items | 0.00 | 0.00 | | | |
| 5. Month End Balance (Must Agree with Books) | 4,743,384.06 | 0.00 | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Current Value | Purchase Price | Current Value | Current Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Note: Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**                                              **ATTACHMENT NO. 4**
**POST CONFIRMATION**

## CHAPTER 11 POST-CONFIRMATION
## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | All U.S. Trustee fees paid from Premier Exhibitions, Inc. bank account | | |
| 2172 | 10/9/2020 | BDO Canada, LLP | tax preparation for Canadian taxes | 5,064.15 |
| 2173 | 10/20/2020 | KL Discovery Ontrack, LLC | computer/technology support | 4,224.00 |
| 2175 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Premier Exb. Mgt. | 325.00 |
| 2176 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Premier Exb. Int'l. | 325.00 |
| 2177 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Premier Exb. NYC | 325.00 |
| 2178 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Premier Merchandis. | 325.00 |
| 2179 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Arts & Exhibitions Int'l. | 325.00 |
| 2180 | 10/26/2020 | U.S. Trustee | US Trustee fees 3rd qtr. 2020 Premier Exb., Inc. | 4,875.00 |
| 2181 | 11/20/2020 | KL Discovery Ontrack, LLC | computer/technology support | 4,378.04 |
| 2182 | 12/15/2020 | KL Discovery Ontrack, LLC | computer/technology support | 4,572.42 |
| wire | 12/28/2020 | Clark Partington | legal fees & costs for Liquidating Trustee's attorney | 139,557.50 |
| | | | TOTAL | 164296.11 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date 10/30/20  Page 1  
Primary Account ████2451

**7115302**

PREMIER EXHIBITIONS INC , DEBTOR  
MICHAEL MOECKER & ASSOCIATES, TRUSTEE  
CASE # 19-10183  
1883 MARINA MILE BLVD #106  
FT LAUDERDALE FL 33315

Account Title:      PREMIER EXHIBITIONS INC , DEBTOR  
                    MICHAEL MOECKER & ASSOCIATES, TRUSTEE  
                    CASE # 19-10183

| | | | |
|---|---|---|---|
| Trustee Checking | | Number of Enclosures | 2 |
| Account Number | ████2451 | Statement Dates | 10/01/20 thru 11/01/20 |
| Previous Balance | 212,755.70 | Days in the statement period | 32 |
| 4 Deposits/Credits | 15,788.15 | Avg Daily Ledger | 217,185.14 |
| 2 Checks/Debits | 9,288.15 | Avg Daily Collected | 217,185.14 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 219,255.70 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 10/09 | DDA Internal Transfer Debit | 5,064.15 |
| 10/20 | DDA Internal Transfer Debit | 4,224.00 |
| 10/26 | DDA Internal Transfer Debit | 1,950.00 |
| 10/26 | DDA Internal Transfer Debit | 4,550.00 |

### Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 10/23 | 2172 | 5,064.15 | 10/26 | 2173 | 4,224.00 |

*Indicates Skip in Check Number Sequence



Date 10/30/20　　　　Page　　2
Primary Account　　　　　　2451

Trustee Checking　　　　　　2451　(Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 212,755.70 | 10/20 | 222,043.85 | 10/26 | 219,255.70 |
| 10/09 | 217,819.85 | 10/23 | 216,979.70 | | |

*** END OF STATEMENT ***



PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date 10/30/20  Page 1  
Primary Account ████████2469

**7115303**

PREMIER EXHIBITIONS INC, DEBTOR  
MICHAEL MOECKER & ASSOCIATES, TRUSTEE  
CASE # 19-10183  
1883 MARINA MILE BLVD #106  
FT LAUDERDALE FL 33315

Account Title:   PREMIER EXHIBITIONS INC, DEBTOR  
MICHAEL MOECKER & ASSOCIATES, TRUSTEE  
CASE # 19-10183

| | | | |
|---|---|---|---|
| Trustee Interest Checking | | Number of Enclosures | 0 |
| Account Number | ████████2469 | Statement Dates | 10/01/20 thru 11/01/20 |
| Previous Balance | 4,900,655.38 | Days in the statement period | 32 |
| Deposits/Credits | .00 | Avg Daily Ledger | 4,893,719.39 |
| 4 Checks/Debits | 15,788.15 | Avg Daily Collected | 4,893,719.39 |
| Maintenance Fee | .00 | Interest Earned | 3,424.09 |
| Interest Paid | 3,424.09 | Annual Percentage Yield Earned | 0.80% |
| Ending Balance | 4,888,291.32 | 2020 Interest Paid | 43,718.17 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/01 | Interest Paid | 3,424.09 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 10/09 | DDA Internal Transfer Debit | 5,064.15- |
| 10/20 | DDA Internal Transfer Debit | 4,224.00- |
| 10/26 | DDA Internal Transfer Debit | 1,950.00- |
| 10/26 | DDA Internal Transfer Debit | 4,550.00- |

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    1



Date 10/30/20         Page      2
Primary Account              2469

Trustee Interest Checking          2469   (Continued)

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/01 | 4,900,655.38 | 10/20 | 4,891,367.23 | 11/01 | 4,888,291.32 |
| 10/09 | 4,895,591.23 | 10/26 | 4,884,867.23 | | |

*** END OF STATEMENT ***



PO BOX 911039
San Diego, CA 92191-1039

(888) 374-8267
axosfiduciaryservices.com

Date 11/30/20   Page 1
Primary Account ████2469

**7267527**

PREMIER EXHIBITIONS INC, DEBTOR
MICHAEL MOECKER & ASSOCIATES, TRUSTEE
CASE # 19-10183
1883 MARINA MILE BLVD #106
FT LAUDERDALE FL 33315

Account Title:   PREMIER EXHIBITIONS INC, DEBTOR
                 MICHAEL MOECKER & ASSOCIATES, TRUSTEE
                 CASE # 19-10183

| | | | |
|---|---|---|---|
| Trustee Interest Checking | | Number of Enclosures | 0 |
| Account Number | ████2469 | Statement Dates | 11/02/20 thru 11/30/20 |
| Previous Balance | 4,888,291.32 | Days in the statement period | 29 |
| Deposits/Credits | .00 | Avg Daily Ledger | 4,886,630.68 |
| 1 Checks/Debits | 4,378.04 | Avg Daily Collected | 4,886,630.68 |
| Maintenance Fee | .00 | Interest Earned | 2,364.16 |
| Interest Paid | 2,364.16 | Annual Percentage Yield Earned | 0.61% |
| Ending Balance | 4,886,277.44 | 2020 Interest Paid | 46,082.33 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/30 | Interest Paid | 2,364.16 |

### Checks and Withdrawals

| Date | Description | Amount |
|---|---|---|
| 11/20 | DDA Internal Transfer Debit | 4,378.04- |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/02 | 4,888,291.32 | 11/20 | 4,883,913.28 | 11/30 | 4,886,277.44 |



```
                                          Date  11/30/20        Page     2
                                          Primary Account              2469
```

Trustee Interest Checking  2469  (Continued)

### *** END OF STATEMENT ***



PO BOX 911039  
San Diego, CA 92191-1039

(888) 374-8267  
axosfiduciaryservices.com

Date 11/30/20   Page 1  
Primary Account ████2451

**7267526**

PREMIER EXHIBITIONS INC , DEBTOR  
MICHAEL MOECKER & ASSOCIATES, TRUSTEE  
CASE # 19-10183  
1883 MARINA MILE BLVD #106  
FT LAUDERDALE FL 33315

| Account Title: | PREMIER EXHIBITIONS INC , DEBTOR<br>MICHAEL MOECKER & ASSOCIATES, TRUSTEE<br>CASE # 19-10183 | | |
|---|---|---|---|
| Trustee Checking | | Number of Enclosures | 6 |
| Account Number | ████████2451 | Statement Dates | 11/02/20 thru 11/30/20 |
| Previous Balance | 219,255.70 | Days in the statement period | 29 |
| 1 Deposits/Credits | 4,378.04 | Avg Daily Ledger | 214,864.61 |
| 6 Checks/Debits | 6,500.00 | Avg Daily Collected | 214,864.61 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 217,133.74 | | |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 11/20 | DDA Internal Transfer Debit | 4,378.04 |

### Checks in Serial Number Order

| Date | Check No | Amount | Date | Check No | Amount |
|---|---|---|---|---|---|
| 11/04 | 2175 | 325.00 | 11/04 | 2178 | 325.00 |
| 11/04 | 2176 | 325.00 | 11/04 | 2179 | 325.00 |
| 11/04 | 2177 | 325.00 | 11/04 | 2180 | 4,875.00 |

*Indicates Skip in Check Number Sequence

MEMBER FDIC    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION    1



```
                                                    Date  11/30/20        Page      2
                                                    Primary Account            2451
```

Trustee Checking                              02451   (Continued)

### DAILY BALANCE INFORMATION

| Date  | Balance    | Date  | Balance    | Date  | Balance    |
|-------|------------|-------|------------|-------|------------|
| 11/02 | 219,255.70 | 11/04 | 212,755.70 | 11/20 | 217,133.74 |

*** END OF STATEMENT ***



|  | Statement Period | Account # |
|---|---|---|
|  | 12/01/2020 thru 12/31/2020 | ████████2469 |
|  | Days In Statement Period |  |
|  | 31 |  |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

PREMIER EXHIBITIONS INC, DEBTOR
MICHAEL MOECKER & ASSOCIATES, TRUSTEE
CASE # 19-10183
1883 MARINA MILE BLVD #106
FT LAUDERDALE FL 33315

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Interest Checking | $4,886,277.44 | $1,236.54 | $144,129.92 | $4,743,384.06 |
| DEPOSIT TOTALS | $4,886,277.44 | $1,236.54 | $144,129.92 | $4,743,384.06 |

### Trustee Interest Checking - ████2469

Beginning Balance: $4,886,277.44

| Date | Description | Credits | Debits |
|---|---|---|---|
| 12/15 | DDA Internal Transfer Debit |  | $4,572.42 |
| 12/28 | Wire Transfer Debit<br>CLARK PARTINGTON HART LARRY<br>████2757<br>████7189<br>BOND & STACKHOUSE TRUST ACCOUN<br>CENTENNIAL BANK<br>CONWAY          AR<br>REF: MATTER 191364 INV 9829374<br>20201228MMQFMP9N000679<br>20201228MMQFMPH3000675<br>12281728FT01 |  | $139,557.50 |
| 12/31 | Interest Paid | $1,236.54 |  |

Ending Balance: $4,743,384.06

## Interest Earned

| Interest Earned this Month | $1,236.54 | 2020 Interest Paid | $47,318.87 |
|---|---|---|---|
| Annual Percentage Yield Earned | 0.30% | Average Daily Ledger | $4,865,762.56 |
| Average Daily Collected | $4,865,762.56 |  |  |

## Fees

|  |  | Maintenance Fee | $0.00 |
|---|---|---|---|
|  |  | Service Charge | $0.00 |

Page 1 of 1



| | Statement Period | Account # |
|---|---|---|
| | 12/01/2020 thru 12/31/2020 | 2451 |
| | Days In Statement Period | |
| | 31 | |

P.O. Box 911039
San Diego, CA 92191
844-889-0896

PREMIER EXHIBITIONS INC , DEBTOR
MICHAEL MOECKER & ASSOCIATES, TRUSTEE
CASE # 19-10183
1883 MARINA MILE BLVD #106
FT LAUDERDALE FL 33315

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $217,133.74 | $4,572.42 | $8,950.46 | $212,755.70 |
| DEPOSIT TOTALS | $217,133.74 | $4,572.42 | $8,950.46 | $212,755.70 |

### Trustee Checking - 2451

| | | Beginning Balance | $217,133.74 |
|---|---|---|---|
| Date | Description | Credits | Debits |
| 12/15 | DDA Internal Transfer Credit | $4,572.42 | |
| | | Ending Balance | $212,755.70 |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 2181 | 4,378.04 | 12/01 | 2182 | 4,572.42 | 12/24 | | | |

*Indicates Skip In Check Number Sequence

### Interest Earned

| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
|---|---|---|---|
| Average Daily Ledger | $214,083.17 | Average Daily Collected | $214,083.17 |

### Fees

| | | Maintenance Fee | $0.00 |
|---|---|---|---|
| | | Service Charge | $0.00 |

Page 1 of 1

Date: 01/19/21     **Account Summary by Category Code - Detail**     Page: 1

Transactions From 09/01/20 Thru 12/31/20
Trustee: 293400 - Michael Moecker & Associates, Inc.

Case: **19-10183**
Debtor: **PREMIER EXHIBITIONS, INC.,**     Judge: XXX - DEFAULT JUDGE

| Date | Received From | Item Description | Bank Account | Transaction | Amount |
|---|---|---|---|---|---|
| **Deposits** | | | | | |
| 09/30/20 | Axos Bank | Interest Rate 0.008 | 2469 | Interest | 3,289.19 |
| 11/01/20 | Axos Bank | Interest Rate 0.008 | 2469 | Interest | 3,424.09 |
| 11/30/20 | Axos Bank | Interest Rate 0.003 | 2469 | Interest | 2,364.16 |
| 12/31/20 | Axos Bank | Interest Rate 0.003 | 2469 | Interest | 1,236.54 |
| | | | | **3362 - Interest Income Total:** | **10,313.98** |
| | | | | Deposits Total: | 10,313.98 |
| **Disbursements** | | | | | |
| 09/02/20 | COZEN OCONNOR RULE 1.15A ATTORNEY T | SETTLEMENT IAN WHITCOMB | 2469 | Adjust-Out | -71,179.12 |
| 09/16/20 | EZRA B JONES LLL | SETTLEMENT/CLAIM 16/MMA CLAIM 127 | 2469 | Adjust-Out | -41,842.23 |
| 09/16/20 | EZRA B JONES LLL | SETTLEMENT/CLAIM 17/MMA CLAIM 129 | 2469 | Adjust-Out | -79,859.02 |
| 09/16/20 | EZRA B JONES LLL | SETTLEMENT/CLAIM 32/MMA CLAIM 128 | 2469 | Adjust-Out | -101,684.46 |
| | | | | **3826 - Settlement Total:** | **-294,564.83** |
| 10/09/20 | BDO CANADA, LLP | CINV0805899 | 2451 | Check 2172 | -5,064.15 |
| | | | | **4020 - Accounting services Total:** | **-5,064.15** |
| 09/22/20 | KL DISCOVERY ONTRACK, LLC | PO100141737 | 2451 | Check 2171 | -4,253.76 |
| 10/20/20 | KL DISCOVERY ONTRACK, LLC | PO100147402 | 2451 | Check 2173 | -4,224.00 |
| 11/20/20 | KL DISCOVERY ONTRACK, LLC | PO100153239 | 2451 | Check 2181 | -4,378.04 |
| 12/15/20 | KL DISCOVERY ONTRACK, LLC | PO 100157436 | 2451 | Check 2182 | -4,572.42 |
| | | | | **4178 - Computer/Technology Service Total:** | **-17,428.22** |
| 12/28/20 | CLARK PARTINGTON | ROFESSIONAL FEES INV 98293749 | 2469 | Adjust-Out | -139,557.50 |
| | | | | **4260 - Legal Fees Total:** | **-139,557.50** |

Ver: 22.02g

CATDETL

Date: 01/19/21

Page: 2

## Account Summary by Category Code - Detail
Transactions From 09/01/20 Thru 12/31/20
Trustee: 293400 - Michael Moecker & Associates, Inc.

Case: **19-10183**
Debtor: **PREMIER EXHIBITIONS, INC.,**

Judge: XXX - DEFAULT JUDGE

| Date | Disbursed To | Item Description | Bank Account | Transaction | Amount |
|---|---|---|---|---|---|
| **Disbursements** | | | | | |
| 09/10/20 | NYS FILING FEE | 2019 | ▮2451 | Check 2170 | -27.00 |
| | | | **4610 - Taxes Total:** | | **-27.00** |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | PREMIER EXHIBITIONS MANAGEMENT LLC | ▮2451 | Check 2175 | -325.00 |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | PREMIER EXHIBITIONS INTERNATIONAL | ▮2451 | Check 2176 | -325.00 |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | PREMIER EXHIBITIONS NYC LLC | ▮2451 | Check 2177 | -325.00 |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | PREMIER MERCHANDISING LLC | ▮2451 | Check 2178 | -325.00 |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | ARTS & EXHIBITIONS INTERNATIONAL | ▮2451 | Check 2179 | -325.00 |
| 10/26/20 | U.S. TRUSTEE PAYMENT CENTER | CASE NO. 3:16-bk-02232-JAF | ▮2451 | Check 2180 | -4,875.00 |
| | | | **4710 - U.S. Trustee Fee Total:** | | **-6,500.00** |
| | | | Disbursements Total: | | -463,141.70 |
| | | | Net Balance: | | -452,827.72 |

Ver: 22.02g

CATDETL