## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

PREMIER EXHIBITIONS, INC. et al.,[1]

Debtors.

Chapter 11

Case No. 3:16-bk-02232-JAF
(Jointly Administered)

## LIQUIDATING TRUSTEE'S MOTION TO
## EXTEND TERM OF LIQUIDATING TRUST

MARK C. HEALY, in his capacity as trustee for the Liquidating Trust in this jointly administered case ("Liquidating Trustee"), files this motion and requests extension of the term of the Liquidating Trust for an additional three (3) years (without prejudice to further extension), pursuant to section 6.2.16 of the confirmed First Amended Plan of Liquidation, ECF No. 183 at 42, and states as follows:

1.     Liquidating Trustee was appointed as the liquidating trustee of the Liquidating Trust established by the confirmed First Amended Plan of Liquidation

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pryxie Liquidation Corp. f/k/a Premier Exhibitions, Inc. (4922); Pryxie Liquidation 1P LLC, f/k/a Premier Exhibitions Management, LLC (3101); Pryxie Liquidation 2A LLC f/k/a Arts and Exhibitions International, LLC (3101); Pryxie Liquidation 5I LLC f/k/a Premier Exhibitions International, LLC (5075); Pryxie Liquidation 3N Inc. f/k/a Premier Exhibitions NYC, Inc. (9246); Pryxie Liquidation 4M LLC f/k/a Premier Merchandising, LLC (3867), and Pryxie Liquidation 6D Corp. f/k/a Dinosaurs Unearthed Corp. (7309).  The name changes noted herein are made pursuant to the Notice of Name Change of the Debtors (ECF No. 247).

References to the relevant Debtors within this Objection shall be noted by their former names for ease of reference by the Affected Creditor.

in this case. ECF No. 231 at 18 ¶ 4.

2.       The Notice of Effective Date of Debtors' Confirmed First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, ECF No. 246 at 1, states that on October 31, 2019, the Effective Date of the Plan occurred.

3.       Under section 6.2.16 of the confirmed First Amended Plan of Liquidation, ECF No. 183 at 42 ("Plan"), the Liquidating Trust shall terminate no later than the third anniversary of the Effective Date, making the current date of termination October 31, 2022.  However, section 6.2.16 provides that upon motion by the Liquidating Trustee or other party in interest, the Bankruptcy Court may extend the term of the Liquidating Trust for a finite period if it is necessary to the liquidating purpose thereof.

4.       In addition, Section 8.1(a) of the Liquidating Trust Agreement, *id.* at 93 ("LTA"), provides that the Bankruptcy Court, upon motion, has the right to extend the Liquidating Trust for a fixed period as necessary to facilitate or complete recovery and liquidation of the Liquidating Trust Assets.

5.       The Liquidating Trustee submits that there is just cause to extend of the term of the Liquidating Trust. The Liquidating Trustee, in consultation with counsel, as well as the Oversight Committee, has advanced efforts on behalf of the Liquidating Trust with respect to claims filed against the Debtors' estates, as well as with respect to certain claims that are being prosecuted by the Liquidating Trustee

in that certain adversary proceeding styled as following: *Mark Healy as Liquidating Trustee, v. Daoping Bao, et al,* Case No. 3:20-ap-00051-BAJ (the "Adversary Proceeding").

6.     The Adversary Proceeding is currently in the discovery stage.  Pursuant to the Court's Amended Agreed Scheduling Order and Amended Order Granting Liquidating Trustee's Ore Tenus Motion to Compel Mediation (the "Scheduling Order"), dated July 18, 2022, the Final Pretrial Conference in the Adversary Proceeding will be held on August 21, 2023.  At some point following the Pretrial Conference, the Adversary Proceeding will go to trial.

7.     In addition to a trial, based on the nature of the Adversary Proceeding, it is reasonable to anticipate at least two years of post-judgment appeals, thus the request for a three-year extension of the term of the Liquidating Trust is reasonable.

8.     Resolution of the Adversary Proceeding is a key component of the Liquidating Trustee's responsibility under the Liquidating Trust.  Because the Adversary Proceeding will not be resolved by October 31, 2022, cause exists to extend the term of Liquidating Trust.

9.     The Liquidating Trustee requests an extension of the Liquidating Trust for an additional three (3) years from October 31, 2022 to provide additional time for the Adversary Proceeding to be fully resolved, and to allows the Liquidating Trustee to address other obligations such as the resolution of claims.    The

Liquidating Trustee submits that the requested extension is in the best interests of all creditors and parties in interest for the reasons stated herein.[2]

WHEREFORE, the Liquidating Trustee respectfully requests this Court extend the term of the Liquidating Trust for an additional three (3) years from the current termination date of October 31, 2022, without prejudice to seeking further extensions as warranted by the facts and circumstances, and grant such other relief as is just and proper under the circumstances.

Dated this 23rd day of  September, 2022.

CLARK PARTINGTON

/s/ Douglas A. Bates
**DOUGLAS A. BATES**
Florida Bar No. 0791431
dbates@clarkpartington.com
125 East Intendencia Street (32502)
P.O. Box 13010
Pensacola, Florida 32591-3010
Telephone: (850) 434-9200

**TREVOR A. THOMPSON**
Florida Bar No. 0068006
tthompson@clarkpartington.com
CLARK PARTINGTON
106 E. College Avenue, Suite 600
Tallahassee, FL 32301
Phone (850) 320-6827
Fax (850) 597-7591
*Attorneys for Liquidating Trustee,*
*Mark C. Healy*

---

[2] The Liquidating Trustee reserves the right to seek further extensions of the term of the Liquidating Trust based on the facts and circumstances of the case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished through CM/ECF service and by United States mail as designated below on this 23rd day of September, 2022:

By CM/ECF Service

- Daniel F Blanks daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com; allison.abbott@nelsonmullins.com
- D Marcus Braswell mbraswell@sugarmansusskind.com
- Jacob A. Brown jacob.brown@akerman.com, jennifer.meehan@akerman.com; katherine.fackler@akerman.com; matthew.drawdy@akerman.com; raye.elliott@akerman.com
- Jason B. Burnett jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com; kim.miller@gray-robinson.com
- Robert P Charbonneau rpc@agentislaw.com, nsocorro@agentislaw.com; bankruptcy@agentislaw.com
- Jeffrey Chubak jchubak@storchamini.com
- Katherine Fackler katherine.fackler@akerman.com, jennifer.meehan@akerman.com; matthew.drawdy@akerman.com
- Norman P Fivel norman.fivel@ag.ny.gov
- Thomas J Francella tfrancella@cozen.com, sshidner@cozen.com
- Timothy E Graulich timothy.graulich@davispolk.com
- Peter J Gurfein pgurfein@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- Hain Capital Group (CE) ceckstein@haincapital.com
- Robert A Heekin rah@tmhlaw.net, sad@tmhlaw.net; rrt@tmhlaw.net; saj@tmhlaw.net
- Andrew T. Jenkins ajenkins@bushross.com, mlinares@bushross.com; ksprehn@bushross.com
- Kathleen A Jorrie kathy.jorrie@pillsburylaw.com, irma.magana@pillsburylaw.com
- Jill E Kelso jill.kelso@usdoj.gov
- John B Macdonald john.macdonald@akerman.com, jennifer.meehan@akerman.com; maggie.hearon@akerman.com
- Ari Newman newmanar@gtlaw.com, miaecfbky@gtlaw.com; crossmann@gtlaw.com

- David E. Otero david.otero@akerman.com,
- kim.crenier@akerman.com; jennifer.meehan@akerman.com; cindy.laquidara@akerman.com
- John T Rogerson john.rogerson@arlaw.com, megan.farmer@arlaw.com; richene.oliver@arlaw.com
- Emily Y Rottmann erottmann@mcguirewoods.com, clambert@mcguirewoods.com; flservice@mcguirewoods.com
- Oscar E Sanchez osanchez@goldbergsegalla.com, aburno@goldbergsegalla.com; mmartinez@goldbergsegalla.com
- Miriam G Suarez Miriam.G.Suarez@usdoj.gov
- Richard R Thames rrt@tmhlaw.net, sad@tmhlaw.net; brm@tmhlaw.net; rah@tmhlaw.net; rjs@tmhlaw.net; rth@tmhlaw.net
- United States Trustee - JAX 11 USTP.Region21.OR.ECF@usdoj.gov
- Jay B Verona jverona@slk-law.com, mhartz@slk-law.com
- Lee D Wedekind lee.wedekind@nelsonmullins.com, Allison.abbott@nelsonmullins.com; harris.winsberg@troutman.com, and
- All others requesting notice by CM/ECF.

<u>By U.S. Mail</u>

Ampleton Group Limited
Priors Court
Churchmere Road
Sutton Courtenay, nr
Abington OX14 4AQ, UK

B.E. Capital Management Fund LP
c/o Mr. Thomas Braziel
PO Box 206
N. Stonington, CT 06359

Hain Capital Group (CE)
301 Route 17 North
Rutherford, NJ  07070

Claudio E. Iannitelli
Iannitelli Marcolina, P.C.
5353 North 16th Street
Suite 315

Phoenix, AZ 85016

Kaleo Legal
c/o Brian A. Wainger
4456 Corporation Lane, Ste 135
Virginia Beach, VA 23462

New York State Department of Taxation and Finance
P.O. Box 5300
Albany, NY 12205-0100
RMS Titanic, Inc.
3045 Kingston Court
Suite 1
Peachtree Corners, GA 30071

Semmel Concerts GmbH
c/o Joseph VanLeuven
1201 Third Avenue, Ste 2200
Seattle, WA 98101

Howard Siegel
945 McKinney Street, PMB 434
Houston, TX 77002

Steven Z. Szanzer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Samuel Weiser
565 Willow Road
Winnetka, IL 60093

*/s/ Douglas A. Bates*
**DOUGLAS A. BATES**