# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

*In re:*

PREMIER EXHIBITIONS, INC., et. al.,                Case No.: 3:16-02232-BAJ

_____Debtors._____ /        Chapter 11

**FIRST POST CONFIRMATION APPLICATION OF ROBERT P. CHARBONNEAU, ESQ. AND AGENTIS PLLC FOR REIMBURSEMENT OF EXPENSES TO THE CO-COUNSEL FOR THE LIQUIDATING TRUSTEE FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 13, 2024**

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

1. Name of Applicant: _Robert P. Charbonneau and the law firm of Agentis PLLC_
2. Services Provided to: _Mark C. Healy, Liquidating Trustee_
3. Date of Retention: _May 29, 2018 nunc pro tunc to May 2, 2018_
4. Period for this Application: _August 1, 2022 through and including August 13, 2024_
5. Amount of Compensation Sought:                $ N/A
6. Amount of Expenses Sought:                    $ 53,496.21
7. Amount of Original Retainer: $N/A             Current Balance: $N/A
8. Blended Hourly Rate this Application: N/A     Cumulative: _____

This is an: ____X____ interim _____ final application.

Disclosure of the following for each prior application:

| Filed | Period | Requested | | | | Approved | | Paid | | Holdback |
|-------|--------|-----------|---|------|----------|-------|-----|-------|------|----------|
| | | Fees | Hrs | Rate | Expenses | Fees | Exp. | Fees | Exp. | |
| 10/4/2019 | 5-2/2018 - 9/26/2019 | $550,000.00 | Contingency | | $8,865.32 | $550,000.00 | $8,865.32 | $550,000.00 | $8,865.32 | $ - |



**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

*In re:*

PREMIER EXHIBITIONS, INC., et. al.,          Case No.: 3:16-02232-BAJ

_____Debtors._____ /          Chapter 11

**FIRST POST CONFIRMATION APPLICATION OF ROBERT P.**
**CHARBONNEAU, ESQ. AND AGENTIS PLLC FOR ALLOWANCE AND**
**REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LIQUIDATING TRUSTEE**
**FOR THE PERIOD FROM AUGUST 1, 2022 THROUGH AUGUST 13, 2024**

Robert P. Charbonneau and the Law Firm of Agentis PLLC (together, "Agentis" or "Applicant") special co-counsel for Mark C. Healy ("Mr. Healy" or the "Liquidating Trustee"), makes this first, post-confirmation Application for reimbursement of expenses incurred from August 1, 2022 through and including August 13, 2024 (the "Application"). This Application is filed pursuant to Section § 330 of title 11 of the United States Code, 11 U.S.C. § 101, *et. seq.* (the "Bankruptcy Code") Rule 2016 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") and the Guidelines of the United States Trustee (the "Guidelines") and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1. This Application is neither an amendment nor supplement to a previous Fee Application. The Exhibit attached to this Application, pursuant to the Guidelines are:

**Exhibit "1"** - Summary of Requested Reimbursements of Expenses.

1.      In seeking reimbursement for the expenditures described on Exhibit "1," Agentis is seeking reimbursement only for the actual expenditure and has not marked-up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that Agentis has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

-2-



2.     In seeking reimbursement for any service provided by a third party, Agentis is seeking reimbursement only for the amount actually paid by Agentis to third party.

3.     Applicant believes that the requested expense reimbursement in the amount of $53,496.21 is not only reasonable, but the costs incurred by Applicant were necessary in moving forward the adversary proceeding in which Applicant is engaged as co-counsel.

**<u>Verified Statement of Reasonableness for Expenses Requested and Truthfulness</u>**

4.     I verify that the costs for which reimbursement is sought as reflected in this application are reasonable for the work performed and that the application is true and correct.

5.     Applicant submits this Application, pursuant to Sections 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and the Guidelines. Applicant requests reimbursement for the actual and necessary expenses incurred in the amount of $53,496.21.

**WHEREFORE,** Applicant respectfully seeks: (a) reimbursement of actual costs in the amount of $53,496.21 for the period requested in this Application on final basis; (b) entry of an order authorizing and directing the Liquidating Trustee to pay the approved expense reimbursement and (c) and granting such other and further relief as the Court deems appropriate.

**AGENTIS PLLC**
*Counsel for the Liquidating Trustee*
45 Almeria Avenue
Coral Gables, Florida 33134
T. 305.722.2002
www.agentislaw.com

By:     */s/ Robert P. Charbonneau*
          Robert P. Charbonneau, Esq.
          Florida Bar No. 968234
          rpc@agentislaw.com

-3-



## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was  served was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to all parties of interest listed on the attached service list pursuant to Local Rule 1007-2, this 3rd day of October 2024.

By:_____ /s/ *Robert P. Charbonneau*_____
Robert P. Charbonneau, Esq.
Florida Bar No. 968234
rpc@agentislaw.com

-4-

Label Matrix for local noticing
113A-3
Case 3:16-bk-02232-BAJ
Middle District of Florida
Jacksonville
Wed Oct  2 12:51:24 EDT 2024

417 Fifth Ave Real Estate LLC
c/o Jason B. Burnett, Esq.
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202-3611

AEG Live LLC
c/o Kathy A. Jorrie
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017-5524

Akerman LLP
c/o David E. Otero, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Akerman LLP
c/o Katherine C. Fackler, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Akerman LLP
c/o Jacob A. Brown, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Akerman LLP
c/o John B. Macdonald, Esq.
50 N. Laura St., Suite 3100
Jacksonville, FL 32202-3659

Bank of America, N.A.
c/o Bush Ross, P.A.
Attn: Andrew T. Jenkins, Esq.
1801 North Highland Avenue
Tampa, Florida 33602-2656

George F. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5150

Haiping Zou
Unit 110-115
Wanke Qingqing Homeland
Dougezhuang, Chaoyang Distr.
Beijing, China 100021

Ian Whitcomb
c/o Thomas J. Francella, Jr.
1201 N. Market St., Ste. 1001
Wilmington, DE 19801-1807

Jack F. Jacobs
c/o John T. Rogerson III, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202-4937

Landau Gottfried & Berger LLP
c/o Peter J. Gurfein
1880 Century Park East
Suite 1101
Los Angeles, CA 90067-1608

Louis J. Eyde Orlando, LLC
c/o Jay B. Verona, Esq.
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602-5150

Mark A. Sellers
c/o John T. Rogerson III, Esq.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202-4937

Mark C. Healy
c/o Douglas A. Bates
125 Intendencia Street (32502)
PO Box 13010
Pensacola, FL  32591-3010

Mark C. Healy, the Liquidating Trustee
c/o Marilee A Mark Esq
Special Litigation Co-Counsel
CIMO MAZER MARK PLLC
100 S.E. 2nd Street, Ste 3650
Miami, FL 33131-2100

Mark C. Healy, the Liquidating Trustee
c/o David C. Cimo, Esq.
Special Litigation Co-Counsel
CIMO MAZER MARK PLLC
100 S.E. 2nd Street, Ste 3650
Miami, FL 33131-2100

Mark Healy
c/o Robert P. Charbonneau, Esq.
Agentis PLLC
55 Alhambra Plaza, S# 800
Coral Gables, Fl. 33134-5254

Oscar Sanchez, Esq.
Goldberg Segalla
222 Lakeview Avenue
Suite 800
West Palm Beach, FL 33401-6148

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19

**AGENTIS PLLC**

**Summary of Requested Reimbursement of Expenses**

**Exhibit "1"**

| | Description | | Amount |
|---|---|---|---|
| **1** | **Filing Fees:** | | $888.00 |
| **2** | **Process Service Fees:** | | $2,140.00 |
| **3** | **Witness Fees** | | |
| **4** | **Court Reporter Fees and Transcripts:** | | $12,185.40 |
| **5** | **Lien & Title Searches** | | |
| **6** | **Photocopies** | | $3,921.62 |
| | **(a)**   **In House copies** (17,870 at $.15/ page) | $    2,680.50 | |
| | **(b)**   **Outside copies Services** | $    1,241.12 | |
| **7** | **Postage** | | $868.22 |
| | **(a)**   **In House Postage** | $    259.33 | |
| | **(b)**   **Outside Postage** | $    608.89 | |
| **8** | **Overnight Delivery Charges: FEDEX** | | $1,355.06 |
| **9** | **Outside Courier/Messenger Service:** | | |
| **10** | **Long Distance Telephone Charges Conference Call Fees and Court Calls:** | | $1,083.31 |
| **11** | **Long Distance Fax Transmissions (Copies at $1/page)** | | |
| **12** | **Computerized Research: PACER/WESTLAW** | | $1,287.10 |
| **13** | **Travel** | | $10,198.73 |
| | (a)    Transportation/Travel Expenses | $    1,193.24 | |
| | (b)    Lodging | $    3,269.84 | |
| | (c)    Meals | $    148.97 | |
| | (d)    Parking for hearings | $    350.14 | |
| | (e)    Mileage | | |
| | (f)    Tolls | | |
| | (g)    Airfare | $    5,236.54 | |
| **14** | **Miscellaneous** | | $38,172.83 |
| | (a)    Translation Services | $    15,479.50 | |
| | (b)    Certified Copies | $    46.50 | |
| | (c)    Discovery Platform | $    19,570.24 | |
| | (d)    Recording Fees | $    45.30 | |
| | (e)    Research Fees | $    6.29 | |
| | (f)    Mediation Expenses | $    3,025.00 | |
| | EXPENSE REIMBURSEMENT REQUESTED | | $72,100.27 |
| | *Payment 11/21/2019* | | $8,865.32 |
| | *Payment 3/3/2023* | | $9,738.74 |
| | **TOTAL EXPENSE REIMBURSEMENT REQUESTED** | | **$53,496.21** |