## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

PREMIER EXHIBITIONS, INC. et al.,[1]

    Debtors.

Chapter 11

Case No. 3:16-bk-02232-BAJ

(Jointly Administered)

---

## LIQUIDATING TRUSTEE'S
## REQUEST FOR STATUS CONFERENCE
## REGARDING CLAIMS OBJECTION PROCESS

MARK C. HEALY, in his capacity as trustee for the Liquidating Trust in this jointly administered case ("Liquidating Trustee"), by and through his undersigned counsel, requests that the Court schedule a status conference regarding the claims objection process, to include, among other things,, the First Omnibus Objection to Claims filed on October 31, 2025, and states as follows:

1.    Liquidating Trustee has been appointed as the liquidating trustee of the Liquidating Trust established by the confirmed plan in this case. ECF No. 231 at 18

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pryxie Liquidation Corp. f/k/a Premier Exhibitions, Inc. (4922); Pryxie Liquidation 1P LLC, f/k/a Premier Exhibitions Management, LLC (3101); Pryxie Liquidation 2A LLC f/k/a Arts and Exhibitions International, LLC (3101); Pryxie Liquidation 5I LLC f/k/a Premier Exhibitions International, LLC (5075); Pryxie Liquidation 3N Inc. f/k/a Premier Exhibitions NYC, Inc. (9246); Pryxie Liquidation 4M LLC f/k/a Premier Merchandising, LLC (3867), and Pryxie Liquidation 6D Corp. f/k/a Dinosaurs Unearthed Corp. (7309).  The name changes noted herein are made pursuant to the Notice of Name Change of the Debtors (ECF No. 247).

¶ 4.

2.      As this Court is aware, the Liquidating Trustee has requested and received several extensions of time to object to claims.  The current claim objection deadline is April 26, 2026.  See, Order Approving Liquidating Trustee's Motion for Extension of Time to Object to Claims (Doc. 538).

3.      No creditor or party in interest has objected to the Trustee's requests to extend the time-period to object to claims.

4.      On October 31, 2025, Liquidating Trustee filed his Amended First Omnibus Objection to Claims (the "First Omnibus Objection")(Doc. 543). As stated in the First Omnibus Objection certificate of service, copies of the First Omnibus Objection were served upon affected parties by United States mail on the date the First Omnibus Objection was filed.

5.      The deadline for responding to the First Omnibus Objection is December 3, 2025 (the "Response Deadline"). As of the date of the filing of this request, the Liquidating Trustee has received contact from certain creditors but no formal responses to the First Omnibus Objection have been filed.  Pursuant to the applicable rules, the Liquidating Trustee plans to present the Court with a proposed form of Order on the First Omnibus Objection following the Response Deadline.

6.      The Liquidating Trustee believes that a status conference scheduled after the Response Deadline would be a good way for the Liquidating Trustee to

inform the Court of the status of the claims objection process generally, as well as the status of any responses filed to the First Omnibus Objection.  The Liquidating Trustee anticipates filing additional objections in advance of the Status Conference.

7.     The Liquidating Trustee submits that the requested status conference is in the best interests of all creditors and parties in interest.

WHEREFORE, the Liquidating Trustee respectfully requests this Court schedule a status conference regarding the claims objection process, and grant such other relief as is just and proper under the circumstances.

Dated this 1ˢᵗ day of December, 2025.

CLARK PARTINGTON

*/s/ Douglas A. Bates*
**DOUGLAS A. BATES**
Florida Bar No. 0791431
dbates@clarkpartington.com
125 East Intendencia Street (32502)
P.O. Box 13010
Pensacola, Florida 32591-3010
Telephone: (850) 434-9200

**TREVOR A. THOMPSON**
Florida Bar No. 0068006
tthompson@clarkpartington.com
CLARK PARTINGTON
106 E. College Avenue, Suite 600
Tallahassee, FL 32301
Phone (850) 320-6827
Fax (850) 597-7591

*Attorneys for Liquidating Trustee,*
*Mark C. Healy*

3

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished through CM/ECF service and by United States mail as designated below on this 1st day of December, 2025:

<u>By CM/ECF Service</u>

- Daniel F Blanks daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com; allison.abbott@nelsonmullins.com; shane.ramsey@nelsonmullins.com;
- D Marcus Braswell mbraswell@sugarmansusskind.com
- Jacob A. Brown jacob.brown@akerman.com, jennifer.meehan@akerman.com; katherine.fackler@akerman.com; matthew.drawdy@akerman.com; raye.elliott@akerman.com; Christian.george@akerman.com; William.handle@akerman.com
- Jason B. Burnett jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com; kim.miller@gray-robinson.com
- Robert P Charbonneau rpc@agentislaw.com, nsocorro@agentislaw.com; bankruptcy@agentislaw.com
- Jeffrey Chubak jchubak@storchamini.com
- Katherine Fackler katherine.fackler@akerman.com, jennifer.meehan@akerman.com; matthew.drawdy@akerman.com
- Norman P Fivel norman.fivel@ag.ny.gov
- Thomas J Francella tfrancella@cozen.com, sshidner@cozen.com
- Timothy E Graulich timothy.graulich@davispolk.com
- Peter J Gurfein pgurfein@landaufirm.com, vrichmond@landaufirm.com; avedrova@landaufirm.com
- Hain Capital Group (CE) ceckstein@haincapital.com
- Robert A Heekin rah@tmhlaw.net, sad@tmhlaw.net; rrt@tmhlaw.net; saj@tmhlaw.net; rob@heekinlawoffices.com;
- Andrew T. Jenkins ajenkins@bushross.com, mlinares@bushross.com; ksprehn@bushross.com
- Kathleen A Jorrie kathy.jorrie@pillsburylaw.com, irma.magana@pillsburylaw.com
- Jill E Kelso jill.kelso@usdoj.gov
- John B Macdonald john.macdonald@akerman.com, jennifer.meehan@akerman.com; maggie.hearon@akerman.com
- David E. Otero david.otero@akerman.com,

- kim.crenier@akerman.com; jennifer.meehan@akerman.com; cindy.laquidara@akerman.com
- John T Rogerson john.rogerson@arlaw.com, megan.farmer@arlaw.com; richene.oliver@arlaw.com
- Emily Y Rottmann erottmann@mcguirewoods.com, clambert@mcguirewoods.com; flservice@mcguirewoods.com
- Oscar E Sanchez osanchez@goldbergsegalla.com, aburno@goldbergsegalla.com; mmartinez@goldbergsegalla.com
- Miriam G Suarez Miriam.G.Suarez@usdoj.gov
- Richard R Thames rrt@tmhlaw.net, sad@tmhlaw.net; brm@tmhlaw.net; rah@tmhlaw.net; rjs@tmhlaw.net; rth@tmhlaw.net; rrt@thamesmarkey.law
- United States Trustee - JAX 11 USTP.Region21.OR.ECF@usdoj.gov
- Jay B Verona jverona@slk-law.com, mhartz@slk-law.com, jverona@shumaker.com
- Lee D Wedekind lee.wedekind@nelsonmullins.com, Allison.abbott@nelsonmullins.com; harris.winsberg@troutman.com,
- Howard Siegel  howard@eucinv.com;
- David Cimo  dcimo@cimomark.com; mmark@cimomark.com
- Daniel S. Bitran dbitran@mitrani.com; imitrani@mitrani.com
- Shay B Cohen scohen@rvmrlaw.com
- Jason S. Mazer jmazer@mazer-law.com
- Ari Newman newmanar@gtlaw.com;
- Robert M. Stein rstein@rvmrlaw.com
- Steven Z. Szanzer  steven.szanzer@davispolk.com; and
- All others requesting notice by CM/ECF.

By U.S. Mail

| | |
|---|---|
| Ampleton Group Limited<br>Priors Court<br>Churchmere Road<br>Sutton Courtenay, nr<br>Abington OX14 4AQ, UK | B.E. Capital Management Fund LP<br>c/o Mr. Thomas Braziel<br>PO Box 206<br>N. Stonington, CT 06359 |

| | |
|---|---|
| Claudio E. Iannitelli<br>Iannitelli Marcolina, P.C.<br>5353 North 16th Street<br>Suite 315<br>Phoenix, AZ 85016 | Kaleo Legal<br>c/o Brian A. Wainger<br>4456 Corporation Lane, Ste 135<br>Virginia Beach, VA 23462 |
| New York State Department of Taxation and Finance<br>P.O. Box 5300<br>Albany, NY 12205-0100 | RMS Titanic, Inc.<br>3045 Kingston Court<br>Suite 1<br>Peachtree Corners, GA 30071 |
| Joseph VanLeuven<br>Davis Wright Tremaine<br>1300 SW Fifth Ave., Suite 2400<br>Portland, OR 97201-5610 | Samuel Weiser<br>565 Willow Road<br>Winnetka, IL 60093 |
| Susan M. Smith<br>GlassRatner Advisory & Capital Group, LLC<br>d/b/a B. Riley Advisory<br>315 South Plant Ave.<br>Tampa, FL 33606-2325 | |

Notice will not be sent to:
Carr, Riggs Ingram, LLC
Teneo Securities, LLC
PacBridge Capital Partners (HK) Ltd.

*/s/ Douglas A. Bates*
**DOUGLAS A. BATES**