

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/18/2025 10:00 AM

COURTROOM   4A, 4th Floor

## HONORABLE JASON BURGESS

CASE NUMBER:                              FILING DATE:

**3:16-bk-02232-BAJ**          **11**          **06/14/2016**

**Chapter 11**

**DEBTOR:**          Premier Exhibitions, Inc.

**DEBTOR ATTY:**   **Emily Rottmann**

**TRUSTEE:**        **NA**

**HEARING:**

Status Conference

**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Status Conference

 CONTINUED TO MARCH 9 @ 9:30 AOCNFN

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.