## UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

Jacksonville Division

In re: Premier Exhibitions, Inc. et al　　　　§　　　Case No. 16-02232
　　　　　　　　　　　　　　　　　　　　　§　　　Lead Case No. 16-02232
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　Debtor(s)　　　　　　　　　§　　　☒ Jointly Administered

# Post-confirmation Report                                                                                      Chapter 11

Quarter Ending Date: 12/31/2025　　　　　　　　　　　　　　Petition Date: 06/14/2016

Plan Confirmed Date: 10/16/2019　　　　　　　　　　　　　　Plan Effective Date: 10/31/2019

This Post-confirmation Report relates to:　○ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: Liquidating Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Douglas A. Bates　　　　　　　　　　　　　　　　Douglas A. Bates
Signature of Responsible Party　　　　　　　　　　　　Printed Name of Responsible Party

01/15/2026　　　　　　　　　　　　　　　　　　　　Clark Partington
Date　　　　　　　　　　　　　　　　　　　　　　　　125 Intendencia Street
　　　　　　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)　　　　　　　　1

Debtor's Name: Premier Exhibitions, Inc. et al  Case No. 16-02232

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $9,514,723 | $19,913,034 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $9,514,723 | $19,913,034 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $9,931,742 | $0 | $9,802,388 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Thames, Markey & Heekin | Special Counsel | $0 | $253,571 | $0 | $253,571 |
| | ii | Akerman, LLP. | Special Counsel | $0 | $752,162 | $0 | $706,859 |
| | iii | Landau, Cottfried, Berger, LLP | Special Counsel | $0 | $1,480,781 | $0 | $1,405,315 |
| | iv | Teneo Securities, LLC. | Financial Professional | $0 | $511,563 | $0 | $502,978 |
| | v | Mark Healy | Other | $0 | $35,692 | $0 | $35,692 |
| | vi | Troutman, Sanders, LLP. | Lead Counsel | $0 | $3,450,305 | $0 | $3,450,305 |
| | vii | Nelson, Mullins, Riley, & | Local Counsel | $0 | $697,636 | $0 | $697,636 |
| | viii | McQuire Woods, LLP. | Special Counsel | $0 | $181,693 | $0 | $181,693 |
| | ix | Kaleo Legal | Special Counsel | $0 | $480,426 | $0 | $480,426 |
| | x | Glass Ratner Advisory & Capita | Financial Professional | $0 | $519,056 | $0 | $519,056 |
| | xi | Carr, Riggs & Ingram, LLC | Financial Professional | $0 | $136,567 | $0 | $136,567 |
| | xii | Storch, Amini, PC | Special Counsel | $0 | $320,818 | $0 | $320,818 |
| | xiii | Robert P. Charbonneau | Special Counsel | $0 | $558,865 | $0 | $558,865 |
| | xiv | Cimo, Mazer, Mark, PLLC | Special Counsel | $0 | $552,607 | $0 | $552,607 |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Premier Exhibitions, Inc. et al                                           Case No.  16-02232

|   |         |   |   |   |   |   |   |
|---|---------|---|---|---|---|---|---|
|   | xxx     |   |   |   |   |   |   |
|   | xxxi    |   |   |   |   |   |   |
|   | xxxii   |   |   |   |   |   |   |
|   | xxxiii  |   |   |   |   |   |   |
|   | xxxiv   |   |   |   |   |   |   |
|   | xxxv    |   |   |   |   |   |   |
|   | xxxvi   |   |   |   |   |   |   |
|   | xxxvii  |   |   |   |   |   |   |
|   | xxxviii |   |   |   |   |   |   |
|   | xxxix   |   |   |   |   |   |   |
|   | xl      |   |   |   |   |   |   |
|   | xli     |   |   |   |   |   |   |
|   | xlii    |   |   |   |   |   |   |
|   | xliii   |   |   |   |   |   |   |
|   | xliv    |   |   |   |   |   |   |
|   | xlv     |   |   |   |   |   |   |
|   | xlvi    |   |   |   |   |   |   |
|   | xlvii   |   |   |   |   |   |   |
|   | xlviii  |   |   |   |   |   |   |
|   | xlix    |   |   |   |   |   |   |
|   | l       |   |   |   |   |   |   |
|   | li      |   |   |   |   |   |   |
|   | lii     |   |   |   |   |   |   |
|   | liii    |   |   |   |   |   |   |
|   | liv     |   |   |   |   |   |   |
|   | lv      |   |   |   |   |   |   |
|   | lvi     |   |   |   |   |   |   |
|   | lvii    |   |   |   |   |   |   |
|   | lviii   |   |   |   |   |   |   |
|   | lix     |   |   |   |   |   |   |
|   | lx      |   |   |   |   |   |   |
|   | lxi     |   |   |   |   |   |   |
|   | lxii    |   |   |   |   |   |   |
|   | lxiii   |   |   |   |   |   |   |
|   | lxiv    |   |   |   |   |   |   |
|   | lxv     |   |   |   |   |   |   |
|   | lxvi    |   |   |   |   |   |   |
|   | lxvii   |   |   |   |   |   |   |
|   | lxviii  |   |   |   |   |   |   |
|   | lxix    |   |   |   |   |   |   |
|   | lxx     |   |   |   |   |   |   |
|   | lxxi    |   |   |   |   |   |   |

Debtor's Name  Premier Exhibitions, Inc. et al                                              Case No.  16-02232

|        |   |   |   |   |   |   |
|--------|---|---|---|---|---|---|
| lxxii  |   |   |   |   |   |   |
| lxxiii |   |   |   |   |   |   |
| lxxiv  |   |   |   |   |   |   |
| lxxv   |   |   |   |   |   |   |
| lxxvi  |   |   |   |   |   |   |
| lxxvii |   |   |   |   |   |   |
| lxxviii|   |   |   |   |   |   |
| lxxix  |   |   |   |   |   |   |
| lxxx   |   |   |   |   |   |   |
| lxxxi  |   |   |   |   |   |   |
| lxxxii |   |   |   |   |   |   |
| lxxxiii|   |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |   |
| lxxxv  |   |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |   |
| lxxxvii|   |   |   |   |   |   |
| lxxxvii|   |   |   |   |   |   |
| lxxxix |   |   |   |   |   |   |
| xc     |   |   |   |   |   |   |
| xci    |   |   |   |   |   |   |
| xcii   |   |   |   |   |   |   |
| xciii  |   |   |   |   |   |   |
| xciv   |   |   |   |   |   |   |
| xcv    |   |   |   |   |   |   |
| xcvi   |   |   |   |   |   |   |
| xcvii  |   |   |   |   |   |   |
| xcviii |   |   |   |   |   |   |
| xcix   |   |   |   |   |   |   |
| c      |   |   |   |   |   |   |
| ci     |   |   |   |   |   |   |

|   |   |   |   | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* |   |   |   |   |
|   | *Itemized Breakdown by Firm* | | | | | | |
|   |   | Firm Name | Role | | | | |
|   | i |   |   |   |   |   |   |
|   | ii |   |   |   |   |   |   |
|   | iii |   |   |   |   |   |   |
|   | iv |   |   |   |   |   |   |
|   | v |   |   |   |   |   |   |
|   | vi |   |   |   |   |   |   |

UST Form 11-PCR (12/01/2021)                                      4

Debtor's Name Premier Exhibitions, Inc. et al                                    Case No. 16-02232

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Premier Exhibitions, Inc. et al                                    Case No.  16-02232

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xlix |  |  |  |  |  |  |
| l |  |  |  |  |  |  |
| li |  |  |  |  |  |  |
| lii |  |  |  |  |  |  |
| liii |  |  |  |  |  |  |
| liv |  |  |  |  |  |  |
| lv |  |  |  |  |  |  |
| lvi |  |  |  |  |  |  |
| lvii |  |  |  |  |  |  |
| lviii |  |  |  |  |  |  |
| lix |  |  |  |  |  |  |
| lx |  |  |  |  |  |  |
| lxi |  |  |  |  |  |  |
| lxii |  |  |  |  |  |  |
| lxiii |  |  |  |  |  |  |
| lxiv |  |  |  |  |  |  |
| lxv |  |  |  |  |  |  |
| lxvi |  |  |  |  |  |  |
| lxvii |  |  |  |  |  |  |
| lxviii |  |  |  |  |  |  |
| lxix |  |  |  |  |  |  |
| lxx |  |  |  |  |  |  |
| lxxi |  |  |  |  |  |  |
| lxxii |  |  |  |  |  |  |
| lxxiii |  |  |  |  |  |  |
| lxxiv |  |  |  |  |  |  |
| lxxv |  |  |  |  |  |  |
| lxxvi |  |  |  |  |  |  |
| lxxvii |  |  |  |  |  |  |
| lxxviii |  |  |  |  |  |  |
| lxxix |  |  |  |  |  |  |
| lxxx |  |  |  |  |  |  |
| lxxxi |  |  |  |  |  |  |
| lxxxii |  |  |  |  |  |  |
| lxxxiii |  |  |  |  |  |  |
| lxxxiv |  |  |  |  |  |  |
| lxxxv |  |  |  |  |  |  |
| lxxxvi |  |  |  |  |  |  |
| lxxxvii |  |  |  |  |  |  |
| lxxxvii |  |  |  |  |  |  |
| lxxxix |  |  |  |  |  |  |
| xc |  |  |  |  |  |  |

Debtor's Name Premier Exhibitions, Inc. et al    Case No. 16-02232

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $377,026 | $0 | $377,026 | $377,026 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $9,916 | $0 | $9,916 | $9,916 | 100% |
| d. General unsecured claims | $0 | $0 | $4,706,209 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ◯   No ⦿
   If yes, give date Final Decree was entered:
   If no, give date when the application for Final Decree is anticipated: 03/31/2026
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

Debtor's Name Premier Exhibitions, Inc. et al                                                                          Case No.  16-02232

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Mark C. Healy                                                                       Mark C. Healy
Signature of Responsible Party                                                  Printed Name of Responsible Party

Liquidating Trustee                                                                    01/15/2026
Title                                                                                            Date

UST Form 11-PCR (12/01/2021)                                  8

Debtor's Name Premier Exhibitions, Inc. et al                                                        Case No.  16-02232


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

| Debtor's Name Premier Exhibitions, Inc. et al | Case No.  16-02232 |
|---|---|



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10