United States Bankruptcy Court

Middle District of Florida

| | |
|---|---|
| In re: | Case No. 16-02232-BAJ |
| Premier Exhibitions, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 28, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 26458773 | + B.E. Capital Management Fund LP, c/o Mr. Thomas Braziel, Post Office Box 206, N. Stonington, Connecticut 06359-0206 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 30, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew T. Jenkins | on behalf of Creditor Bank of America  N.A. ajenkins@bushross.com, kkearney@bushross.com |
| Ari Newman | on behalf of Creditor Lange Feng newmanar@gtlaw.com  miaecfbky@gtlaw.com;perezan@gtlaw.com |
| Ari Newman | on behalf of Creditor Haiping Zou newmanar@gtlaw.com  miaecfbky@gtlaw.com;perezan@gtlaw.com |
| Ari Newman | on behalf of Creditor Jihe Zhang newmanar@gtlaw.com  miaecfbky@gtlaw.com;perezan@gtlaw.com |
| Ari Newman | on behalf of Interested Party Premier Acquisition Holdings  LLC newmanar@gtlaw.com, miaecfbky@gtlaw.com;perezan@gtlaw.com |
| Ari Newman | |

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 2 of 6 |
| Date Rcvd: Jan 28, 2026 | Form ID: trc | Total Noticed: 1 |

        on behalf of Interested Party Greenberg Traurig  P.A. newmanar@gtlaw.com, miaecfbky@gtlaw.com;perezan@gtlaw.com

Christian P George
        on behalf of Interested Party Akerman LLP christian.george@akerman.com susan.scott@akerman.com;jennifer.meehan@akerman.com

D Marcus Braswell, Jr
        on behalf of Creditor Local One  IATSE mbraswell@sugarmansusskind.com

Daniel F Blanks
        on behalf of Debtor Premier Exhibitions Management  LLC daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Premier Exhibitions International  LLC daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Dinosaurs Unearthed Corp. daniel.blanks@nelsonmullins.com matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Premier Merchandising  LLC daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Premier Exhibitions NYC  Inc. daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Premier Exhibitions  Inc. daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel F Blanks
        on behalf of Debtor Arts and Exhibitions International  LLC daniel.blanks@nelsonmullins.com, matthew.brooks@troutmansanders.com;allison.abbott@nelsonmullins.com

Daniel S Bitran
        on behalf of Defendant Michael Evans dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Jerome Henshall dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Defendant Sid Dutchak dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Sid Dutchak dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Defendant Gou "David" Ding dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Defendant Jerome Henshall dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Defendant Daoping Bao dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Mark Bains dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Michael Evans dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Daoping Bao dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Defendant Mark Bains dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

Daniel S Bitran
        on behalf of Interested Party Guo "David" Ding dbitran@mitrani.com  cayala@mitrani.com;imitrani@mitrani.com

David C Cimo
        on behalf of Attorney Mark C. Healy dcimo@cimomark.com  ekelly@cmmlawgroup.com;ekelly@ecf.courtdrive.com

David C Cimo
        on behalf of Attorney for Trustee David C Cimo dcimo@cimomark.com  ekelly@cmmlawgroup.com;ekelly@ecf.courtdrive.com

David C Cimo

| | |
|---|---|
| | on behalf of Plaintiff Mark C. Healy dcimo@cimomark.com ekelly@cmmlawgroup.com;ekelly@ecf.courtdrive.com |
| Douglas A. Bates | |
| | on behalf of Liquidating Trustee Mark C. Healy dbates@clarkpartington.com ldunlap@clarkpartington.com;tgoraum@clarkpartington.com;ahallecy@clarkpartington.com;hrice@clarkpartington.com |
| Douglas A. Bates | |
| | on behalf of Attorney for Trustee Mark C. Healy dbates@clarkpartington.com ldunlap@clarkpartington.com;tgoraum@clarkpartington.com;ahallecy@clarkpartington.com;hrice@clarkpartington.com |
| Douglas A. Bates | |
| | on behalf of Other Prof. Mark C. Healy dbates@clarkpartington.com ldunlap@clarkpartington.com;tgoraum@clarkpartington.com;ahallecy@clarkpartington.com;hrice@clarkpartington.com |
| Emily Y Rottmann | |
| | on behalf of Debtor Premier Exhibitions Inc. erottmann@mcguirewoods.com, clambert@mcguirewoods.com;flservice@mcguirewoods.com;jmaddock@mcguirewoods.com |
| Hain Capital Group (CE) | |
| | ceckstein@haincapital.com |
| Isaac J Mitrani | |
| | on behalf of Defendant Daoping Bao imitrani@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Michael Evans jwebb@mitrani.com kscaggs@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Gou "David" Ding jwebb@mitrani.com kscaggs@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Jerome Henshall jwebb@mitrani.com kscaggs@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Mark Bains jwebb@mitrani.com kscaggs@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Daoping Bao jwebb@mitrani.com kscaggs@mitrani.com |
| James J. Webb | |
| | on behalf of Defendant Sid Dutchak jwebb@mitrani.com kscaggs@mitrani.com |
| Jason B. Burnett | |
| | on behalf of Creditor 417 Fifth Ave Real Estate LLC jason.burnett@gray-robinson.com, ken.jacobs@gray-robinson.com;kim.miller@gray-robinson.com |
| Jason S Mazer | |
| | on behalf of Plaintiff Mark C. Healy jmazer@mazer-law.com ekelly@cmmlawgroup.com |
| Jay B Verona | |
| | on behalf of Creditor Louis J. Eyde Orlando LLC jverona@shumaker.com, mhartz@shumaker.com |
| Jay B Verona | |
| | on behalf of Creditor George F. Eyde Orlando LLC jverona@shumaker.com, mhartz@shumaker.com |
| Jeffrey Chubak | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors jchubak@storchamini.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Daoping Bao jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Mark Bains jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Jerome Henshall jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Michael Evans jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Sid Dutchak jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jeffrey A Tew | |
| | on behalf of Defendant Gou "David" Ding jtew@rvmrlaw.com jfernandez@rvmrlaw.com |
| Jill E Kelso | |
| | on behalf of U.S. Trustee United States Trustee - JAX 11 jill.kelso@usdoj.gov |
| John B Macdonald | |
| | on behalf of Interested Party Akerman LLP john.macdonald@akerman.com jennifer.meehan@akerman.com;maggie.hearon@akerman.com |

Case 3:16-bk-02232-BAJ    Doc 564    Filed 01/30/26    Page 4 of 7

| | | |
|---|---|---|
| District/off: 113A-3 | User: admin | Page 4 of 6 |
| Date Rcvd: Jan 28, 2026 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| John T Rogerson, III | on behalf of Interested Party Jack F. Jacobs john.rogerson@arlaw.com dana.tompkins@arlaw.com;richene.oliver@arlaw.com;philip.navarro@arlaw.com |
| John T Rogerson, III | on behalf of Interested Party Mark A. Sellers john.rogerson@arlaw.com dana.tompkins@arlaw.com;richene.oliver@arlaw.com;philip.navarro@arlaw.com |
| Kathleen A Jorrie | on behalf of Creditor AEG Live LLC kathy.jorrie@pillsburylaw.com irma.magana@pillsburylaw.com |
| Marilee Anne Mark | on behalf of Plaintiff Mark C. Healy mmark@cimomark.com ekelly@cmmlawgroup.com |
| Mark C. Healy | dbates@clarkpartington.com |
| Miriam G Suarez | on behalf of U.S. Trustee United States Trustee - JAX 11 Miriam.G.Suarez@usdoj.gov |
| Norman P Fivel | on behalf of Creditor New York State Department of Taxation and Finance norman.fivel@ag.ny.gov |
| Oscar E Sanchez | on behalf of Creditor Structure Tone Inc. osanchez@goldbergsegalla.com, aburno@goldbergsegalla.com;mmartinez@goldbergsegalla.com |
| Peter J Gurfein | on behalf of Interested Party Landau Gottfried & Berger LLP pgurfein@landaufirm.com vrichmond@landaufirm.com |
| Peter J Gurfein | on behalf of Interested Party Official Committee of Equity Security Holders of Premier Exhibitions Inc. pgurfein@landaufirm.com, vrichmond@landaufirm.com |
| Richard R Thames | on behalf of Creditor Committee Official Committee of Unsecured Creditors rrt@thamesmarkey.law vfm@thamesmarkey.law;brm@thamesmarkey.law;rjs@thamesmarkey.law;keh@thamesmarkey.law |
| Robert A Heekin, Jr | on behalf of Creditor Committee Official Committee of Unsecured Creditors rob@heekinlawoffices.com |
| Robert M Stein | on behalf of Attorney Isaac J. Mitrani rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Attorney Robert Michael Stein rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Defendant Sid Dutchak rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Interested Party Mark Bains rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Defendant Michael Evans rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Attorney Jeffrey A Tew rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Interested Party Jerome Henshall rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Interested Party Guo "David" Ding rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Interested Party Daoping Bao rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Interested Party Michael Evans rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | on behalf of Defendant Mingcheng Tao rstein@rvmrlaw.com |

Case 3:16-bk-02232-BAJ    Doc 564    Filed 01/30/26    Page 5 of 7

| District/off: 113A-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jan 28, 2026 | Form ID: trc | Total Noticed: 1 |

| | |
|---|---|
| | servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Defendant Jerome Henshall rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Defendant Gou "David" Ding rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Interested Party Sid Dutchak rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Defendant Mark Bains rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Attorney Shay B Cohen rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Defendant Daoping Bao rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert M Stein | |
| | on behalf of Attorney Daniel S Bitran rstein@rvmrlaw.com servicerobertstein@rvmrlaw.com;jlrodriguez@rvmrlaw.com;jlperez@rvmrlaw.com |
| Robert P Charbonneau | |
| | on behalf of Liquidating Trustee Mark C. Healy rpc@agentislaw.com  nsocorro@agentislaw.com;bankruptcy@agentislaw.com |
| Robert P Charbonneau | |
| | on behalf of Plaintiff Mark C. Healy rpc@agentislaw.com  nsocorro@agentislaw.com;bankruptcy@agentislaw.com |
| Robert P Charbonneau | |
| | on behalf of Other Prof. Mark C. Healy rpc@agentislaw.com  nsocorro@agentislaw.com;bankruptcy@agentislaw.com |
| Shane G Ramsey | |
| | on behalf of Debtor Premier Exhibitions  Inc. shane.ramsey@nelsonmullins.com, jada.prendergast@nelsonmullins.com;linnea.hann@nelsonmullins.com |
| Shay B Cohen | |
| | on behalf of Interested Party Mark Bains scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Daoping Bao scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Mark Bains scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Michael Evans scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Interested Party Guo "David" Ding scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Gou "David" Ding scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Interested Party Sid Dutchak scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Interested Party Jerome Henshall scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Interested Party Michael Evans scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Jerome Henshall scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | on behalf of Defendant Sid Dutchak scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Shay B Cohen | |
| | scohen@rvmrlaw.com  serviceshaycohen@rvmrlaw.com |
| Thomas J Francella, Jr. | |
| | on behalf of Creditor Ian Whitcomb tfrancella@cozen.com thomas-francella-6506@ecf.pacerpro.com;sshidner@raineslaw.com |
| Timothy E Graulich | |

District/off: 113A-3 | User: admin | Page 6 of 6
Date Rcvd: Jan 28, 2026 | Form ID: trc | Total Noticed: 1

|  |  |
|---|---|
|  | on behalf of Creditor Trustees of the National Maritime Museum timothy.graulich@davispolk.com |
| Trevor A Thompson | |
|  | on behalf of Other Prof. Mark C. Healy tthompson@clarkpartington.com hrice@clarkpartington.com;egordon@clarkpartington.com |
| United States Trustee - JAX 11 | |
|  | USTP.Region21.OR.ECF@usdoj.gov |
| William C Handle | |
|  | on behalf of Interested Party Akerman LLP william.handle@akerman.com jennifer.meehan@akerman.com |
| William C Handle | |
|  | on behalf of Interested Party Official Committee of Equity Security Holders of Premier Exhibitions Inc. william.handle@akerman.com, jennifer.meehan@akerman.com |

TOTAL: 108

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Florida
Case No. 3:16-bk-02232-BAJ
Chapter 11

In re: Debtor(s) (including Name and Address)

Premier Exhibitions, Inc.
3045 Kingston Court
Suite 1
Peachtree Corners GA 30071

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/30/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 14: B.E. Capital Management Fund LP, c/o Mr. Thomas Braziel, Post Office Box 206, N. Stonington, Connecticut 06359 | Thomas Braziel<br>5 Greyhen Lane<br>Savannah, GA 31411 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/26

Jose A Rodriquez
**CLERK OF THE COURT**