# UNITED STATES BANKRUPTCY COURT

## MIDDLE  DISTRICT OF  FLORIDA

### Jacksonville Division

In re:  Premier Exhibitions, Inc. et al    §  Case No.   16-02232

§

§  Lead Case No.   16-02232

_____    §

Debtor(s)    §  ☒ Jointly Administered

# Post-confirmation Report                                    Chapter 11

Quarter Ending Date: 03/31/2026                          Petition Date: 06/14/2016

Plan Confirmed Date: 10/16/2019                          Plan Effective Date:  10/31/2019

This Post-confirmation Report relates to:  ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: Liquidating Trustee

Name of Authorized Party or
Entity

/s/ Douglas A. Bates                              Douglas A. Bates

Signature of Responsible Party              Printed Name of Responsible Party

04/17/2026                                   Clark Partington

Date                                         125 Intendencia Street

Pensacola, FL 32502

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Premier Exhibitions, Inc. et al    Case No.  16-02232

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $182,765 | $20,095,799 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $182,765 | $20,095,799 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $9,931,742 | $0 | $9,802,388 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Thames, Markey & Heekin | Special Counsel | $0 | $253,571 | $0 | $253,571 |
| ii | Akerman, LLP. | Special Counsel | $0 | $752,162 | $0 | $706,859 |
| iii | Landau, Cottfried, Berger, LLP | Special Counsel | $0 | $1,480,781 | $0 | $1,405,315 |
| iv | Teneo Securities, LLC. | Financial Professional | $0 | $511,563 | $0 | $502,978 |
| v | Mark Healy | Other | $0 | $35,692 | $0 | $35,692 |
| vi | Troutman, Sanders, LLP. | Lead Counsel | $0 | $3,450,305 | $0 | $3,450,305 |
| vii | Nelson, Mullins, Riley, & | Local Counsel | $0 | $697,636 | $0 | $697,636 |
| viii | McQuire Woods, LLP. | Special Counsel | $0 | $181,693 | $0 | $181,693 |
| ix | Kaleo Legal | Special Counsel | $0 | $480,426 | $0 | $480,426 |
| x | Glass Ratner Advisory & Capita | Financial Professional | $0 | $519,056 | $0 | $519,056 |
| xi | Carr, Riggs & Ingram, LLC | Financial Professional | $0 | $136,567 | $0 | $136,567 |
| xii | Storch, Amini, PC | Special Counsel | $0 | $320,818 | $0 | $320,818 |
| xiii | Robert P. Charbonneau | Special Counsel | $0 | $558,865 | $0 | $558,865 |
| xiv | Cimo, Mazer, Mark, PLLC | Special Counsel | $0 | $552,607 | $0 | $552,607 |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

|  | | | | | | |
|---|---|---|---|---|---|---|
|  | vii | | | | | |
|  | viii | | | | | |
|  | ix | | | | | |
|  | x | | | | | |
|  | xi | | | | | |
|  | xii | | | | | |
|  | xiii | | | | | |
|  | xiv | | | | | |
|  | xv | | | | | |
|  | xvi | | | | | |
|  | xvii | | | | | |
|  | xviii | | | | | |
|  | xix | | | | | |
|  | xx | | | | | |
|  | xxi | | | | | |
|  | xxii | | | | | |
|  | xxiii | | | | | |
|  | xxiv | | | | | |
|  | xxv | | | | | |
|  | xxvi | | | | | |
|  | xxvii | | | | | |
|  | xxviii | | | | | |
|  | xxix | | | | | |
|  | xxx | | | | | |
|  | xxxi | | | | | |
|  | xxxii | | | | | |
|  | xxxiii | | | | | |
|  | xxxiv | | | | | |
|  | xxxv | | | | | |
|  | xxxvi | | | | | |
|  | xxxvii | | | | | |
|  | xxxviii | | | | | |
|  | xxxix | | | | | |
|  | xl | | | | | |
|  | xli | | | | | |
|  | xlii | | | | | |
|  | xliii | | | | | |
|  | xliv | | | | | |
|  | xlv | | | | | |
|  | xlvi | | | | | |
|  | xlvii | | | | | |
|  | xlviii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvii | | | | | |
| lxxxvii | | | | | |
| lxxxix | | | | | |
| xc | | | | | |

Debtor's Name Premier Exhibitions, Inc. et al                              Case No. 16-02232

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $377,026 | $0 | $377,026 | $377,026 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $9,916 | $0 | $323,111 | $323,111 | 100% |
| d. General unsecured claims | $0 | $0 | $11,105,393 | $11,105,393 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                    Yes ◯   No ◉

   If yes, give date Final Decree was entered: _____

   If no, give date when the application for Final Decree is anticipated:   06/30/2026

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ◯

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Mark C. Healy

Signature of Responsible Party

Liquidating Trustee

Title

Mark C. Healy

Printed Name of Responsible Party

04/16/2026

Date

Debtor's Name Premier Exhibitions, Inc. et al                    Case No.   16-02232



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page