**ORDERED.**

**Dated:  May 18, 2026**

Jason A. Burgess
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

PREMIER EXHIBITIONS, INC. et al.,[1]

Debtors.

Chapter 11

Case No. 3:16-bk-02232-BAJ
(Jointly Administered)

**ORDER APPROVING LIQUIDATING TRUSTEE'S MOTION**
**FOR EXTENSION OF TIME TO OBJECT TO CLAIMS (Doc. 591)**

THIS CASE having come before the Court on the Liquidating Trustee's Motion for Extension of Time to Object to Claims (the "Motion") (Doc. 591).  The Court, having reviewed the Motion and the Court file, and noting that no objections to the Motion have been made, and being otherwise fully advised in these premises, does **ORDER** as follows:

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Pryxie Liquidation Corp. f/k/a Premier Exhibitions, Inc. (4922); Pryxie Liquidation 1P, LLC, f/k/a Premier Exhibitions Management, LLC (3101); Pryxie Liquidation 2A, LLC f/k/a Arts and Exhibitions International, LLC (3101); Pryxie Liquidation 5I, LLC f/k/a Premier Exhibitions International, LLC (5075); Pryxie Liquidation 3N, LLC f/k/a Premier Exhibitions NYC, Inc. (9246); Pryxie Liquidation 4M, LLC f/k/a Premier Merchandising, LLC (3867), and Pryxie Liquidation 6D, LLC f/k/a Dinosaurs Unearthed Corp. (7309).

1

1.      The Motion, Doc. 591, is GRANTED. The Liquidating Trustee's deadline to object to claims is extended for ninety (90) days, through and including August 29, 2026.

2.      This Order shall not be construed as modification of any authority of the Liquidating Trustee in the confirmed plan or liquidating trust agreement, except as to the deadline extension addressed in the preceding paragraph.

3.      Nothing in this Order shall prevent the Liquidating Trustee from seeking further extensions of the deadline to object to claims.

Attorney Douglas A. Bates is directed to serve a copy of this order on all interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

2