

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/10/2026 10:30 AM

COURTROOM   4A, 4th Floor

HONORABLE JASON BURGESS

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:16-bk-02232-BAJ** | **11** | **06/14/2016** |

**Chapter 11**

**DEBTOR:**          Premier Exhibitions, Inc.


**DEBTOR ATTY:**   **Emily Rottmann**

**TRUSTEE:**          **NA**

**HEARING:**

Continued Status Conference


**APPEARANCES::**

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Status Conference

 CONTINUED TO SEPTEMBER 17 @ 10:00 AOCNFN
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.