# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:                                          Case no.: 3:16-bk-02232

                                                Chapter: 11

Premier Exhibitions, Inc.
      Debtor.
_____/

## NOTICE OF CHANGE OF LAW FIRM & EMAIL DESIGNATION

Douglas Bates, counsel of record for Mark C. Healy, Liquidating Trustee, provides notice of a change of law firm and e-mail address.  The new law firm and counsel's e-mail addresses are as follows:

PHELPS DUNBAR, LLP

Primary:     doug.bates@phelps.com

Secondary:  jodi.moore@phelps.com

                  debi.dulaney@phelps.com

The mailing address is 501 Commendencia Street, Pensacola, Florida 32502. The telephone number is 850-432-2451 and the fax number is 850-469-3331.

Please direct all notices, orders, pleadings and other documents to Trustee's counsel accordingly.

*/s/ Douglas Bates*_____
**DOUGLAS BATES**
FBN: 0791431
**PHELPS DUNBAR LLP**
501 Commendencia St.
Pensacola, FL 32502
T: 850-432-2451
F: 850-469-3331
P/E: doug.bates@phelps.com
S/E: jodi.moore@phelps.com
debi.dulaney@phelps.com

*************
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of June, 2026 a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service.

*/s/ Douglas Bates*_____
**DOUGLAS BATES**
FBN: 0791431